In The United States District Court
For The District Of Kansas

To: Honorable Judge
Sam A. Crow
U.S. Senior District Judge
444 S.E. Quincy Rm 490
Topeka, Ks 66683

From: Durayl Vann #76997
W.C.F
1806 Pinecrest Circle
Winfield, Ks 67156

RE: Order to show good cause
Case No: 20-3200-SAC

I, Plaintiff, Durayl Tyree Vann hereby show good cause in my objection to dismissal of Case No: 20-3200-SAC by offering the facts as follows:

1) Plaintiff did file this pro-se civil rights case under 42 U.S.C § 1983.

2) On July 27, 2020 the Court entered an order granting Plaintiff's motion for leave to proceed in forma pauperis, and assessi[ng] an initial filing fee of $1.00.

3) Plaintiff contends that a banking statement was sent t[o] the courts stating that plaintiff was/is indigent and in debt to KDOC for more than $500.00 in which plaintiff's inmate account is a negat[ive] balance of over $500.00

4) However the initial ~~fee ordered~~ filing fee of $1.00 ord[ered] by the courts was deducted from inmates banking account on the 3r[d] of August 2020 and paid to the courts, thus increasing inmates de[bt] and monetary obligations by $1.00 which is the initial filing fee that [was] in question by the courts.

5) Plaintiff contends that inmate banking statement states that on July 1, 2020 and August 3, 2020 that $1.00 was deducted for filing fees pertaining to case No 20-3200-SAC, thus satisfying the $1.00 assessment fee as ordered by the courts.

6) Plaintiff contends that he doesn't own any property, vehicles, homes, money, bank accounts or any other possession of monetary value.

## Conclusion / Summary

I, Plaintiff, Durayl Vonn did comply with the initial order of the courts by submitting the initial filing fee of $1.00 to the courts for the filing of Case No: 20-3200-SAC. Plaintiff also ask the court to acknowledge that Plaintiff has no control over any parts of the Central Inmate Banking system and/or staff and am at the mercy of their services whereas transactions of any form or fashion pertaining to (CIB) central inmate banking can only be dealt with through and according to the means of their staff.

This being in instance, Plaintiff seeks that any late filing fees be accepted by the courts due to plaintiff has no control over central Inmate Banking. Furthermore, Plaintiff contends that even if the $1.00 had not been paid, that the case still should not be dismissed, due to inmate being in debt with the balance of $-500.00 on his inmate banking account and does not have any way to pay said filing fee besides in the manner of adding the $1.00 filing fee to the negative balance that is already owed to KDOC by plaintiff. Plaintiff is deemed indigent and am unable to make any payments due to plaintiff negative balance of $500.00 as stated in the inmate obligations section of plaintiff KDOC central inmate banking statement. Plaintiff contends that the courts can verify Plaintiff's indigent status as well as Plaintiff's debt of over $500.00 in owed fines and fees to the Kansas Dept. of Corrections which disables the plain

to formally make any monetary payments upfront towards any fines, debts, or fees at this present time until the obligations owed to KDOC are paid off in full to KDOC by plaintiff.

It is for this reason, Plaintiff's owed obligations, that this case should not be dismissed. Plaintiff seeks mercy of courts and prays the Honorable Judge allows continued progress of this case NO 20-3200-SAC in proceeding it's furtherance of a just cause.

I Plaintiff Durayl Vann do hereby swear that the information in this document is true to the best of my knowledge and is what I believe to be true under the penalty of perjury. And that this document is the original letter scribed by me to the courts and was mailed via US postage to Judge Sam A. Crow on this 20th day of August 2020.

Sincerely & Truthfully Written,

Durayl Vann #7699
Winfield Correctional F.
1806 Pinecrest Circle
Winfield, Ks 67156

P-0009A
For Cellhouse Transfer
Work Assignment
Interview Request

Van__
Last Name Only

# KANSAS DEPARTMENT OF CORRECTIONS
# INMATE REQUEST TO STAFF MEMBER

B-2 70
Bunk Assignment  C1B

76997
Number

To: WCF Accounting
(Name and Title of Officer or Department)

Date: 8-20-20

State completely but briefly the problem on which you desire assistance. (Be specific.)

The U.S. District court Case NO: 20-3200-SAC has sent a show cause order wanting to know why the $1.00 which shows as an obligation on my trust account has not been paid to the court. Please provide a detailed explanation. Thank you for the gift of your time.

P.S. This request is very time sensitive so please respond as soon as possible

Officer: Coll (?)

Work Assignment:
Comment: Scan to C1B 8/21/20

Scanned
AUG 21 2020
Winfield Correctional Facility

Disposition:

Inmates are responsible for reviewing their electronic messages available on the Kiosks for the staff member's response.

```
8/26/2020  13:42:07   Kansas Department of Corrections           TACKETT
                         Current Bank Transactions               BKR0021C
--------------------------------------------------------------------------
Inmate:  0076997   VANN,DURAYL,TYREE
* Means Government Benefits Were Affected      Forced    Mand
                                      Cash    Savings   Savings   Encum
Date       Code Description          12.00     .00       .00       .00
8/21/2020  250  Incentive Pay         3.00-    .00       .00       .00
8/21/2020  900  LEGAL/OFF. PST PAID 08/17/2020
                                      1.00-    .00       .00       .00
8/21/2020  920  ADM FEE PAY         08/03/20
                                      5.00-    .00       .00       .00
8/21/2020  910  DR FINE-2010-11-00060
                                      1.00-    .00       .00       .00
8/21/2020  680  FF FEES INITIAL     07/2020
                                                                 Bottom


F3 = Exit  F12 = Previous Screen   F11=Display more information
```