To: United States District Court Clerk
of the District Court of Kansas

I Durayl Vann am entering into record (Pertaining to case No: 20-3200-SAC) 3 affadavits of plaintiffs testimony inorder that they be on file and attached to the Amended Complaint.

Also I am entering into record copies of documented evidence to support the affadavits that plaintiff is entering into record. Plaintiff would like for the courts to std duly note that plaintiff does not remember precise dates, as needed by the courts, but however these precise dates can be obtained by the courts were the courts to subpoena all grievances, letters of complaint, and mental health documentation from dates 1-1-17 through 1-1-20. Plaintiff further ask and request the honorable courts to request the defendants to produce the said documents requested by plaintiff (See Exhibits list attached to affadavits).

Plaintiff: Durayl Vann # 76997
Lansing Correctional Facility
P.O. Box 2
Lansing, Ks 66043

Case 5:20-cv-03200-JAR-GEB   Document 14   Filed 01/28/21   Page 2 of 16

Plaintiff Affadavit #1

Affadavit by Durayl Tyree Vann

On 1-15-15 I Durayl Vann, an inmate in Wyandotte County Jail was maliciously punched in the face, with brute force, by Deputy Sheriff William Green. This was done after being handcuffed behind my back while laying flat on my stomache on a cell bunk. I was forcefully pinned down (unjustifiably) by his friend and fellow deputy (officer Faulkner) with the intentions of allowing Deputy William Green to physically beat me in my face with his fist inorder to cause great bodily harm. This incident occurred in the segregation unit B-2 cell #30.

After being punched in my left eye and along the side of my face, Sgt. E Sage, who was at the scene of the incident, entered the cell (B-2 #30) while I was still being pinned down by Deputy Faulkner. Sgt. Sage then withdrew his taser from his waist then, while aiming it me, activated it "calling me a black piece of shit" and threatened to use it on me "telling me that I better keep my mouth shut" about the incident that had just occurred. He then told me that he would "shoot me with his taser" if I move. Deputy Green, Faulkner, and E. Sage then walked out of the cell laughing and calling me names. The handcuffs that were cutting deep into the flesh of my wrist (causing them to bleed) were intentionally being left on me by these officers. Once Deputy Green, Faulkner, and Sgt Sage had exited the cell and the door was closed and secured, I "begged" for Sgt. Sage to take the handcuffs off of me, but he simply laughed, refused to do so, and walked away

At the time of Sgt. Sage walkin away, I noticed Deputy Hibbler and Lt B. Jones standing outside the cell. Deputy M. Hibbler had been standing there watching Deputies William Green and Faulkner unjustifiably aggravatedly assault and batterize me. I asked her (Deputy M. Hibbler) "Why she just stood there and let her fellow officers beat me like that (with my hands behind my back; handcuffed?" I then asked her if she was

going to stand up for what's right and be a witness to what they did to me by filing a report and complaint on what had occurred? She, Deputy Hibbler, stated that she would say that she didn't see anything, if I were to file a complaint with her as a witness. After that statement she, Deputy Hibbler walked off.

    I then called Lt. B. Jones closer to my cell, showed him my wrist and how the cuffs, due to them not being double locked, had cut deeply into my wrist (causing them to bleed profusely) and asked him "to take the cuffs off of me." Especially because I was already secured in my cell whereas there were no other reason for them to be kept on me. (I still have the cuff marks and laceration marks on my wrist as of 1-27-21) Lt. B. Jones refused to do so. I informed him that it's proper procedure and protocol for officers to take handcuffs off inmates once they are secured in their cells. At that moment he became even moreso belligerent and hostile while telling me he was "master over me and that he would not tolerate me telling him how to do his job." After that we both called eachother disrespectful names. He, Lt. B. Jones then left the cuffs on me with intentions of causing me to suffer.

    As the pain became unbearable I began kicking and yelling out of the cell door for someone to come and take the cuffs off of me as well as to draw attention to other Leutenants so that I could have them call medical staff due to the severe injuries to my face and wrist and ankle. Lt. B. Jones re-appeared in which I simply asked him to remove the cuffs or loosen them. I again showed him how blood was flowing and dripping on the floor from my wrist. He still refused, again, to take the cuffs off or at least loosen them. He walked off stating "Fuck You, Vann!" I called him a racist piece of shit and other derrogatory names and began yelling out the door again seeking help of any officer who could help or at least bear witness to how I was being treated.

    Lt. B. Jones returned again and then called a "code", in which 5 deputy sheriffs, led by Sgt. S. Brown, ran into my cell and assaulted and batterized me

again (see video). I was still handcuffed behind my back and my left eye was almost swollen shut. Plaintiff (me) displayed no combative behavior no any actions of physical resistance at all (see video) but these group of officers (B shift Nights) still continued to maliciously harm me using brutal unjustifiable physical excessive force with the intentions to severely injure me further. I was then shackled and placed into a restraint chair (with the officers still refusing to loosen up the handcuffs in which were clamping even deeper into the flesh of my wrist) and I was then rolled into the suicide cell located in the intake section of the Wyandotte County Jail.

At the orders of Sgt. Sage, Sgt S. Brown, and Lt B. Jones I was denied medical treatment and left in the restraint chair (while still handcuffed behind my back without any readjustment of the handcuffs) for over an hour in the suicide room. I yelled several times asking to have the cuffs adjusted along with requesting to see medical, but was refused. Even though Lt B. Jones, Sgt Sage and Sgt S Brown were aware of the misuse of the handcuffs and the injuries that were being caused by them, they still blatantly and spitefully refused to correct this issue, with intentions to continuously cause bodily harm to me and to watch me suffer due to their intentional neglect (which was being done in a sadistic manner). After an hour, or so, I was finally rolled out of the suicide cell, taken out of the restraint chair, escorted back to B-2 #30, placed in the cell, and then the cuffs were finally taken off of my wrist. I was still denied medical.

As a result of this initial incident, my eye was swollen shut for several days. My eyes remained black and purple for 2½ weeks. My nose continuously bled for 2-3 days. And the whole left side of my face remained swollen only for a couple of weeks but was still in excruciating pain for almost an entire month.

As it stands, I'm having trouble seeing out of my left eye. I'm having vision problems plus sharp pains not only behind and in my eye, but also in the back of my head

due to this incident. Even slight nerve damage was done to my left eye. Nerve damage was also done to my hand and arm as well due to <u>Deputy William Green</u> maliciously clamping the handcuffs down on my wrist too tight (along with refusing to utilize the double lock safety mechanism to prevent them from clamping tighter) with the sadistic intentions of causing me immediate bodily harm unjustifiably.

 I was denied medical attention for several days to weeks by these specific groups of Deputies (<u>B-shift nights</u>) as well as being denied showers, hygiene, clean clothes, and my religious material (ie Holy Qur'an and prayer mat). I've been denied access to utilize the law library along with access to the grievance systems. I was denied any and all methods that would allow me to expose this incident in which several more incidents of violent nature have been brought upon me by Wyandotte County Deputy Sheriffs out of "<u>retaliation</u>" from continuously documenting and filing grievances on the beatings that more and more African American inmates are sustaining at the hands of these same group of officers.

 It is protocol that any injuries that were sustained by an act of violence, whether upon inmate or deputy, photos are to be taken of any injury, stemming from those incidents, the same day of that occurrance as evidence in case there is possible prosecution being pursued by the victim. However, I was blatantly and continuously denied having photos taken of my injuries by <u>Sgt E Sage</u>, <u>Sgt B. Jones</u>, <u>Lt S. Brown</u>, <u>Detective Buxton and Carver (Internal Affairs)</u>, <u>Major Patrick</u>, <u>Deputy Green</u>, and <u>Faulkner</u>, <u>Warden Fewell</u>, <u>Undersheriff Roland</u> and <u>Sheriff Donald Ash</u> even though I continuously requested for this protocol to be upheld (see attached grievances/docs). I've also requested to file criminal charges against these deputies, who have physically used unjustifiable excessive and brutal force against me, only to be denied by <u>Internal Affairs Buxton and Carver</u> in which my due process was violated because these officers would not allow my legal mail to leave the facility when concerning issues dealing/pertaining to this initial incident.

Because I have refused to cease documenting and grieving their violatile physical abuse towards me, as well as refusing to allow Wyandotte County Jail administration and personell to sweep this incident under the rug; I have since been forcefully subjected to continuous violatile physical retaliatory actions from Wyandotte County Jail deputy sheriff, Warden Fewell, and Administration in order to try to stop me from utilizing the grievance process along with documenting their actions of physical brutality of I and other inmates. And as it stands, such forms of retaliation are still going on towards me (See attached grievances and complaint. Please Subpeona cameras/video footage, injury photos, medical records, etc.)

I, Durayl Vann, do hereby (under oath and penalty of perjury) swear that this is the truth as written by me and that this affadavit is an original document scribed by me.

x Durayl Vann 76997
Signature

Plaintiffs' Affadavit #2

## Affadavit by Durayl Tyree Vann

On 1-15-15, After I was brutally assaulted and batterized (physically) and denied medical attention by Wyandotte County Jail deputy sheriffs, Deputy Naomi Green-Cortez came to my cell (B-2 #30) and confiscated my Holy Qur'an and my prayer mat. I asked her to return my personal religious book and prayer mat back to me being as that inmates are allowed to have their religious text in segregation as well as prayer mat (in which the facility/jail had already approved me to have). Deputy Green-Cortez refused to do so while verbatimly stating "I'm not giving you shit back, Vann?" She then laughed and left. Deputy Green-Cortez never returned my personal Holy Qur'an and prayer mat even though she was well aware of me being able to have these tools that are essential to my religious practices and worship. This was done intentionally and maliciously in retaliation due to previous incidents between her and I pertaining to her disrespect of me being muslim and practicing AL-Islam whereas, due to her religious bianess, she had previously tried to interrupt and stop muslims from making prayer during their recreation times, claiming that Wyandotte County Jail was a christian facility.

On 1-15-15, after deputy Naomi Green-Cortez confiscated my Holy Qur'an and prayer mat I saw Sgt. E. Sage again at my cell (B-2 #30) and informed him that deputy Green-Cortez had taken my Holy Qur'an and prayer mat, hence hindering me from practicing my religion (without any justifiable reason at all) and that I am allowed to have and possess these religious items in segregation unit. Sgt E. Sage did agree and acknowledge that there were no restrictions stating that an inmate cannot have his religious text (ie Qur'an) or prayer mat while being in segregation. I then asked Sgt Sage to have my religious material returned to me since "his" deputy took them without valid reason and under malicious wanton ulterior motives. In response, Sgt Sage

stated (verbatim) that "It's not his job...." and that "he could care less about returning them back to me." He then left my cell to talk to Deputy Hibbler again.

On 1-29-15 I saw Deputy Naomi Green-Cortez and once again inquired about my Holy Qur'an and prayer mat, only to be met by taunting and disrespectful remarks as she laughed and walked away. On 1-29-15 I saw Sgt Sage and asked for "my" Holy Qur'an and prayer rug only to be told to "pick up a bible" and that "he's not getting me anything".

From the dates of 1-15-15 to 2-05-15, I was continuously denied my Holy Qur'an and prayer mat. For 21 days I was denied my rights to practice my religious and spiritual beliefs accordingly. Several grievances/complaints were sent to Warden Fewell and administration that were never answered and written all to no avail. On 2-05-15 programs personell (Ms. Charrity Bond) offered me an 18 inch ripped up piece of blanket with huge holes and tear throughout it (that also smelled of mildew and dirty laundry and a "circle 7" Koran (which is a religious text for the Moorish Science Temple). I declined these items because I am not a "moor" practicing moorish science. I am a Sunni Muslim who practices Al-Islam. These are different spiritualities and religions with different practices and beliefs. I once again inquired about my Holy Qur'an and prayer rug (that I personally purchased) that was taken from me, I was told by Warden Fewell that that was all that he is giving me (referring to the circle 7 and moth eaten cloth)... and to either take it or leave it (see grievance response). I declined Warden Fewell's ultimatum on the basis that I refuse to be forced to practice a different religion than what I am. The Warden Fewell continued to try to force me to worship a different doctrine of religion and spiritual beliefs inorder to try to break me from my Islamic beliefs and spiritual practices as well as prevent me from having my Holy Qur'an and prayer mat returned back to me. Deputy Green-Cortez and Warden Fewell's actions were being intentional done do me because of their religious intolerances.

Warden Fewell, and his Deputies, under the scope of their personal religious biasness, tried to force me to worship and embrace a different doctrine of my core religious belief by giving me an ultimatum of either accepting what "he" wants me to have or not be able to worship my GOD (Allah) at all (see grievances). In their wanton efforts of trying to deter me from my religious beliefs, Warden Fewell and his administration intentionally refused to address my grievances pertaining to the deprivation of my religious rights. On 2-06-15 I filed another grievance.

On 2-12-15 Warden Fewell finally responded to my grievance stating that "replacements were offered and were refused... your behavior and lack of cooperation has been an issue with security." - This is his response proving that he has been denying me, out of retaliation, because I refused to drop the issues pertaining to his officers beating me on 1-15-15. (See grievances)

I have not received any behavioral disciplinary write ups since 1-15-15 in which that was my first time ever going to segregation. So what behavior or lack of cooperation is he or could he be referring to?

As it stands, Warden Fewell, his administration, and deputies continue to retaliate against me because I refuse cooperating in dropping the matter of Warden Fewell allowing his deputies to go unconsequented for using brutal excessive unjustifiable physical force on me, with intentions to cause grievious harm upon me, all the while being fully aware of their actions.

On 2-13-15 I responded to Warden Fewell's response (in grievance form) stating that I haven't displayed any maladaptive behavior nor received any disciplinary citations while being in seg. "So what does my behavior have to do with me being provided with "my" religious materials that were wrongfully taken from me, or either being provided with a Holy Qur'an, period?" I also informed him of the 21 days that he and his staff deliberately denied me a Holy Qur'an, out of

spite and retaliation, due to my refusal in ceasing filing paperwork/grievances on the violatile actions of physical violence against me by his deputies, along with the other retaliatory actions stemming from the incidents that occurred on the date 1-15-15.

As it stands, I am continuously being treated arbitrarily different by being denied my religious text (in which I am allowed to have while being in segregation), whereas other inmates who are similarly situated (housed in Seg.) are being allowed their religious text (ie Bibles; Torahs) while I am being denied my religious text (the Qur'an).

Because of my refusal to cease in documenting, grieving, and filing paperwork on the actions of Warden Fewell, administation, and deputies I am continuously being subjected to the retaliatory acts of the personel of Wyandotte County Jail; whereas I am being denied my right to Worship and practice my religious beliefs freely.

(Please see grievances)

I, Durayl Tyree Vann, under oath and penalty of perjury do hereby swear that the contents of this affidavit is true and that this affadavit is an original document scribed by me.

x Durayl Vann
Signature

Plaintiff's Affadavit #3          Affadavit of Durayl Tyree Vann

On the ___ day of _____ 2018, while being detained in Wyandotte County Jail (F-Pod cell #41 or #42) I, Durayl Vann #47539, continuously asked Deputy Mesner to call "medical assistance" due to me having severe chest pains, slurred speech, and numbness on the right side of my body (duly note that I am on file being placed on chronic care status in my medical records). Deputy Mesner continued to blatantly ignore my complaints of severe chest pains and after being asked several times he continuously refused to call medical nurses. Other inmates bore witness to Deputy Mesner's blatant breach of protocol with malicious intentions to deny me medical attention.

Within 2 hours of being denied medical attention, I lost consciousness and was later found barely responsive on the floor of my cell. In regaining consciousness I saw 2 deputies standing over me (Deputy Lobner and John Doe). I explained to these deputies that my body felt very weak and that I had no energy. (Duly note that these officers are some of the same officers that I have written grievances on for their display of retaliatory actions against me in the past, stemming from previous incidents that occurred on 1-15-15).

It was at their realization of me being in a very weakened state of health and unable to defend myself that they then rolled me over on my stomache, cuffed me up behind my back, smashing my face into the floor, and began physically assaulting and batterizing me using excessive force without justifiable cause. While being batterized, I was then drug by my hair and cuffs out of my cell and onto the tier. Then I was dragged down the flight of stairs with my hands still cuffed behind my back (unable to protect myself from being injured by the stairs). Once at the bottom of the stairs, I was again physically batterized by Lobner, Schuler, and John Doe until I began coughing up blood profusely (see body cam video footage and F-Pod camera footage). Then knees were placed on my throat (neck) and back

while my feet and ankles were being twist by somebody causing excruciating pain, I continuously told these officers that "I couldn't breath!" I begged them to stop; all the while still coughing up blood (See body cams and Pod cam). After being ~~derogatory~~ called derogatory names, along with other inmates who not only saw what they were doing to me, but made these officers aware that they willing to bear witness to them killing me did they (the deputies) take their knees off my throat at the last minute. In fear of my life, I begged these deputies to stop and continuously asked them their reasons for hurting me unjustifiably like this (hurting me until I was spitting/coughing up globs of blood while maliciously aphyxiating me)? (See video/Audio of body cams and F-Pod footage)

I also asked them "How did a medical situation turn into a violent situation whereas they had justification to inflict severe bodily harm upon me?" (No combative behavior, nor any acts of transgression, were being displayed by me to warrant the use of being harmed in such a form and fashion.). I was then laughed at, placed into a restraint chair, and rolled into a suicide cell in intake. I remained in the restraint chair (in a suicide cell) for a long period of time all the while being denied medical attention that was ~~sos~~ needed due to the injuries sustained by the officers actions of brutality.

After being in the restraint chair for a long time, I was finally taken out of it and then placed in segregation, without justifiable cause, and left in segregation (with the administrations intentions to cover up the beating, again) for over 4 months. This method is a tool used by Warden Fewell and administration (major Patrick) to cover up beatings by leaving inmates, who had been beaten by deputies, in the segregation units (isolation) so that their body may heal up before anyone sees the injuries of the brutal beatings and expose what's really happening in Wyandotte County Jail.

While being in segregation, I continued filing grievances on the deputies

who had not only continuously used excessive force on other inmates and I, but also on the deputies' retaliatory actions against me for documenting and filing grievances. The deputies continuously retaliated against me in efforts to stop me from exposing their actions through grievance procedures/systems, public awareness, news media, U.S. mail systems, and court systems, etc.

While being in segregation, I was given extensive disciplinary seg. time (w/o catching any write-ups) for continuously grieving the actions of these groups of deputies. I was denied showers, hygiene, clean clothes, recreation, law books, and law library. I was denied my meals by Deputy Ms. Reid. As well as being denied medical treatment and attention by these officers.

I was treated so poorly and harshly that I went on hunger strike for 9 days, not only to bring awareness to these issues and situation (for fear of losing my life) but also for attempts in obtaining medical attention. Major Patrick and other deputies (B-shift deputies) had threatened to kill me and this hunger strike was the only way that I could inform other personel (Nurse Ms. Natalie, etc) of the threats and attempts made on my life by these individuals. (Major patrick and his deputies). I was denied showers for over a week, my mail was not to be allowed out, all incoming mail was confiscated and never given to me, my grievances and legal work were confiscated (inorder to stop me from filing complaints) with the threats that "were I to continue to proceed proceed with my grievances, then I would remain in the hole (segregation) for an indeterminate amount of time.

I was then placed in a suicide smock and placed into a cold cell that was unsanitary. The retaliatorative actions of Warden Fewell, Major Patrick, administration, and deputies persisted due to my refusal to cease filing complaints on their acts of cruel and unusual punishment. Even so much

in segregation, for exposing their actions on camera, for an indeterminate matter of time and then refused to inform me of the death of my mother until dayz later. This was done in retaliation, with intentions of causing me mental pain and suffering, for speaking out about the beatings to a camera crew who were recording video footage for a reality program/documentary of Wyandotte County Jail. As it stands, retaliation of <u>Warden Fewell</u>, <u>administration</u>, and <u>deputy sheriffs</u> still persist and continue to occur (please subpeona all grievances, video footage, and complaints as proof).

\* Duly note that this affadavit may lack information (referring to specific dates) but all specific dates are written on the grievances and letters of complaints that are to be subpeona'ed at the "discovery" stage of this court process. \*

I, <u>Durayl Tyree Vann</u>, do hereby swear under oath and penalty of perjury that the contents in this document are true and that this is an ~~origi~~ original document scribed by me.

x Durayl Vann
Signature