## Exhibits

| | Dates | # Pages |
|---|---|---|
| A) Letter of Complaint to Internal Affairs | 1-21-15 | 1-6 |
| B) Grievance to Grievance Officer | 1-15-15 / 1-16-15 | 3 pgs |
| C) Grievance to Warden Jefferey Fewell | 1-16-15 | 1 pgs |
| D) Grievance to Grievance Officer | 1-16-15 / 1-19-15 | 2 pgs |
| E) Grievance to Administration | 1-19-15 | 1 pgs |
| F) Grievance to Warden Jeffery Fewell | 2-6-15 | 4 pgs |
| G) Grievance to Administration | 2-12-15 | 4 pgs |
| H) Grievance to Warden Fewell and Administration | 2-13-15 | 4 pgs |
| I) Response letter sent to Internal Affairs | 7-6-15 | 1 pg |
| J) Grievance to Undersheriff Larry Roland | 6-6-15 | 3 pg |

* Must subpoena the complete grievance from Wyandotte County Jail (Just now receiving an answer for this particular grievance that had been written a month previously).*

| | | |
|---|---|---|
| K) Grievance to Under-Sheriff Roland and Sheriff Ash | 7-9-15 | 3 pgs |

L) Evidence of plaintiff trying to reach outside Wyandotte County Jail inorder to bring awareness to the Unjustifiable beatings of black inmates by racist deputies.  6 pgs Plus proof of medical injury.

M) Proof of being consequented for seeking medical Attention (Wyandotte County Jails method of intimidation to prevent / hinder plaintiff from receiving medical attention and bringing awareness to the beatings

| | | |
|---|---|---|
| N) Grievance pertaining to denial of showers | 10-4-19 | 2 pages |
| O) Grievance pertaining to threats on plaintiff's life | 10-29-19 | 3 pgs |
| P) Proof of attempts to exhaust remedies through Kansas Dept of Kansas | | 6 pgs |

Grievance written on 6-6-15
Grievance written on 3-19-15
Also Subpoena All grievances written between 1-1-18 to 1-15-20
Grievances written on 3-20-15
Medical ICF written on 3-27-15
Grievance written on 4-05-15
Medical written on 4-28-15
Grievance written on 5-06-15

All photos (Injury of face/eyes)
All Medical documentation

All video footage from 1-15-15
All video footage from 10- -18
All Mental health documentation
Body cam footage

Exhibit A

To: Internal Affairs
Lt. Buxton

From: Daryl Vann
710 N. 7th St
KCK 66101

I am Daryl Vann 475395203, an inmate in Wyandotte County Jail who is writing you in regards of a serious matter whereas I was maliciously assaulted and physically batterized by a Wyandotte County deputy sheriff on the 15th day of January. The deputy who punched me in the face, causing severe eye injury (my eye was swollen shut, blackened, and bruised) as well as busting my nose (drawing blood from me) name is C.O. W. Green. His badge # is 1881. The actions of C.O. W. Green punching in the face was done maliciously with the intent to cause severe bodily harm. And due to such actions being unwarranted and unjustifiable, I would like this matter thoroughly investigated and I would like to press charges against him for physically punching me in the face while I was handcuffed behind my back and I was lying down on my bunk (on my stomach) unable to defend myself.

<u>Report of Incident</u>

On the 15th of January in F-Pod a code

was called, by C.O. Williams, due to my refusal to lockdown. C.O. W. Green #1881 and C.O. Faulbrier entered the pod with SGT. Sage. I informed them that I was the inmate who refused and that I was ready to be taken to the hole. SGT. Sage gave orders to Green and Faulbrier to escort me to seg. Then Green become super aggressive, without cause, for I showed no signs of resistance (See camera, also Mr. Ivan Lara #130682 can verify this)), and yanked and pulled my arm very hard in which we had words then I was being escorted to segregation.

On our way to segregation CO Green became very disrespectful telling me to "shut the fuck up" and called me a bunch of "bitches" and "pussies". I, too, called him a few "bitches" back in retaliation. Then he threatened to do bodily harm to me stating "I'll whip your black ass." In return I stated that "given a fair fight on the street he'll get his lilly white ass whipped. He then said something about "well right now your dumb black ass ain't on the streets" (something of the sorts; can't say that its verbatim). After that statement he click the handcuffs down on my wrist tighter (so tight that they cut into my wrist causing the circulation to stop flowing (and now my whole hand goes numb when I bend my finger; also see reports of my scars, bruises, and abrasions that I still

have due to this). And when I complained about the cuffs he laughed, called me a "pussy", and told me to "shut the fuck up!"

We finally make it to my room in seg (Rm 3P Pod B-2) I was ordered to lay on my bunk-I complied. C.O Faulkner put his knee in my back so I couldn't move. CO Green begin twisting my foot inward until I felt it poping. (I'm still handcuffed behind my back) I yelled out. He let go. He called me a "fucking nigger ass street punk, In return I called him a pussy ass racist peckerwood and thats when he moved around Faulkner, balled up his fist and maliciously, with brute force, punched me in my face busting my nose (litrally causing blood to shed) and swelling my eye and face. CO Hibbler was there watching as they left out of my cell. She Turned a blind eye to it all when I asked her to come forward and tell the truth.

Once they left out my cell and the door closed I asked them to come take these cuffs off of me. They ignored me and left. They left me in the cell with the cuffs cutting into my wrist for about 30 min or so. I was in excruciating pain so I begin kicking on the door, trying to get somebody To come and get these cuffs off of me. 5 officers ran back in my cell 10 minutes and jumped on me then shackled me and put me in the restraint chair for an hours. They never loosened the cuffs on my wrist. (See camera).

Continue on back

Finally I was returned to my cell. The next morning my eye was swollen shut and draining fluid and my nose kept bleeding off and on. And the whole side of (my left side) my face hurt. Plus my wrist injuries.

Since the night of the incident I've been requesting for photos to be taken of this incident plus asking for sick call forms so that I may go to medical. And I've been refused and denied everyday. I've written several grievances about these issues but to no avail.

Since then I've been threatened by SGT Sage "He telling me that I better keep my mouth shut" All of the White Lt and SGT have denied me having photos taken. One office of high rank told me that once I come out of the hole he'll have pictures taken of me then. Harmon told me that "because of his officers/friends was involved he wasn't going to do it.

What they are trying to do is wait until I heal up then let me out. so that they can try to cover it up. But the pill line nurses can verify my eye being swollen shut. Ms Natalie, Ms Elaine (nurses), all of the officers that work in seg can verify my injuries. Also you can request all of my grievances asking why I'm being denied photos and sick call slips.

As it stands right now (01-21-15) my eye is still swollen and black. And now all I see is blurs.

5 of 6

out of my left eye. And the left side of my face still hurt. As far as my wrist, my right hand goes numb every time I bend 2 of my fingers or when I sleep. (Nerve damage possibly, but hopefully it'll heal right soon).

## Conclusion

To begin with, No inmate should be forcefully subjected to physical abuse by an officer. Every officer signed a code of Ethics and a code of conduct which governs their behavior while being employed as a deputized sheriff of Wyandotte County Jail. This officer breached both codes by being socially bias as well as physically abusing inmates. This officer used excessive force when deemed unnecessary. He is not only a danger to inmates but also to himself and his fellow co-workers. This matter must be investigated thoroughly and dealt with accordingly.

Also, this isn't his first time. As it stands, he is going to trial this week for the same thing. He assaulted a Mr. Keith Wade who is now in F.Pod Rm#6. So this is habitual for him. And yet they are trying everything to keep me from exposing whats going on in here. Please check with me as soon as possible. Also check with Mr. Keith Wade to verify the abusive history of this officer.

Thank You for the gift of Your time Mr. Burton.

6 of 6

I hereby, under oath, testify that the contents of this affidavit is true.

X Durayl Vann   X 475 39 5203

Durayl Vann

Mailed this 21st day of January to internal affairs, Mr Buxton

Pg 103

PRINT NAME: _Durryl Vann_

POD: _B-2_   CELL: _30_

_exhibit B_

### WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _01-15-15 / 01-16-15_   TIME: _11pm - 1:15am_   RECEIVED

JAN 2 0 2015

( ) APPEAL   ( ) CLASSIFICATION   BY: ..................

( ) REVIEW   ( ) DISCIPLINE

(✓) GRIEVANCE   (✓) REQUEST _____

TO: _Grievance Officer_   (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 1-15-15 I was sent to the seg unit for refusing to lockdown, I was cuffed and escorted to B-2 (seg) by officer Green and another officer, I was called many derogatory names on the way to seg by officer Green as well as he refused to double lock the handcuffs. He intentionally clamped the cuffs tighter in which not only cut into my skin (see nurse report) but also cut off circulation in both hands. Once in the room officer Green called me a nigger, in response I called him a bitch. He clamped the cuffs tighter hurting me even more then ~~~~~~~ ordered me to lay on the bunk while at the same time twisting

INMATE'S SIGNATURE: _Durryl Vann_   INMATE # _475395203_

DISPOSITION: _Complaint Rec'd by Investigation_   DATE: _1/20/15_

_____

_____

_____

_____

_____

DEPUTY'S SIGNATURE AND RANK _L.F.D. Buxton 712_

WHITE: "FILE" — CANARY: "DEPUTY"

Pg. 2 of 3

my ankle and calling me a fucking ~~room ass~~ sheet punk. I called him a bitch ass peckawood and then officer Green balled up his fist and punched me in the face busting my nose and drawing blood from my mouth at the same time. He also swelled my left eye (See photos).       There was 2 other officers there to witness this incident. One was a black female C.O (M.S. Hibbler) who was standing right there when it happened, but when I asked her to come forward she stated that she didn't see anything (because shes scared of losing her job and what other officers will think of her). But she no doubt saw C.O. W. Green #1381 Maliciously batterize me by punching me in the face. The other officer is C.O Fulkhner #1879 (officer Greens friend and close companion)

         After I was punched in the face, the cuffs were left on me (cutting and drawing blood from my wrist) for an hour because Sergeant Sage refused to take them off of me, or even adjust them. The officers left me in the room for an hour with the cuffs continuing to cut into my wrist (they were not double locked) getting tighter and tighter.

         Once the pain in my wrist become unbearable and the feelings left my hands, I began kicking on the door to get some attention in which 10 minutes later 5 officers come in and jumped on me again and shackled me (refusing to loosen the handcuffs around my wrist) and escorted me to the restraint chair where I was then pushed into a room in intake sitting for another hour with the cuffs cutting into my wrist until I was

Pg 3 of 3

finally brought back to my cell.

Witnesses are as listed below: D. Lopez B2 #321,
officer Joy has seen my black eye
Officer Harmon has seen my black eye
Medical Nurses on desk has seen my swollen eye (a day later)

Also Keith Wade (an inmate in E Pod ) can
testify to CO Green's batterizing behavior for this is the
same officer that batterized him in which he is now going
to court for

I have requested to talk to Lt. Russel in
which he refused to come see me. I requested to talk to
Warden Fewell in which Harmon and Russell refused
to inform him of my request and this situation. Also Green's
friend Williams wrote multiple citations in hopes that
I will be in the hole long enough to heal up so that
it would be hard to prove that green battered me (See
citations)

Solution

I would like to talk to internal affairs
immediately or Warden Fewell. I want
this situation investigated immediately and I want
CO Green terminated from his job so that this
will never happen to anyone again.

Darryl Vann 495393863

Document 1-1   Page 11 of 38

*exhibit C*

PRINT NAME: _Durayl Vann_

POD: _8-7_   CELL: _30_

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _1-16-15_          TIME: _7:03_

( ) APPEAL              ( ) CLASSIFICATION

RECEIVED
JAN 20 2015
BY: _____

( ) REVIEW             ( ) DISCIPLINE

(✓) GRIEVANCE          (✓) REQUEST _Emergency Grievance_

TO: _Warden Fewell_                    (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Your officer C/O W Green punched me in the face while I was both handcuffed and shackled. And now my eye is swollen shut and drainage is coming from it. My nose is still bleeding this morning. Your staff is denying me medical attention. And you'all are refusing to take pictures of this incident all the while trying to keep me in the seg unit until I heal. I need to see you as soon as possible. They are refusing to call you. I would also like to talk to internal Affairs. This is the 2nd time this officer has Jumped on someone. The first person was Keith Wade. So this has become

INMATE'S SIGNATURE: _Durayl Vann_        INMATE # _473395203_

a habit. And yet you all are steady turning a blind eye.          DATE: _1/20/15_

DISPOSITION: _Complaint Rec'd by Investigations_

DEPUTY'S SIGNATURE AND RANK _Lt Buxton 712_

WHITE "FILE" – CANARY "DEPUTY"

exhibit D

PRINT NAME: Duroyl Vann

B. 1 of 2          POD: B2   CELL: 3D

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-18-15          TIME: 8:15 pm - 9:00 pm

RECEIVED
JAN 2 0 2015

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE                 (✓) REQUEST _____   BY: _____

TO: Grievance Officer     (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the Lt's and Sgt's refusal to take photos of my swollen eye and nose after officer W. Green #1881 punched me in my face (while I was handcuffed behind my back) without justifiable cause. When an incident occurs of such a magnitude whereas bodily harm has been done and blood has been drawn due to this incident, it is practical for photos to be taken of such injuries for documentation and proof/verification. Lt. Harmon refused me because of his friend and officer was involved. Lt. James also refused me. Lt. Sage refused me. Captain Russell refused me. All without reasonable cause.

INMATE'S SIGNATURE: Duroyl Vann     INMATE # 475395203
                                          (continues)

DISPOSITION: Complaint Rec'd by Investigations     DATE: 1/20/15

DEPUTY'S SIGNATURE AND RANK   Lt Burton 1712

WHITE "FILE" – CANARY "DEPUTY"

However, if it were an officer who was batterized by an inmate, then photos of his/her injuries caused by the inmate would've been taken. I've asked these officers why won't they take photos of my injurie (black eye, swollen eye and nose) and they walk away either mumbling or saying nothing at all. Officer Sage stated that I could take them once I got out of segregation then left my cell laughing.

What these officers motives are... are to leave me in the hole long enough for my injuries to heal so that by the time they take pictures no injuries will be shown as proof.

These officers are trying to cover up this incident of me being maliciously batterized by their fellow officer W. Green # 1881.

I would like photos of my injuries including my wrist is soon as possible. I would like for internal affairs to come see me. And I would like a copy of protocols dealing with incidents of injuries caused by battery. Plus I want written statements from each officer on why I was denied having photos taken of my severe injuries.

Durayl Vann 47531
B-2 Rm # 30

Case 5:15-cv-03180-JAR-DJW   Document 1-1   Filed 01/20/15   Page 14 of 38

Exhibit E

**PRINT NAME:** Darryl Vann

**POD:** B-2   **CELL:** 30

JAN 2 0 2015

BY:

## WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

**DATE:** 1-19-15                **TIME:** _____

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE                 ( ) REQUEST _____

**TO:** Grievance Officer (administration) Sgt. Dodds, Warden Fewell
or Sheriff Ash
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 4 day that I've not only been refused or denied my request of having photos taken of my injuries (swollen and blackened eye) that was caused by C.O.W. (____) who maliciously punched me in the face, but I was refused medical slips as well. All I want is for photos to be taken of my severely bruised and battered face for medical records and documentation. Yet everyone is refusing me, trying to stall me out from having photos taken until I heal. But if an inmate injured a C.O. then photos would be taken and used as evidence. The denial of such request shows prejudice against inmates. Why am I being denied having photos being taken when it

**INMATE'S SIGNATURE:** _____   **INMATE #** _____

a part of protocol in incidents stemming from matters of violence that lead to severe injuries whereas blood has been drawn?   **DATE:** 1/20/15

**DISPOSITION:** _____

Complaint Rec'd in Investigation

**DEPUTY'S SIGNATURE AND RANK** _____

Exhibit F
1 of 4

PRINT NAME: _Deral Vann_

POD: _B-2_   CELL: _30_

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _2-6-15_      TIME: _1:15 am_

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE               (✓) REQUEST _Once addressed, I would like to have a copy of the whole grievance (1-4) sent back and not just the carbon copy of page 1. Thank you_

TO: _Warden Forst_
                    (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_On 1-15-15 my prayer rug and my Holy Quran was taken from me by C.O. McQueen in segregation. I informed her that I am allowed to have those items while being in segregation. She stated that she "wasn't going to give me back shit," then took my prayer rug and Holy Quran with her as she left. Since then, I've asked numerous with several other officers of all different ranks and titles, for I've items back in which I've received nothing but disrespectful comments and remarks back from them, from being called names to even having my religious beliefs being made fun of which is..._

INMATE'S SIGNATURE: _Derral Vann_         INMATE # _475349603_
                                          has attached: continue

                                          DATE: _2-12-15_

DISPOSITION: _Lt. Col. Jeffrey S. Fewell_

_Replacements were offered & you refused._

_Your behavior or lack of cooperation has been_

_an issue with security_   1st Grievance denied

                                    Jeffrey S. Fewell, Warden
                                    Wyandotte County Adult Detention
                                    Center

DEPUTY'S SIGNATURE AND RANK _____

Continued. 2 of 4

unprofessional on their part as officers, as well as being in violation of not only your code of conduct, but your code of ethics also)

I've utilized several inmate communication forms (ICFs) requesting my prayer rug and Holy Quran back (in which shouldn't have been confiscated from me in the first place) but yet have not received a response back from neither grievances or simple request forms in which my request were written on 1-16-15, 1-19-15, and 1-23-15. It's been over 20 days since my first request was written and over 21 days (3weeks) since my religious material was spitefully taken from me. Since then I've written 2 grievances. This is now the 3rd grievance that is being written.

To begin with, I am grieving the actions of your officer Ms Green spitefully depriving me of my religious tools of worship regardless of her having the knowledge that I was allowed to have them while being in segregation. She knew that I was able to have them but spitefully confiscated them from me anyway due to a previous incident that took place with her fellow co-workers, officers, and friends. Since then I've seen her and have asked her several times about returning them only to be laughed at and having my simple request met with disrespectful remarks. I've also asked several other officers, but to no avail. Officer Green had no grounds to take my prayer rug and Holy Quran. Period. Point blank.

Secondly, its been 22 days since my Holy Quran and prayer rug was taken from me out of retaliation. And as it stands this retaliation is in its continuing form. I've filled out several request in which none have been answered and returned. I've filed 2 grievances previous to this one. Yet no response was given. So either some of these officers are refusing to turned them in or the administration are being vindictive and are refusing to answer my request and complaints due to incidents that have taken place on 1-15-15 in which previous grievances have been filed due to these incidents. It has been 22 days of your actions in depriving me of my religious materials in which are used for me to practice my religion of Islam accordingly. Because I am still being deprived; it has led me to believe that your actions are with malicious intent. And being that I was already in possession of these items from the beginning, the circumstances aren't as if these items would be hard to locate; for I was told that

(30 of )

I righteously requested is invalid and without merit. So I'm not only grieving your continuous denial of my prayer rug and Holy Quran but I'm also grieving the issue that you've already, with malicious intent, denied me from my religious practices for 22 days already as it stands which is a separate complaint within itself. This alone is a violation of my U.S. Constitutional Right (1rst Amendment) which states: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble and to petition the Government for a redress of grievances.

The other issue that I am grieving is the fact that, since the day that I was brought to segregation (01-15-15) in which other issues arised due to incidents manifesting out of racism and the elements thereof, I've been witness to many caucasions ask for chrjeels (bibles) and received them either the same day or the next day. Even when they kick and bang on the doors to get them they still receive them with no problems. Yet, I've been peacefully/humbly requesting both written and verbally for 3 weeks and still am being deprived. Yet on 1-15-15 when I kicked on the door to draw attention to handcuffs that were not only left on me but were put on me so tight that they were cutting into my wrist causing them to bleed, I was assaulted and batterized and put into a restraint chair (see camera footage in seg on 1-15-15). So as it stands, not only am I grieving the actions of the officers for taking my religious materials away from me to begin with, I'm also grieving your continuous actions of you depriving me from my religious practices after being well aware this matter through several ICFs and 2 previous grievances, and now I'm grieving that you are now treating me arbitrarily different from other inmates due to my Ethnic background and my religious/spiritual beliefs and practices due to your racial and religious biasses.

## Summary/Conclusion

I am Sunni Muslim who practices Ali-Islam. It is needless to say how important our Holy Quran and prayer rugs are to our practices and worship in our beliefs. The fact that you confiscate these things out of retaliation and with malicious intent from me when you are of the knowledge that I am able to have these things shows your prejudices against me due to my beliefs. The fact that you are aware of my deprivation of my Holy Quran and ... going through multiple request and ...

~Continued~ (4 of 4)

There is no excuse or justifiable cause for you to subject me to such deprivation and cruel and unusual punishment. All inmates have the right to practice their religions accordingly and to be treated equal and fair regardless of their religious practices or beliefs thereof. The caucasion christian Brothers ask for an Injeel (Bible) and they receive it within 2 days. The Jewish or Hebrew Brothers ask for a Taurat (Torah) and the receive it within a day or 2; I simply ask that my prayer rug and Holy Qur'án (material that was already in my possession) be returned to me, so that I may continue my worship to my GOD) and here it is you're continuing to deny me for over 3 weeks. On What grounds do you have for doing so? Does this not show bias biasness? Are you not treating me arbitrarily different from other inmates?

Therefore I am grieving: 1) the actions of your confiscation of my religious material with malicious intent to deprive me of my worship or religious practices.

2) The disrespect of your officers and un-professionalism in dealing with this matter whereas I've been disrespected with name calling and disregard for the respect of my religious beliefs. The breaching of the code of conduct and code of ethics in which your officers have a mandatory obligation to abide by.

3) The issue whereas you've blatantly denied my request without cause and that you've refused to allow me to practice my so religion thus for for 21 days. You've violated my 1rst Amendment Constitutional Right for 3 weeks all the while being aware of this situation.

4) That you are now continuing to violate my rights in which you are doing this in the form of retaliation inorder to try to get me to drop my complaints against your officer that stemmed from an incident that occurred on 1-13-15.

5) Your are treating me arbitrarily different from other inmates (and have been doing so for the past 21 days) which shows your ori....l biasnesses against me which has came to me including racism.

B 1 of 4

PRINT NAME: Darryl Vann

POD: B-2 CELL: 10

Exhibit G

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12-49-45                    TIME: _____

( ) APPEAL                        ( ) CLASSIFICATION

( ) REVIEW                        ( ) DISCIPLINE

(✓) GRIEVANCE                     ( ) REQUEST _____

TO: Administration _____

                                  (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 2/13/15 The name C.O (deputy W. Swan) was physically abused me by punching me in the face (swelling my eye shut for several days) was working in B-2 pod unit. On doing his pod check, he stops his way call and threatened to harm me, then called me a bitch. The he came back for showers rounds, in which I asked him to call his Sgt because I didn't feel safe nor trust him cuffing me up and taking me to the showers not only due to him threatening me earlier but also being as that he caused permanent damage to my eye when he maliciously punched me in the face while being handcuffed behind my

INMATE'S SIGNATURE: Darryl Vann          INMATE # 475395203

_____          DATE: _____

**DISPOSITION:** _____

See other Icf

DEPUTY'S SIGNATURE AND RANK _____

(2 of 4)

back (which occurred 1-15-15; See Medical Records, Etc.). He (C.O. W. Green) then refused to call a Sgt. stating "fuck you, you just refused your shower". But when other inmates caught him lying about me refusing my shower and denying me talking to a Sgt, he went into the hallway and a moment later Sgt. Sage finally enters the seg unit and comes to my cell.

Sgt Sage (who also played a part in the incident that occurred on 1-15-15) came to my cell and I explained to him that his deputy W. Green threatened me and that, due to his threats along with the situation that occurred on 1-15-15, I feared for my safety in letting him cuff me up and escorting me to the shower. I then asked Sgt. Sage if he himself or another officer could cuff me and take me to the shower. He stated that he "could care less" and that as far as he's concerned "he's backing his officer" and as it stands "it seems to him that I'm refusing my shower and recreation time".

I stated that "I'm not refusing anything." He said he didn't care and then walked off. (See camera in B-2 seg.) Officer W. Green continued antagonizing me with disrespectful name calling and bragging on the injuries he's caused me. All the way up to med pass in which even nurse Natalie can bear witness that there was a heated dialogue going on.

20 (twenty) minutes later I observed officer Cortez escorting a couple of inmates to the showers, in which I asked him if it was possible for him to escort me to a shower. He stated that it was up to my pod officer (C.O. W. Green). C.O. Green continued to refuse me my shower while refusing to allow C.O. Cortez to escort me to a shower. I have several individuals who can/will verify and the truth of this matter, for they were bearing witness to all that is being mentioned in this grievance. Witnesses are as listed: Eric Cday cell #4 (Who was in the shower/rec cage at
                        Shaun Smith cell #7    time of incident)
                        Richard Velasquez cell #9

<u>Summary/Conclusion</u>

To begin with, C.O. W. Green shouldn't be allowed to work in the same vicinity of an inmate that he brutally attacked and battered. Several grievances and complaints have been filed, by me, due to his actions of inflicting grievous harm upon me, whereas these complaints are of such a serious nature as to not be ignored or taken lightly. My eye was swollen shut for several days due to this individual striking me in the face with his fist, in which, as it stands I am still having problems seeing out of it clearly. His actions were unjustifiable and unwarranted.

When incidents of this magnitude occur, all precautions are to be taken immediate

Continued (3 of 4)

physical, verbal, and mental assault, battery, or injury in the form of retaliation and/or any element thereof by officers, inmates, or administration (the appointing authority). These precautions are to be put into place in order to insure the safety of both inmate and officer. Especially in such an environment where officers hold guardianship over inmates and inmates outnumbering officers. And in order to insure such safety precautions you must first provide a safe and secure environment for both inmate and officer. By you blatantly ~~something~~ ignoring such precautions by continuously allowing guards who're attached inmates to work around the inmates they're attached (physically) you are creating strong potential for hostile environments which shows your disregard for the safety of the inmates in your care and their guardians (deputy sheriffs alike).

I've written several complaints yet you, Warden Fewel (and administration), blatantly refuse to take such precautions, with the intentions of forcefully subjecting me to not only physical harm but mental anguish and suffering as well, by intentionally placing this officer, who physically harmed me (without justifiable cause) in the same environment as me whereas, with him holding guardianship over me in this environment, I'd have to depend on him for certain elements of my livelihood (showers, hygiene, clothing, medical, etc.) thus giving him the power to treat me unfairly and unjust in his actions of retaliation. And as it stands, when he works down here (B-2 seg) I am being threatened, taunted, refused showers and hygiene; all the while being forcefully subjected to his cruel and unusual punishment. Because of the power that he welds over me (dependency) ~~&~~ along with his actions of retaliation against me, plus his initial actions of physically harming me, I am experiencing mental stress, anguish, pain and suffering due to ~~no~~ what his actions are causing me to think (also me knowing of the power that you've given this individual (in which he's abusing and manipulating such power) and me knowing that you not only condone his actions but give him free will to inflict harm on inmates without the probability of any consequences being met.

Secondly, the same way another officer (Cortez) cuffed up other inmates and took them to the shower Sgt. Sage could've authorized a similar action as a solution but refused to do so. But instead he authorized a problem instead of a solution by basically giving the ultimatum of either allowing the same individual who not only tried but did hurt me cuff me up again (with the possibility of inflicting harm upon me again) and taking me to the shower or no shower at all. But then again he made that choice for me by refusing me altogether. Then again he made that choice for me by refusing me altogether. ~~.... Allnums a award who has~~

Document 1-1                    Page 22 of 38

Pg 4 of 4

raped a female inmate work in the same pod of the same female inmate that he brutally raped. Then telling her that the only way she can go to the shower is if she allow the same guard who violated her cuff her up (whereas she can't defend herself) take her to the shower. How do you think she'd react? And would that be reasonable grounds for denying her her rights to take a shower like everyone else?

So Mr. Fewel, would you allow such a guard/deputy continue to work in the vicinity/pod with the same female inmate he brutally raped? Especially if you had proof/Evidence of this and you knew about it?

Because as it stands, my situation is identical to the afore-mentioned one. You have proof of this individual beating me (Violating me) yet you continuously not only allow him to work here but allow him to work in the same pod as his victim (me) all the while knowing what he did and what he's capable of. And you're doing this out of retaliation

So once again would you allow such a guard to continue to work in a pod whereas he's violated his victims? Especially when you are aware of these situations? Because that's exactly what you're doing! These matters need to be investigated and dealt with promptly and accordingly.

End of Grievance

Ducayl Vann * #47535203
718 N. 74 St
KCK. 66101

B-2    Rm #10

2-12-15

pg. 1 of 4
Exhibit H

PRINT NAME: _Durril Vann_

POD: _B-2_  CELL: _10_

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _02-13-15_                    TIME: _____

( )   APPEAL                        ( )   CLASSIFICATION

( )   REVIEW                        ( )   DISCIPLINE

(✓)  GRIEVANCE                      ( )   REQUEST _____

TO: _Administration Warden Jewel_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_On 2-13-15 I was assistated in the showers by C.O. Jacco for shower and recreation time. I informed him that due to an altercation and an ongoing issue dealing with deputy sheriff Lt. Brown, I would prefer for him in a situation back to my cell from the showers once my time is up. He stated that he'd have no problem with that. Once in the rec cage, C.O. W. Brown seen that I was in the cage and decided to do a pod check. Once I saw C.O. Brown I took my showers and asked another inmate (Eric Day #4) to call C.O. Jacco and inform him that I was ready to be escorted back to my_

INMATE'S SIGNATURE: _Durril Vann_                INMATE # _475395203_

DISPOSITION: _____                     DATE: _____

_Noted - comply with order of all staff_

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

Continued (2 of 4)

Cell by him as we discussed. C.O. Jasso then told inmate Eric Clay (cell #4) to tell me that, as it stands, he'd have to ask C.O. W. Green to trade places for a minute or two inorder to be able to come and escort me back to the cell, but if he refuses to do so then there is nothing that he can do. C.O. Jasso said that he'd ask and that he didn't see why it would be a problem.

C.O. Jasso asked and C.O. W. Green blatantly refused with an ulterior motive in mind to start a conflict and provoke me intentionally. Once C.O. Jasso asked and was denied, C.O. W. Green came in the pod and told me to cuff up. I informed him that C.O. Jasso had offered to escort me back to my cell (inorder to insure my safety from being beaten by him while being in handcuffs (see reports/incidents complaints dealing with 1-15-15). C.O. Green then told me that he's cuffing me up and that's final. I told him to get another officer to cuff me up and escort me back to my cell and that I refuse to let him cuff me up again after what he's done to me. Plus he'd been threatening me for the past 2 days ... I told him that "he'll never get that off again." C.O. Green then stated "Cuff up or else!" I told him that I'll buy the "or else" option for a dollar.

C.O. Green then called the code. The Sgt and reinforcements came. But instead of the Sgt asking what the problem was, the Sgt just came in battering and pointing her fist in her hand, getting real beligerent and being unprofessional (See camera). There are several inmates who will verify this whole incident.

I told the Sgt that anyone of these officers she brought with her can cuff me and escort me to any cell, But I'm not letting C.O. W. Green ever touch me or cuff me up again for I fear for my safety due to what he did to me on 1-15-15. The Sgt stated that "He's cuffing you up and that's all there is to it.

I then yelled in the pod to inmates asking them to bear witness of what was going on. I stated that I am not resisting, the Sgt has all of these officers who can cuff me up and take me to my cell but she is trying to force me to allow this officer (C.O. Green) who brutally victimized me to cuff me up. Y'all see that she has options to allow this situation to be dealt with quickly and peacefully but that is not her intentions for she's well aware of what this man has done to me but she's steady trying to create further incidents to let him touch and harm me again. C.O. Green then asked about getting the shield (which has electricity running through it).

I then told her I refuse to let him touch and harm me again. I then asked C.O. Cortez to cuff me up and escort me to my cell. He said that he would. I then yelled out in the pod that "I am not resisting or refusing" real loud. I laid on the floor. Officer Cortez cuffed me and escorted me to my cell. 5-10 minutes later C.O. Green came to my door with a ticket and stated "your a bitch", I told him to get his bitch ass away from my cell. He asked if I was going to sign the ticket? I took it, read it, then refused, I then called him

Continued (3 of 4)

He left and went back out of the pod.

I have several witness to this incident. Not only for what he did tonight but also last night 02-12-15 and the night before 02-11-15 in which a grievance has been filed on both days. Even C.O Jasso can verify what he saw as well as me having another inmate push the button to call him to come and get me because I knew C.O. Green was going to try to get this off on me. I even told other inmate that C.O. Green was about to try to do something real slick inside to cause a conflict with me before it even happened. C.O. W Green also called me a bitch for involving Internal Affairs (ask some of the witnesses). This proves that his actions are in the form of retaliation.

### Summary / Conclusion

1) Being as that you are continuously allowing this individual to put me in harms way shows that you condone this. Not only that but C.O W Green has proven that he wishes to continue to inflict harm upon me. Hes already punched me in my face not only swelling my eye shut for several days but drew blood from me by busting my nose. Not to mention optical damage to my left eye and nerve damage to my right hand/wrist. And when he asked to get the shock shield it proves he wished harm upon me. I was still wet from the shower (especially my hair/dreadlocks), I'm in a metal cage plus its water still on the floor from the shower. If they'd ran in this cage with the shock shield they'd have to push me against something inorder to hold me against the shield. The only thing to post me against is the metal fence surrounding me. Now with metal, water, and a shock shield producing over 1,000 volts it equals severe injury. Not to mention that I have heart murmurs.

This individuals intentions was to harm me severely by all means necessary. You are all aware of his actions yet yall steady put him down in seg to work in which I wasn't working in seg until I came down here and the incident on 1-15-15 occurred. Yet you (Mr. Feuvel) have the audacity to say that I'm causing problems with security. I haven't caught a write up down here until tonight in which you are the culprit of contributing to security issues by placing this man in the same vicinity as the victim that he brutally battered. Especially when you are fully aware of whats going on. Are you not aware of the investigation that is going on...

Continued (4 of 4)

and I? So what is your excuse for your actions of creating such an environment? Are you not the appointing authority who have the power to utilize certain pillars of precautions inorder to prevent further incidents from taking place? The fact is that you actually know whats going on and you're actually contributing to the problem and trying to place blame on me for whats going on inorder to try to do damage control for which your officers were liable and at fault.

2) Even your Sgt was ready to do harm to me instead of taking the peaceful route with the simple solution that was the obvious choice. She had several officers with her who could've escorted me to the cell yet she tried to abuse her power and forcefully make me allow the same officer who beat me (in which she is aware of the ongoing investigation between him and I) to cuff me up whereas I can't defend myself shall he wish to harm me again. So what does that say about not only her thinking skills but her leadership skills as well? Her intentions were not to come up here to solve a problem. They were to come up here and inflict badily harm in retaliation (All the officers who showed up were the same exact officers that had something to do with the incidents that took place on (1-15-16). See camera about how she entered this pod being ~~more~~ agressive.

3) Earlier today I even talked to deputy pennington and Sgt Harmon about the situations that had been occurring on evening shift in which I even asked them to even take a shower on their shift or possibly get some clothes so that I can wash up in my room in case C.O. W. Green tried to start a conflict with me. I tried to avoid a situation before it happened. And as soon as Green seen me in the shower he tried to cause mischief and began ~~too~~ transgressing against me. Everyone is aware of this yet no one does anything about this matter.

You are aware of whats going on. You're steady putting this C.O. around me knowing not only what his intentions are but also what he's capable of. I would like for you to address these issues promptly and accordingly. Thank You for your time.

Witnesses as listed : Eric Clay Cell #7
                      Richard Velasquez #9
                      Shawn Smith #11
                      J.T.

Dureyl Vann 47539
Dureyl Vann
710 N. 7th St

Exhibit I

# WYANDOTTE COUNTY
# SHERIFF'S OFFICE



**Donald Ash**
**Sheriff**

**Jeffrey Fewell**
**Warden**

## *MEMORANDUM*

**TO:**       Inmate Durayl Vann

**DATE:**     July 8, 2015

**SUBJECT:**  Allegations against staff

I have received your grievance regarding allegations of medical injuries due to a use of force on January 15, 2015.

The Wyandotte County Sheriff's Office has conducted an investigation into your allegations and determined there was no regulatory guidance violated.

Your grievance is denied.

Please contact the chain of command for any questions.

LTC Jeffrey S. Fewell, MBA, CJM
Warden
Wyandotte County Sheriff's Office
Kansas City, Kansas 66101

*Memorandum I received in response of my letter written to internal Affairs and their boss (Warden Fewell on July 6 th 2015*

DISTRIBUTION:
Sheriff
U.S.
Chief Deputy
Detention Division
File

Exhibit J

1 of 3

PRINT NAME: Darryl Vann

POD: F    CELL: 6

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 7-6-15          TIME: _____

( ) APPEAL                ( ) CLASSIFICATION

( ) REVIEW                ( ) DISCIPLINE

(✓) GRIEVANCE            ( ) REQUEST _____

TO: Under Sheriff Larry Roland  (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd grievance I've sent you pertaining to the actions of your 2 subordinates Warden Jeffrey Fewell, Wyandotte County Jail Administration; and Wyandotte County Jail Deputy Sheriffs. You've failed to respond to my first 2 complaints, thus I'm sending you another in hopes of a response so that I may exhaust all of my remedies.

To begin with, I am once again grieving the actions of Warden Fewell for failing to investigate and take action in preventing Deputy Sheriffs from retaliating against me because of me filing

INMATE'S SIGNATURE: Darryl Vann          INMATE # 47337

DISPOSITION:                              DATE: 7-8-15

Sent Ltc. Fewell

I have received your grievance, on July 8, 2015. We will conduct a thorough investigation and forward all information to our attorneys.

**DEPUTY'S SIGNATURE AND RANK** _____

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

WHITE: "FILE" – CANARY: "DEPUTY"

Exhibit K

PRINT NAME: _Durryl Vann_

POD: _F_   CELL: _6_

Pg 1 of 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _July 9 2015_     TIME: _____

( ) APPEAL              ( )  CLASSIFICATION

( ) REVIEW              ( )  DISCIPLINE

(✓) GRIEVANCE           ( )  REQUEST _____

TO: _Under Sheriff Larry Roland_
   _____
        (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_I am grievancing the actions of Warden Fewell pertaining to not only his_
_actions that were mentioned in previous grievances sent to Under Sheriff_
_Larry Roland and Sheriff Don Ash, but also Warden Fewell's actions of taking_
_it upon himself to act in the capacity of the Under Sheriff and Sheriff ____ in_
_responding and/or answering grievances that were written on here even though_
_they were addressed to his superiors (in which it should have been his superiors_
_who responded to my grievances on Warden Fewell and not Warden Fewell himself)._
_To begin with, Warden Fewell's actions of interfering with the ___ inmate_
_grievance process/procedures _____ even stepping his boundaries_

INMATE'S SIGNATURE: _Durryl Vann_          INMATE #: _47539_

DATE: _7-20-15_

DISPOSITION: _Referred To Sheriff Ash For Review_

JAIL ADMINISTRATION:
ASKED AND ANSWERED

DEPUTY'S SIGNATURE AND RANK _____

Pg 2 of 3

(cont.)        in the chain of command, and hindering inmates due process and procedural rights are in violation of inmate rights of litigation as well as his actions displaying a blatant disregard for the rules that govern the capacity of his occupation position in which he occupies.

Warden Fewel's actions of answering grievances (that were complaints about his actions) that were to be sent to his superiors and addressed by his superiors, shows his disregard for authority and lack of respect for the Under Sheriff & Sheriff and their positions. His lack of discipline within the realms of his own chain of command proves that he believes that he is above all laws, policies, and procedures established and set into place for purposes of maintaining the order that is to govern both the system of Wyandotte County Jail's Staff and inmates. Is Warden Fewel not subordinate to Under Sheriff Roland and Sheriff Ash? And for Warden Fewel to over step the bounds of rules and regulations governing the chain of command, is that not insubordination that Warden Fewel is displaying? And his actions of insubordination is effecting inmates due process by interfering with our ways of exhausting our remedies through the grievance process.

What Warden Fewel is doing is blatantly violating inmates due process rights with the intentions of manipulating the grievance procedures/process so that I will not be able to exercise my grievance further up the chain of command properly and also within the time frame of specific statue of limitations.

Also in the response of the grievances answered by him (instead of his superiors) Warden Fewel denies that any violation on his deputies behalf had occurred at all on 1-15-15 in which I was punched in the face While I was handcuffed behind my back (laying chest flat on the bed) while being held down by another deputy. This incident left me with severe eye injuries and nerve damage. My eye was swollen shut for 4 days etc. Yet, he denies that such a violation (excessive force being used) even occurred. He has proof of this occurring yet is trying to sweep it under the rug. By Warden Fewel denying that a violation occurred, he is saying that

Pg 3 of 3

supports, condone, and promotes these type of actions from his white (caucasian) racially biasedly motivated deputies towards black inmates. I am just one of many victims. The actions displayed by deputies William Green and Faulkner on 1-15-15 in B-2 cellhouse constitute the actions of aggravated assault and aggravated battery, in which I, Durayl Vann, was the victim of these officers during the afore mentioned incident of 1-15-15. I suffered and sustained severe and grievous bodily harm at the hands and malicious actions of these officers. Yet Warden Fewel not only denies that this occurred (or it being a violation thereof) he actually supports this type of criminal behavior / criminal actions exposed by his caucasian deputy sheriffs, thus this makes him just as criminally treacherous as the deputies that he continuously allows to display such actions of unjustifiable excessive force on black inmates without justifiable cause.

Photograph of injuries to my face, caused by deputy William Green, were taken 4 days later (after the attack). So he has proof of his deputies' actions. And as B-shift (nights) continue to act in forms of retaliation against me, due to my actions of filing complaints on their retaliatory attacks against me, even more grievances (ICFs) have been filed. Yet Warden Fewel refuses to either respond to my ICFs or never send them back. Then Warden Fewel continues to refuse my request in obtaining copies of my grievances off of the Kiosk for in lieu of me reaching out beyond the walls of the Wyandotte County Jail (with the proof of my claims and allegations) bringing awareness to the criminal actions of Wyandotte County Jails Warden, Administration, and deputys.

I would like for this grievance to be sent to Under Sheriff Colored and Sheriff Ash so that shall a solution not be found, I may continue to exhaust my remedies. I have already exhaust them at the Chain of Command of the Warden's position. Now I wish to exhaust them at the level of the Sheriff and Under Sheriff.

Durayl Vann #47534
710 N. 7th St
KCK 66101

Exhibit L

1 of 6

PRINT NAME: _Durayl Vann_

POD: _B-2_   CELL: _30_

*proof of ... ing, ... what is tarely going on in Wyandotte County Jail*

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _1-27-15_     TIME: _____

( ) APPEAL          ( ) CLASSIFICATION

( ) REVIEW          ( ) DISCIPLINE

( ) GRIEVANCE       (✓) REQUEST _Info_

TO: _Programs_                    (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be provided with the address of the NAACP and Fox 41 News station as soon as possible. This is my 3rd time asking. Yet you deny me. It would be highly appreciated if I could have this info.

Thank You

INMATE'S SIGNATURE: _Durayl Vann_     INMATE # _47539520_

DISPOSITION: _NAACP_          DATE: _____

1601 East 18th Street #712
Kansas City, Missouri 64108

41 Action News
4720 Oak Street
Kansas City MO 64112

DEPUTY'S SIGNATURE AND RANK _2/2/15 CB_

2 of 6

PRINT NAME: Durual Vann

POD: ____ A   CELL: 30

*Proof of them refusing me legal envelopes. A form of retaliation, thus hindering me not only the court but disrupting outside communications about whats going on in here.*

WYANDOTTE COUNTY DETENTION CENTER
INMATE COMMUNICATION FORM

DATE: 1-31-15        TIME: 12:00 pm

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

( ) GRIEVANCE       (✓) REQUEST  legal envelopes (4)

TO: Programs
                     (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd request this month im for legal envelopes yet this been denied them. There have been people who're asked for them after me and have been provided legal envelopes before me. I've been requesting legal envelopes since 1-20-15, 1-21-15 and still haven't received them. I put in another request 1-25-15 and still haven't received them. This is my 3rd request. By you denying me access to the courts you are hindering my process at litigating through the courts. And by me waiting on you all I am being hindered from meeting certain deadlines at the courts. I can't send legal mail out via regular mail because

INMATE'S SIGNATURE: Durual Vann                  INMATE # 405385203

you all have read mail (outgoing mail) whats opened it and sent it to the district attorney. I have proof of that. So it would be highly appreciated if I received

DATE: ____

DISPOSITION: access. 4 legal envelopes. thank you

3 envelopes have been provided to you on

2-12-15

CB

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE"  —  CANARY: "DEPUTY"

3 of 6

PRINT NAME: _Duraul Vann_

POD: _B-2_   CELL: _30_

### WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

DATE: _2-06-15_   TIME: _____

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST _Info_

_Proof of me trying to bring awareness to whats happening to us inmates in here at the actions of the deputy_

TO: _Programs_   _____
(NAME OF AND/OR TITLE OF DEPUTY)_

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_I need address to fox 4 News 15_

INMATE'S SIGNATURE: _Duraul Vann_   INMATE # _475345203_

DISPOSITION: _____   DATE: _____

_Fox 4 News_
_3030 Summit_
_Kansas City, Missouri_
_64108_

DEPUTY'S SIGNATURE AND RANK _2/7/15_

5 of 6



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**

**DEREK SCHMIDT**
ATTORNEY GENERAL

June 16, 2015

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-2215 • FAX (785) 296-6296
WWW.AG.KS.GOV

Durayl Vann # 47539
Wyandotte County Jail
710 N. 7th
Kansas City, KS
Dear Mr. Vann:

Attorney General Derek Schmidt directed me to respond to the documents you sent, received by this office on June 16, 2015. In the same, you allege that you are not satisfied with your treatment while incarcerated in the Wyandotte County Jail. You allege misconduct by Jail staff. You request information concerning a civil rights complaint packet.

Please be advised that under Kansas law, the Office of the Attorney General does not control various activities of county sheriffs throughout the state. Each of these individuals are elected officials in their own right and are accountable to the constituents within the county they represent, not to the Attorney General. Each county sheriff is given authority to investigate any and all criminal allegations that occur within their jurisdiction. In addition, Jail operations are a responsibility of the Wyandotte County Sheriff, and not this office On matters of general job performance and conduct in office, county sheriffs answer to the constituents within the jurisdiction who have elected him or her to office and not to our office.

It is not entirely clear from the information you provided if you have contacted the Wyandotte County Sheriff with your concerns. If you have not already done so, you can only recommend that you consider contacting the Wyandotte County Sheriff about your concerns.

The statute you site, 42 USC Section 1983, is a Federal statute in the United States Code, and not a state statutes. This office does not investigate or prosecute alleged violations of federal law. You may request documents concerning the above statute from the Clerk of the United States District Court, United States Courthouse, 500 State Avenue, Kansas City, KS 66101.

We hope you understand that as chief legal counsel to state government, the Attorney General is responsible for protecting the public interest, but does not serve as legal counsel or advisor to individual citizens. The Attorney General is neither authorized nor allocated the resources to provide legal advice, interpretation, or counsel to individual citizens. If you believe that you need legal advice or counsel in this or any other matter, we can only suggest that you consider seeking legal advice from your present defense counsel, or counsel from the private attorney of your choice.

You should not expect further response from this office concerning this matter, as we consider you inquiry and request to be resolved as it is related to this office.

We hope you find this information helpful.

Sincerely,

OFFICE OF KANSAS ATTORNEY GENERAL
DEREK SCHMIDT

B. L. ADAMS
SPECIAL AGENT
Criminal Litigation Division

# THE UNIVERSITY OF KANSAS PHYSICIANS

## STATEMENT OF ACCOUNT FOR PHYSICIAN SERVICES

PATIENT: DURAYL T VANN

ACCOUNT # 001033760

STATEMENT DATE: 05

ITEMS ON THIS STATEMENT REPRESENT CHARGES FOR SERVICES PROVIDED BY PHYSICIANS OR OTHER HEALTH CARE PROFESSIONALS OF THE U OF K PH
THE DESCRIPTIONS OF SERVICES ARE LISTED ON THE LEFT SIDE. THE PAYMENTS, ADJUSTMENTS, INFORMATION ABOUT CLAIMS FILING, AND AMOUNTS
THE PATIENT ARE ON THE RIGHT SIDE. THE PATIENT RESPONSIBILITY AMOUNTS ARE DUE UPON RECEIPT OF THIS STATEMENT.

INVOICE NUMBER: 17088601
Services Rendered By: OPHTHALMOLOGY, KU EYE

**CHARGE ACTIVITY**
03/06/2015  92004  EYE EXAM NEW PT
03/06/2015  92133  SCANNING COMP OPHTHAL DIAG IM       188.00
                                              131.00
                                   TOTAL     319.00

INVOICE NUMBER: 17223564
Services Rendered By: OPHTHALMOLOGY, KU EYE

**CHARGE ACTIVITY**
04/01/2015  92015  REFRACTION
04/01/2015  92083  AUTOMATED VISUAL FIELD                75.00
04/01/2015  92012  EYE EXAM EST PT                       138.00
                                                        100.00
                                   TOTAL     313.00

**PAYMENT ACTIVITY**
PATIENT RESPONSIBILITY                      $  319.00

**PAYMENT ACTIVITY**
04/06/2015  OTHER/COMMERCIAL CLAIM PREPAR
AMOUNT PENDING WITH INSURANCE > 30 DAYS     $313.00
YOUR INSURANCE HAS NOT PAID THIS CLAIM.
PLEASE CALL THEM VIA THE PHONE NUMBER ON
YOUR INSURANCE CARD TO RESOLVE THIS CLAIM.

PATIENT PAYMENTS RECEIVED SINCE 04/16/2015      $0.00
INSURANCE PAYMENTS RECEIVED SINCE 04/16/2015    $0.00

**MESSAGES**
YOUR ACCOUNT IS SERIOUSLY PAST DUE. TO AVOID POSSIBLE COLLECTION ACTIVITY
1-877-729-5874

| STATEMENT BALANCE | INSURANCE PENDING | PATIENT NOW OWE |
|---|---|---|
| $632.00 | $313.00 | $319.00 |

CHARGES PENDING WITH INSURANCE LESS THAN 30 DAYS OLD DO NOT APPEAR ON THIS STATEMENT.
YOU MUST CONTACT THE BILLING OFFICE AT

PLEASE DETACH THE BOTTOM PORTION AND RETURN WITH YOUR PAYMENT. PLEASE REVIEW YOUR INSURANCE INFORMATION ON THE OTHER SIDE AND NOTIFY US OF ANY CHANGES.

☐ CHECK IF INFORMATION UPDATED ON BACK

UNIVERSITY OF KANSAS PHYSICIANS
PO BOX 410208
KANSAS CITY MO 64141-0208

Return Service Requested

QUESTIONS ABOUT YOUR ACCOUNT?
CALL TOLL FREE 1-877-729-5874
THE BILLING OFFICE IS OPEN MON - FRI -- 8:30 AM to 5:00 PM

KAN118.A400XK000293.J0IRJA.000480 000240

DURAYL T VANN
710 N 7TH ST
KANSAS CITY KS 66101-3051

MAKE CHECKS PAYABLE TO:  UNIVERSITY OF KANSAS PHYSICIANS

| STATEMENT DATE | ACCOUNT NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 05/16/2015 | 001033760 | $319.00 | $ |

To Pay by credit card, visit us at http://www.PayYourHealth.com and
enter your account number k003-001033760 and password of 50759

VISA  MASTERCARD  DISCOVER  AMERICAN EXPRESS

MAIL PAYMENT TO:
UNIVERSITY OF KANSAS PHYSICIANS
PO BOX 410389
KANSAS CITY, MO 64141-0389

0010337600516201500031 9003

*Exhibit M*

PRINT NAME: _____

POD: _____ CELL: _18_

*Pertaining to being consequented*
*for seeking medical attention*

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _1-11-20_     TIME: _____

( ) APPEAL         ( ) CLASSIFICATION

( ) REVIEW         ( ) DISCIPLINE

( ) GRIEVANCE         ( ) REQUEST _____

TO: _Medical_

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_____

INMATE'S SIGNATURE: _____     INMATE # _47439_

DISPOSITION: _____     DATE: _____

Triage: urgent.    01-14-2020

Seen in medical. Educated to contact medical immediately
for c/o chest pain. Ht. Shall not face disciplinary action
for c/o chest pains.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

Exhibit N

PRINT NAME: _____

POD: _____ CELL: _____

*Grievance pertaining to my denial of showers and hygiene*

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: ___10-4-19___   TIME: _____

( ) APPEAL                ( ) CLASSIFICATION

( ) REVIEW               ( ) DISCIPLINE

( ) GRIEVANCE         ( ) REQUEST _____

TO: ___Shift Sergeant_____

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd grievance that I've filed about being refused a shower while being in segregation. I have been refused a shower for 6 days straight while everyone else has had opportunity to take a shower. When asked why I'm denied a shower I was told that it was ordered "By Warden Fewell." I haven't had a shower in 6-7 days. This is in retaliation from Warden Fewell due to my past grievances filed on him and his group of officers who he allows to lie on black inmates unjustifiably. Warden Fewell is forcefully subjecting me to cruel and unusual punishment and he

INMATE'S SIGNATURE: ___Daryl Vann_____   INMATE # __77533__

(continues on attachment) continues to do so. This is clearly unethical and it's being used as a malicious

DISPOSITION: ___Fewell_____   DATE: __10-7-19__

Received

Warden

Fewell

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: _____

POD: B-2   CELL: 4

Exhibit O

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

DATE: _____   TIME: _____

( )  APPEAL              ( )  CLASSIFICATION

( )  REVIEW             ( )  DISCIPLINE

( )  GRIEVANCE          ( )  REQUEST _____

TO: _Donald Ash (Sheriff)_____
                    **(NAME OF AND/OR TITLE OF DEPUTY)**

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_On the 29th of October 2019 major Patrick did stand at my cell in B-2 (cell #4) and threaten to kill inmate Durryl Ufmn when he sees him on the streets, this statement was made in front of officers and officers there in. the incident happened between 3:00 + 3:30 on 3rd other inmates also were heard and witnessed the incident the inmates are Teddy Williams, Ryan Bright, Khalil Williams and another inmate I don't know they also with is his hands making a gun and if they see me its free (see camera's/camera's/audio). Also ___ ___ inmate asked Sgt. H_ ___ were they going to f___ ___ ___ and they say ___ that they will keep hearing the ___ threatening to kill some_

INMATE'S SIGNATURE: _Durryl Ufmn Ufmn_____   INMATE # _47529___

DISPOSITION: _____   DATE: _10-3-19_

Lt. Col. Jeffrey S. Fewell

_We have conducted an inquiry into your allegation that Major Patrick allegedly threatened you. Reports were written and Interviews were conducted. We did not find any evidence to support your allegations._

**DEPUTY'S SIGNATURE AND RANK** _____    **Jeffrey S. Fewell, Warden**
Wyandotte County Adult Detention
Center

WHITE: "FILE" - CANARY: "DEPUTY"

Pg 2 of 3

when he sees me on the streets. And said that they will not file a report on their major.

Conclusion

A serious threat was made by Major Patrick towards Inmate Vann in which Major Patrick threatened to "Kill Mr. Vann whenever he sees him on the streets." This was stated verbatim by an head official (Major Patrick) of the Wyandotte County Sheriffs Department and should be taken seriously. Inmate Vann fears for his life while being detained in Wyandotte County Jail for inmate truly and fully believes that major Patrick will make attempts to kill inmate Vann and has reason to believe that such actions are easily possible due to the major having full access to everything in the facility (ie officers, medical records, food, less lethal weapons, cameras, etc.) and has the power and tools to do so at his disposal.

Furthermore, I would like to grievance the actions of Sgt Sage and Garcia for failing to write or report this incident to internal affairs. To cover up such a serious incident or fail to report such an incident would be to condone and/or conspire to commit said actions with Major Patrick due to them failing to take the initiative preventive measures (by bring awareness to authorities about plot to murder Inmate Vann on the streets) to stop the actions and prevent further acts of a life threatening situation.

I Durayl would furthermore like to press charges on Major Patrick, Garcia, and Sage for the criminal acts against inmate Durayl Vann. You are now aware of the actions of your sub-ordinates. You officers were unprofessional in there actions of threatening me along with failing to report the actions of said threat. Major Patricks actions

Pg. 3 of 3

need to be investigated along with the actions of Garcia trying to cover the incident up with his dishonesty and Sgt Sage's actions of failing to report the incident of Major Patruch's actions.

Please Respond as soon as possible along with sending me a copy of this grievance and attachment with your response

Certificate of Service

I, Durayl Vann, do hereby certify that this is a correct and original document scribed by me and that this grievance was mailed to the Sheriff Donald Ash, 710 N. 7th St, KCK, 66101

x _Durayl Vann_
Durayl Vann

1 of 6



**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Roger Werholtz, Secretary

Laura Kelly, Governor

RECEIVED
APR 0 1 2019
DOC Facility Management Area

January 16, 2019

Durayl Vann KDOC # 0076997  WY CO Jail # 47539
710 n 7th St.
Kansas City, KS 66101

RE: Injury Claim

Mr. Vann:

I received your letter attempting to file an injury claim with KDOC.  You also asked KDOC send you paperwork for a Legislative Claim.

Your claim appears to be against the WY CO Jail.  KDOC does not supervise the jail in any capacity.

You will need to pursue your claim though the county system.


Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management
Office# (785) 296-2753
Doug.Burris@ks.gov

cc:     Correspondence

To: Head of Administration of Secretary of Corrections of State of Kansas

From: Durayl Vann
400 E. Main
Savannah, MO
64485

REC____

AUG 26 20__

DOC Facility Management Area

Greetings,

I am Durayl Vann, and an inmate who am writing you in regards to legal documents (complaints of cruel & unusual punishment) that were mail to you in which I have yet to receive a response back from you sending a verdict on said matter.

This packet of documents (complaints) was mailed to your office sometime within the months between December of 2018 to January 2019. To be more specific its contents were pertaining to the physical and brutal unjustified beatings of inmates in Wyandotte County Jail (specificly me) by Wyandotte County Jail's Deputy Sheriffs.

I've been waiting several months for your response, but have yet to receive one back from you whereas I may further my cause.

I would like to receive your response to my claim back, along with a copy of the complaint itself. It would be highly appreciate if you can send this back to me as soon as possible. Your delayed response is causing a hinderance in me furthering my cause in exhausting my remedies pertaining to my complaint that was sent to you. Respectfully; Humbly Written;

Durayl Vann
400 E. Main
Savannah, MO 64485

3 of 6

To: KDOC
Secretary Of Corrections

RECEIVED
OCT. 16 2019
DOC Facility Management Area

From: Durayl Vann
Wyandotte County Jail
710 N. 7th St
KCK. 66101

Greetings

My name is Durayl Vann, an inmate in Wyandotte County Jail who am writing you requesting that you send the 1983 civil complaint / grievances back to me that I had sent to you a few months ago. I have written you several times requesting a response yet you fail to do so. So since you choose not to even respond to said grievances that was sent to you, it would be highly appreciated if you were to send all that I've sent to you back to me so that I may further my cause utilizing the grievance procedure. Because as it stands, by you holding on to my grievances without further action and failing to respond, you are blocking my due process. Therefore I simply request that you return all said documents back to me. It would be highly appreciated.

Thank You for the
gift of your time.

Please Respond    Respectfully Written,
as soon as possible.            Durayl Vann

4 of 6



**Kansas**
Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary

Laura Kelly, Governor

October 16, 2019

Durayl Vann KDOC # 0076997
Wyandotte County Sheriff's Office
710 North 7th St.
Suite 20
Kansas City, KS 66101

RE: Injury Claim

Mr. Vann:

I received your 3nd letter concerning and injury claim with KDOC.

Your claim appears to be against the WY CO Jail.  KDOC does not supervise the jail in any capacity.

You will need to pursue your claim though the county system.

You have asked for all your paperwork to be sent back to.  It is attached.


Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management
Office# (785) 296-2753
Doug.Burris@ks.gov


cc:      Correspondence

5 of 6

To: Secretary of Corrections
714 S.W. Jackson, Ste 300     From: Durayl Vann #47539
Topeka, Ks 66603                    710 N 7th St
                                             KCK 66101

I am an inmate, Durayl Vann #47539, in Wyandotte County Jail who am writing you asking you to file my personal inquiry claim and grievance issues with your office.

I'm also asking that you may provide the contact information to the "joint committee" as well, shall I need to go through their office in the near future.

Being as that I'm in a County Jail and not a prison, the grievance forms are different as well as the grievance process as far as exhausting one's remedies. So shall I need to exhaust my remedies further; after the Secretary of Corrections, who do I file this paperwork with next? Please elaborate.

Also I'd like to ask you to send me your response on this matter along with all of the information (Exhibits attached) that I've sent with my grievance complaint.

*Please Respond As Soon As Possible*

P.S.
I've already sent my personal          Thank You
inquiry claim to the address listed on
the claim but was told by a judge          Durayl Vann #47539
to send it to your office to be          Wyandotte County Jail
filed.                                              710 N. 7th St
                                                        KCK 66101

6 of 6



★ KANSAS ★
DEPARTMENT OF CORRECTIONS
714 SW Jackson, Suite 300
Topeka, KS 66607
"A Safer Kansas Through Effective Correctional Services"

521 EL DORADO CTY
RETURN TO SENDER

LEFT FACILITY
RETURN TO SENDER

Hasler
03/25/2019
US POSTAGE $001.75⁰
FIRST-CLASS MAIL
ZIP 66606
0111E1265G519

E-203