# EXHIBIT A

# VIDEO FOOTAGE FILED CONVENTIONALLY AND UNDER SEAL