


# WYANDOTTE COUNTY SHERIFF'S OFFICE

Donald Ash
Sheriff

# * MEMORANDUM *

**TO: Major Russell**

**FROM: Captain Andrew Carver**

**DATE: 11/26/2018**

**SUBJECT: Citizen Complaint 2018-00026759**

On 10/30/2018 I received a complaint from Inmate Durayl Vann who claimed that officers "Aggravated Assaulted and batterized" him. Mr. Vann also claims officers drug him down the steps, denied medical treatment, and brutally attacked and beat him. After reviewing the body camera footage of the incident, Mr. Vann's claims are directly refuted by video footage. Mr. Vann was provided medical treatment (which he denied and then demanded another nurse), Mr. Vann was carried down the steps using a 4 man carry technique, and was then placed in a restraint chair. Due to Mr. Vann's allegations, I am forwarding this complaint to you for review. Please forward your findings to Undersheriff Roland.

Cpt. Andrew Carver #1666




# WYANDOTTE COUNTY SHERIFF'S OFFICE

**DONALD ASH**
**SHERIFF**

**LARRY ROLAND**
**UNDERSHERIFF**

To: Under Sheriff Roland

From: Major Russell #1198

Date: November 27, 2018

Subject: 2018-00026759 complaint

      Captain Carver requested that complaint number 2018-00026759 be reviewed concerning current policies. I have reviewed all the video footage, provided by the body cameras, and did not find any policy violations.

I find the complaint to be unfounded.





# OFFICE of the SHERIFF
# WYANDOTTE COUNTY
710 NORTH 7TH STREET, SUITE 20
KANSAS CITY, KANSAS 66101

PHONE: 913-573-2861
FAX: 913-573-8117

**DONALD ASH**
SHERIFF

**LARRY ROLAND**
UNDERSHERIFF

### OFFICE OF PROFESSIONAL STANDARDS CASE DISPOSITIONS:

☒ *Unfounded* - The investigation indicates the act or acts did not occur or did not involved sheriff personnel.

☐ *Exonerated* – The act(s) did occur but were justified, lawful, and proper.

☐ *Not sustained* – The investigation fails to discover sufficient evidence to clearly prove or disprove the allegation made in the complaint.

☐ *Sustained* – The investigation disclosed sufficient information to clearly prove the allegation made in the complaint.

☐ *Not Involved* – The investigation establishes that the individual officer who is the subject of the complaint was not involved in the alleged incident.

☐ *Policy Failure* – The act did occur and was found to be consistent with or in the absence of governing policy. The investigation revealed that the policy itself requires revision or that a new policy be implemented.

☐ Forward to Wyandotte County District Attorney's Office pending any criminal charges.

Comments _____

_____
_____
_____
_____
_____
_____
_____
_____

Forwarded and distributed to _____
for review and/or disciplinary action.

11-28-18
Date

*Larry E. R[oland]*
Undersheriff Roland