| ✓ | ▢ | Blwp Status | Name | | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Complete | P-11075 | ... | P-11075 | 3/17/2017 | 08:19:19 | B Pod | B3-35- when you turn on the hot water, it shoots over the sink onto the floor B3-38a- water runs constantly and the desk is coming loose from the wall B3-41- cell has no hot water. Inmate informed that he will not be moved since he has cold water, but a | 4/4/2017 |
| | | Complete | P-11066 | ... | P-11066 | 3/8/2017 | 08:16:27 | B Pod | B2#11 Cold Water Valve Spinning around in chase | 3/7/2017 |
| | | Complete | P-11063 | ... | P-11063 | 3/7/2017 | 16:55:17 | B Pod | B2 next to cell 11. The lever inside the chase that controls whether the water is on or off doesn't stop when you try to turn it on or off. The lever can be moved in a complete circle and we don't know if the water is on or off. | 3/16/2017 |
| | | Complete | P-11053 | ... | P-11053 | 3/1/2017 | 08:07:55 | B Pod | B-1 1 Water runs constantly in the sink | 3/1/2017 |
| | | Complete | P-11046 | ... | P-11046 | 2/21/2017 | 16:21:17 | B Pod | In B1 Cell 1 the water is shut off due to the cold water constantly running | 3/1/2017 |
| | | Complete | P-11040 | ... | P-11040 | 2/17/2017 | 09:16:47 | B Pod | B3 cell 38a/b- water runs this is they only cell that is 10-7. | 3/16/2017 |
| | | Complete | P-11022 | ... | P-11022 | 2/8/2017 | 10:53:34 | B Pod | B3.38 10.7 WATER RUNS 02.04.17 | 3/16/2017 |
| | | Complete | P-11015 | ... | P-11015 | 2/2/2017 | 08:28:15 | B Pod | The B2 shower next to cell 11 is10-7 the drain backs up causing the shower to flood. | 2/1/2017 |
| | | Complete | P-11006 | ... | P-11006 | 1/19/2017 | 11:39:08 | B Pod | Can I get a work order for cell B3-21, there is no cold water pressure so it just dribbles out. | 2/1/2017 |
| | | Complete | P-11000 | ... | P-11000 | 1/16/2017 | 08:47:43 | B Pod | B3-cell #42 the hot water does not run | 2/2/2017 |
| | | Complete | P-10984 | ... | P-10984 | 1/5/2017 | 10:20:57 | B Pod | B1-3- Sink clogged- The sink is extremely slow to drain, it could possibly be loosened up. B1-23 - Water runs constantly B2-6- Toilet will not flush- The toilet makes noise like it is flushing but nothing goes down, also there is no water. B2-26- Sink spr | 2/2/2017 |
| | | Complete | P-10980 | ... | P-10980 | 1/9/2017 | 16:56:27 | B Pod | We have had a flood in B2 due to mechanical issues with a sink. | 1/9/2017 |

1 - 100 | ▶ |

## Newsfeed

Start a conversation

It's pretty quiet here. Invite more people to the site, or start a conversation.

true,false,2

## Documents

⊕ new document or drag files here

✓ ▢ **Name**

There are no documents in this view.

| ✓ | 🗋 | Blwp Status | Name | | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Complete | P-11245 | ... | P-11245 | 7/20/2017 | 15:05:42 | B Pod | 10.7 TOILET CLOGGED 06.17.17 B2.11 10.7 TOILET FLOODS OVER 06.20.17 B3.37 10.7 TOILET NOT FLUSH 04.18.17 | |
| | | Complete | P-11240 | ... | P-11240 | 7/18/2017 | 11:49:37 | B Pod | B1-#3 water pressure is too high, shooting water on the floor. | |
| | | Complete | P-11220 | ... | P-11220 | 7/4/2017 | 08:27:15 | B Pod | B2-7 toilet clogged | |
| | | Complete | P-11214 | ... | P-11214 | 6/26/2017 | 08:23:18 | B Pod | B pod has cells with toilets not flushing cells number and 11, B3 cell number 37. | 7/19/2017 |
| | | Complete | P-11205 | ... | P-11205 | 6/13/2017 | 15:34:06 | B Pod | Cell number 37- toilet won't flush. Has been 10-7 for a while | |
| | | Complete | P-11183 | ... | P-11183 | 5/17/2017 | 08:27:30 | B Pod | doesn't have not | 5/24/2017 |
| | | Complete | P-11174 | ... | P-11174 | 5/10/2017 | 16:17:59 | B Pod | Sink is clogging in cell 1 in B1 | 5/24/2017 |
| | | Complete | P-11164 | ... | P-11164 | 5/1/2017 | 09:07:08 | B Pod | 37 the toilet is not flushing properly it could be the button that needs to be replaced. | 4/30/2017 |
| | | Complete | P-11141 | ... | P-11141 | 4/17/2017 | 11:16:49 | B Pod | B-1 23 Water runs contantly B-2 5 Sink run constantly – cold water Toilet leaking – water is shut off to cell. B-3 37 Toilet won't flush | 5/24/2017 |
| | | Complete | P-11135 | ... | P-11135 | 4/12/2017 | 10:51:33 | B Pod | 05 10.7 TOILET LEAKS 09.17 | |
| | | Complete | P-11116 | ... | P-11116 | 4/4/2017 | 08:47:41 | B Pod | B-2 Showers One shower is missing the shower curtain; other shower has standing water and will not drain. B-3 13 Toilet leaking B-3 39 No cold water | 4/4/2017 |
| | | Complete | P-11115 | ... | P-11115 | 4/4/2017 | 08:46:17 | B Pod | B-2 5 Sink run constantly – cold water B-2 6 Toilet doesn't flush B-2 7 Sink runs constantly B-2 8 | |
| | | Complete | P-11113 | ... | P-11113 | 4/3/2017 | 09:17:53 | B Pod | Shower drain clogged in B-3 | 4/4/2017 |
| | | Complete | P-11109 | ... | P-11109 | 4/3/2017 | 08:12:21 | B Pod | The shower in B2 is flooded. There is only one shower that inmates can use because the other shower doesn't have a shower curtain. | |
| | | Complete | P-11104 | ... | P-11104 | 3/29/2017 | 08:27:06 | B Pod | B2.06 10.7 TOILET WONT FLUSH 03.15.17 B2.07 10.7 SING RUNS CONTANT 03.27.17 B2.08 10.7 TOILET FLUSHES CONSTANT 03.27.17 B2.30 10.7 SINK BUTTON 03.16.17 | 4/4/2017 |
| | | Complete | P-11094 | ... | P-11094 | 3/23/2017 | 14:10:01 | B Pod | B2.06 10.7 TOILET WONT FLUSH 03.15.17 B2.30 10.7 SINK BUTTON 03.16.17 | |
| | | Complete | P-11091 | ... | P-11091 | 3/28/2017 | 11:58:53 | B Pod | B206 10-7 toilet won't flush B207 10-7 sink runs constantly B208 10-7 toilet won't flush B322 hard to flush toilet, takes 3 or for times to push the button | |
| | | Complete | P-11090 | ... | P-11090 | 3/28/2017 | 09:37:52 | B Pod | B230 toilet button does not flush, it's 10-7 | |

| ✔ | 🗅 | Blwp Status | Name | | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | a pipe into the water chase | |
| | | Complete | P-11461 | ... | P-11461 | 1/26/2018 | 08:08:27 | B Pod | B2 cell 11 cold water barely trickles out of the facet | 4/12/2018 |
| | | Complete | P-11453 | ... | P-11453 | 1/24/2018 | 09:14:27 | B Pod | B2.31 10.7 WATER CANT BE SHUT OFF 01.10.18 B2.33 10.7 SINK NOT WORKING 01.18.18 B3.37 10.7 TOILET NOT FLUSH 04.18.17 | |
| | | Complete | P-11439 | ... | P-11439 | 1/12/2018 | 12:00:56 | B Pod | B2.31 10.7 WATER CANT BE SHUT OFF 01.10.18 B3.37 10.7 TOILET NOT FLUSH 04.18.17 | 1/18/2018 |
| | | Complete | P-11429 | ... | P-11429 | 1/4/2018 | 08:18:22 | B Pod | B3.37 10.7 TOILET NOT FLUSH 04.18.17 B3.40 10..7 TOILET NOT FLUSH 12.21.17 | |
| | | Complete | P-11420 | ... | P-11420 | 12/27/2017 | 12:46:58 | B Pod | The cells in B3 that are 10-7 Cell 37 The toilet wont flush Cell 40 the toilet wont flush | |
| | | Complete | P-11409 | ... | P-11409 | 12/18/2017 | 12:35:15 | B Pod | B3.37 10.7 TOILET NOT FLUSH 04.18.17 B3.40 10..7 TOILET NOT FLUSH 11.09.17 | |
| | | Complete | P-11394 | ... | P-11394 | 12/1/2017 | 12:52:47 | B Pod | B3 cell 42 no hot water | |
| | | Complete | P-11379 | ... | P-11379 | 11/20/2017 | 11:55:56 | B Pod | B2.09 10.7 TOILET WONT FLUSH 11.17.17 B3.37 10.7 TOILET NOT FLUSH 04..18.17 B3.40 10..7 TOILET NOT FLUSH 11.09.17 | 1/9/2018 |
| | | Complete | P-11376 | ... | P-11376 | 11/13/2017 | 12:39:42 | B Pod | B3.37 10.7 TOILET NOT FLUSH 04.18.17 B3.40 10..7 TOILET NOT FLUSH 11.09.17 | |
| | | Complete | P-11352 | ... | P-11352 | 10/23/2017 | 10:49:06 | B Pod | B2.26 10.7 WATER CONTINUES RUN 10.18.17 B3.37 10.7 TOILET NOT FLUSH B.17 B3.39 10..7 INTERCOM 9.14.17 B3.42 10.7 TOILET NOT FLUSH | 10/27/2017 |
| | | Complete | P-11335 | ... | P-11335 | 10/9/2017 | 11:58:15 | B Pod | B3.16 10.7 TOILET WONT FLUSH 10.08.17 B3.37 10..7 TOILET NOT FLUSH 04.18.17 B3.42 10..7 TOILET NOT FLUSH | |
| | | Complete | P-11316 | ... | P-11316 | 9/25/2017 | 11:32:20 | B Pod | B3.37 10.7 TOILET NOT FLUSH 04.18.17 B3.42 10..7 TOILET NOT FLUSH | 5/2/2018 |
| | | Complete | P-11307 | ... | P-11307 | 9/15/2017 | 13:10:13 | B Pod | B1.23 10.7 TOILET WONT FLUSH 09.14.17 B3.37 10..7 TOILET NOT FLUSH 04.18.17 | |
| | | Complete | P-11304 | ... | P-11304 | 9/14/2017 | 14:43:09 | B Pod | Maintenance installed the new flush system into B1 a few days ago, cell B1-23 is still not flushing. It is 10-7 CRH 1958 | |
| | | Complete | P-11290 | ... | P-11290 | 8/21/2017 | 14:41:38 | B Pod | B3.37 10.7 TOILET NOT FLUSH 04.18.17 B3.41 10..7 SING NOT FLOWING 08.15.17 | |
| | | Complete | P-11271 | ... | P-11271 | 8/2/2017 | 11:36:06 | B Pod | B3.37 10..7 TOILET NOT FLUSH 04.18.17 | |
| | | Complete | P-11254 | ... | P-11254 | 7/23/2017 | 08:34:02 | B Pod | B3-18 Toilet wont flush B3-37 Toilet wont flush B3-39 Toilet clogged | 7/25/2017 |
| | | Complete | P-11253 | ... | P-11253 | 7/23/2017 | 08:30:58 | B Pod | B2.04 Toilet clogged over B2-11 Toilet floods over B2-31 Toilet floods | 7/25/2017 |

| ✓ | 🗋 | Blwp Status | Name | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2018003877 was moved from that cell into B2-28 per Captain Arnold. The cell has been 10-7'd. | |
| | 🖍 | Complete | P-11621 | ••• P-11621 | 6/28/2018 | 08:33:44 | B Pod | There is a clogged drain in the b3 cleaning closet. We tried to plunge it but it didn't work. There is black mold coming out of the drain so the water must have been sitting for a while. | |
| | 🖍 | Complete | P-11601 | ••• P-11601 | 6/20/2018 | 10:21:43 | B Pod | The shower without the phone in it gets clogged and needs to be snaked or drain cleaner down the drain B2 29 sink water runs constantly | 6/29/2018 |
| | 🖍 | Complete | P-11595 | ••• P-11595 | 6/6/2018 | 10:51:10 | B Pod | B3 #18 10-7 constant water run | 6/12/2018 |
| | 🖍 | Complete | P-11589 | ••• P-11589 | 6/4/2018 | 16:23:02 | B Pod | #10 CELL HAS NO COLD WATER | 6/12/2018 |
| | 🖍 | Complete | P-11588 | ••• P-11588 | 6/4/2018 | 16:14:31 | B Pod | THE CLEANING CLOSET IS BACKED UP IN B3 AND IT SMELLS REALLY BAD | 6/29/2018 |
| | 🖍 | Complete | P-11587 | ••• P-11587 | 6/2/2018 | 08:29:08 | B Pod | The middle shower in B3 needs to be fixed. Its not draining any water, there is just a pool of water in it. And the cold water in B2-09 is not working. | 6/12/2018 |
| | 🖍 | Complete | P-11573 | ••• P-11573 | 5/16/2018 | 15:41:17 | B Pod | B3.37 10-7 TOILET LEAKS | |
| | 🖍 | Complete | P-11570 | ••• P-11570 | 5/12/2018 | 09:04:03 | B Pod | B3 #37 had to be placed on the 10-7 list due to a water leak | 5/18/2018 |
| | 🖍 | Complete | P-11548 | ••• P-11548 | 4/20/2018 | 15:17:19 | B Pod | We've got a lot of D/Seg inmates needed to be in B2. Is there any way to get B2 cell #26 on the priority list for plumbing issues? | 4/24/2018 |
| | 🖍 | Complete | P-11544 | ••• P-11544 | 4/17/2018 | 14:42:02 | B Pod | Bathroom in the old classification office area (where mental health is located) has problems flushing contents. The access is through B3 upper level (4th floor inside jail) | 4/19/2018 |
| | 🖍 | Complete | P-11538 | ••• P-11538 | 4/4/2018 | 09:31:47 | B Pod | B-Pod can't find where the leak is coming from in water chase between 17-18. Leaking into DA Office. | 4/4/2018 |
| | 🖍 | Complete | P-11528 | ••• P-11528 | 3/25/2018 | 08:42:11 | B Pod | B2 29 toilet won't flush B3 37 toilet is disconnected | 4/12/2018 |
| | 🖍 | Complete | P-11525 | ••• P-11525 | 3/19/2018 | 08:31:51 | B Pod | The toilet in B2 29 is 10-7 it is clogged and needs to be snaked | |
| | 🖍 | Complete | P-11520 | ••• P-11520 | 3/16/2018 | 09:55:58 | B Pod | B3.37 10-7 TOILET NOT FLUSH 04.18.17 | |
| | 🖍 | Complete | P-11505 | ••• P-11505 | 3/7/2018 | 09:57:31 | B Pod | In B3 cell number 16, the hot water won't shut off. Water has been turned off in water chase | 5/18/2018 |
| | 🖍 | Complete | P-11499 | ••• P-11499 | 2/23/2018 | 10:12:52 | B Pod | Cell 11 the toilet will not flush and it is severely cogged | |
| | 🖍 | Complete | P-11484 | ••• P-11484 | 2/14/2018 | 14:44:34 | B Pod | Need to replace staff bathroom/Kitchen faucets in the following areas: B Tower Bathroom | 3/19/2020 |
| | 🖍 | Complete | P-11478 | ••• P-11478 | 2/13/2018 | 08:43:00 | B Pod | B-POD Cell 37 - Sink is stopped up and is missing | |

| ✔ | ▯ | Blwp Status | Name | | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Cell B2-8 water continually runs. Thank you. | |
| | ▰ | Complete | P-11805 | ... | P-11805 | 11/6/2018 | 07:17:29 | B Pod | B2 Cell 8 Hot water does not work | 11/16/2018 |
| | ▰ | Complete | P-11803 | ... | P-11803 | 11/5/2018 | 12:35:52 | B Pod | The water fountain in housing unit B3 is not working. | |
| | ▰ | Complete | P-11788 | ... | P-11788 | 10/31/2018 | 14:44:14 | B Pod | B3.16 10.7 SINK DOESN'T WORK 10.31.18 B3.41 10.7 BAD LEAK IN CELL 09.09.18 HIGH PRIORITY PER GREG | 11/29/2018 |
| | ▰ | Complete | P-11774 | ... | P-11774 | 10/17/2018 | 10:02:53 | B Pod | B Pod 3 - the water fountain is clogged. | 11/5/2018 |
| | ▰ | Complete | P-11765 | ... | P-11765 | 10/9/2018 | 07:15:37 | B Pod | B Pod-B2 first shower hardly no water pressure. The shower only sprays a small stream of water out of it. Its the shower with the phone. | 10/11/2018 |
| | ▰ | Complete | P-11744 | ... | P-11744 | 9/27/2018 | 10:17:04 | B Pod | B3.41 10.7 BAD LEAK IN CELL 09.09.18 | |
| | ▰ | Complete | P-11733 | ... | P-11733 | 9/20/2018 | 09:43:37 | B Pod | B3 Rooms 36, 39, and 41 toilets are not working properly they are clogged. All three have waste currently in them and will not flush. | 9/20/2018 |
| | ▰ | Complete | P-11726 | ... | P-11726 | 9/12/2018 | 07:45:59 | B Pod | After following the instructions for the operation of the toilets in B3, I still cannot get the toilets to operate. All 3 toilets have waste currently in them and will not flush said waste. B3 rooms 36, 39, and 41 remain 10 | 9/14/2018 |
| | ▰ | Complete | P-11722 | ... | P-11722 | 9/12/2018 | 12:49:57 | B Pod | Cells 36, 39, and 41 in the B-3 housing unit. Toilets are not working properly or clogged. | 9/12/2018 |
| | ▪ | Complete | P-11721 | ... | P-11721 | 9/7/2018 | 07:49:17 | B Pod | The toilet in B3 Cell 39 will not flush. | 9/10/2018 |
| | ▪ | Complete | P-11715 | ... | P-11715 | 9/1/2018 | 08:12:58 | B Pod | B2 #08 is now 10-7 due to no lights in the cell. | |
| | ▰ | Complete | P-11688 | ... | P-11688 | 8/11/2018 | 12:19:48 | B Pod | C1.07A 10.7 TOILET NOT WORKING 07.17.18 C1.07B 10.7 TOILET NOT WORKING 07.17.18 | |
| | ▰ | Complete | P-11686 | ... | P-11686 | 8/11/2018 | 12:14:04 | B Pod | B2.09 10.7 LOW WATER PRESSURE 08.06.18 B2.11 10.7 WATER WONT STOP RUNNING 08.08.18 B2.29 10..7 CLOGGED TOILET 08.05.18 B2.33 10.7 CLOGGED TOILET 08.03.18 B3.21 10.7 TOILET CLOGGED 08.05.18 | 8/15/2018 |
| | ▰ | Complete | P-11679 | ... | P-11679 | 8/7/2018 | 08:36:52 | B Pod | Cell # 29 (B-Pod) The toilet in cell 29 is not flushing. The inmate had put trash in it and when he tried to flush it would not go down. | 8/15/2018 |
| | ▪ | Complete | P-11678 | ... | P-11678 | 8/6/2018 | 09:58:21 | B Pod | 1. Cell # 9- Do not have water pressure 2. Cell # 21- Sink ID clogged up 3. Cell # 33- Toilet is clogged | 8/15/2018 |
| | ▪ | Complete | P-11624 | ... | P-11624 | 7/3/2018 | 09:49:04 | B Pod | B2-29 the water continually runs. Inmate Spaulding, Bryan | |

SharePoint

Scrimsher, Elizabeth ▾  ⚙  ?

Building Logistics West    Building and Logistics West    WO-Justice Complex Maint    WO-Justice Complex Plumbing    Search this site    ▾ ⌕

# WO-Justice Complex Plumbing

## WO - Justice Complex Plumbing

New ▾    Upload ▾    Actions ▾    Settings ▾

Find a file   ⌕

| ✓ | 🗋 | Blwp Status | Name | | Blwp Work Order Num | Blwp Request Date ▼ | Blwp Request Time | Blwp Work Location ▼ | Blwp Work To Be Performed | Blwp Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Count= 101** | | | | | |
| | | Complete | P-11972 | ••• | P-11972 | 2/26/2019 | 08:11:30 | B Pod | #2 shower in b-2, farthest from the door as you enter b-2 drains slowly & sometimes difficult to turn off. | 3/1/2019 |
| | | Complete | P-11964 | ••• | P-11964 | 2/21/2019 | 08:29:24 | B Pod | B1 cell 23 water in sink doesn't work | 3/1/2019 |
| | | Complete | P-11958 | ••• | P-11958 | 2/18/2019 | 08:07:39 | B Pod | Cell #2 has low water pressure in B pod. | 2/20/2019 |
| | | Complete | P-11957 | ••• | P-11957 | 2/18/2019 | 08:07:00 | B Pod | There is a small water leak in the water chase between cells 3 and 4 | 2/20/2019 |
| | | Complete | P-11949 | ••• | P-11949 | 2/7/2019 | 6:49 | B Pod | Cell 3B- b-3 The toilet will not flush in this cell. | 2/11/2019 |
| | | Complete | P-11923 | ••• | P-11923 | 1/22/2019 | 13:58:15 | B Pod | B3 – 21 As requested I personally checked and the hot water in cell 21 is not working | 1/24/2019 |
| | | Complete | P-11911 | ••• | P-11911 | 1/8/2019 | 2:55am | B Pod | B1 shower drain isn't draining properly. Deputies in B-pod had to have inmate workers clean the shower out with the shop-vac to clear the standing water from the shower. | |
| | | Complete | P-11891 | ••• | P-11891 | 12/30/2018 | 600 | B Pod | B12 has no cold water | 1/11/2019 |
| | | Complete | P-11890 | ••• | P-11890 | 12/30/2018 | 6:00 | B Pod | The water fountain on the right in B3's drain is clogged | 3/4/2019 |
| | | Complete | P-11889 | ••• | P-11889 | 12/30/2018 | 6:00 | B Pod | B Pod, B1's shower drain is clogged and the shower head needs replaced | 1/17/2019 |
| | | Complete | P-11875 | ••• | P-11875 | 12/21/2018 | 12:02:31 | B Pod | Cell B3.16 10.7 SINK DOESN'T WORK 10.31.18 | 12/27/2018 |
| | | Complete | P-11874 | ••• | P-11874 | 12/21/2018 | 12:00:13 | B Pod | Cell B2.07 10.7 NO HOT WATER 12.21.18 | |
| | | Complete | P-11867 | ••• | P-11867 | 12/18/2018 | 08:11:52 | B Pod | B207 has no cold or hot water verified by Deputy Kresyman1936 cell is 10-7 | 12/27/2018 |
| | | Complete | P-11862 | ••• | P-11862 | 12/12/2018 | 09:40:41 | B Pod | Work order for shower in B1 thanks Deputy Kresyman1936 | |
| | | Complete | P-11855 | ••• | P-11855 | 12/8/2018 | 10:41:04 | B Pod | Deputy Stevens just checked B3-16. Both sink buttons are wedged in, so that they do not pop back out—and still, there is no flow of water. This is our only 10-7 cell in B pod. | |
| | | Complete | P-11849 | ••• | P-11849 | 12/6/2018 | 5:28 | B Pod | Priority B3.16 10.7 SINK DOESN'T WORK 10.31.18 | |
| | | Complete | P-11839 | ••• | P-11839 | 11/29/2018 | 2:57 | B Pod | • B3 Pod—cell 16 plumbing sink block flow control screw malfunction, currently 10-7 | 12/13/2018 |
| | | Complete | P-11824 | ••• | P-11824 | 11/15/2018 | 07:47:07 | B Pod | | |

| ✓ | 🗋 | Blwm Status | Name | | Blwm Work Order Num | Blwm Request Date ▼ | Blwm Request Time | Blwm Work Location ▼ | Blwm Work To Be Performed | Blwm Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ... | | | | | B2-8 cell door does not fully secure. This cell has had this issue before. | |
| | | Complete | M-13420 | ... | M-13420 | 9/6/2018 | 07:19:26 | B Pod | B 2 #8 slider not closing | 9/6/2018 |
| | | Complete | M-13409 | ... | M-13409 | 9/1/2018 | 08:16:28 | B Pod | B2 #08 is now 10-7 due to no lights in the cell. | 9/4/2018 |
| | | Complete | M-13349 | ... | M-13349 | 8/13/2018 | 13:57:43 | B Pod | Cell 13 in B-3: Does not have working lights. | 8/14/2018 |
| | | Complete | M-13321 | ... | M-13321 | 8/6/2018 | 07:10:41 | B Pod | The intercom at Officers desk in the tower needs tightened. | 8/6/2018 |
| | | Complete | M-13314 | ... | M-13314 | 8/1/2018 | 14:20:30 | B Pod | B Pod -Attorney client visitation intercom not functional. | 8/2/2018 |
| | | Complete | M-13294 | ... | M-13294 | 7/30/2018 | 09:30:35 | B Pod | B 27 light switch is fried | 7/30/2018 |
| | | Complete | M-13220 | ... | M-13220 | 6/19/2018 | 14:25:27 | B Pod | B 2 slider not working | 6/19/2018 |
| | | Complete | M-13127 | ... | M-13127 | 4/17/2018 | 06:29:39 | B Pod | Midwest electronics, fence contractors drilled into wiring in F pod | 4/12/2018 |
| | | Complete | M-12862 | ... | M-12862 | 10/24/2017 | 13:10:01 | B Pod | B 2 32 window broken | 10/24/2017 |
| | | Complete | M-12861 | ... | M-12861 | 10/24/2017 | 13:08:08 | B Pod | B3 39 the intercom does not work | 10/24/2017 |
| | | Complete | M-12812 | ... | M-12812 | 9/18/2017 | 17:34:01 | B Pod | B-2 slider wouldn't open | 9/18/2017 |
| | | Complete | M-12748 | ... | M-12748 | 8/8/2017 | 08:50:41 | B Pod | b 1 #2 intercom not working | 8/8/2017 |
| | | Complete | M-12726 | ... | M-12726 | 7/28/2017 | 08:27:43 | B Pod | B2 #27 new window | 7/28/2017 |
| | | Complete | M-12717 | ... | M-12717 | 7/25/2017 | 18:56:12 | B Pod | Cell #9 stopping a few inches short of closing. | 7/25/2017 |
| | | Complete | M-12706 | ... | M-12706 | 7/24/2017 | 07:31:16 | B Pod | B1 #25 slider not opening | 7/24/2017 |
| | | Complete | M-12694 | ... | M-12694 | 7/17/2017 | 16:49:22 | B Pod | B3 new wiring from box to east and north walls, new conduit, outlets, etc. | 7/17/2017 |
| | | Complete | M-12691 | ... | M-12691 | 7/14/2017 | 08:36:07 | B Pod | no power B3 east and south wall | 7/17/2017 |
| | | Complete | M-12677 | ... | M-12677 | 7/10/2017 | 11:01:46 | B Pod | B pod tower bathroom lights | 7/10/2017 |
| | | Complete | M-12635 | ... | M-12635 | 6/19/2017 | 15:42:40 | B Pod | B1 #2 slider | 6/19/2017 |
| | | Complete | M-12634 | ... | M-12634 | 6/19/2017 | 09:49:17 | B Pod | B1 slider is grinding | 6/19/2017 |
| | | Complete | M-12632 | ... | M-12632 | 6/16/2017 | 19:01:25 | B Pod | Cell #9 wouldn't secure. | 6/16/2017 |
| | | Complete | M-12536 | ... | M-12536 | 5/4/2017 | 19:01:36 | B Pod | Cell 9 wouldn't close. | 5/4/2017 |
| | | Complete | M-12504 | ... | M-12504 | 4/25/2017 | 19:01:13 | B Pod | Lights needed in cell 44. | 4/25/2017 |
| | | Complete | M-12496 | ... | M-12496 | 4/24/2017 | 14:20:54 | B Pod | B 3 17 key stuck in door | 4/24/2017 |
| | | Complete | M-12478 | ... | M-12478 | 4/18/2017 | 05:33:52 | B Pod | b2 9 slider wont close | 4/18/2017 |
| | | Complete | M-12467 | ... | M-12467 | 4/11/2017 | 10:30:41 | B Pod | B 2 7 slider will not close | 4/11/2017 |
| | | Complete | M-12455 | ... | M-12455 | 4/4/2017 | 10:17:21 | B Pod | B3 41 not securing | 4/4/2017 |
| | | Complete | M-12454 | ... | M-12454 | 4/4/2017 | 10:16:12 | B Pod | B2 28 lights | 4/4/2017 |
| | | Complete | M-12453 | ... | M-12453 | 4/4/2017 | 10:14:43 | B Pod | B2 shower curtain replaced | 4/4/2017 |
| | | Complete | M-12434 | ... | M-12434 | 3/30/2017 | 13:42:35 | B Pod | B1 emergency light | 3/30/2017 |

1 - 100 [ ▸ ]

Site Feed

Newsfeed

| Start a conversation

It's pretty quiet here. Invite more people to the site, or start a conversation.

Documents

⊕ new document or drag files here

✓ 🗋 Name

There are no documents in this view.

| ✓ | ▢ | Blwm Status | Name | Blwm Work Order Num | Blwm Request Date ▼ | Blwm Request Time | Blwm Work Location ▼ | Blwm Work To Be Performed | Blwm Date Completed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TRIED TO ACCESS IT DURING MED PASS | |
| | | Complete | M-13728 | ••• M-13728 | 12/5/2018 | 11:40:13 | B Pod | B visitation, upper and lower doors , handles installed | 12/5/2018 |
| | | Complete | M-13687 | ••• M-13687 | 11/20/2018 | 08:03:26 | B Pod | I am just sending a follow up message about the electrical issue in B-pod hallway. Home wave, Kiosk, and tablets are all 10-7 due to the power being out in that area. | 12/5/2018 |
| | | Complete | M-13678 | ••• M-13678 | 11/19/2018 | 10:46:50 | B Pod | Deputy Wilson told me this morning that the electrical outlet in the B Pod hallway isn't working. I don't know if it has anything to do with the problems we're having with the kiosks or a bad switch or what, but it won't charge the tablet card. Just wan | 12/5/2018 |
| | | Complete | M-13669 | ••• M-13669 | 11/15/2018 | 06:15:55 | B Pod | b3 power knocked out | 11/14/2018 |
| | | Complete | M-13613 | ••• M-13613 | 10/31/2018 | 15:06:15 | B Pod | B2 #6 wont open from panel | 10/31/2018 |
| | | Complete | M-13608 | ••• M-13608 | 10/31/2018 | 14:59:58 | B Pod | b2 #5 door jammed wont open | 10/31/2018 |
| | | Complete | M-13593 | ••• M-13593 | 10/25/2018 | 09:14:45 | B Pod | 4th floor B-pod visitation door, door hold open fastener needs replaced, it is missing | 10/29/2018 |
| | | Complete | M-13586 | ••• M-13586 | 10/23/2018 | 15:48:40 | B Pod | B 1 bulletin case mounted | 10/23/2018 |
| | | Complete | M-13582 | ••• M-13582 | 10/22/2018 | 16:04:47 | B Pod | B pod battery back up rewired | 10/22/2018 |
| | | Complete | M-13561 | ••• M-13561 | 10/15/2018 | 14:54:21 | B Pod | Battery hook ups in b tower | 10/15/2018 |
| | | Complete | M-13557 | ••• M-13557 | 10/15/2018 | 14:41:13 | B Pod | B-Pod Hallway-Bulletin board sitting on the floor along the wall in the hallway. It's from B1 next to the shower, need to have it put back up. | 10/23/2018 |
| | | Cr~~omplete~~ | ~~M-13551~~ | ••• ~~M-13551~~ | ~~10/12/2018~~ | 15:58:2~~ | B Pod | ~~#1 #2 #3 #4 re~~ opening due to motors disengaged . #1,#2 #3#4 #5 #6 #7 #8 | 10/12/2018 |
| | | Complete | M-13550 | ••• M-13550 | 10/12/2018 | 15:56:48 | B Pod | B pod tower and panel out after bpu power outage | 10/12/2018 |
| | | Complete | M-13538 | ••• M-13538 | 10/11/2018 | 06:45:34 | B Pod | B tower battery back not working | 10/10/2018 |
| | | Complete | M-13497 | ••• M-13497 | 10/2/2018 | 07:23:17 | B Pod | B-POD CELL 2/LIGHTS ARE DIM | 10/5/2018 |
| | | Complete | M-13495 | ••• M-13495 | 10/1/2018 | 16:38:40 | B Pod | CELL 18/ DOOR IS HARD TO CLOSE cell 18 hard to close | 10/2/2018 |
| | | Complete | M-13487 | ••• M-13487 | 9/28/2018 | 10:25:04 | B Pod | The outlet installed in the B pod hallway is coming off the wall. Can it please be reattached to the wall? Thanks! Sara | 10/1/2018 |
| | | Complete | M-13486 | ••• M-13486 | 9/28/2018 | 07:49:57 | B Pod | B3 # 21 will not open from the tower panel, nor will it open when the button is pressed and the door is set on access. | 10/1/2018 |
| | | Complete | M-13447 | ••• M-13447 | 9/14/2018 | 12:38:40 | B Pod | B gym fence on door | 9/14/2018 |
| | | Complete | M-13446 | ••• M-13446 | 9/14/2018 | 10:38:43 | B Pod | B gym fencing is loose | 9/14/2018 |
| | | Complete | M-13430 | ••• M-13430 | 9/9/2018 | 07:44:06 | B Pod | The wire is loose on the rec cage in b pod | 9/11/2018 |
| | | Complete | M-13422 | M-13422 | 9/6/2018 | 07:44:54 | B Pod | | 9/6/2018 |

| | Complete | M-13838 | ••• | M-13838 | 12/30/2018 | 4:58 | B Pod | from B3 and a metal pole from the phone lines off the wall to repair. Maintenance- if this is not yours please advise...Nicole Skinner | 1/3/2019 |
| | Complete | M-13837 | ••• | M-13837 | 12/30/2018 | 4:58 | B Pod | replace - In the Sgt office is a shower light cover from B3 | 12/31/2018 |
| | Complete | M-13820 | ••• | M-13820 | 12/22/2018 | 9:07 | B Pod | FEEDER DOOR OF CELL 31 IN B2 WAS VERY DIFFICULT TO OPEN WHEN DEPUTY STITES | 12/24/2018 |



SharePoint

Scrimsher, Elizabeth ▾   ⚙   ?

Building Logistics West | Building and Logistics West | **WO-Justice Complex Maint** | WO-Justice Complex Plumbing | Search this site

... > WO-Justice Complex Maint

## WO - Justice Complex Maintenance

⊕ new document or drag files here

Current View  ···    Find a file 🔍    SAVE THIS VIEW

| ✓ | 🗋 | Blwm Status | Name | | Blwm Work Order Num | Blwm Request Date ▼ | Blwm Request Time | Blwm Work Location ▼ | Blwm Work To Be Performed | Blwm Date Completed | Maint |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Count= 45** | | | | | | |
| | 🖿 | Complete | M-15000 | ··· | M-15000 | 12/30/2019 | 08:45:30 | B Pod | B3 19 Door gets stuck and wont shut all the way | 12/30/2019 | |
| | 🖿 | Complete | M-14984 | ··· | M-14984 | 12/23/2019 | 08:58:54 | B Pod | B2-10 lights are burned out. | 12/23/2019 | |
| | 🖿 | Complete | M-14961 | ··· | M-14961 | 12/16/2019 | 16:37:30 | B Pod | B3 cell 38 lights out rm 10-7 | 12/17/2019 | |
| | 🖿 | Complete | M-14957 | ··· | M-14957 | 12/16/2019 | 12:44:07 | B Pod | Cell # 16 the light is barely turning on in B3. | 12/16/2019 | |
| | 🖿 | Complete | M-14952 | ··· | M-14952 | 12/13/2019 | 13:58:27 | B Pod | B pod tablet key replaced , key ring replaced | 12/13/2019 | |
| | 🖿 | Complete | M-14942 | ··· | M-14942 | 12/12/2019 | 12:36:43 | B Pod | key broke off in B pod cabinet | 12/12/2019 | |
| | 🖿 | Complete | M-14933 | ··· | M-14933 | 12/11/2019 | 07:56:24 | B Pod | B-POD Cell 3 lights are not working. | 12/11/2019 | |
| | 🖿 | Complete | M-14919 | ··· | M-14919 | 12/5/2019 | 15:04:13 | B Pod | B pod #28 no water | 12/5/2019 | |
| | 🖿 | Complete | M-14901 | ··· | M-14901 | 12/4/2019 | 16:18:16 | B Pod | Tower intercom button inoperable | 12/6/2019 | |
| | 🖿 | Complete | M-14896 | ··· | M-14896 | 12/3/2019 | 15:41:55 | B Pod | B2.27 10..7 NO LIGHTS 11.14.19 | 12/4/2019 | |
| | 🖿 | Complete | M-14895 | ··· | M-14895 | 12/3/2019 | 15:41:35 | B Pod | B2.26 10..7 NO LIGHTS 11.14.19 | 12/4/2019 | |
| | 🖿 | Complete | M-14888 | ··· | M-14888 | 12/3/2019 | 10:17:13 | B Pod | B2-8 feeder door will not close. | 12/3/2019 | |
| | 🖿 | Complete | M-14766 | ··· | M-14766 | 10/22/2019 | 07:00:52 | B Pod | B pod #34 leaking thru bubbler | 10/21/2019 | |
| | 🖿 | Complete | M-14765 | ··· | M-14765 | 10/22/2019 | 06:59:14 | B Pod | B pod #5 and 6 clogged | 10/21/2019 | |
| | 🖿 | Complete | M-14747 | ··· | M-14747 | 10/14/2019 | 09:21:34 | B Pod | B3 closet light is inop please replace the bulb. | 1/17/2020 | |
| | 🖿 | Complete | M-14693 | ··· | M-14693 | 9/25/2019 | 07:06:57 | B Pod | Readjusted B-3 upper left camera #1. | 9/24/2019 | |
| | 🖿 | Complete | M-14659 | ··· | M-14659 | 9/16/2019 | 09:40:15 | B Pod | The Cell slider in B2#8 will not close | 9/16/2019 | |
| | 🖿 | Complete | M-14609 | ··· | M-14609 | 8/22/2019 | 11:54:45 | B Pod | The kiosk in B3 went black and will not turn back on. | 8/22/2019 | |
| | 🖿 | Complete | M-14587 | ··· | M-14587 | 8/16/2019 | 07:09:14 | B Pod | Camera replaced B-3 upper tier right. | 8/15/2019 | |
| | 🖿 | Complete | M-14581 | ··· | M-14581 | 8/14/2019 | 14:50:14 | B Pod | #30 no water 10-7 | 8/14/2019 | |
| | 🖿 | Complete | M-14570 | ··· | M-14570 | 8/9/2019 | 08:26:59 | B Pod | The lock to the door for the bulletin board in B3 is broken and will not secure, the door wont even stay closed | 8/9/2019 | |
| | 🖿 | Complete | M-14519 | ··· | M-14519 | 7/30/2019 | 14:40:14 | B Pod | B pod #20 new sink housing | 7/30/2019 | |
| | 🖿 | Complete | M-14507 | ··· | M-14507 | 7/29/2019 | 16:25:32 | B Pod | B Tower: Hot on Unit. Temperature in area is not cool. The key ring for this area is broken and needs to be repaired | 7/30/2019 | |
| | 🖿 | Complete | M-14455 | ··· | M-14455 | 7/10/2019 | 10:39:38 | B Pod | PRIORITY We need the following cells worked on asap please. This is B3 - it is our special | | |

| ✓ | 🗋 | Blwm Status | Name | Blwm Work Order Num | Blwm Request Date ▼ | Blwm Request Time | Blwm Work Location ▼ | Blwm Work To Be Performed | Blwm Date Completed | Maint |
|---|---|-------------|------|--------------------|--------------------|-------------------|---------------------|---------------------------|---------------------|-------|
| | | | | | | | | management housing unit | | |
| | 🗋 | Complete | M-14454 | ⋯ M-14454 | 7/10/2019 | 10:36:38 | B Pod | B1 cell #2's lightbulb is burnt out. | 7/11/2019 | |
| | 🗋 | Complete | M-14450 | ⋯ M-14450 | 7/9/2019 | 08:34:34 | B Pod | b-32 door makes loud noises some times when opened or closed | 7/11/2019 | |
| | 🗋 | Complete | M-14357 | ⋯ M-14357 | 6/12/2019 | 08:08:07 | B Pod | B2 33 toilet wont flush | 6/12/2019 | |
| | 🗋 | Complete | M-14277 | ⋯ M-14277 | 5/13/2019 | 10:42:12 | B Pod | Pod tower door- The Key for the tower door does not work so the tower has be opened via the panel. Which does not always work. | 5/14/2019 | |
| | 🗋 | Complete | M-14255 | ⋯ M-14255 | 5/4/2019 | 10:11:26 | B Pod | Fan needs assembly in hallway of B Pod | 5/7/2019 | |
| | 🗋 | Complete | M-14254 | ⋯ M-14254 | 5/4/2019 | 10:11:04 | B Pod | Light in bottom of tower in B Pod out | 5/7/2019 | |
| | 🗋 | Complete | M-14248 | ⋯ M-14248 | 5/2/2019 | 09:19:31 | B Pod | B1's -TV radio transmitter is currently not working | 5/7/2019 | |
| | 🗋 | Complete | M-14195 | ⋯ M-14195 | 4/11/2019 | 14:45:16 | B Pod | century link B pod phone repair | 4/11/2019 | |
| | 🗋 | Complete | M-14167 | ⋯ M-14167 | 4/2/2019 | 14:40:55 | B Pod | new tv mounted | 4/2/2019 | |
| | 🗋 | Complete | M-14166 | ⋯ M-14166 | 4/2/2019 | 10:47:10 | B Pod | tv not working, taken down | 4/2/2019 | |
| | 🗋 | Complete | M-14154 | ⋯ M-14154 | 3/31/2019 | 08:05:11 | B Pod | The lights in B2-31 need to be replaced. | 4/1/2019 | |
| | 🗋 | Complete | M-14145 | ⋯ M-14145 | 3/28/2019 | 14:28:32 | B Pod | B pod 1 t5 fixture replaced with led | 3/28/2019 | |
| | 🗋 | Complete | M-14103 | ⋯ M-14103 | 3/18/2019 | 09:38:26 | B Pod | B3 cell #42 intercom not working (We have three inmates who are on B3 overflow, so cells in B3 are a hot commodity right now) | 3/18/2019 | |
| | 🗋 | Complete | M-14044 | ⋯ M-14044 | 2/23/2019 | 09:15:15 | B Pod | B3 utility closet is broken | 2/25/2019 | |
| | 🗋 | Complete | M-13956 | ⋯ M-13956 | 2/1/2019 | 09:26:51 | B Pod | kiosk in b3 is not working | 2/1/2019 | |
| | 🗋 | Complete | M-13950 | ⋯ M-13950 | 1/31/2019 | 12:20:56 | B Pod | century link , Bpod phones | 1/31/2019 | |
| | 🗋 | Complete | M-13908 | ⋯ M-13908 | 1/22/2019 | 13:59:31 | B Pod | B3- 21 There also seems to be a problem with the ballast in the light fixture as well. | 1/24/2019 | |
| | 🗋 | Complete | M-13885 | ⋯ M-13885 | 1/16/2019 | 08:23:35 | B Pod | The pipping that connects the kiosk and video visitation is not flush on either end and needs to be fixed. | 1/16/2019 | |
| | 🗋 | Complete | M-13878 | ⋯ M-13878 | 1/11/2019 | 5:55 | B Pod | B-pod Dep S. Johnson reported that the key to the shower/rec cage padlock is cracked and does not work in the lock. Sgt Sage will give his key to B-pod and we will need to replace his key. | 1/16/2019 | |
| | 🗋 | Complete | M-13874 | ⋯ M-13874 | 1/10/2019 | 14:57:39 | B Pod | reset battery backup from alarm node, | 1/10/2019 | |
| | 🗋 | Complete | M-13847 | ⋯ M-13847 | 1/4/2019 | 12:56:22 | B Pod | Home wave not working in b3 | 1/4/2019 | |