| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 373071 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 21 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

**Stamp** **Action** **User**
**Detail**

05/02/2018 08:35 am
 ORIGINAL REQUEST:
  I WOULD LIKE TO KNOW WHO MY ATTORNEY IS AND WOULD LIKE TO HAVE ALL OF THEIR CONTACT INFORMATION. I WOULD ALSO LIKE A ROA REPORT, INFORMATION COMPLAINT SHEET, AND AN AFFADAVIT FOR WARRANT FROM WYANDOTTET COUNTY COURT CLERK KATHLEEN COLLINS AS SOON AS POSSIBLE. THANK U FOR THE GIFT OF YOUR TIME. I WOULD ALSO LIKE TO SIGN UP FOR THE LAW LIBRARY IF POSSIBLE.

05/02/2018 08:40 am                                           EWILSON
 USER ASSIGNED CHANGED
  FROM <UNASSIGNED> TO [CRIMINAL] ,

05/02/2018 08:40 am                                           EWILSON
 GROUP ASSIGNED CHANGED
  TO ASSIGNED

05/02/2018 09:49 am                                           CRIMINAL
 CLOSED:
  You have not been appointed an attorney at this time. You should have one by the end of next week. We sent you your ROA, information and affidavit per a an ICF request we received from you yesterday (5/1) . If you have not received them by 5/3 let us know and we will resend them. As for the Law Library question you will need to contact the programs department.

| | | | | |
|---|---|---|---|---|
| Request Type: | CLASSIFICATION | | Request Subtype: | GENERAL REQUEST |
| Assigned Group: | ASSIGNED | | Assigned User: | CSHIELDS |
| Request Number: | 373584 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

**Stamp** **Action** **User**
**Detail**

05/08/2018 08:11 am
 ORIGINAL REQUEST:
  I WOULD LIKE A ID CARD FOR A TABLET PLEASE. THANK U FOR THE GIFT OF YOUR TIME.

05/08/2018 08:15 am                                           EWILSON
 USER ASSIGNED CHANGED
  FROM <UNASSIGNED> TO [CLASSTECH] ,

05/08/2018 08:15 am                                           EWILSON
 GROUP ASSIGNED CHANGED
  TO ASSIGNED

05/09/2018 11:15 am                                           CLASSTECH
 USER ASSIGNED CHANGED
  FROM CLASSTECH TO [CSHIELDS] ,

05/10/2018 09:03 am                                           CSHIELDS
 CLOSED:
  I will print a new card
  cb2850

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374084 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | | User | |
|---|---|---|---|---|
| | Detail | | | |

05/12/2018 08:48 pm
  ORIGINAL REQUEST:
    I HAVE ALETTER THAT NEEDS TO BE SENT TO MY ATTORNEY I ALSO NEED TO MAKE LEGAL COPIES.THANK U FOR THE GIFT OF YOUR TIME.
05/14/2018 06:46 am                                                                                       MVOGRIN
  USER ASSIGNED CHANGED
    FROM <UNASSIGNED> TO [MVOGRIN] ,
05/14/2018 06:46 am                                                                                       MVOGRIN
  GROUP ASSIGNED CHANGED
    TO ASSIGNED
05/15/2018 10:03 am                                                                                       MVOGRIN
  CLOSED:
    Inmate did not need copies. Both letters were sent.

| Request Type: | MENTAL HEALTH | | Request Subtype: | MENTAL HEALTH |
|---|---|---|---|---|
| Assigned Group: | MENTAL HEALTH | | Assigned User: | |
| Request Number: | 374085 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | | User | |
|---|---|---|---|---|
| | Detail | | | |

05/12/2018 08:50 pm
  ORIGINAL REQUEST:
    DO YOU OFFER ANY ANGER MANAGEMENT ASSESSMENTS ETC.AND WHAT BOOKS DO YOU HAVE TO READ?
05/14/2018 08:18 am                                                                                       MENTAL HEALTH
  RESPONSE:
    Assigned to see MHP
05/14/2018 08:18 am                                                                                       MENTAL HEALTH
  CLOSED:
    <NO COMMENT GIVEN>

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374108 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | | User | |
|---|---|---|---|---|
| | Detail | | | |

05/13/2018 08:11 am
  ORIGINAL REQUEST:
    I NEED SOME HEADPHONES FOR THE TABLET AS SOON AS POSSIBLE. THANK U FOR THE GIFT OF YOUR TIME
05/14/2018 06:45 am                                                                                       MVOGRIN
  USER ASSIGNED CHANGED
    FROM <UNASSIGNED> TO [MVOGRIN] ,

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374108 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/14/2018 06:45 am | GROUP ASSIGNED CHANGED TO ASSIGNED | MVOGRIN |
| 05/14/2018 03:04 pm | CLOSED: delivered | MVOGRIN |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374648 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/20/2018 09:20 pm | ORIGINAL REQUEST: I HAVEA LETTER THAT NEEDS TO BE SENT TO MY ATTORNEY AND THE JUDGE AS SOON AS POSSIBLE. THANK U FOR THE GIFT OF YOUR TIME. | |
| 05/21/2018 06:46 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [MVOGRIN], | MVOGRIN |
| 05/21/2018 06:46 am | GROUP ASSIGNED CHANGED TO ASSIGNED | MVOGRIN |
| 05/22/2018 07:36 am | CLOSED: letter was sent. | MVOGRIN |

| Request Type: | PROGRAMS | | Request Subtype: | RELIGIOUS SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374910 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 05/22/2018 10:59 pm | ORIGINAL REQUEST: I WOULD LIKE TO PARTICPATE IN RAMADHAN IM MUSLIM | |
| 05/23/2018 06:52 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [MVOGRIN], | MVOGRIN |
| 05/23/2018 06:52 am | GROUP ASSIGNED CHANGED TO CLASSIFICATION | MVOGRIN |

| Request Type: | PROGRAMS | | Request Subtype: | RELIGIOUS SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 374910 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/23/2018 06:52 am<br>GROUP ASSIGNED CHANGED<br>TO ASSIGNED | MVOGRIN |
| 05/25/2018 08:37 am<br>CLOSED:<br>You were added to the Ramadan list effective 5/24. | MVOGRIN |

| Request Type: | PROGRAMS | | Request Subtype: | RELIGIOUS SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 375052 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/24/2018 10:44 am<br>ORIGINAL REQUEST:<br>I NEED A PRAYER RUG MS SARAH TOMS | |
| 05/24/2018 10:44 am<br>USER ASSIGNED CHANGED<br>FROM <UNASSIGNED> TO [EWILSON] , | EWILSON |
| 05/24/2018 10:44 am<br>GROUP ASSIGNED CHANGED<br>TO ASSIGNED | EWILSON |
| 05/24/2018 02:57 pm<br>CLOSED:<br>Prayer rug was provided. ew2929 | EWILSON |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | SHIFTSUPERVISOR |
| Request Number: | 375148 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 05/25/2018 09:13 am<br>ORIGINAL REQUEST:<br>I HAVE NO HOT WATER AND A WORK ORDER HAS BEEN IN FOR OVER A MONTH. THIS NEED TO BE ADDRESSED AS SOON AS POSSIBLE. | |
| 05/25/2018 09:32 am<br>USER ASSIGNED CHANGED<br>FROM <UNASSIGNED> TO [SHIFTSUPERVISOR] , | EWILSON |
| 05/25/2018 09:32 am<br>GROUP ASSIGNED CHANGED<br>TO ASSIGNED | EWILSON |

| | | | | |
|---|---|---|---|---|
| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
| Assigned Group: | ASSIGNED | | Assigned User: | SHIFTSUPERVISOR |
| Request Number: | 375148 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 05/28/2018 01:07 pm | | SHIFTSUPERVISOR |
| | CLOSED: | |
| | TELL POD OFFICER 1894 | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 376288 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/05/2018 03:24 pm | | |
| | ORIGINAL REQUEST: | |
| | I HAVE A LETTER THAT ID LIKE TOHAVE MAILED TO MY ATTORNEY .I NEED LEGAL COPIES AS WELL. THANK U | |
| 06/06/2018 06:45 am | | MVOGRIN |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [MVOGRIN] , | |
| 06/06/2018 06:45 am | | MVOGRIN |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 06/08/2018 08:26 am | | MVOGRIN |
| | CLOSED: | |
| | Letter was sent. Legal copies will be returned today 6/8. | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | RELIGIOUS SERVICES |
| Assigned Group: | PROGRAMS | | Assigned User: | RFIDA |
| Request Number: | 377039 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/13/2018 08:16 am | | |
| | ORIGINAL REQUEST: | |
| | I WOULD LIKE TO PARTICIPATE IN THE EID HOLIDAY WHICH OCCORS AT THE END OF RAMADHAN. IM SUNNI MUSLIM AND I WOULD LIKE TO IN VOKE MY 1RST AMENDMENT RIGHT TO PRACTICE MY RELIGION FREELY AND PARTICIPATE IN EID. THANK YOU FOR THE GIFTOF YOUR TIME | |
| 06/13/2018 10:41 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [EWILSON] , | |
| 06/13/2018 10:41 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |

| Request Type: | PROGRAMS | | Request Subtype: | RELIGIOUS SERVICES |
|---|---|---|---|---|
| Assigned Group: | PROGRAMS | | Assigned User: | RFIDA |
| Request Number: | 377039 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/13/2018 11:40 am | | EWILSON |
| | USER ASSIGNED CHANGED FROM EWILSON TO [RFIDA], | |
| 06/14/2018 08:11 am | | RFIDA |
| | GROUP ASSIGNED CHANGED TO PROGRAMS | |
| 06/14/2018 08:11 am | | RFIDA |
| | GROUP ASSIGNED CHANGED TO PROGRAMS | |
| 06/14/2018 08:11 am | | RFIDA |
| | CLOSED: <NO COMMENT GIVEN> | |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 377040 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/13/2018 08:18 am | | |
| | ORIGINAL REQUEST: TO KATHLEEN COLLINS..I WOULD LIKE TO OBTAIN A R.O.A REPORT AS SOON AS POSSIBLE.THANK U | |
| 06/13/2018 10:41 am | | EWILSON |
| | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [EWILSON], | |
| 06/13/2018 10:41 am | | EWILSON |
| | GROUP ASSIGNED CHANGED TO ASSIGNED | |
| 06/13/2018 12:02 pm | | EWILSON |
| | USER ASSIGNED CHANGED FROM EWILSON TO [CRIMINAL], | |
| 06/13/2018 01:29 pm | | CRIMINAL |
| | CLOSED: Copy of ROA report sent. | |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378382 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378382 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |

06/27/2018 10:39 am
  ORIGINAL REQUEST:
   I WOULD LIKE TO FILE A COMPLAINT ABOUT YOU CON FISCATING MY LEGAL WORK AND NOT RETURNING IT CLAIMING ITS CONTRABAND. YOU ARE IN VIOLATION OF MY CONSTITUTIONAL RIGHTS BY HINDERING ME FROM ACCESS TO THE COURTS. YOU HAVE WRITTEN MOTIONS OF MINES THAT WERE TO BE COPIED AND THEN SENT TO THE COURTS BY TWO PEOPLE. YOU ARE CAUSING ME TO MISS MY STATUE OF LIMITATIONS IN THE COURTS THUS HINDERING FROM FIGHTING MY CASE. IWOULD LIKE THE NAMES OF ALL THE PARTIES INVOLVED FOR MY LAWSUIT. THERE IS NO RULE THAT STATES THAT ANOTHER INMATE CANT HELP ANOTHER INMATE WITHLEGAL WORK NOR THAT LEGAL WORK IS CONSIDERED CONTRABAND. I WANT MY LEGAL DOCUMENTS BACK ASAP.

06/27/2018 11:27 am                                                           EWILSON
  USER ASSIGNED CHANGED
    FROM <UNASSIGNED> TO [EWILSON] ,

06/27/2018 11:27 am                                                           EWILSON
  GROUP ASSIGNED CHANGED
    TO ASSIGNED

06/28/2018 08:04 am                                                           EWILSON
  USER ASSIGNED CHANGED
    FROM EWILSON TO [CPATRICK] ,

06/28/2018 09:27 am                                                           CPATRICK
  USER ASSIGNED CHANGED
    FROM CPATRICK TO [MRINEHART] Rinehard, Mary

04/04/2019 01:56 am                                                           MRINEHART
  CLOSED:
    inmate released closed

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378385 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |

06/27/2018 10:47 am
  ORIGINAL REQUEST:
   TO MAJOR PATRICK, YOU ALL CONFICATED MY LEGAL WORK CLAIMING ITS CONTRABAND AND I WANT IT BACK. YOU ARE ILLEGALLY NTERFERING WITH MYDUE PROCESS THUS BLOCKING MY ACCESS TO THE COURTS. THRER IS NO SUCH RULES THAT LASIFIES ANY DOCUMENT OF A LEGAL MOTION AS CONTRABAND REGARDLESOF WHOS NAME IS ON IT AND WHO IS IN POSSESSION OF IT. PLEASE SHOW ME IN YOUR RULE BOOK WHERE IT STATES THAT ANOTHER INMATE CANNOT ASSIST ANOTHER INMATE IN LEGAL MATTERS OR PROVIDE THAT INMATE WITH MOTIONS OR OTHER LEGAL MATERIAL THAT WILL HELP THEM FIGHT THEIR CASE IN THE COURTS OF LAW. PLEASE RETURN MY LEGAL MOTIONS TO ME ASAP SO THAT I MAY FURTHER MY CAUSE IN THE COURTS.

06/27/2018 11:27 am                                                           EWILSON
  USER ASSIGNED CHANGED
    FROM <UNASSIGNED> TO [EWILSON] ,

06/27/2018 11:27 am                                                           EWILSON
  GROUP ASSIGNED CHANGED
    TO ASSIGNED

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378385 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 06/28/2018 08:03 am<br>USER ASSIGNED CHANGED<br>    FROM EWILSON TO [CPATRICK] , | EWILSON |
| 06/28/2018 09:28 am<br>USER ASSIGNED CHANGED<br>    FROM CPATRICK TO [MRINEHART] Rinehard, Mary | CPATRICK |
| 04/04/2019 01:57 am<br>CLOSED:<br>    inmate released closed | MRINEHART |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378387 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 06/27/2018 10:57 am<br>ORIGINAL REQUEST:<br>    I WOULD LIKE TO HAVE A COPYOF ALL OF YOUR INTERNAL MANAGEMENT POLICIES AND PROCEDURES THAT SHOW WHAT YOU CAN AND ANT DO TO INMATES, BECAUSE NOW YOU HAVE TAKEN IT TOO FAR BY CONFICSATING 7NMATES LEGAL WORK AND THEN NOT RETURNING IT TO THEM AFTER THE REQUEST OF COPIES BEING MADE. IWOULD LIKE TO SEE THE SPECIFIC RULE WHERE IT STATES THAT LEGAL MOTIONS CANNOT BE SHARED AMONGST INMATES OR ANYOTHER PAPER WORK FOR THAT MATTER, BUT HERE IT IS YOU TAKE MY LEGAL WORK AND PASS IT AMONGST OTHER OFFICERS WITHOUT MY PERMISSION. I WOULD LIKE TO KNOW THE NAMES OF ALL THE PARTIES INVOLED SO THAT I MAY INCLUDE THEM IN MY FURTHER COMPLAINT TO TOPEKA. I WOULD ALSO LKE FOR MY COMPLAINT TO BE SENT URTHER UP THE CHAIN OF COMMAND SO THAT I MAY EXHAUST ALL MY REMEDIES. | |
| 06/27/2018 11:27 am<br>USER ASSIGNED CHANGED<br>    FROM <UNASSIGNED> TO [EWILSON] , | EWILSON |
| 06/27/2018 11:27 am<br>GROUP ASSIGNED CHANGED<br>    TO ASSIGNED | EWILSON |
| 06/28/2018 08:02 am<br>USER ASSIGNED CHANGED<br>    FROM EWILSON TO [MVOGRIN] , | EWILSON |
| 06/28/2018 08:03 am<br>USER ASSIGNED CHANGED<br>    FROM MVOGRIN TO [EWILSON] , | EWILSON |
| 06/28/2018 08:04 am<br>USER ASSIGNED CHANGED<br>    FROM EWILSON TO [CPATRICK] , | EWILSON |
| 06/28/2018 09:28 am<br>USER ASSIGNED CHANGED<br>    FROM CPATRICK TO [MRINEHART] Rinehard, Mary | CPATRICK |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MRINEHART |
| Request Number: | 378387 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 04/04/2019 01:57 am | | MRINEHART |
| | CLOSED: | |
| | inmate released closed | |

| Request Type: | MENTAL HEALTH | | Request Subtype: | MENTAL HEALTH |
|---|---|---|---|---|
| Assigned Group: | MENTAL HEALTH | | Assigned User: | |
| Request Number: | 378388 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/27/2018 10:57 am | | |
| | ORIGINAL REQUEST: | |
| | I WOULD LIKE TO SEE MENTAL HEALTH | |
| 06/28/2018 07:18 am | | MENTAL HEALTH |
| | RESPONSE: | |
| | Assigned to see MHP. | |
| 06/28/2018 07:18 am | | MENTAL HEALTH |
| | CLOSED: | |
| | <NO COMMENT GIVEN> | |

| Request Type: | PROGRAMS | | Request Subtype: | CHAPLAIN |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 378390 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 06/27/2018 10:58 am | | |
| | ORIGINAL REQUEST: | |
| | I WOULD LIKE TO OBTAIN SOME ISLAMI LITERATURE. THANK U | |
| 06/27/2018 11:26 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [EWILSON] , | |
| 06/27/2018 11:26 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 06/28/2018 08:24 am | | EWILSON |
| | CLOSED: | |
| | All of our Holy Qurans are currently being checked-out. Please check back with us at a later time regarding this request. ew2929 | |

| Request Type: | GENERAL REQUEST | | Request Subtype: | GRIEVANCE |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | FHARMON |
| Request Number: | 409874 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 07/13/2018 08:58 am | |
| ORIGINAL REQUEST: | |
| I RECEIVED 2 OF MY MOTIONS BACK BUT WHERE IS MY OTHER LEGAL MOTION. IT WAS THREE ALTOGETHER. SARAH TOMS AND ADMIN. STAFF CONFISCATED THREE BUT ONLY 2 WERE RETURNED TO ME YESTERDAY, AFTER 3 TO 4 WEEKS OF GOING THRU THIS SITUATION AND NOW YOU HAVE EITHER MISPLACED MY OTHER MOTION OR LOSSED IT. PLEASE TRY TO LOCATE MY LEGAL WORK. THANK U FOR THE GIFT OF YOUR TIME. | |
| 07/13/2018 09:09 am | EWILSON |
| USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [EWILSON], | |
| 07/13/2018 09:09 am | EWILSON |
| GROUP ASSIGNED CHANGED TO ASSIGNED | |
| 07/13/2018 10:38 am | EWILSON |
| USER ASSIGNED CHANGED FROM EWILSON TO [STOMS], | |
| 07/16/2018 09:31 am | STOMS |
| USER ASSIGNED CHANGED FROM STOMS TO [CPATRICK], | |
| 07/16/2018 09:37 am | CPATRICK |
| USER ASSIGNED CHANGED FROM CPATRICK TO [FHARMON] HARMON, FRANK | |
| 01/18/2019 10:37 am | STOMS |
| CLOSED: <NO COMMENT GIVEN> | |

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 409877 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 07/13/2018 09:00 am | |
| ORIGINAL REQUEST: | |
| I WOULD LIKE TO OBTAIN ANY TYPE OF REENTRY OR RESOURCE GUIDE FO INMATES TRYING TO PREPARE FOR HEIR RELEASE | |
| 07/13/2018 09:09 am | EWILSON |
| USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [EWILSON], | |
| 07/13/2018 09:09 am | EWILSON |
| GROUP ASSIGNED CHANGED TO ASSIGNED | |
| 07/13/2018 10:46 am | EWILSON |
| CLOSED: There is a program for this type of inquiry that is offered by one of the volunteers at the jail. Look for the program schedule that will posted in the housing unit. ew2929 | |

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 410030 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 07/14/2018 09:42 am | ORIGINAL REQUEST: I NEED HEAD PHONES FOR THE EDOVO TABLETS. MAY I PLEASE HAVE SOME AS SOON AS POSSIBLE.THANK U | |
| 07/16/2018 06:53 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [MVOGRIN] , | MVOGRIN |
| 07/16/2018 06:53 am | GROUP ASSIGNED CHANGED TO ASSIGNED | MVOGRIN |
| 07/16/2018 09:58 am | CLOSED: Commissary has informed me that you are not indigent. Headphones can be purchased through commissary | MVOGRIN |

| Request Type: | MEDICAL | | Request Subtype: | MEDICAL |
|---|---|---|---|---|
| Assigned Group: | MEDICAL | | Assigned User: | |
| Request Number: | 410841 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 07/22/2018 10:56 pm | ORIGINAL REQUEST: I NEED AN EYE TEST AND TO DO A FOLLOW UP ON MY EYE GLASSES AS SOON AS POSSIBLE THANK U | |
| 07/23/2018 07:58 am | RESPONSE: Routine. JP | MEDICAL |
| 07/24/2018 08:28 pm | RESPONSE: Pt seen in medical. RK | MEDICAL |
| 07/24/2018 08:29 pm | CLOSED: <NO COMMENT GIVEN> | MEDICAL |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 412137 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 08/04/2018 07:08 pm | ORIGINAL REQUEST: TO ATHLEEN COLINS... I WOULD LIKE AN AFFIDAVIT FOR WARRANT,ANY/ALL WARRANTS ,INFORMATION OF COMPLAINT,R.O.A.REPIRT FOR CASENO 18CR444 PLEASE.THANKU | |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 412137 | Status: CLOSED | Inmate Name: | VANN, DURAYL T |
| Initial Location: F 19 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 08/06/2018 06:50 am | | MVOGRIN |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [MVOGRIN] Vogrin, Matt | |
| 08/06/2018 06:50 am | | MVOGRIN |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 08/06/2018 07:53 am | | MVOGRIN |
| | USER ASSIGNED CHANGED | |
| | FROM MVOGRIN TO [CRIMINAL] CRIMINAL, CRIMINAL | |
| 08/06/2018 02:41 pm | | CRIMINAL |
| | CLOSED: | |
| | AFFIDAVIT, ROA AND INFORMATION ARE BEING SENT TO YOU. PLEASE USE YOUR CASE NUMBER ON FUTURE REQUESTS. | |

| Request Type: | GENERAL REQUEST | | Request Subtype: | HANDLING OF PROPERTY |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | PROPERTY |
| Request Number: | 461944 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 42 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 10/27/2018 03:59 pm | | |
| | ORIGINAL REQUEST: | |
| | I WOULD LIKE TO OBTAIN PHONE NUMBERS OUT OF MY PHONE ASAP..PLEASE AND THANK U FOR THE GIFT OF YOUR TIME. | |
| 10/28/2018 07:30 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [PROPERTY] PROPERT, PROPERTY | |
| 10/28/2018 07:30 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 11/06/2018 10:22 pm | | PROPERTY |
| | CLOSED: | |
| | NOT AT THIS TIME | |

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 497422 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |

| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | MVOGRIN |
| Request Number: | 497422 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 07/23/2019 09:20 am<br>ORIGINAL REQUEST:<br>I WOULD LIKE TO HAVE HEADPHONES FOR A TABLET.THANK U | |
| 07/23/2019 09:28 am<br>USER ASSIGNED CHANGED<br>FROM <UNASSIGNED> TO [EWILSON] WILSON, E | EWILSON |
| 07/23/2019 09:28 am<br>GROUP ASSIGNED CHANGED<br>TO ASSIGNED | EWILSON |
| 07/23/2019 10:12 am<br>USER ASSIGNED CHANGED<br>FROM EWILSON TO [MVOGRIN] Vogrin, Matt | EWILSON |
| 07/24/2019 10:35 am<br>CLOSED:<br>Commissary has informed me that you are not indigent. Headphones can be purchased through commissary. | MVOGRIN |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 497423 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| 07/23/2019 09:23 am<br>ORIGINAL REQUEST:<br>TO KATHLEEN COLLINS... IWOULD LIKE TO HAVE A R.O.A. REPORT,AFFADAVIT FOR WARRANT, AND INFORMATION COMPLAINT SHEET. | |
| 07/23/2019 09:28 am<br>USER ASSIGNED CHANGED<br>FROM <UNASSIGNED> TO [CRIMINAL] CRIMINAL, CRIMINAL | EWILSON |
| 07/23/2019 09:28 am<br>GROUP ASSIGNED CHANGED<br>TO ASSIGNED | EWILSON |
| 07/23/2019 09:42 am<br>CLOSED:<br>Copy of ROA report, affidavit and information sent. | CRIMINAL |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | RECORDS |
| Request Number: | 497553 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp / Action / Detail | User |
|---|---|
| | |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | RECORDS |
| Request Number: | 497553 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 07/24/2019 08:14 am<br>ORIGINAL REQUEST:<br>   I WOULD LIKE TO HAVE 2 LETTERS OF INCARCERATION FROM THE DATES OF OCTOBER 2018 TO JAN 2019 PLEASE. THANK YOU. | |
| 07/24/2019 09:31 am<br>USER ASSIGNED CHANGED<br>   FROM <UNASSIGNED> TO [EWILSON] WILSON, E | EWILSON |
| 07/24/2019 09:31 am<br>GROUP ASSIGNED CHANGED<br>   TO ASSIGNED | EWILSON |
| 07/25/2019 08:29 am<br>USER ASSIGNED CHANGED<br>   FROM EWILSON TO [RECORDS] RECORDS, RECORDS | EWILSON |
| 07/25/2019 02:30 pm<br>CLOSED:<br>   COMPLETED. RECORDS CLERK MG 6125 | RECORDS |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 497554 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | User |
|---|---|
| 07/24/2019 08:15 am<br>ORIGINAL REQUEST:<br>   I WOULD LIKE TO KNOW WHO MY ATTORNEY IS AND I NEED HIS CONTACT INFO AS WELL. THANK U. | |
| 07/24/2019 09:31 am<br>USER ASSIGNED CHANGED<br>   FROM <UNASSIGNED> TO [EWILSON] WILSON, E | EWILSON |
| 07/24/2019 09:31 am<br>GROUP ASSIGNED CHANGED<br>   TO ASSIGNED | EWILSON |
| 07/25/2019 08:30 am<br>USER ASSIGNED CHANGED<br>   FROM EWILSON TO [CRIMINAL] CRIMINAL, CRIMINAL | EWILSON |
| 07/25/2019 08:45 am<br>CLOSED:<br>   Jeffrey Leiker 753 State Avenue Suite 388 Kansas City, KS 66101 (913)323-6800 | CRIMINAL |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 497731 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: E 022 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 07/25/2019 08:05 pm | ORIGINAL REQUEST: I NEED LEGAL ENVELOPES SO THAT I MAY MAIL LETTER TO MY ATTORNEY AS SOON AS POSSIBLE.THANK U | |
| 07/26/2019 07:07 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [EWILSON] WILSON, E | EWILSON |
| 07/26/2019 07:07 am | GROUP ASSIGNED CHANGED TO ASSIGNED | EWILSON |
| 07/26/2019 03:08 pm | CLOSED: Legal envelope provided 7/26/19. ew2929 | EWILSON |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | INMATE PROGRAMS |
| Assigned Group: | ASSIGNED | | Assigned User: | CBOND |
| Request Number: | 502178 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 09/06/2019 08:09 am | ORIGINAL REQUEST: I NEED MY ACCOUNT REACTIVATED ON THE TABLETS AND I NEED HEADPHONES FOR THE TABLET PLEASE | |
| 09/06/2019 09:28 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [EWILSON] WILSON, E | EWILSON |
| 09/06/2019 09:28 am | GROUP ASSIGNED CHANGED TO ASSIGNED | EWILSON |
| 09/07/2019 08:18 am | RESPONSE: Your account was activated on 9/06/19. Your headphone request will be forwarded to the one in-charge. ew2929 | EWILSON |
| 09/07/2019 08:18 am | USER ASSIGNED CHANGED FROM EWILSON TO [CBOND] BOND, CHARITY | EWILSON |
| 09/09/2019 07:57 am | [DRAFT] A set of headphones will be provided as soon as we can verify with commissary that you are indigent. Thank You Cb2850 | CBOND |
| 09/11/2019 04:17 pm | CLOSED: EAR BUDS PROVIDED CB2850 | CBOND |

| | | | | |
|---|---|---|---|---|
| Request Type: | CLASSIFICATION | | Request Subtype: | GRIEVANCE |
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 502179 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/06/2019 08:11 am | | |
| | ORIGINAL REQUEST: | |
| | I NEED MY ACCOUNT REACTIVATED ON THE TABLETS | |
| 09/06/2019 09:28 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [EWILSON] WILSON, E | |
| 09/06/2019 09:28 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 09/06/2019 10:27 am | | EWILSON |
| | CLOSED: | |
| | Your account has now been activated. ew2929 | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 502878 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/12/2019 08:45 pm | | |
| | ORIGINAL REQUEST: | |
| | TO COURT CLERK KRISTI L. HILL, I WOULD LIKE TO OBTAIN AN R.O.A REPORT AS SOON AS POSSIBLE.THANK U. | |
| 09/13/2019 08:06 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [CRIMINAL] CRIMINAL, CRIMINAL | |
| 09/13/2019 08:06 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 09/13/2019 09:53 am | | CRIMINAL |
| | CLOSED: | |
| | YOUR ROA IS BEING SENT. PLEASE USE YOUR CASE NUMBER ON FUTURE REQUESTS. | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | CBOND |
| Request Number: | 503156 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/15/2019 08:57 pm | | |
| | ORIGINAL REQUEST: | |
| | I NEED LEGAL ENVELOPE TO MAIL TO COURT CLERK | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | CBOND |
| Request Number: | 503156 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/16/2019 06:57 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [CBOND] BOND, CHARITY | |
| 09/16/2019 06:58 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 09/16/2019 02:59 pm | | CBOND |
| | CLOSED: | |
| | 2 ENVELOPE PROVIDED | |
| | CB2850 | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 503157 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/15/2019 08:59 pm | | |
| | ORIGINAL REQUEST: | |
| | TO KATHLEEN COLLINS....I WOULD LIKE HAVE MY SHERRIFFS RETURN WARRANT AND MY R.O.A. PLEASE AND THANK U | |
| 09/16/2019 06:57 am | | EWILSON |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [CRIMINAL] CRIMINAL, CRIMINAL | |
| 09/16/2019 06:57 am | | EWILSON |
| | GROUP ASSIGNED CHANGED | |
| | TO ASSIGNED | |
| 09/16/2019 11:06 am | | CRIMINAL |
| | CLOSED: | |
| | A COPY OF YOUR WARRANT IS BEING SENT. WE SENT YOU AN ROA ON FRIDAY AT YOUR REQUEST. YOU SHOULD RECEIVE IT TODAY. | |

| | | | | |
|---|---|---|---|---|
| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 503505 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp | Action | User |
|---|---|---|
| | Detail | |
| 09/18/2019 10:37 pm | | |
| | ORIGINAL REQUEST: | |
| | I NEED LEGAL ENVELOPE. | |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | EWILSON |
| Request Number: | 503505 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

**Stamp** **Action** **User**
**Detail**

09/19/2019 07:52 am — EWILSON
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [EWILSON] WILSON, E

09/19/2019 07:52 am — EWILSON
GROUP ASSIGNED CHANGED
TO ASSIGNED

09/20/2019 06:35 am — EWILSON
CLOSED:
Legal envelope provided and letter sent 9/19/19. ew2929

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CRIMINAL |
| Request Number: | 503898 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 10 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

**Stamp** **Action** **User**
**Detail**

09/24/2019 08:28 am
ORIGINAL REQUEST:
TO KRISTI L HILL ...I NEED A R.O.A. REPORT FOR 19CR803 PLEASES AND THANK U.

09/25/2019 07:23 am — EWILSON
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [CRIMINAL] CRIMINAL, CRIMINAL

09/25/2019 07:23 am — EWILSON
GROUP ASSIGNED CHANGED
TO ASSIGNED

09/25/2019 10:11 am — CRIMINAL
CLOSED:
YOUR ROA IS BEING SENT TO YOU.

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
|---|---|---|---|---|
| Assigned Group: | ASSIGNED | | Assigned User: | CBOND |
| Request Number: | 516185 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 18 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

**Stamp** **Action** **User**
**Detail**

02/17/2020 07:40 pm
ORIGINAL REQUEST:
I NEED A LEGAL ENVELOPE FOR LEGAL MAIL.THANK U.

02/18/2020 08:25 am — CBOND
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [CBOND] BOND, CHARITY

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| --- | --- | --- | --- | --- |
| Assigned Group: | ASSIGNED | | Assigned User: | CBOND |
| Request Number: | 516185 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 18 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | | User |
| --- | --- | --- |
| 02/18/2020 08:25 am USER ASSIGNED CHANGED FROM CBOND TO [CBOND] BOND, CHARITY | | CBOND |
| 02/18/2020 08:25 am GROUP ASSIGNED CHANGED TO ASSIGNED | | CBOND |
| 02/18/2020 03:02 pm CLOSED: envelope provided cb2850 | | CBOND |

| Request Type: | PROGRAMS | | Request Subtype: | LEGAL SERVICES |
| --- | --- | --- | --- | --- |
| Assigned Group: | ASSIGNED | | Assigned User: | PROPERTY |
| Request Number: | 517172 | Status: CLOSED | Inmate Name: | VANN, DURAYL TYREE |
| Initial Location: F 18 0 | | | Current Location: | |
| Inmate Number: | 47539 | | Inmate Secondary Number: | |

| Stamp Action Detail | | User |
| --- | --- | --- |
| 02/27/2020 10:00 am ORIGINAL REQUEST: KCK HAS MY PROPERTY THAT WAS SUPPOSED TO BE IN MY PROPERTY DOWN STAIRS. IF I FILL OUT A PROPERTY RELEASE FORM, COULD YOU ALL FAX IT TO KCK POLICE DEPARTMENT SONTHAT I MAY RELEASE MY PHONE TO MY PEOPLE BEFORE I AM SENT TO KDOC? | | |
| 02/28/2020 07:16 am USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [PROPERTY] PROPERT, PROPERTY | | EWILSON |
| 02/28/2020 07:16 am GROUP ASSIGNED CHANGED TO ASSIGNED | | EWILSON |
| 02/28/2020 10:34 pm CLOSED: TALKED TO ON 02/28/20 BY A/SGT. CUSTER | | PROPERTY |

**Total Requests:** 37