EXHIBIT G

**PRINT NAME:** Durayl Vann — Emergency Grievance
**POD:** F **CELL:** 42

## WYANDOTTE COUNTY DETENTION CENTER
### INMATE COMMUNICATION FORM

RECEIVED OCT 29 2018

**DATE:** 10/28/18 **TIME:** ___

( ) APPEAL ( ) CLASSIFICATION — Please respond soon as possible with copies of Grievance
( ) REVIEW ( ) DISCIPLINE
(✓) GRIEVANCE ( ) REQUEST — Emergency Grievance

**TO:** Internal Affairs / Boxton or To whom this may concern
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to see you as soon as possible about a situation that just occurred Oct 27, 2018 you can see the body cams of the officers. Its the same officers on the G-shift. They've once again attacked me. I'm in Seg right now. They've done the same thing over again. Witness are Bruce Tyner cell #43 F-Pod and an inmate in cell 41 F-Pod. Please see me as soon as Possible. I've been denied medical attention even after incident as well. Please come see me. This happened between 6:30 pm - 1am 10/27/18 + 10/28/18. I would like to press criminal charges on these officers as well.

**INMATE'S SIGNATURE:** Durayl Vann **INMATE #** 47539

**DISPOSITION:** Sgt Brown, Schuler, Lobner, and the rest of the officers. **DATE:** ___

Body Camera Footage reviewed. You were not denied medical treatment and were not "attacked". Your request is denied.

**DEPUTY'S SIGNATURE AND RANK** Capt. _____ Cantrell

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2  CELL: 1T

Emergency Grievance

## WYANDOTTE COUNTY DETENTION CENTER
### INMATE COMMUNICATION FORM

RECEIVED OCT 31 2018 BY:

DATE: 10/30/18   TIME: ___

( ) APPEAL           ( ) CLASSIFICATION
( ) REVIEW           ( ) DISCIPLINE
(✓) GRIEVANCE        ( ) REQUEST  Copies of grievance and all attachments to.

TO: Internal Affairs
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd grievance I've sent to you asking to see you and informing you that I'd like to press charges against the officers who have assaulted and battered me. For some reason Pewell is answering the grievances that I'm sending you. I would like to make a filed report with you. You can view the body cam of these officers to prove that my complaint is with merit. Also here is the previous grievance I sent you, please obtain all attachments with it and respond

INMATE'S SIGNATURE: Durayl Vann           INMATE # 77539

as soon as possible. The grievance should have 2 other pgs attached to it.

**DISPOSITION:** Your request is denied. Your complaint has been noted.   DATE: ___

DEPUTY'S SIGNATURE AND RANK  Capt. Andr. J. Ca

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Durayl Va__
POD: B-2  CELL: 5

Pg 1 of 3

# WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

RECEIVED NOV 20 2018 BY:

DATE: 11/15/18    TIME: _____

( ) APPEAL    ( ) CLASSIFICATION
( ) REVIEW    ( ) DISCIPLINE
(✓) GRIEVANCE  (✓) REQUEST Copy of grievance and attachment after response

TO: Internal Affairs
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd or 4th grievance I've written without receiving a response back. I would like to file charges on the officers who aggravatedly assaulted and batteryzed me. This incident occurred October 28th, 2018 as you well know. I've asked you to take pictures of my injuries as well as view the cameras which will prove that I've literally done nothing wrong to warrant being drug down a flight of stairs and jumped on until I was coughing up blood, then made to sit in my urine in a restraint

INMATE'S SIGNATURE: Durayl Vann    INMATE # 47539

**DISPOSITION:** _____    DATE: _____

The entire incident was recorded on body camera and reviewed. It was within policy. You were not denied medical as you state and you were not "drug" down the steps as you claim. You were also not beat as you claim. Your request is denied.

DEPUTY'S SIGNATURE AND RANK  Capt. Aubrey J. C__

WHITE: "FILE" -- CANARY: "DEPUTY"

chair for over 2 hours all the while being denied medical. The actions of these deputys on the B-shift has gotten out of hand. They've so far in the past 2 week jumped on 5 black inmates without justifiable cause. Even jumped on one inmate with a colonoscopy bag causing his injuries to bleed openly.

And this is the second time whereas the same officers have brutally attacked me and beat me without justifiable cause. You are already aware of the first time (Green beat my face, whereas I've lost over 40% of my vision in my left eye, all while I was handcuffed behind my back and lying flat on my stomache).

Yet once again you are helping them keep what they are doing to us under the rug so we won't be allowed to expose what you all are doing. You are denying me my due process of being able to file criminal charges against these officers. Thus this makes you a part of their actions. You are not even investigating our complaints. And you are internal affairs (even though you are still deputy sheriffs and these are your friends and fellow co-workers). These are legitimate and genuine complaints yet you refuse to investigate; you refuse to allow inmates to file a complaint and press criminal charges on the ...

blind eye and ignoring what's going on even though you are fully aware of us/several black inmates being beaten "Rodney King style" while handcuffed behind their backs by you White Racist deputies on the B-shift.

Furthermore, we then receive bogus write ups after we are beaten so that we may remain in the "hole" (seg. unit) for an extensive amount of time (2-5 months) so that you may cover up the beatings as we heal up all the while not being able to reach out to the public or family members in order to expose what you are doing due to us being placed on a dis-seg status whereas phone priviledges are restricted.

So once again, I'm writing you for the 4th time seeking to press charges on the officers who jumped on me without justifiable cause on 10/28/18. I'd like to file a criminal report and have it filed with the District Attorneys office. I'd like a D.A to come Talk to me about this matter as soon as possible. The Process should be no different than when a officer presses charges on inmate. I've been requesting pictures to be taken of my injuries, I've requested to file criminal charges, I've requested to see internal affairs, I've requested to see a district attorney, I've requested you to investigate this matter thoroughly yet you've failed or refused to do any of these things. I've yet to even receive my previous grievances back (in which I've logged the dates of each one I've filed just in case you tried to claim that I've never filed them or tossed them. So now I'm once again requesting to file charges through your internal affairs office. You are aware of my request. I would also like a response back to my