**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**DURAYL TYREE VANN,**

   **Plaintiff,**

    **v.**       **CASE NO: 20-3200-SAC**

**JEFFREY FEWELL, et al.,**

   **Defendants.**

---

**AFFIDAVIT OF MAJOR CHARLES PATRICK**

State of KANSAS   )
        ) ss:
County of WYANDOTTE )

I, the undersigned, Major Charles Patrick, of lawful age and first being duly sworn upon his oath, do state:

1.  That I am a Major for the Wyandotte County Detention Center, Acting Jail Administrator, an employee of the Wyandotte County Sheriff's Office and I have knowledge of the facts stated herein.

2.  I have reviewed my files related to the subject matter of this litigation, and the electronic records of the Wyandotte County Sheriff's Office that pertain to the Plaintiff. (Vann)

3.  The statements contained herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the Wyandotte County Sheriff's Office, and are true and accurate to the best of my knowledge and belief.

4.  During the time at the Wyandotte County Detention Center, Vann was considered a security risk due to threats he made and ongoing disciplinary problems. His placement and

privileges were reviewed on a weekly basis. The grievances he made were investigated and determined to be unfounded. Vann was not threated by any Detention Center staff.

5.  Agency documentation rebuts the claims made in this lawsuit by Vann and is hereto attached and incorporated as if set forth herein.

**FURTHER AFFIANT SAYETH NAUGHT.**


Major Charles Patrick
Acting Jail Administrator
Wyandotte County Sheriff's Office


Subscribed and sworn on this 14th day of January, 2022.


COLLEEN M. HERBST
NOTARY PUBLIC
STATE OF KANSAS

_____
Notary Public


My Appointment Expires: 5-1-2025

## Patrick, Charles

| | |
|---|---|
| **From:** | Sage, Erik |
| **Sent:** | Wednesday, May 31, 2017 10:37 PM |
| **To:** | Sheriff Detention Supervisors |
| **Subject:** | Inmate Vann Durayl |

Inmate Vann, Durayl  asked for a Ramadan meal tonight. He was not on the list so I reviewed dinner feeding in H-Pod. Inmate Vann clearly accepted a try and when he returned the tray he appeared to still be eating off the try while walking across the dayroom. Inmate Vann was told that he accepted a tray and would not be getting Ramadan due to him eating dinner. Inmate Vann threatened to create a disturbance.

PRINT NAME: Durral Vann

POD: 2-2 CELL: 5

DATE: 12/23/18          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

(✓) REVIEW              ( ) DISCIPLINE

(✓) GRIEVANCE           (✓) REQUEST _____

DEC 2 6 2018

TO: _Administration (Review Board) Farrell / Major Russell_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_I am asking for a consideration of a time cut on a suspended sentence. Since being in seg I've witnessed y'all give time cuts & suspended sentences to caucasians who were in seg for fighting as well as you only giving 5 days dis seg to another caucasian for actually assaulting (allegedly) an Deputy Sheriff. And he was on a recent protocol yet has been released on time cut status. All of said individuals were in seg for hostile and volatile write ups and have been given time_

INMATE'S SIGNATURE: _Durral Vann_          INMATE # 47520

**DISPOSITION:** _____          DATE: _____

_Your status is reviewed weekly. We are looking at other options. (You have a minimum of 8 violations this year)._

**DEPUTY'S SIGNATURE AND RANK** _____

cuts and suspended sentences. Yet I am simply asking for the same as these individuals and am continuously being denied without justifiable cause.

None of my write ups are violatile or hostile or physical. None of my write-ups have anything to do with disobeying any orders from any staff or medical personell. I've done over 60% of my extensive seg time (which I'm down in seg for nothing in the first place.) My Disciplinary History is not extensive. In fact, it's only one officer who ~~this~~ writes things in chronolog every time she works in a pod with me and it's Ms. Green/Coster.

No other officers have issue with me so to speak ~~or~~ Not one nurse can say that I've ever disrespected them or cussed them out in any form or fashion. I'm not on any security risk or flood protocol.

So why am I being treated arbitrarily different from other inmates? Especially when my case isn't any threat to a person, environment, or facility. Yet, the inmates that you've granted suspended sentences to and time cuts to had hostile, violatile, and physical elements in their disciplinary infractions/write-ups that could potentially manifest an unsafe and unsecure environment for staff and inmate alike. Whereas none of mines did. My situation was a medical situation. Even the officer Mosley came and aplogized to me stating that he over reacted and that

it is "his fault why I'm down in seg but he doesn't know what to do about it now."

So, once again, why am I being treated ridiculously different? Even recording to the disciplinary tickets there i

No evidence that I did anything wrong. No officer can say that they warned me or heard me kicking on any door. Why because it never happened. What deputy can say he seen me, heard me or warned me for kicking on a door? Not one single officer. In fact, I was found unresponsive (not kicking on a door).

2) Me simply stating to someone that I disagree with the method that they are using to do a certain job is not a form of disrespect. I didn't raise my voice or cursse or call anyone out their name. 2 people can agree to disagree. Even the individual who I was talking to did not feel disrespected. So where is the disrespect simply because I disagree with a way that something is being done? Define disrespect.

3) Creating a group disturbance. — How can I do that when I was found unresponsive in a cell, handcuffed, and drug down a flight of stairs? Your officers created that disturbance by what they were doing to me. Other inmates seen the mistreatment of another inmate and began voice their opinion of what was going on. I was helpless and handcuffed in that situation. Furthermore, a man cannot control another mans actions nor is he responsible for another mans actions. I didn't encourage anything. Your officers did.

4) Removal. — I was supposed to go to medical which is a removal regardless. So basically anyone who has a medical situation (code) gets seg time because he's interfering with cell house/pod operations? Is that the case?

5) Then last but not least, you deny my request

with cell house / Pod operations? Is that the case?

3) Then last but not least, you deny my request
last time stating: "you suggest I obey the staff, the rules
of the facility, and do not argue with medical staff".
    However, I haven't disobeyed any staff at all (not even
in my initial incident that put me in seg). I haven't disobeyed

my rules of the facility. And there is not one single medical staff (at all, period) that can say that I either argued, disrespected, cussed out, name called, or even said one foul mouthed thing to them ever, at all, period.

Yet when my family call up here inquiring about my status in seg you all are telling them that I'm cussing out nurses and being disrespectful to medical staff, Etc. Hence, lying to my family for no reason. Not one medical staff can complain about me. Ask any deputy who has ever escorted a nurse to my cell

So once again, being as that I've served over 60% of my dis-seg time; I haven't received anymore write-ups, None of my write-ups are hostile, violatale, aggressive, or physical, Nor am I a security risk... I'm simply asking to strongly be considered for ~~reco~~ recomendation for time cut or, suspended sentence where as the remaining time that I have left to serve would be my back up time shall I receive another write up. Your consideration would be highly appreciated.

Thank You for the gift
of Your time

On at least let me
ner what makes my
trentina so much more

Sincerely & Humbly & Respectfully

would we may back up time shall I resume mother write up. Your considerat[ion] would be highly appreciated.

P.S. Or at least let me know what makes my situation so much more of a security risk than those who you granted favor with.

Thank You for the gift of Your time

Sincerely, Humbly, Respectfully

Written,

Isaiah Venn #47539
#5




# WYANDOTTE COUNTY SHERIFF'S OFFICE

**INMATE COPY**

**DONALD ASH**
**SHERIFF**

**INMATE COPY**

To:        Inmate D. Vann

From:    Major Patrick

Date:     11-28-18

Subject:  Disciplinary Segregation Time

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in disciplinary segregation at this time.

Your disciplinary segregation time is scheduled to end on Feb 1st, 2019 unless you receive any other rule violation write-ups.

I suggest you obey the staff, the rules of the facility, and do not argue with the medical staff.

**INMATE COPY**

What staff have I disobeyed?
What medical staff have I argued with?
What rules have I broken?
What maladaptive behavior have I displayed?
What violent actions (physical or verbal) have I displayed
or (violent) tickets I received?
What makes me so much of a threat to the general
population, to the whereas -im being treated
arbitrarily different from other inmates who actually have

violent write-ups?

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Monday, December 2, 2019 1:17 PM |
| **To:** | Fewell, Jeffrey |
| **Cc:** | Russell, John |
| **Subject:** | RE: Incident in B2 - Inmate D. Vann |

Date & time: I do not recall the specific date / time. It was sometime between 10-24-19 and 10-30-19.

I went to housing unit B-2 (the male inmate disciplinary segregation unit) to speak with inmate Schlobohm, Matthew. I had received an appeal form from him regarding the rule violation(s) and sanctions he had received for fighting in a cell with another inmate. I went to his cell and was accompanied by Sgt Sage and a Deputy. We were in inmate Schlobohm's cell while talking. After speaking to him I was leaving the unit when inmate Skinner called me over to his cell door and asked if I would remove the security memo on him. I replied "not anytime soon". I think I was stopped by the next inmate from his cell door; but, I am not 100% sure. However, inmate D. Vann was in cell #4 and he also called out to me from his cell as I walked by.

Inmate Vann had been previously placed in B2 by Warden Fewell after he (Vann) had been disruptive during a housing unit cell search. Additionally inmate Vann wrote a letter, sometime after his mother had passed away, in which he wrote "I'll fuck around and make these cowards kill me in here. I'd rather die fighting than to just keep letting them do us any kind of way. They've already done killed people in here. Its either fight or flight. Shhh, it ain't nowhere to run in here". With some of the other content of his writing I interpreted this specific comment as a threat to the security and safety of the facility staff and other inmates. On 10-18-19 after discussing this letter with the warden and other staff members a security memo was placed on inmate Van and he was moved into cell #4 which has a camera facing the cell door.

So, when he called out to me from cell #4 it was to ask me why he was on a security memo. I replied something to the effect of "because you made a threat. And, I have a copy of the letter incase we see each other on the outside" and I raised my finger in the air as I was making a point or emphasizing my point. He denied making any threats and he accused me (as I walked out of B2) of threatening his life.

*Major Charles Patrick*
Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session
Executive Officer, ADC
Wyandotte County Sheriff's Office
913-573-2950

**Patrick, Charles**

| | |
|---|---|
| **From:** | Toms, Sara |
| **Sent:** | Wednesday, January 8, 2020 2:52 PM |
| **To:** | Brockman, Joseph; Griffin, Ann; Sheriff Court Transport; sheriff classification |
| **Cc:** | Patrick, Charles |
| **Subject:** | RE: Add on transports for 1/09/20 |

Apologies.  Classifications received no notification of Inmate Vann's hearing.  BluHorse shows his trial set for 2/3/20 and Full Court lists a status hearing for 01/24/20.  We are going to Butler County tomorrow and will add him to the list, but he will not be back in time for an 11am hearing.

**From:** Brockman, Joseph <jbrockman@wycosheriff.org>
**Sent:** Wednesday, January 8, 2020 2:42 PM
**To:** Griffin, Ann <agriffin@wycokck.org>; Sheriff Court Transport <SheriffCourtTransport@wycokck.org>; sheriff classification <sheriffclassification@wycokck.org>
**Subject:** RE: Add on transports for 1/09/20

Durayl Vann is currently farmed out to Butler Co.  He will not be back in time for the 1100 hearing.

Trajuan Harris is written up and entered.

**From:** Griffin, Ann <agriffin@wycokck.org>
**Sent:** Wednesday, January 8, 2020 2:36 PM
**To:** Sheriff Court Transport <SheriffCourtTransport@wycokck.org>; sheriff classification <sheriffclassification@wycokck.org>
**Subject:** Add on transports for 1/09/20

| | | |
|---|---|---|
| Trajuan Harris 19CR124 | 01/09/20 @ 11:00 a.m. Div 9 | Msd Plea |
| Durayl Vann 19CR803 | 01/09/20 @ 11:00 a.m. Div 9 | Msd Plea |

**Patrick, Charles**

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Wednesday, January 8, 2020 3:04 PM |
| **To:** | Toms, Sara |
| **Subject:** | RE: Durayl Vann |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes for now.

**From:** Toms, Sara <SToms@wycosheriff.org>
**Sent:** Wednesday, January 8, 2020 3:02 PM
**To:** Patrick, Charles <cpatrick@wycosheriff.org>
**Subject:** RE: Durayl Vann

Do you want me to remove the security memo alert?

**From:** Patrick, Charles <cpatrick@wycosheriff.org>
**Sent:** Wednesday, January 8, 2020 3:01 PM
**To:** Toms, Sara <SToms@wycosheriff.org>
**Subject:** RE: Durayl Vann

No

Not unless he violates the rules.

**From:** Toms, Sara <SToms@wycosheriff.org>
**Sent:** Wednesday, January 8, 2020 2:58 PM
**To:** Patrick, Charles <cpatrick@wycosheriff.org>
**Subject:** Durayl Vann

I added him to the farm back list. He'll be back tomorrow. Any specific housing orders?

*Sara Toms*
Programs/Classifications Director
Wyandotte County Sheriff's Office
Adult Detention Center
710 N. 7th Street, Suite 20
Kansas City, KS 66101
913-573-2896
stoms@wycosheriff.org

1

**Patrick, Charles**

| | |
|---|---|
| **From:** | Toms, Sara |
| **Sent:** | Wednesday, January 8, 2020 2:57 PM |
| **To:** | Wells, Jeff; Deputy H. Prohn ; DTC - Capt. Floyd Hunt; DTC - Margo Clemons; J. Maloney; Sgt. Larry Reynolds |
| **Cc:** | Alvarez, Kristian; ARAMARK; Baird, Danica; Baird, Devin; Bilyeu, Roger; Bond, Jonathan; CCS; Cole, Anita; Cole, Arich D; Coon, Amy; Cortes, Jonathan; Elliott, Tammy; Erwin, Amy; Fitzpatrick, Kelly; Florez, James; Freeman, Amber; Garcia, Carlos; Garcia, Luis; Johnson, Joseph C.; Johnson, Marcus T.; Kelly, Lorenzo; Kresyman, Chance; Lobner, John; Morse, Michael; Ornelas, David; Sampel, James; Serrano, Anthony; sheriff classification; Sheriff Court Transport; Sheriff Detention Supervisors; Sheriff Medical; Strader, Jonathan; Taylor, Katherine; Vereen, Antonio; Williams, Myrtle; Patrick, Charles |
| **Subject:** | RE: BUTLER COUNTY FARM OUTS 01.09.20 **UPDATE |

TO: SHIFT SUPERVISORS, AND OTHER RELAVANT PERSONNEL,
FROM: JEFF WELLS
{CLASSIFICATION}.
REGARDING: BUTLER COUNTY, KS
DATE-01.09.20  316.322.4180

**PLEASE NOTE THE FOLLOWING LISTED INMATES WILL BE TRANSPORTED TO BUTLER COUNTY, KANSAS
ON THE DATE OF 01.09.20 at 1000 hours.**

| INMATE | BOOKING NUMBER. | PERMANENT NUMBER. | FROM. | TO. | REASON | CUSTODY LEVEL. | ADDITIONAL INFORMATION. |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

**PLEASE NOTE THE FOLLOWING LISTED INMATES WILL BE TRANSPORTED FROM BUTLER COUNTY, KANSAS
ON THE DATE OF 01.09.20 at 1300 hours.**

| INMATE | BOOKING NUMBER. | PERMANENT NUMBER. | FROM. | TO. | REASON | CUSTODY LEVEL. | ADDITIONAL INFORMATION. |
|---|---|---|---|---|---|---|---|
| Lindsey, Garrick | 2019002651 | 173535 | Butler County | I Pod SW per metal health | Metal Health Request | Maximum | |
| Shoemaker, James | 2019007339 | 47084 | Butler County | Intake | Release 01.14.20 | Maximum | |
| Vann, Durayl | 2019004500 | 47539 | Butler County | Intake | Court date | Maximum | Assault Risk, Behavior Problem, Security Memo |

1

**Patrick, Charles**

| | |
|---|---|
| **From:** | Hughey, Jason |
| **Sent:** | Monday, October 21, 2019 1:28 PM |
| **To:** | Patrick, Charles |

Durayl Vann cell has been cleaned.

# Patrick, Charles

| | |
|---|---|
| **From:** | Jaynes, Cheri |
| **Sent:** | Thursday, October 17, 2019 8:57 AM |
| **To:** | Patrick, Charles; Fewell, Jeffrey |
| **Subject:** | Vann |

Good morning-

I apologize for the late notice, but I was away from the facility most of the day with RFP preparation and presentation. I called to check on Jenna about 2:00pm. She related that Sgt Sage had informed her that Mr. Vann's mom passed away. Jenna then related that Sgt Sage was asking her to give the death notification. I related to her that we do not do the actual notifying, but we can follow up after the notification to assess for any risk of suicide. Jenna related some relief and that she would communicate with Sgt. Sage.

I spoke with Sara this morning who reports miscommunication has happened and that Mr. Vann was not informed. Jenna will follow up with Mr. Vann today.

If there is anything else needed, please let me know.
Cheri

**Patrick, Charles**

| | |
|---|---|
| **From:** | Russell, John |
| **Sent:** | Thursday, October 17, 2019 9:58 AM |
| **To:** | Fewell, Jeffrey; Patrick, Charles |
| **Subject:** | Inmate Durayl Vann |

Mr. Vann's cousin came in this morning to see if Mr. Vann would sign paperwork for Mr. Vann's mom to be cremated. No one had told Mr. Vann of his mom's passing. He was visibly upset but did sign the paperwork in front of his cousin. I asked Deputy Kelly to notify mental health.

Major John Russell #1198
Wyandotte County Sheriff's Office
710 N. 7th street suit #20
Kansas City, Kansas 66101

"We must reject the idea that every time a law's broken, society is guilty rather than the lawbreaker. It is time to restore the American precept that each individual is accountable for his actions."
Ronald Reagan



# WYANDOTTE COUNTY SHERIFF'S OFFICE



Donald Ash
Sheriff

## * MEMORANDUM *

**TO:**     Adult Detention Staff

**FROM:**   Major Patrick

**DATE:**   10-18-18

**SUBJECT:** Inmate Vann, Durayl    2019004500

Effective 10-18-18. Due to his expression of threatening harm to specific staff members and guards in a letter and his comments of "I have nothing to lose" , "I'll fuck around and make these cowards kill me in here. I'd rather die fighting them...";

He is to be in full restraints any time he is removed from the confines of his cell.

When escorting inmate Vann there shall be two deputies present, with one of them having a Taser device.

His cell door is not to be opened unless necessary. Utilize the cell door feed slot whenever possible.




# WYANDOTTE COUNTY SHERIFF'S OFFICE

**DONALD ASH**
   **SHERIFF**

To:        Inmate D. Vann

From:    Major Patrick

Date:     11-28-18

Subject:  Disciplinary Segregation Time

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in disciplinary segregation at this time.

Your disciplinary segregation time is scheduled to end on Feb 1st, 2019 unless you receive any other rule violation write-ups.

I suggest you obey the staff, the rules of the facility, and do not argue with the medical staff.






# WYANDOTTE COUNTY SHERIFF'S OFFICE

**DONALD ASH**
   **SHERIFF**

To:        Inmate D. Vann

From:     Major Patrick

Date:      11-28-18

Subject:   Disciplinary Segregation Time

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in disciplinary segregation at this time.

Your disciplinary segregation time is scheduled to end on Feb 1st, 2019 unless you receive any other rule violation write-ups.

I suggest you obey the staff, the rules of the facility, and do not argue with the medical staff.



**Patrick, Charles**

| | |
|---|---|
| **From:** | Tayler, Jeff |
| **Sent:** | Friday, November 16, 2018 5:15 PM |
| **To:** | Patrick, Charles |
| **Subject:** | Vann, Durayl |

~~Tues~~ *Wed*

Sir,

    I have spoken with inmate Vann about his Disciplinary Segregation time. Vann did receive a lot of tickets within his first couple weeks here. Mr. Vann asked me if there is anything I could do to assist him into transitioning to general population. I told Mr. Vann that you might be able to assist him with this as it is out of our control now. I told him that if you were even open to the idea he would have to walk the straight and narrow and that any infraction would send him back to his current assignment. He understands this and would like to speak with you about this. I told him the only courtesy I would entertain would be this email and the decision was totally up to you. So thanks for your attention to this matter.

*D-seg out DAte*
*Feb 1st*

1

# HOUSING RECOMMENDATION

NAME: -   Vann, Durayl

**DOB: - 6/3/82**

**BOOKING #: - 2018007606**

**COMMENTS: - Please remove Mr. Vann from suicide watch. No MH restrictions on housing. Patient came from B2.**

**Name & Title: C Jaynes, MHC**

**CORRECT CARE SOLUTIONS**
ccs@wycosheriff.org
**Phone ext. 8119**

**DATE: - 11/5/18**

**Time: - 10:15am**

-- On 11/01/2018 I, Deputy Baird 1847 was assigned as the Housing Sergeant (Acting). At approximately 0354 hrs. I was contacted, via radio, by Deputy Green 1881. He stated that he had an inmate who was banging on his cell door and yelling. The inmate was also complaining of chest pains. When asked, Deputy Green stated that the inmate was Vann, Durayl 2018007606. Throughout the radio traffic you could barely hear Deputy Green due to the noise of Vann kicking on his cell door. I responded with rovers and met medical at B2. We entered the pod and I went over to speak with Vann. Vann was standing at the cell door yelling at the other inmates. He complied with commands and was secured in hand restraints. We entered the cell so medical could evaluate him. Vann was intermediately yelling at the other inmates in the pod and arguing with Nurse Parker about his vitals. Nurse Parker was able to check Vann's blood pressure, pulse and O2 levels before his behavior became an issue. With the given vitals within a normal range, we exited the cell. Vann began kicking on the door and yelling again. Stating he was not going to stop kicking the door until he was taken upstairs and checked on the EKG machine. A body camera (B Pod Nights) was left in the pod to record his behavior. At approximately 0437 hrs. I was called again to B2 for Vann. Deputy Green stated that Vann now was laying on the floor of his cell and giving the appearance that he was unconscious. Deputy Green stated that he could see Vann breathing normally. I responded again with rovers and medical. Vann was lying on the floor at the cell door. The cell door was opened, and Vann was secured in hand restraints. He refused to move and had to be carried to the back of the cell. Vann was "dead weight" during the move. Nurse Parker again checked Vann's vitals. She stated that all his vitals were normal and noted that his blood pressure and pulse were lower than the first check of his vitals. Vann's shoes were removed from the cell to stop him from kicking on the door. The hand restraints were removed, and deputies exited the cell without incident. Vann continued to be "unconscious" as we exited. Nurse Parker completed incident reports for both incidents. All incidents were logged into the BluHorse system and recorded on body cameras (Intake Movement-Nights and B Pod-Nights). Vann was issued 2 staff tickets for the incidents; 105 faking an illness and 133 creating a disturbance which order is restored without removal of the inmate. I have nothing further to report.

PRINT NAME: D. VANN

POD: B-2  CELL: 11

DATE: 10/30/18        TIME: 0700 HRS.

OCT 3 1 2018

BY: ..............................

( )   APPEAL            (X)  CLASSIFICATION
(X)   REVIEW            (X)  DISCIPLINE NEW
( )   GRIEVANCE         (X)  REQUEST CHARGES & WRITE UPS

TO: CAPTAIN / SARGEANT.
_____
(NAME OF AND/OR TITLE OF DEPUTY)

I BELIEVE HE SHOULD BE CHARGED & HAVE TICKETS WRITTEN

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

INMATE D. VANN KEEPS THREATENING TO KILL & BEAT UP EVERYONE IN HERE INCLUDING POLICE. HE ALSO SAID HE CHOKED SOME "BI*+*" [BITCH] ON STREET IN HIS CASE. SAID HE HAD A SHOOTOUT WITH SOME PEOPLE ON 17th STREET. TALKING ABOUT SELLING DRUGS & SAYING COPS "PLANTED" DRUGS ON HIM BUT HE SAID HE HAD IT ON HIM. I HOPE TO JESUS CHRIST HE DOESN'T GET OUT & HURT ANYONE. HE JUST SAID AGAIN HES GOING TO THE "PISTOL" & KILLING PEOPLE WHEN HE GETS OUT. I PRAY THEY ARE RECORDING EVERYTHING HE SAYS THREATENING PEOPLES LIVES.

INMATE'S SIGNATURE.                    INMATE # 74539

DISPOSITION: _____  DATE: _____

_____

_____

_____

_____

_____

_____

DEPUTY'S SIGNATURE AND RANK _____

| | |
|---|---|
| **From:** | Brown, Shardale |
| **Sent:** | Sunday, October 28, 2018 5:53 AM |
| **To:** | Arnold, Chris; Atkins, Felicia; Ballard, Keona; Beery, Robert; Brown, Shardale; Buxton, Dwight; Enloe, Derick; Erwin, Chad; Fewell, Jeffrey; Garcia, Luis; Harvey, Kyle; Jaynes, Cheri; Morse, Michael; Panjada, Paul; Patrick, Charles; Rinehart, Mary; Rome, Robert; Russell, John; Sage, Erik; Tayler, Jeff; Terrazas, Ernesto; Thompson, Kay; Toland, David; Toms, Sara; Wells, Jeff |
| **Subject:** | F Pod Lockdown |

On October 27, 2018 at approximately 2210 hours inmate Vann, Durayl was removed from F Pod and placed in a restraint chair to restore order and to prevent property damage. Before he was removed, Inmate Vann encouraged F Pod to kick/bang on their cell doors and desks and scream from under their doors. They were told to stop their behavior, but they continued and some threatened to flood; the water was turned off. This behavior continued the entire time deputies were in the pod dealing with Inmate Vann. Not long after Inmate Vann was removed the behavior ceased and the water was turned back on. All of this was captured on body camera.

Due to their behavior during this incident F Pod will remain locked down Sunday October 28, 2018 as well as lose their tablet privileges for that day. F Pod can resume normal recreation on Monday October 29, 2018 at the discretion of the Shift Commander.

**A/Capt. S.L. Brown 1761**

*Vann*

*Vann Facebook*

*Full restraint memo*

1

**Patrick, Charles**

| | |
|---|---|
| **From:** | Freeman, Wallrine |
| **Sent:** | Wednesday, July 31, 2019 8:48 AM |
| **To:** | Russell, John; Patrick, Charles; Carver, Andrew |
| **Subject:** | FW: Letter sent by Durayl Vann |

Sorry, should have sent this to everyone. Original letter already pulled from property and put in Sherry's box. Will monitor all mail being sent to address under any inmate name. Thanks

**From:** Freeman, Wallrine
**Sent:** Wednesday, July 31, 2019 6:16 AM
**To:** Simpson, Sherry <SSimpson@wycosheriff.org>
**Subject:** RE: Letter sent by Durayl Vann

I'll pull out of property this morning. Thanks

**From:** Simpson, Sherry <SSimpson@wycosheriff.org>
**Sent:** Tuesday, July 30, 2019 10:33 PM
**To:** Freeman, Wallrine <wfreeman@wycosheriff.org>
**Cc:** Russell, John <JRussell@wycosheriff.org>; Patrick, Charles <cpatrick@wycosheriff.org>; Carver, Andrew <acarver@wycosheriff.org>
**Subject:** FW: Letter sent by Durayl Vann

I would like to have the original letter to sign over to the DA's Office. Inmate Vann will need to be closely monitored for the safety of the victim on this case. In the warrant on his current case there was listed that two unknown black males that were with him when he committed the crime. I believe he will continue to use other inmates names and pin numbers to intimidate the victim.

**From:** Simpson, Sherry
**Sent:** Tuesday, July 30, 2019 10:22 PM
**To:** Obermeier, Daniel <dobermeier@wycokck.org>
**Subject:** Letter sent by Durayl Vann

This letter has inmate Michael Goodwin listed as the sender but it is actually inmate Durayl Vann. Upon reading the letter it is clear that Inmate Vann is sending individuals to intimidate the victim. I was able to establish that it was inmate Vann though the name listed in the letter as ▮▮▮▮▮▮▮ with the phone number of ▮▮▮▮▮▮▮▮. I have monitored inmate Vann's mail and calls on prior cases and I am familiar with his letters and calls to a female named ▮▮▮▮▮▮. I also checked the address that he provided in the letter regarding the victim/witness in the case against him. That address is the correct address of the victim that is listed in the warrant on inmate Vann's case. He also listed that his attorney is Jeff Leiker who was appointed to him on July 23rd. The original letter was seized due to the inmate's attempt to intimidate the victim.

Detective Sherry Simpson
Wyandotte County Sheriff's Office
710 North 7th Street, Suite 20
Kansas City, Kansas 66101
Office #: 913-573-8101
Fax #: 913-573-8117

Mudge

Whats up cuzzin, I need a favor. I know you still be in pain and be needing them pills. Ol girl got "Oxy-30's" for $15-$18. But this is what I need you to do, I need you to go, and buy a couple from her but when you do, get it on camera recording using your phone. All it has to show is her face and her selling you the pills. That way I can use this in court to show that this crackhead bitches statements aren't credible and that shes not a law abiding citizen. This is the same bitch that is lying on me and got me in here claiming that I robbed her.

The bitch smokes dope and will do anything to support her habit. Once you got it on video send it to Best friends phone or Champaignes phone 913-481-5898 and they can give it to my attorney. This will help me come home when it is shown in court that this bitch is engaging in criminal activity. Or you can simply tell the bitch to either drop the case or shell be doing jail time too, for selling narcotics. 9 times out of 10 she gonna either drop the case or not show up to court. And if she does show up, my attorney will have that video proving that she is a criminal and that her credibility isn't good. Please do this as soon as possible so I can come home.

Best friend already got the address. When you go there just be like, "this white girl named Amy said that she may have some a while back." And now that your in pain, you come to see if you can get a couple...

Be sure to get it recorded (video) on your phone. The woman smoke crack, too. She smoke weed. All that shit. If she aint got none then tell her to

got it recorded, send it to bestfriend phone ;
champaigne phone so they can get it to my attorney. Or you can
simply tell her (once you got her on tape selling pills) that if she don't
call and drop the case or refuse to come to court that you'll turn it in
to the peoples. Or if she do come to court she better tell the truth and say
that it wasn't me. Real talk. Matter fact don't say nothin yet. Just record her first.

I'm facing over 20 years behind this lying ass bitch. So I
need you to do this for me cuz ASAP. The sooner the better. The
Bitch name is the same name as Myr ; Isha's mom. She stay
not far from where me ; the white girl "B" use to stay (on the hill)
where you and bestfriend first start meeting me at. Once you do that
write me back and let me know its done. The address to the bitch house is
4132 S. Thompson Apt #2 Kansas City, Ks.

Well cuz, I guess I'll holla at you later. Hopefully I'll be up out
of here soon. I'm most definitely moving out of Kansas after this.
Look at the bullshit I'm in here on now. And what makes it so bad
is that these people know its bullshit yet they just want a
prosecution whether its bogus or not. Oh Well, I'm going to trial
on this shit. I got to... for mom's sake if nothing else. I love
y'all. Until next time...

Oh yeah your big cuzzin said to
send him $20 on his books. Just give it to Bestfriend
P.S. My attorneys name is Jeff Leikes # 913-323-6800 Tell
Best friend to call champaigne 913-481-5898 and tell her to call
My attorney and send them pictures, that she took, to him asap

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Monday, October 28, 2019 1:09 PM |
| **To:** | Toms, Sara; Fewell, Jeffrey |
| **Subject:** | RE: Inmate Durayl Vann |

okay

**From:** Toms, Sara <SToms@wycosheriff.org>
**Sent:** Monday, October 28, 2019 10:41 AM
**To:** Fewell, Jeffrey <jfewell@wycosheriff.org>; Patrick, Charles <cpatrick@wycosheriff.org>
**Subject:** Inmate Durayl Vann

Requesting permission to farm him out after his D/Seg sanction is completed (as opposed to Ad/Seg for the rest of the year as discussed).

*Sara Toms*
Programs/Classifications Director
Wyandotte County Sheriff's Office
Adult Detention Center
710 N. 7th Street, Suite 20
Kansas City, KS 66101
913-573-2896
stoms@wycosheriff.org

## Patrick, Charles

| | |
|---|---|
| **From:** | Simpson, Sherry |
| **Sent:** | Friday, October 18, 2019 12:08 PM |
| **To:** | Fewell, Jeffrey; Patrick, Charles; Russell, John |
| **Cc:** | Carver, Andrew |
| **Subject:** | Emailing: Durayl Vann 101819 Mail |
| **Attachments:** | Durayl Vann 101819 Mail.pdf |

This is a letter that Durayl Vann sent out today. There is some officer safety issues in this letter.

Your message is ready to be sent with the following file or link attachments:

Durayl Vann 101819 Mail

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

A man is no fool to give up what he cannot keep
inorder to gain what he cannot lose.

(I would do anything just to bring her back for one day
so that I could let her know
Nekeya, my Lioness...          how much I love her.)

Today I found out that my mom has just passed away.
I never thought that the day would come whereas I'd feel so much
hurt and pain and grief-strickened. I never thought that I'd feel
such a crippling blow. :( You already know how I feel about
my bird (mom). It's like my world has been shattered. I'm so fucked
up behind this. She was all I had left. All we had was eachother
and I failed her by letting her die alone. And that was the
one thing that she begged me not to let her do. I just
wish she knew how hard I was trying to make things good for
her. But now she'll never know. She died in St. Louis in
a lonely ass nursing home while I'm up here in Kansas in
a jail (in the hole). Some son I turned out to be, huh? I can't
even bury her. Everyone has ran off with my money. And inorder
to get her body to Kansas I had to give consent to cremate
her. Against my beliefs. What son wishes or wants to burn his
mother to ashes? It's just so much on me... I feel like my
mental mind state is begining to unravel. Plus, I'm still
dealing with these racest ass guards including this pussy ass
racest Major patrick and his lil boyfriend Warden Fewell. They
are probably going to read this but I don't give a fuck. To
be honest, the only reason why I've been humble is because
I was trying to make it back out there to my bird.
But now that she's gone, I have nothing to lose when
it comes to dealing with these bitch ass guards doing

Well my lioness, I ran out of space. I hope to at least hear from you soon. I really need you in my life right now. But Allah knows Best my beautiful lioness. I love you, Nakeya. Be safe. Stay focused what they are doing to us. I'll fuck around and make these cowards kill me in here. I'd rather die fighting then to just keep letting them do us any kind of way. They've already done killed people in here. It's either fight or flight. Shh, it ain't nowhere to run in here. So everything else speaks for itself. Baby, I just want you to do me a favor... Go on Facebook to my page and scroll down to the day of Mother's day. Play it for me. Save it and share it. I want people to remember me and mom just like that. I really wish you'd gotten the chance to know her. She would've loved you to pieces. She was so happy at the possibility of Zamir being her grandbaby. I miss her so much already. I hate that she died all alone and lonely. A person shouldn't have to die like that. I'm crying now just thinking about this shit. Real Talk. Never thought that your "Lion" would ever sound so weak, feeble, and brittle, huh? Can't help it, my Lioness. Man, I need your presence right now. N.E.-Wayz, I was just writing you because you're all that I have left in my heart out there and I have no one else to share my pain with. I pray my mom knows that I truly love her and that Allah welcomes her into heaven and in his grace. Allah knows best. Even though I was forced, what son condemns his mother to ashes. I am so hurt. Hell I'm not even going to get to view her body one last time before she's cremated.

Why am I being punished this way? It seems as if I'm getting punished all the way around. And I'm genuinely a good man with a good heart.

**Patrick, Charles**

| | |
|---|---|
| **From:** | Toms, Sara |
| **Sent:** | Friday, October 18, 2019 3:43 PM |
| **To:** | Sheriff Detention Supervisors |
| **Cc:** | Fewell, Jeffrey; Russell, John; Patrick, Charles; Dull, Daniella; Jaynes, Cheri; Wells, Jeff; Sheriff Court Transport |
| **Subject:** | Notes from emergency special management meeting 10/18/19 |
| **Attachments:** | 101819DVannSecurity Memo.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Inmate Durayl Vann #2019004500 should be considered a security risk (memo sent out earlier by Major Patrick). Alerts entered, to include assault risk and camera cell. Inmate should be in a camera cell or camera view cell at all times. PM move list will be updated to house Inmate Vann in B2-04. Inmate has a pre-trial conference on 10/25/19. **Deputies should exercise caution, as Inmate Vann has made direct threats to staff safety.**

████████████████████████████ 2 is housed in intake and should stay there throughout the weekend per Major Patrick. His status will be reviewed again on Monday. Do not move him without permission from Major Patrick.

*Sara Toms*
Programs/Classifications Director
Wyandotte County Sheriff's Office
Adult Detention Center
710 N. 7th Street, Suite 20
Kansas City, KS 66101
913-573-2896
stoms@wycosheriff.org

1

## Patrick, Charles

**From:** Patrick, Charles
**Sent:** Monday, July 2, 2018 9:25 AM
**To:** Toms, Sara; Freeman, Wallrine
**Subject:** RE: F-19 Durayl Vann

I responded and told him it was in another inmates possession which makes it contraband.

*Major Charles Patrick*
**Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session**
**Executive Officer**
**Detention Division**
**Wyandotte County Sheriff's Office**
710 North 7th, Kansas City, Ks 66101
Office (913) 573-2950 Cell: (913) 238-6146
        Email cpatrick@wycokck.org

"Our enemies seem always with us. The greater the hatred, the more persistent the memory of them so that a truly terrible enemy becomes deathless. So that the man who has done you great injury or injustice makes himself a guest in your house forever. Perhaps only forgiveness can dislodge him."
*Cities of the Plain* by Cormac McCarthy

CONFIDENTIALITY NOTICE: This e-mail and any attached documents accompanying this transmission, contain confidential information belonging to the sender, which may be privileged. It is intended only for the use of the above named. If you are not the intended recipient, any disclosure, copying, distribution or taking of action based on the contents of this information is strictly prohibited. If you received this transmission in error, please notify the sender immediately by return e-mail and then delete all contents received. Thank you for your cooperation. This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

**From:** Toms, Sara
**Sent:** Monday, July 02, 2018 7:47 AM
**To:** Freeman, Wallrine
**Cc:** Patrick, Charles
**Subject:** RE: F-19 Durayl Vann

Please assign it to Major Patrick, thanks!

**From:** Freeman, Wallrine
**Sent:** Monday, July 02, 2018 7:46 AM
**To:** Toms, Sara
**Subject:** RE: F-19 Durayl Vann

He sent an ICF grievance form this morning concerning this.

**From:** Toms, Sara
**Sent:** Monday, July 02, 2018 7:43 AM
**To:** Freeman, Wallrine
**Subject:** RE: F-19 Durayl Vann

Thank you!!!

1

**From:** Freeman, Wallrine
**Sent:** Monday, July 02, 2018 7:31 AM
**To:** Toms, Sara; Patrick, Charles
**Cc:** Tayler, Jeff; Fewell, Jeffrey; Russell, John; Vogrin, Matthew
**Subject:** RE: F-19 Durayl Vann

On 6/28/18, the paperwork was placed in Vann's property and he was notified by mail rejection form this was done.
Thanks

**From:** Toms, Sara
**Sent:** Friday, June 29, 2018 4:15 PM
**To:** Patrick, Charles
**Cc:** Tayler, Jeff; Fewell, Jeffrey; Russell, John; Freeman, Wallrine; Vogrin, Matthew
**Subject:** Re: F-19 Durayl Vann

Another inmate turned in what looked to be handwritten legal papers for copies and we did not read them further or make the copies as requested. The papers had Inmate Vann's name on them, but did not come from him. If the papers are his, he released them from his possession to another inmate. The situation was reviewed with Major Patrick, the papers were given to the mail clerk as directed and Inmate Vann will receive a written notice from the mail room that the papers will be placed in his property, like rejected mail. Wallrine also has to assist with coverage in the main reception area on Thursdays and Fridays, so it may be next week before the papers are placed in his property if they are not already there.

Sent from my iPhone

On Jun 29, 2018, at 3:38 PM, Patrick, Charles <cpatrick@wycosheriff.org> wrote:

> I do not recall.
>
> *Major Charles Patrick*
> Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session
> Executive Officer
> Detention Division
> Wyandotte County Sheriff's Office
> 710 North 7th,  Kansas City, Ks 66101
> Office (913) 573-2950 Cell: (913) 238-6146
>      Email cpatrick@wycokck.org
>
> "Our enemies seem always with us. The greater the hatred, the more persistent the memory of them so that a truly terrible enemy becomes deathless. So that the man who has done you great injury or injustice makes himself  a guest in your house forever. Perhaps only forgiveness can dislodge him."
> *Cities of the Plain* by Cormac McCarthy

CONFIDENTIALITY NOTICE: This e-mail and any attached documents accompanying this transmission, contain confidential information belonging to the sender, which may be privileged. It is intended only for the use of the above named. If you are not the intended recipient, any disclosure, copying, distribution or taking of action based on the contents of this information is strictly prohibited. If you received this transmission in error, please notify the sender immediately by return e-mail and then delete all contents received. Thank you for your cooperation. This message and accompanying documents are covered  by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

**From:** Tayler, Jeff
**Sent:** Friday, June 29, 2018 3:19 PM
**To:** Patrick, Charles
**Subject:** FW: F-19 Durayl Vann

Sir,

It is my understanding that you guys have taken this property. Could you please let me know what is going on with it?

**From:** Fanning, Patrick
**Sent:** Friday, June 29, 2018 3:12 PM
**To:** Tayler, Jeff
**Subject:** F-19 Durayl Vann

SGT,

As a reminder, he says his legal packets are being kept from him. According to Deputy Walton, they are not in his property. Please advise.

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Friday, July 27, 2018 10:44 PM |
| **To:** | Patrick, Charles; Tayler, Jeff |
| **Cc:** | Fewell, Jeffrey; Toms, Sara |
| **Subject:** | Re: Vann, durayl |

He should have his yellow copies if our staff have done their job. Unless he threw them away.

The white copies should be in his file if our staff have done their job.

He has been told in writing several times why they were confiscated.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Patrick, Charles" <cpatrick@wycosheriff.org>
Date: 7/27/18 22:37 (GMT-06:00)
To: "Tayler, Jeff" <jtayler@wycosheriff.org>
Cc: "Fewell, Jeffrey" <jfewell@wycosheriff.org>, "Toms, Sara" <SToms@wycosheriff.org>
Subject: Re: Vann, durayl

I answered him in several ICFs after they were confiscated and told him why I have answered his question and responded to SEVERAL inmate communication forms telling him the same information. This issue is closed.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Tayler, Jeff" <jtayler@wycosheriff.org>
Date: 7/27/18 22:30 (GMT-06:00)
To: "Patrick, Charles" <cpatrick@wycosheriff.org>
Cc: "Toms, Sara" <SToms@wycosheriff.org>
Subject: Re: Vann, durayl

He just wants something saying we took his legal mail. He said the icfs only say that the mail was returned but not the words that they were taken.

Sent from my iPhone

On Jul 27, 2018, at 10:02 PM, Patrick, Charles <cpatrick@wycosheriff.org> wrote:

> He already has his copies of the ICFs.

> Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Toms, Sara" <SToms@wycosheriff.org>
Date: 7/27/18 21:03 (GMT-06:00)
To: "Tayler, Jeff" <jtayler@wycosheriff.org>
Cc: "Patrick, Charles" <cpatrick@wycosheriff.org>
Subject: Re: Vann, durayl

Inmate Vann has submitted several paper ICF's on this topic and his yellow copies have been returned to him. He has documentation. I am not and property (to my knowledge) is not withholding anything from him, his papers were returned per Major Patrick and Jane the attorney.

Sent from my iPhone

> On Jul 27, 2018, at 5:32 PM, Tayler, Jeff <jtayler@wycosheriff.org> wrote:
>
> Sara, mr vann would like to know if he could get something from you stating we took his legal mail.
>
> Sent from my iPhone

## Patrick, Charles

**From:** Toms, Sara
**Sent:** Monday, October 28, 2019 10:41 AM
**To:** Fewell, Jeffrey; Patrick, Charles
**Subject:** Inmate Durayl Vann

Requesting permission to farm him out after his D/Seg sanction is completed (as opposed to Ad/Seg for the rest of the year as discussed).

*Sara Toms*
Programs/Classifications Director
Wyandotte County Sheriff's Office
Adult Detention Center
710 N. 7th Street, Suite 20
Kansas City, KS 66101
913-573-2896
stoms@wycosheriff.org

*Andrew Co*
*Butler Co.*

F - 18

1



# WYANDOTTE COUNTY
# SHERIFF'S OFFICE



**Donald Ash**
**Sheriff**

## * MEMORANDUM *

**TO:**        Adult Detention Staff

**FROM:**    Major Patrick

**DATE:**    10-18-19 cf 11>0

**SUBJECT:** Inmate Vann, Durayl    2019004500

Effective 10-18-19. Due to his expression of threatening harm to specific staff members and guards in a letter and his comments of "I have nothing to lose" , "I'll fuck around and make these cowards kill me in here. I'd rather die fighting them…";

He is to be in full restraints any time he is removed from the confines of his cell.

When escorting inmate Vann there shall be two deputies present, with one of them having a Taser device.

His cell door is not to be opened unless necessary. Utilize the cell door feed slot whenever possible.

Outgoing
Mail

10-18-2019

Durayl Vann #478639
Wyandotte County Jail
710 N. 7th St
K.C.K 66101

Nekeya Brown
2500 Pontiac
Denver, CO 80207



USA  FOREVER

A man is no fool to give up what he cannot keep inorder to gain what he cannot lose.

(I would do anything just to bring her back for one day so that I could let her know how much I love her.)

Nekeya, my Lioness...

Today I found out that my mom has just passed away. I never thought that the day would come whereas I'd feel so much hurt and pain and grief-strickened. I never thought that I'd feel such a crippling blow.∴ You already know how I feel about my bird (mom). Its like my world has been shattered. I'm so fucked up behind this. She was all I had left. All we had was eachother and I failed her by letting her die alone. And that was the one thing that she begged me not to let her do. I just wish she knew how hard I was trying to make things good for her. But now she'll never know. She died in St Louis in a lonely ass nursing home while I'm up here in Kansas in a jail (in the hole). Some son I turned out to be, huh? I can't even bury her. Everyone has ran off with my money. And inorder to get her body to Kansas I had to give consent to cremate her. Against my beliefs. What son wishes or wants to burn his mother to ashes? Its just so much on me... I feel ~~that~~ like my mental mind state is begining to unravel. Plus, I'm still ~~dealing with these racist ass guards including this pussy ass~~ ~~racist Major patrick and his lil boyfriend Warden Fewell,~~ They are probably going to read this but I don't give a fuck. To be honest, the only reason why I've been humble is because I was trying to make it brek out there to my bird. But now that shes gone, I have nothing to lose when ~~it comes to dealing with these bitch ass guards doing~~

Well my lioness, I ran out of space. I hope to at least hear from you soon. I really need you in my life right now. But Allah knows Best my beautiful lioness. I love you, Nekeya. Be safe. Stay focused what they are doing to us. All fuck around and make these cowards kill me in here. I'd rather die fighting then to just keep letting them do us any kind of way. They've already done killed people in here. It's either fight or flight. Shh, it ain't nowhere to run in here. So everything else speaks for itself. Baby, I just want you to do me a favor... Go on Facebook to my page and scroll down to the day of Mother's day. Play it for me. Save it and share it. I want people to remember me and mom just like that. I really wish you'd gotten the chance to know her. She would've loved you to pieces. She was so happy at the possibility of Zamir being her grandbaby. I miss her so much already. I hate that she died all alone and lonely. A person shouldn't have to die like that. I'm crying now just thinking about this shit. Real Talk. Never thought that your "Lion" would ever sound so weak, feeble, and brittle, huh? Can't help it, my Lioness. Man, I need your presence right now. N.E.-Wayz, I was just writing you because you're all that I have left in my heart out there and I have no one else to share my pain with. I pray my mom knows that I truly love her and that Allah welcomes her into heaven and in his grace. Allah knows best. Even though I was forced, what son condemns his mother to ashes. I am so hurt. Hell I'm not even going to get to view her body one last time before she's cremated.

Why am I being punished this way? It seems as if I'm getting punished all the way around. And I'm genuinely a good man with a good heart.

**Confidential**

# Wyandotte County Sheriff's Office
**Detention Division**
**710 N 7th Street**
**Kansas City, KS 66101**
**913.573.2861**
**Incident Report**

| Shift:<br>B-Days | | Date Submitted:<br>10-17-2019 | | Time Submitted:<br>1000 hrs. | | Report Number: | |
|---|---|---|---|---|---|---|---|
| Classification:<br>Informational | | Date & Time of Incident:<br>10-16-2019 1346 hrs. | | Date & Time Ended:<br>10-17-2019 0810 hrs. | | Location of Incident:<br>Intake | |
| **V /P/W** | **E/I** | **Name** | **Race** | **Sex** | **ID Number** | | **F/S/C/KCK/BS/ED** |
| W | E | Sgt. Sage | W | M | 1765 | | C |
| W | E | A/Sgt. Kelly | B | M | 1865 | | C |
| V | I | Vann, Durayl | B | M | 2019004500 | | C |
| | | | | | | | |
| | | | | | | | |

Description of incident:

  On 10-16-19 at about 1346 hours I received a phone call from record Ms. Young informing me that Inmate Vann's mother had passed. I immediately called for mental health over the radio and had them call me. Mental Health Jenna called me at 1347 hours at the intake sergeant desk in the horseshoe. I advised Jenna that we got information that inmate Vann's mother had passed and asker her to tell him. Jenna said okay. I reminded her that due to his disciplinary segregation status he would not be allowed a personal phone call. I resumed my duties with no further contact with mental health

  On 10-17-19 at approximately 0810 hours I was informed that inmate Vann was going to be escorted to intake to have a paper written, signed and notarized that was dealing with the care of his mothers passing. I advised the Housing Sergeant A/Sgt. Kelly that he needed to go get inmate Vann and have him come to intake to do this paperwork involving his moms passing. I advised A/Sgt. Kelly that Mental health had notified inmate Vann of his moms passing yesterday. A/Sgt. Kelly went to B2 and told Vann that he needed to come to intake and it had to do with his moms passing. Inmate Vann didn't know about his moms passing and looked shocked and heartbroken. This left inmate Vann angry and almost caused a use of force in intake. I would have had deputies notify inmate Vann of his mothers passing shortly after I had found out if mental health would have told me they were not going to talk to him. In this incident our contracted mental health provider failed their client and almost caused an unnecessary us use of force.

**Printed Officer Name:** Sgt. Sage 1765    Signature

**Printed Supervisor name:** _Tara_    Signature

**Date Approved:** 10-17-19

D-Seg
10 2519

**Patrick, Charles**

| | |
|---|---|
| **From:** | Russell, John |
| **Sent:** | Thursday, October 17, 2019 9:58 AM |
| **To:** | Fewell, Jeffrey; Patrick, Charles |
| **Subject:** | Inmate Durayl Vann |

Mr. Vann's cousin came in this morning to see if Mr. Vann would sign paperwork for Mr. Vann's mom to be cremated. No one had told Mr. Vann of his mom's passing. He was visibly upset but did sign the paperwork in front of his cousin. I asked Deputy Kelly to notify mental health.

Major John Russell #1198
Wyandotte County Sheriff's Office
710 N. 7th street suit #20
Kansas City, Kansas 66101

"We must reject the idea that every time a law's broken, society is guilty rather than the lawbreaker. It is time to restore the American precept that each individual is accountable for his actions."
Ronald Reagan

## Patrick, Charles

**From:** Jaynes, Cheri
**Sent:** Thursday, October 17, 2019 8:57 AM
**To:** Patrick, Charles; Fewell, Jeffrey
**Subject:** Vann

Good morning-

I apologize for the late notice, but I was away from the facility most of the day with RFP preparation and presentation. I called to check on Jenna about 2:00pm. She related that Sgt Sage had informed her that Mr. Vann's mom passed away. Jenna then related that Sgt Sage was asking her to give the death notification. I related to her that we do not do the actual notifying, but we can follow up after the notification to assess for any risk of suicide. Jenna related some relief and that she would communicate with Sgt. Sage.

I spoke with Sara this morning who reports miscommunication has happened and that Mr. Vann was not informed. Jenna will follow up with Mr. Vann today.

If there is anything else needed, please let me know.
Cheri

## Patrick, Charles

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Monday, December 2, 2019 1:17 PM |
| **To:** | Fewell, Jeffrey |
| **Cc:** | Russell, John |
| **Subject:** | RE: Incident in B2 - Inmate D. Vann |

Date & time: I do not recall the specific date / time. It was sometime between 10-24-19 and 10-30-19.

I went to housing unit B-2 (the male inmate disciplinary segregation unit) to speak with inmate ███████████. I had received an appeal form from him regarding the rule violation(s) and sanctions he had received for fighting in a cell with another inmate. I went to his cell and was accompanied by Sgt Sage and a Deputy. We were in inmate ██████ cell while talking. After speaking to him I was leaving the unit when inmate ███████ called me over to his cell door and asked if I would remove the security memo on him. I replied "not anytime soon". I think I was stopped by the next inmate from his cell door; but, I am not 100% sure. However, inmate D. Vann was in cell #4 and he also called out to me from his cell as I walked by.

Inmate Vann had been previously placed in B2 by Warden Fewell after he (Vann) had been disruptive during a housing unit cell search. Additionally inmate Vann wrote a letter, sometime after his mother had passed away, in which he wrote "I'll fuck around and make these cowards kill me in here. I'd rather die fighting than to just keep letting them do us any kind of way. They've already done killed people in here. Its either fight or flight. Shhh, it ain't nowhere to run in here". With some of the other content of his writing I interpreted this specific comment as a threat to the security and safety of the facility staff and other inmates. On 10-18-19 after discussing this letter with the warden and other staff members a security memo was placed on inmate Van and he was moved into cell #4 which has a camera facing the cell door.

So, when he called out to me from cell #4 it was to ask me why he was on a security memo. I replied something to the effect of "because you made a threat. And, I have a copy of the letter incase we see each other on the outside" and I raised my finger in the air as I was making a point or emphasizing my point. He denied making any threats and he accused me (as I walked out of B2) of threatening his life.

*Major Charles Patrick*
Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session
Executive Officer, ADC
Wyandotte County Sheriff's Office
913-573-2950