# Inmate Cell History

EXHIBIT I

**VANN, DURAYL TYREE**
2019004500

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|---|---|---|---|
| INTAKE I 1 | 7/10/19 23:42 | INITIAL BOOKING | BETTIS, TAMMY K |
| I 06 1 | 7/11/19 0:43 | MEDICAL | BETTIS, TAMMY K |
| H 07 1 | 7/15/19 21:17 | Assignment Change | ENLOE, DERICK W |
| E 022 1 | 7/17/19 19:27 | GENERAL | BRADLEY, JACOB W |
| | 7/31/19 13:12 | FARM-OUT | FLOREZ, JAMES F |
| | *ANDREW COUNTY* | | |
| INTAKE I 1 | 9/4/19 16:56 | GENERAL | FLOREZ, JAMES F |
| F 10 2 | 9/4/19 18:19 | GENERAL | STONER, ZACHARY C |
| B2 032 1 | 9/25/19 10:59 | GENERAL | JONES, DARIAN Z |
| B2 05 1 | 10/18/19 19:30 | Assignment Change | GIST, TIMOTHY D |
| B2 04 1 | 10/18/19 19:31 | Assignment Change | GIST, TIMOTHY D |
| | 10/30/19 10:11 | FARM-OUT | SAMPEL, JAMES C |
| | *ANDREW COUNTY* | | |
| INTAKE I 5 | 11/13/19 16:43 | INITIAL BOOKING | GRACE, TIMMOTHY M |
| F 03 1 | 11/13/19 17:04 | Assignment Change | BARBARICH, JERRITT D |
| | 11/20/19 13:03 | FARM-OUT | ERWIN, AMY M |
| | *BUTLER COUNTY* | | |
| INTAKE I 3 | 1/9/20 16:10 | GENERAL | ERWIN, AMY M |
| F 18 1 | 1/9/20 16:43 | GENERAL | CORTES, JONATHAN J |
| | 3/12/20 8:52 | TRANSFERED TO KDOC | FLOREZ, JAMES F |
| | *Transfer to KDOC-El Dorado* | | |

# Inmate Cell History    VANN, DURAYL TYREE    2019004500

| Cell | Assignment Date/Time | Reason Assigned | Officer | Justification for Move |
|---|---|---|---|---|
| INTAKE I 1 | 7/10/19 23:42 | INITIAL BOOKING | BETTIS, TAMMY K | Held in intake during booking process |
| I 06 1 | 7/11/19 0:43 | MEDICAL | BETTIS, TAMMY K | Housed in I Pod per medical for medical observation per housing recommendation. |
| H 07 1 | 7/15/19 21:17 | Assignment Change | ENLOE, DERICK W | Received housing recommendation clearing inmate to return to GP status. Housed in H Pod, which was the indoctrination pod. |
| E 022 1 | 7/17/19 19:27 | GENERAL | BRADLEY, JACOB W | Classified 7/16/19 as max custody and moved to a max custody unit. |
| | 7/31/19 13:12 | FARM-OUT | FLOREZ, JAMES F | Farm-outs utilized regularly due to the high jail population (ADP was over 500). In July 2019 alone, we farmed out 102 inmates and farmed back 80 inmates. All inmates are medically cleared to farm out and not eligible for pre-trial release. |
| ANDREW COUNTY | | | | |
| INTAKE I 1 | 9/4/19 16:56 | GENERAL | FLOREZ, JAMES F | Returned from farm out due to scheduled court date - farm out return processed in intake |
| F 10 2 | 9/4/19 18:19 | GENERAL | STONER, ZACHARY | GP housing assignment in max custody unit. |
| B2 032 1 | 9/25/19 10:59 | GENERAL | JONES, DARIAN Z | Moved to B2 by security staff due to creating a disturbance in F Pod. He had to be removed from F Pod to restore order. Staff ticket issued, disciplinary hearing held, sanctioned to D/Seg with credit for time served in B2. |
| B2 05 1 | 10/18/19 19:30 | Assignment Change | GIST, TIMOTHY D | Incorrect entry. |
| B2 04 1 | 10/18/19 19:31 | Assignment Change | GIST, TIMOTHY D | Moved to have better camera view. Security memo was issued (included camera cell and assault risk). Inmate to be in a camera cell or camera view cell at all times. Deputies advised to exercise caution, as inmate made direct threats to staff safety. |
| | 10/30/19 10:11 | FARM-OUT | SAMPEL, JAMES C | Special Management meeting discussed housing inmate on an Ad/Seg status after his D/Seg sanction was completed. Requested permission from jail admin to farm out, permission granted per Warden Fewell. |
| ANDREW COUNTY | | | | |
| INTAKE I 5 | 11/13/19 16:43 | INITIAL BOOKING | GRACE, TIMMOTHY | Returned from farm out for scheduled court date - farm out return processed in intake. |
| F 03 1 | 11/13/19 17:04 | Assignment Change | BARBARICH, JERRIT | GP housing assignment upon return. Max custody. |

BUTLER COUNTY

INTAKE | 3

F 18 1

| | | | |
|---|---|---|---|
| 11/20/19 13:03 | FARM-OUT | ERWIN, AMY M | Court hearing completed, next court date in 2020. Farmed out. |
| 1/9/20 16:10 | GENERAL | ERWIN, AMY M | Returned from farm out due to scheduled court date - farm out return processed in intake |
| 1/9/20 16:43 | GENERAL | CORTES, JONATHAN | General population (GP) housing assignment upon return. Max custody, assault risk alert - housed in F Pod which was a max custody unit. No specific housing orders from Jail Admin, security memo alert removed. |
| 3/12/20 8:52 | TRANSFERED TO KDOC | FLOREZ, JAMES F | Transfer to KDOC-El Dorado |

# Inmate Cell History

**VANN, DURAYL TYREE**

2019004458

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|---|---|---|---|
| INTAKE A 1 | 7/9/19  0:59 | INITIAL BOOKING | BETTIS, TAMMY K |
| | 7/9/19  1:32 *released* | RELEASED ON OR BOND | CARROLL, CATHERYN N |

# Inmate Cell History

**VANN, DURAYL TYREE**

2019004336

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|------|---------------------|-----------------|---------|
| INTAKE B 2 | 7/4/19 3:22 | Assignment Change | WILLIAMS, THOMAS |
| | 7/4/19 7:05 | RELEASED ON OR BOND | ERWIN, AMY M |
| | *ROR RELEASED TO THE STREETS* | | |

# Inmate Cell History

**VANN, DURAYL TYREE**

2019003648

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|------|---------------------|-----------------|---------|
| INTAKE  A 4 | 6/5/19  16:30 | Assignment Change | PRICE, DANIAL M |
| | 6/5/19  20:41 | TRANSFER TO ANOTHER COUNTY | BROWN, TARA NICHOL |
| | *Released to SHAWNEE PD* | | |

# Inmate Cell History

**VANN, DURAYL TYREE**

2019002674

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|---|---|---|---|
| INTAKE  D 1 | 4/25/19  5:26 | Assignment Change | BAIRD, DEVIN T |
|  | 4/25/19  5:34 | ROR | BAIRD, DANICA A |
|  | *Released on OR* |  |  |
| INTAKE  A 1 | 4/25/19  6:04 | INITIAL BOOKING | BAIRD, DANICA A |
|  | 4/25/19  6:16 | ROR | BAIRD, DANICA A |

*re released waiting for money to update. money never updated in core banking.*

# Inmate Cell History

**VANN, DURAYL TYREE**

2019002220

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|------|----------------------|-----------------|---------|
| INTAKE F 1 | 4/8/19 20:05 | GENERAL | FREEMAN, AMBER A |
| | 4/8/19 23:59 | ROR | BROWN, TARA NICHOL |
| | *RELEASED TO STREET* | | |

# Inmate Cell History

**VANN, DURAYL TYREE**

2018007606

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|------|---------------------|-----------------|---------|
| INTAKE A 1 | 10/26/18 12:02 | INITIAL BOOKING | VEREEN, ANTONIO L |
| INTAKE A 4 | 10/26/18 12:02 | INITIAL BOOKING | VEREEN, ANTONIO L |
| H DAYROOM 1 | 10/26/18 14:57 | GENERAL | WOOTEN, JAMES B |
| H 03 1 | 10/26/18 19:43 *PER MOVE LIST* | GENERAL | GREEN, NAOMI N |
| F 42 1 | 10/27/18 9:07 | GENERAL | YBARRA, JENNIFER M |
| B2 011 1 | 10/28/18 0:19 | Assignment Change | PARRISH, CHRISTOPHE |
| I 01 1 | 11/2/18 12:57 *PER INTAKE* | SUICIDE WATCH | MCKAY, RONALD D |
| B2 08 1 | 11/5/18 12:08 | GENERAL | CORTES, JONATHAN J |
| B2 05 1 | 11/8/18 19:16 | CONFLICTS | GREEN, WILLIAM |
| H 34 1 | 1/18/19 18:53 | GENERAL | BLAYLOCK, SANDRA D |
| F 15 1 | 1/21/19 9:19 | GENERAL | LARA, RICHARD A |
| | 1/24/19 12:15 *RELEASED TO PRIERIE VILLAGE* | CUST CITY | MASTEL, MICHAEL E |

# Inmate Cell History  VANN, DURAYL TYREE 2018007606

| Cell | Assignment Date/Time | Reason Assigned | Officer | |
|---|---|---|---|---|
| INTAKE A 1 | 10/26/18 12:02 | INITIAL BOOKING | VEREEN, ANTONIO | Held in intake during booking process |
| INTAKE A 4 | 10/26/18 12:02 | INITIAL BOOKING | VEREEN, ANTONIO | Held in intake during booking process |
| H DAYROOM 1 | 10/26/18 14:57 | GENERAL | WOOTEN, JAMES E | Housed in the Indoctrination pod pending classification. No cells available, housed on floor |
| H 03 1 PER MOVE LIST | 10/26/18 19:43 | GENERAL | GREEN, NAOMI N | Moved off floor bunk and housed in cell in same pod |
| F 42 1 | 10/27/18 9:07 | GENERAL | YBARRA, JENNIFEF | Classified max custody, moved to max custody housing unit. |
| B2 011 1 | 10/28/18 0:19 | Assignment Change | PARRISH, CHRISTC | Per A/Capt. S. Brown - On October 27, 2018 at approximately 2210 hours inmate Vann, Durayl was removed from F Pod and placed in a restraint chair to restore order and to prevent property damage. Before he was removed, Inmate Vann encouraged F Pod to kick/bang on their cell doors and desks and scream from under their doors. They were told to stop their behavior, but they continued and some threatened to flood; the water was turned off. This behavior continued the entire time deputies were in the pod dealing with Inmate Vann. Not long after Inmate Vann was removed the behavior ceased and the water was turned back on. All of this was captured on body camera. |
| I 01 1 PER INTAKE | 11/2/18 12:57 | SUICIDE WATCH | MCKAY, RONALD D | Inmate went on a hunger strike per medical 11/1/18 and then went on suicide watch per medical on 11/2/18 to be housed in I Pod |
| B2 08 1 | 11/5/18 12:08 | GENERAL | CORTES, JONATHA | Inmate cleared from suicide watch status per Mental Health and returned to B2, as he was on D/Seg status |
| B2 05 1 | 11/8/18 19:16 | CONFLICTS | GREEN, WILLIAM | On move list due to reported conflicts |
| H 34 1 | 1/18/19 18:53 | GENERAL | BLAYLOCK, SANDR | D/Seg time completed, returned to indoc pod. |
| F 15 1 | 1/21/19 9:19 | GENERAL | LARA, RICHARD A | Housed in max custody unit |
| | 1/24/19 12:15 | CUST CITY | MASTEL, MICHAEL | Released to detainer - Prairie Village |

# Inmate Cell History

**VANN, DURAYL TYREE**
2018002918

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|---|---|---|---|
| INTAKE I 1 | 4/25/18 20:21 | INITIAL BOOKING | TYRELL, ADAM M |
| H DAYROOM 3 | 4/25/18 23:11 | Assignment Change | LASLEY, LORENZO M |
| H 09 1 | 4/26/18 10:01 | Assignment Change | JOHNSON, MARCUS T |
| F 21 1 | 4/26/18 19:58 | Assignment Change | TOMPSON, CHRISTOPH |
| F 19 1 | 5/7/18 19:40 | Assignment Change | LASLEY, LORENZO M |
| C2 09 1 | 8/15/18 1:22 | GENERAL | FREEMAN, AMBER A |
| F 19 1 | 8/15/18 2:21 | GENERAL | FREEMAN, AMBER A |
| B2 029 1 | 8/15/18 19:24 | CHARGES | STRADER, JONATHAN I |
| G 016 1 | 8/30/18 9:22 | GENERAL | COLE, ANITA E |
| | *PER MOVE LIST* | | |
| | 9/27/18 14:33 | TRANSFERED TO COUNTY IN KANSAS | FLOREZ, JAMES F |
| | *Transfer to Shawnee PD* | | |

# Inmate Cell History

**VANN, DURAYL TYREE**     2018002918

| Cell | Assignment Date/Time | Reason Assigned | Officer | |
|---|---|---|---|---|
| INTAKE I 1 | 4/25/18 20:21 | INITIAL BOOKING | TYRELL, ADAM M | Housed in intake during booking process |
| H DAYROOM 3 | 4/25/18 23:11 | Assignment Change | LASLEY, LORENZO M | Housed in Indoctrination pod - no cell available, housed on floor bunk |
| H 09 1 | 4/26/18 10:01 | Assignment Change | JOHNSON, MARCUS | Removed from floor bunk, housed in cell |
| F 21 1 | 4/26/18 19:58 | Assignment Change | TOMPSON, CHRISTC | On move list in pod movement from cell H-09 to H-30. Inmate refused to move. Given staff ticket for 027 and housed on Ad/Seg pending disciplinary hearing in F Pod. Disciplinary hearing held, found guilty, completed D/Seg time in F Pod |
| F 19 1 | 5/7/18 19:40 | Assignment Change | LASLEY, LORENZO M | D/Seg time ended, returned to GP. Classified max custody, stayed in max custody housing unit. |
| C2 09 1 | 8/15/18 1:22 | GENERAL | FREEMAN, AMBER A | I believe this is an incorrect entry |
| F 19 1 | 8/15/18 2:21 | GENERAL | FREEMAN, AMBER A | I believe this is an incorrect entry |
| B2 029 1 | 8/15/18 19:24 | CHARGES | STRADER, JONATHA | Inmate was housed in B2-29 from F-19. Inmate received another staff ticket on 08/12/18 for 009. Disciplinary hearing held, found guilty, sanctioned to D/Seg and moved to B2 |
| G 016 1 | 8/30/18 9:22 | GENERAL | COLE, ANITA E | D/Seg sanction completed, moved back to GP in a max custody housing unit |
| PER MOVE LIST | 9/27/18 14:33 | TRANSFERED TO COUNTY IN KANSAS | FLOREZ, JAMES F | Transfer to Shawnee PD |

# Inmate Cell History

**VANN, DURAYL T**

2018001326

| Cell | Assignment Date/Time | Reason Assigned | Officer |
|------|---------------------|-----------------|---------|
| INTAKE E 2 | 2/25/18 17:50 | Assignment Change | BOND, JONATHON D |
| | 2/25/18 20:25 | BONDED | BROWN, TARA NICHOL |
| | paid 100.00 RELEASED TO STREET | | |