# Booking Report
## VANN, DURAYL TYREE

**EXHIBIT J**

| Jacket No. | Booking No.: | SSN: | Cell: |
|---|---|---|---|
| **47539** | **2019004500** | **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** | |

**Address:**
**618 FREEMAN AVE APT 2A**
**KANSAS CITY, KS, 66101**

**Emergency Contact:**

**Marital Status:**
**SINGLE**

| Sex | Race/Ethnicity | Age | Birth Date | Phone |
|---|---|---|---|---|
| **MALE** | **B** | **39** | **06/03/1982** | |

| Eyes | Hair | Height | Weight | Build | Skin |
|---|---|---|---|---|---|
| **BROWN** | **BLACK** | **6' 2"** | **230** | **LARGE** | **BROWN** |

**Alias**
**EJ VANN,VANN TYREE,DOB 06/03/1981**

**Drivers License #**
**MO - T8980860851**

**Features**

| Arrest Date: | Book Date: | Billing Agency: | FBI # |
|---|---|---|---|
| **7/10/19  23:42** | **07/10/2019   23:42** | | **718890LB3** |

| Arresting Officer | Pre-Book Officer | Birth State: | State # |
|---|---|---|---|
| **GRIMES #1878** | **BETTIS, TAMMY K** | **KS** | **KS00958160** |

| Arresting Agency: | Booking Officer | Birth County: | State Alt # |
|---|---|---|---|
| **KCK PD** | **FREEMAN, AMBER A** | **UNITED STATES** | **MO01078840** |

| Where Arrested | Searching Officer | | AFIS # |
|---|---|---|---|
| **WYANDOTTE** | | | **3105A1936353** |

| Cross Street: | | | Alien # |
|---|---|---|---|
| **1801 QUINDARO BLVD - KANSAS CITY, KS 66104** | | | |

| Case No | Code | Description | Disposition |
|---|---|---|---|
| 19CR0803 | 21-5420(b) | Aggravated robbery | SENTENCED STATE |
| 19CR0803 | 21-5807(b) | Aggravated burglary | SENTENCED STATE |
| 19CR0803 | 21-5807(b) | Conspiracy aggravated burglary | SENTENCED STATE |
| 19CR0803 | 21-5801(a)(1)(B2) | Theft of property or services; Value $25,000 to $100,000 | SENTENCED STATE |
| C581883 | 00-6010 | Municipal/County Violation: Resist / Obstruct Law Enforcement Officer | RELEASED |

| Bond Amount | Bond Type | Agency | Bond Status |
|---|---|---|---|
| 50000.00 | NO BOND | | SENTENCED |
| 0.00 | ROR | | ROR |

| Detainer Description | Agency | Expires |
|---|---|---|
| | | |

Officer Signature

Inmate

# WYANDOTTE COUNTY DETENTION CENTER

## ADMINISTRATIVE SEGREGATION HOLD ORDER

DATE: [7/28/19]   TIME: [800 hours]

INMATE: [Vann Durryl]   NUMBER: [2019004500]

ADMIN SEG LOCATION: [G 20]

A.   I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.

INMATE SIGNATURE _____

WITNESS SIGNATURE _____

B.   IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.

---

**COMPLAINT and/or INCIDENT**

WYANDOTTE COUNTY, KANSAS

1 of 2

NAME: VANN DURRYL 2019004500

DATE 7/28/19   TIME 800 hrs   HOUSING # G-22A

LOCATION OF INCIDENT: E-POD DAYROOM

Did then and there commit the following offense to wit:

Code 124   Violation USING ABUSIVE

012 OBSCENE LANGUAGE

NARRATIVE: INMATE VANN DURRYL 2019004500 USED ABUSIVE AND OBSCENE LANGUAGE. STATED TO ME "GUIT FUCKIN TALKING TO ME" "I DON'T GIVE A FUCK ABOUT THESE TABLETS" "INSIDE TO CONTROLLING"

ACTION TAKEN: ( ) WARNING  ( ) STAFF RESOLUTION  ( ✓ ) INFORMAL RESOLUTION

SANCTIONS: 3 DAY LOCKDOWN
7/28/19   0800 hrs   7/30/19   0800 hrs

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth.

Signature Durryl Vann   Officer Signature David Reed 1843

(Acknowledgment Officer/Recept)

FORM F-186

34231

---

**COMPLAINT**

WYANDOTTE COUNTY, KANSAS

NAME VANN DURRYL

DATE 7/28/19   TIME 8

LOCATION OF INCIDENT:

Did then and there commit the follo

Code 133   Viola

DISRUPTIVE EXPLOSIVE

NARRATIVE: INMATE

CAUSE A DISTURB

SECURE HIS C

SEGREGATION

ACTION TAKEN: ( ) WARN  ( ✓ ) INFO

SANCTIONS: 3 C
7/28/19   0800 hrs

The undersigned further states believe, and does believe, tha offense herein set forth.

Signature Durryl

FORM F-186

# WYANDOTTE COUNTY DETENTION CENTER

## INFORMAL RESOLUTION

**DATE:** 9-20-2019

**INMATE:** Vann, Durayl  **NUMBER:** 2019004500

**HOUSING:** F   10

**DUE TO TICKET #** 102

**ACTION WILL BE TAKEN AS AN INFORMAL RESOLUTION.**

**THE FOLLOWING PRIVILEGE WILL BE TAKEN ON THE DATE INDICATED:**

**SANCTION:** 23 Hr Lockdown

**DATE/TIME:** 0720  **TO** 0620

**SUPERVISOR:** A. Sgt. E. Ming 1956

---

**COMPLAINT and/or INCIDENT**

WYANDOTTE COUNTY, KANSAS

1 of 1

NAME Vann, Durayl 2019004500 HOUSING # 10B

DATE 9/20/19 TIME 0720 POD F POD

LOCATION OF INCIDENT:

Did then and there commit the following offense to wit:

Code 102 Violation Exchanging, accepting
or giving any food or drink

NARRATIVE: During breakfast I
saw Vann, Durayl picking a tray
up behind the pole. I told him to
bring me the tray. He put the tray
back on the floor and told me
he wasn't bringing it to me.
And I need to go get it myself.
Vann, Durayl also receives
Kosher meals.

ACTION TAKEN: ( ) WARNING  ( ) STAFF RESOLUTION
(X) INFORMAL RESOLUTION

SANCTIONS: 23 Hour L/D
Start 9/20/19 @ 0720
End 9/21/19 @ 0620

The undersigned further states that he has just and reasonable grounds to
believe, and does believe, that the person named above committed the
offense herein set forth.

Signature _Durayl Vann_  1975
                          Officer Signature

_E. Ming 1956_
Acknowledgement Of Receipt

49487

FORM F-186



Wyandotte County Sheriff's Office
Adult Detention Center

## Notice of Disciplinary Hearing

| Inmate:<br>**Durayl Vann**<br>47539 | Complaint #: | Housing:<br>**B2-32** |
|---|---|---|

| Citation #:<br>**49403** | Offense Date:<br>**9/25/19** | Time of Offense:<br>**1052** |
|---|---|---|

| Alleged Violation(s): | 028 – Conduct which disrupts, disturbs or interferes with the security/orderly operations: During a pod shake down, Inmate was yelling at LTC. Fewell. |
|---|---|

You are being referred to the Disciplinary Hearing Officer for the above charge(s).
The hearing will be held:

| On: 09/30/19 | Time: 1030 | Location: In Cell/Pod |
|---|---|---|

### Your Rights at a Disciplinary Hearing

1. A copy of the written charges given to you twenty four (24) hours prior to the hearing.
2. The right to remain silent.
3. To be present at the hearing, unless Detention Center security is threatened. If not present, you may submit written testimony and evidence that you deem necessary for your case.
4. To call witnesses and to present documentation and/or evidence on your behalf. All witnesses will be approved before the hearing.
5. To have a staff representative assist you, if special circumstances require it.
6. If found guilty, you have the right to appeal the hearing officer's decision to the Jail Administrator within 48 hours. The Jail Administrator has 5 days to respond to your appeal.

SETTLEMENT OFFERED: Yes

☐ **By my signature below, I wish to waive my right to a disciplinary hearing and plead guilty to the violations. I accept the settlement offer to serve a sanction of 20 days disciplinary segregation. I understand that if found guilty after a formal disciplinary hearing, I would face a maximum of 30 days in disciplinary segregation and/or loss of other privileges up to 30 days. Time served on Administrative Segregation status in B2 will count towards your Disciplinary Segregation sanction. I understand that by accepting the plea deal, I am waiving my right to appeal the sanction. A written report will be provided within 48 hours, excluding weekends and holidays.**

Inmate's Signature: _____     Date: _____

*Date, sign and return this form to the Disciplinary Hearing Officer **only** if you wish to waive the hearing.

✱ INMATE STATED HE DID NOT RECEIVE THE TICKET.     yellow copy provided 9-27-19

db0033

You may have a staff member assist you at the hearing if special circumstances require it. If you desire to have a staff representative, provide his or her name and the reason for your request:

You have the right to call witnesses for the hearing and to present documentary evidence on your behalf. List the name of witnesses you wish to call below and briefly state what each witness would be able to testify to:

Name: _____   Can testify to: _____

Name: _____   Can testify to: _____

**The disciplinary hearing officer will call those witnesses (staff or inmates) who are resonably available, and are determined by the hearing officer to be necessary for clarification of charges. Repetitive witnesses will not be called.** Unavailable witnesses may be asked to submit written statements.

Served by: ___EW2ara___   Date: __9/27/19__   Time: __1231__



Wyandotte County Sheriff's Office
Adult Detention Center

**Disciplinary Hearing Report**

| Inmate: Durayl Vann | Booking #: 2019004500 | Cell #: B2-32 |

Was brought before the Disciplinary Hearing Office on the 30th day of September, 2019.

Witness(es) Requested: No: ☒   Yes: ☐
If yes, did the witness(es) provide testimony: Yes: ☐   No: ☐   Denied: ☐ - explanation documented

Summary of inmate statement: Inmate stated that he didn't get a copy of the ticket and was told that he'd only be on Ad/Seg status for 7 days. Inmate stated that he was talking loudly in his cell to his neighbor. Inmate stated that while he made statements about Warden Fewell, such as "Fewell ain't telling the truth," he wasn't yelling at Warden Fewell. At the end of the hearing, Inmate stated that he'd take a plea for the minimum time to "get it over with."

After hearing all testimonies and reviewing all documents and other evidence brought before me, I have made the following decisions on the below listed charge(s):

| 1. Charge: 028 | Citation #: 49403 | Guilty: ☒ | Not Guilty: ☐ | Dismissed: ☐ |
| 2. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 3. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 4. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 5. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 6. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |

Factual account of what the Hearing Officer believes occurred: Inmate was causing a disturbance in the housing unit by yelling out to other inmates during a shakedown of the pod. Inmate continued to be disruptive, yelling out as he was escorted out of the pod.

Evidence or testimony which led to such beliefs: Incident ticket, narrative reports, inmate interview, Warden Fewell testimony, body camera recording

Hearing Officer Comments: Intentional or not, inmate's actions were inciteful and dangerous. Inmate has an extensive disciplinary history in this facility, including multiple violations for disruptive conduct. Inmate's status shall be reviewed weekly at the Special Management meeting. Credit given for time served in B2.

Action(s) taken by the Hearing Officer: ☒ Disciplinary Segregation: 30 days
☐ In-Pod Lock Down: _____ hours   ☐ Other:

If charge(s) dismissed, explain:

These sanctions are to begin on 09/25/19 and end on 10/25/19.

Hearing Officer: _Sueo83_

CC: Classification, Inmate Disciplinary File, Jail Administration, Detention Supervisors, Inmate

Appeal of Discipline

I, (Name), _____ Booking #_____ wish to appeal the
Disciplinary Hearing Officer's decision based on the following facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

I realize that according to the American Correctional Association Standards for Adult Local
Detention Facilities, 3rd Edition, the Administrator or the person receiving this appeal may only
affirm or reverse the decision. He/She may not reduce or change a sanction (3_ALDF-3c-22
American Correctional Association Standards of Adult Detention Facilities, 3rd Edition).

Inmate Signature: _____     Date: _____

I, _____, have reviewed the appeal and ____ affirm ____ reverse the
findings of the Hearing Officer.

Administrator/designee comments:

_____

_____

_____

_____

Administrator/designee Signature: _____     Date: _____

B2-32

Confidential

# Wyandotte County Sheriff's Office
### Detention Division
### 710 N 7th Street
### Kansas City, KS 66101
### 913.573.2861
### Incident Report

| Shift:<br>A Day Shift | Date Submitted:<br>09/25/2019 | Time Submitted:<br>1205 | Report Number: |
|---|---|---|---|
| Incident Classification: | Date & Time of Incident:<br>09/25/2019 1052 | Date & Time Ended:<br>09/25/2019 1100 | Location of Incident:<br>F-10 |

| V /P/W | E/I | Name | Race | Sex | ID Number | F/S/C/KCK/BS/ED |
|---|---|---|---|---|---|---|
| P | I | Vann, Durayl | B | M | 2019004500 | C |
| W | E | Deputy Hill | W | M | 1998 | C |

On the above date and approximate time Inmate Vann, Durayl 2019004500 was repeatedly yelling at LTC Fewell. The inmate was given a staff ticket for violating code 028 creating a disturbance in the housing unit that requires the removal of the inmate and taken to B2 per LTC Fewell pending hearing.

Printed Officer Name: Deputy Hill   1998

Printed Supervisor name:   Capt. Terrazas

Date Approved: 09/25/2019

Signature

Signature

# WYANDOTTE COUNTY DETENTION CENTER

## ADMINISTRATIVE SEGREGATION HOLD ORDER

**DATE:** <u>09-25-2019</u>                                   **TIME:** <u>1330 hours</u>

**INMATE:** <u>Vann, Durayl</u>                          **NUMBER:** <u>2019004500</u>

**ADMIN SEG LOCATION: B2-32**

   **A.**   **I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.**

**INMATE SIGNATURE** _____

**WITNESS SIGNATURE** _____

   **B.**   **IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.**

During shakedown, Vann, Durayl 2019004500 was creating a disturbance in F-pod. Vann was removed from F-pod to restore order. He is currently housed in B2 cell 32 awaiting a disciplinary hearing.

**SUPERVISOR:** Sgt. Harvey 1863

## COMPLAINT and/or INCIDENT

WYANDOTTE
COUNTY,
KANSAS



NAME: Vann, Dakary L. 20R00400

DATE 9-25-19 TIME 1053 HOUSING # E-10

LOCATION OF INCIDENT: E-10 Cell Door

Did then and there commit the following offense to wit:

Code 023 Violation Conduct which disrupts, disturbs, or interferes

NARRATIVE: During a Pod Shake down, Inmate Vann, Dakary L was yelling at LTC Fudell. Per LTC Fudell the inmate was taken to BD pending hearing.

ACTION TAKEN: ( ) WARNING ( ) INFORMAL RESOLUTION [X] STAFF RESOLUTION

SANCTIONS: _____

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth. _____ Officer Signature

Signature _____ (Acknowledgement Of Receipt)

Capt. S. Tye

FORM F-186

49403



**Wyandotte County Sheriff's Office**
**Adult Detention Center**

FILE COPY **Disciplinary Hearing Report**

| Inmate: Durayl Vann | Booking #: 2019004500 | Cell #: B2-32 |

Was brought before the Disciplinary Hearing Office on the 30th day of September, 2019.

Witness(es) Requested: No: ☒  Yes: ☐
If yes, did the witness(es) provide testimony: Yes: ☐  No: ☐  Denied: ☐ - explanation documented

Summary of inmate statement: Inmate stated that he didn't get a copy of the ticket and was told that he'd only be on Ad/Seg status for 7 days. Inmate stated that he was talking loudly in his cell to his neighbor. Inmate stated that while he made statements about Warden Fewell, such as "Fewell ain't telling the truth," he wasn't yelling at Warden Fewell. At the end of the hearing, Inmate stated that he'd take a plea for the minimum time to "get it over with."

After hearing all testimonies and reviewing all documents and other evidence brought before me, I have made the following decisions on the below listed charge(s):

| 1. Charge: 028 | Citation #: 49403 | Guilty: ☒ | Not Guilty: ☐ | Dismissed: ☐ |
| 2. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 3. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 4. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 5. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 6. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |

Factual account of what the Hearing Officer believes occurred: Inmate was causing a disturbance in the housing unit by yelling out to other inmates during a shakedown of the pod. Inmate continued to be disruptive, yelling out as he was escorted out of the pod.

Evidence or testimony which led to such beliefs: Incident ticket, narrative reports, inmate interview, Warden Fewell testimony, body camera recording

Hearing Officer Comments: Intentional or not, inmate's actions were inciteful and dangerous. Inmate has an extensive disciplinary history in this facility, including multiple violations for disruptive conduct. Inmate's status shall be reviewed weekly at the Special Management meeting. Credit given for time served in B2.

Action(s) taken by the Hearing Officer: ☒ Disciplinary Segregation: 30 days
☐ In-Pod Lock Down:        hours  ☐ Other:

If charge(s) dismissed, explain:

These sanctions are to begin on 09/25/19 and end on 10/25/19.

Hearing Officer: _____

CC: Classification, Inmate Disciplinary File, Jail Administration, Detention Supervisors, Inmate

# FILE COPY

Appeal of Discipline

I, (Name), _Durayl Venn_ Booking # _47539_ wish to appeal the
Disciplinary Hearing Officer's decision based on the following facts:

It is not against any rule whereas an inmate can not speak/talk while being locked down in his cell. This "freedom of speech" is a 1rst Amendment Constitutional right of the inmate period. And to be Consequented for speaking his opinion while being locked in his cell is a violation of said right. Secondly, a "code" was not called which proves that inmate did nothing wrong but simply voice my opinion in which it was something that Warden Fewell didn't like. I didn't cause a disturbance nor was I inciting anyone. In fact, the only reason why I was taken out of my cell in the first place is because I voice my opinie about Warden Fewell's actions in which he took it personal. I was sent to the hole in retaliation. I was never spoken to or warned about any display of my behavior. Why? Because I didn't violate any rule. It was only after I was taken out of my cell when I began voicing my opinion out loud in front of camera about

I realize that according to the American Correctional Association Standards for Adult Local Detention Facilities, 3rd Edition, the Administrator or the person receiving this appeal may only affirm or reverse the decision. He/She may not reduce or change a sanction (3_ALDF-3c-22 American Correctional Association Standards of Adult Detention Facilities, 3rd Edition).

fewell allowing his officers to beat black inmates. And it is for fear of

Inmate Signature: _Durayl Venn_ Date: _10-4-19_

exposing the truth of his actions on camera why I was taken to the hole in the first place. a method to silence me.

I, _Matrick_, have reviewed the appeal and ✓ affirm _____ reverse the findings of the Hearing Officer.

Administrator/designee comments:

Your actions/behavior was disruptive to the security search that was being conducted at that time.

Administrator/designee Signature: _____ Date: _100719_



Wyandotte County Sheriff's Office
Adult Detention Center

### Notice of Disciplinary Hearing

| Inmate:<br>**Durayl Vann**<br>47539 | Complaint #: | Housing:  OCT 2 5 2019<br>**B2-04** |
|---|---|---|

| Citation #:<br>**47307 & 47308** | Offense Date:<br>**10/18/19** | Time of Offense:<br>**1915** |
|---|---|---|

| Alleged Violation(s): | 027 – Refusing to go into or come from a cell:  Inmate refused to move cells when asked to do so by deputies.  Command staff had to be called in.<br><br>028 – Conduct which disrupts, disturbs or interferes with the security or orderly operations:  Deputies had to be called to B2 due to inmate refusing to cuff up and move cells. |
|---|---|

You are being referred to the Disciplinary Hearing Officer for the above charge(s).
The hearing will be held:

| On: 10/25/19 | Time: 0900 | Location: In Cell/Pod |
|---|---|---|

### Your Rights at a Disciplinary Hearing

1. A copy of the written charges given to you twenty four (24) hours prior to the hearing.
2. The right to remain silent.
3. To be present at the hearing, unless Detention Center security is threatened.  If not present, you may submit written testimony and evidence that you deem necessary for your case.
4. To call witnesses and to present documentation and/or evidence on your behalf.  All witnesses will be approved before the hearing.
5. To have a staff representative assist you, if special circumstances require it.
6. If found guilty, you have the right to appeal the hearing officer's decision to the Jail Administrator within 48 hours.  The Jail Administrator has 5 days to respond to your appeal.

SETTLEMENT OFFERED: Yes

☐ **By my signature below, I wish to waive my right to a disciplinary hearing and plead guilty to the violations.  I accept the settlement offer to serve a sanction of 20 days disciplinary segregation, to run consecutively to any current sanction time.  I understand that if found guilty after a formal disciplinary hearing, I would face a maximum of 45 days in disciplinary segregation and/or loss of other privileges up to 60 days.  I understand that by accepting the plea deal, I am waiving my right to appeal the sanction.  A written report will be provided within 48 hours, excluding weekends and holidays.**

Inmate's Signature: _____    Date: _____

*Date, sign and return this form to the Disciplinary Hearing Officer **only** if you wish to waive the hearing.

You may have a staff member assist you at the hearing if special circumstances require it. If you desire to have a staff representative, provide his or her name and the reason for your request:

Sgt. Taylor : Sgt Taylor can verify the truth of this alleged incident. I complied with orders and did not refuse to move. I simply asked for an explaination for why I was all of a sudden being moved to a specific cell when there were plenty of other cells open. All I wanted was to be left alone to mourn my mom in peace. If I would have refused to move then a level of force would have had to be used. I moved willingly

You have the right to call witnesses for the hearing and to present documentary evidence on your behalf. List the name of witnesses you wish to call below and briefly state what each witness would be able to testify to:

| Name: | Can testify to: |
|-------|-----------------|
| Name: | Can testify to: |

**The disciplinary hearing officer will call those witnesses (staff or inmates) who are resonably available, and are determined by the hearing officer to be necessary for clarification of charges. Repetitive witnesses will not be called.** Unavailable witnesses may be asked to submit written statements.

Served by: _____  Date: _____  Time: _____



Wyandotte County Sheriff's Office
Adult Detention Center

**Continuance of Disciplinary Hearing**

| Date: 10/25/19 | | |
|---|---|---|
| Inmate Name:<br>**Durayl Vann** | | Booking #:<br>**2019004500** |
| | | Cell Location:<br>**B2-04** |
| Citation #:<br>47307 | Charge:<br>**027 – Refusing to go into or come from a cell** | |
| Citation #:<br>47308 | Charge:<br>**028 - Conduct which disrupts security/orderly operations** | |
| Citation #: | Charge: | |
| Citation #: | Charge: | |
| Citation #: | Charge: | |
| Citation #: | Charge: | |
| Original Hearing Date:<br>**10/25/19** | Time:<br>**0900** | |

## THIS HEARING HAS BEEN CONTINUED TO THE FOLLOWING DATE AND TIME:

| Date:<br>**10/28/19** | Time:<br>**0900** |
|---|---|

Reason for continuance: **Inmate was taken to court (PTC) and unavailable for the disciplinary hearing.**

**Please note: Inmate shall remain in B2 on Ad/Seg status pending the outcome of the hearing.**

I have received this notice of continuance of my hearing.

Inmate's signature: _____ Date:_____

I provided the notice of continuance to the inmate.

Signature of Officer/Staff Member signature: _____ En Zaza

Date: 10/25/19 Time: 1302



Wyandotte County Sheriff's Office
Adult Detention Center

**Disciplinary Hearing Report**

| Inmate: Durayl Vann | Booking #: 2019004500 | Cell #: B2-04 |

Was brought before the Disciplinary Hearing Office on the 28th day of October, 2019.

Witness(es) Requested: No: ☐ Yes: ☒
If yes, did the witness(es) provide testimony: Yes: ☒ No: ☐ Denied: ☐ - explanation documented

Summary of inmate statement: Inmate stated that he was woken up and told to pack his things. Inmate stated that he asked where he was going and what for. Inmate stated that his mother had just passed away and he felt like this was a set up. Inmate stated he had just wanted to be left alone to mourn in peace. Inmate stated that he wanted an explanation and was getting different answers. Inmate stated he did pack his things and he did move.

After hearing all testimonies and reviewing all documents and other evidence brought before me, I have made the following decisions on the below listed charge(s):

| 1. Charge: 027 | Citation #: 47307 | Guilty: ☒ | Not Guilty: ☐ | Dismissed: ☐ |
| 2. Charge: 028 | Citation #: 47308 | Guilty: ☒ | Not Guilty: ☐ | Dismissed: ☐ |
| 3. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 4. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 5. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |
| 6. Charge: | Citation #: | Guilty: ☐ | Not Guilty: ☐ | Dismissed: ☐ |

Factual account of what the Hearing Officer believes occurred: While Inmate Vann may have moved eventually, he did not move when told to and a sergeant had to be called to the housing unit. Inmate Vann can be heard on video/audio recording causing a disruption in the housing unit by yelling, cursing, and arguing with staff.

Evidence or testimony which led to such beliefs: Incident tickets, narrative reports, inmate interview, witness testimony, B2 housing unit video/audio recording

Hearing Officer Comments: Inmate requested to be farmed out.

Action(s) taken by the Hearing Officer: ☒ Disciplinary Segregation: 5 days total
☐ In-Pod Lock Down: _____ hours ☐ Other:

If charge(s) dismissed, explain:

These sanctions are to begin on 10/25/19 and end on 10/30/19.

Hearing Officer: S̶T̶0̶0̶8̶3̶ _____

CC: Classification, Inmate Disciplinary File, Jail Administration, Detention Supervisors, Inmate

## Appeal of Discipline

I, (Name), _____ Booking #_____ wish to appeal the Disciplinary Hearing Officer's decision based on the following facts:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

I realize that according to the American Correctional Association Standards for Adult Local Detention Facilities, 3rd Edition, the Administrator or the person receiving this appeal may only affirm or reverse the decision. He/She may not reduce or change a sanction (3_ALDF-3c-22 American Correctional Association Standards of Adult Detention Facilities, 3rd Edition).

Inmate Signature: _____     Date: _____

I, _____, have reviewed the appeal and _____ affirm _____ reverse the findings of the Hearing Officer.

Administrator/designee comments: _____

_____
_____
_____
_____

Administrator/designee Signature: _____     Date: _____

B2·04

Confidential

# Wyandotte County Sheriff's Office
**Detention Division**
**710 N 7th Street**
**Kansas City, KS 66101**
**913.573.2861**
**Incident Report**

| Shift: B-Nights | Date Submitted: 10-18-2019 | Time Submitted: 2330 hrs. | Report Number: |
|---|---|---|---|
| Incident Classification: Staff Tickets | Date & Time of Incident: 10-18-2019 1845 hrs. | Date & Time Ended: 10-18-2019 1930 hrs. | Location of Incident: B2 Cells 29,30, & 32 |

| V /P/W | E/I | Name | Race | Sex | ID Number | F/S/C/KCK/BS/ED |
|---|---|---|---|---|---|---|
| P | I | Brown, Everette | B | M | 2019005996 | C |
| P | I | Kinsey, Brandon | B | M | 2019006078 | C |
| P | I | Vann, Durayl | B | M | 2019004500 | C |
| W | E | A/Sgt. McGrew | W | M | 1915 | C |
| W | E | Deputy Parrish | W | M | 1921 | C |

On 10-18-2019 I, Deputy Parrish 1921 was the B-Pod rover. At Approximately 1915 hrs. A/Sgt. McGrew came up to the pod so that we could move Inmate Vann, Durayl 2019004500 from cell #32 to cell #4. We first had to take the inmate from cell#4 and place him in the shower in B2 so we could bring down Inmate Vann. Once the inmate from cell #4 was in the shower Inmate Vann said he wasn't going to move, so A/Sgt. McGrew informed Sgt. Ballard over the radio. Once Sgt. Ballard and rovers arrived, Sgt. Ballard tried talking to Inmate Vann to try to get him to cuff up so he could be moved, but he refused. During this entire process Inmate Brown, Everette 2019005996 who was in cell #29 was yelling out of his cell door telling Inmate Vann not to cuff up and that "They are fucking racist assholes". Inmate Kinsey, Brandon 2019006078 in cell #30 was also yelling at Inmate Vann to not cuff up. Both of those inmates were issued staff tickets for Code #019 (Inciting or encouraging a group demonstration). Multiple deputies were called for, in preparation of a force cell extraction causing the whole facility to be locked down for thirty minutes till the incident was over. Once deputies arrived, I had to do a pod check. While I was finishing my pod check Sgt. Taylor and Sgt. Sage were able to get Inmate Vann to cuff up and move to cell #4 without incident. We were then able to get the inmate that was in the shower moved up to cell #32. Inmate Vann was issued two staff tickets for Code #027 (Refusing to go into or come from a cell) and Code #028 (Conduct which disrupts or interferes with the security or orderly operation). I have nothing further to report.

**Printed Officer Name: Deputy Parrish 1921**

**Printed Supervisor Name: A/Sgt. McGrew 1915**

**Date Approved: 10/19/2019**

Signature *C. Parrish* 1921

Signature A/SGT. McGrew 1915

# WYANDOTTE COUNTY DETENTION CENTER

## ADMINISTRATIVE SEGREGATION HOLD ORDER

**DATE:** 10/18/2019          **TIME:** 1930 hrs

**INMATE:** Vann, Durayl          **NUMBER:** 2019004500

**ADMIN SEG LOCATION:** B2 | 04

**A.**   **I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.**

INMATE SIGNATURE _____

WITNESS SIGNATURE _____

**B.**   **IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.**

On 10-18-2019 I, Deputy Parrish 1921 was the B-Pod rover. At Approximately 1915 hrs. A/Sgt. McGrew came up to the pod so that we could move Inmate Vann, Durayl 2019004500 from cell #32 to cell #4. We first had to take the inmate from cell#4 and place him in the shower in B2 so we could bring down Inmate Vann. Once the inmate from cell #4 was in the shower Inmate Vann said he wasn't going to move, so A/Sgt. McGrew informed Sgt. Ballard over the radio. Once Sgt. Ballard and rovers arrived, Sgt. Ballard tried talking to Inmate Vann to try to get him to cuff up so he could be moved, but he refused. During this entire process Inmate Brown, Everette 2019005996 who was in cell #29 was yelling out of his cell door telling Inmate Vann not to cuff up and that "They are fucking racist assholes". Inmate Kinsey, Brandon 2019006078 in cell #30 was also yelling at Inmate Vann to not cuff up. Both of those inmates were issued staff tickets for Code #019 (Inciting or encouraging a group demonstration). Multiple deputies were called for, in preparation of a force cell extraction causing the whole facility to be locked down for thirty minutes till the incident was over. Once deputies arrived, I had to do a pod check. While I was finishing my pod check Sgt. Taylor and Sgt. Sage were able to get Inmate Vann to cuff up and move to cell #4 without incident. We were then able to get the inmate that was in the shower moved up to cell #32. Inmate Vann was issued two staff tickets for Code #027 (Refusing to go into or come from a cell) and Code #028 (Conduct which disrupts or interferes with the security or orderly operation). I have nothing further to report.

SUPERVISOR: A/Sgt McGrew 1915

# WYANDOTTE COUNTY DETENTION CENTER

# ADMINISTRATIVE SEGREGATION HOLD ORDER

**DATE:** 10/18/2019 **TIME:** 1930 hrs

**INMATE:** Kinsey, Brandon **NUMBER:** 2019006078

**ADMIN SEG LOCATION:** B2 | 30

**A.** **I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.**

INMATE SIGNATURE _____

WITNESS SIGNATURE _____

**B.** **IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.**

On 10-18-2019 I, Deputy Parrish 1921 was the B-Pod rover. At Approximately 1915 hrs. A/Sgt. McGrew came up to the pod so that we could move Inmate Vann, Durayl 2019004500 from cell #32 to cell #4. We first had to take the inmate from cell#4 and place him in the shower in B2 so we could bring down Inmate Vann. Once the inmate from cell #4 was in the shower Inmate Vann said he wasn't going to move, so A/Sgt. McGrew informed Sgt. Ballard over the radio. Once Sgt. Ballard and rovers arrived, Sgt. Ballard tried talking to Inmate Vann to try to get him to cuff up so he could be moved, but he refused. During this entire process Inmate Brown, Everette 2019005996 who was in cell #29 was yelling out of his cell door telling Inmate Vann not to cuff up and that "They are fucking racist assholes". Inmate Kinsey, Brandon 2019006078 in cell #30 was also yelling at Inmate Vann to not cuff up. Both of those inmates were issued staff tickets for Code #019 (Inciting or encouraging a group demonstration). Multiple deputies were called for, in preparation of a force cell extraction causing the whole facility to be locked down for thirty minutes till the incident was over. Once deputies arrived, I had to do a pod check. While I was finishing my pod check Sgt. Taylor and Sgt. Sage were able to get Inmate Vann to cuff up and move to cell #4 without incident. We were then able to get the inmate that was in the shower moved up to cell #32. Inmate Vann was issued two staff tickets for Code #027 (Refusing to go into or come from a cell) and Code #028 (Conduct which disrupts or interferes with the security or orderly operation). I have nothing further to report.

SUPERVISOR: A/Sgt McGrew 1915

# WYANDOTTE COUNTY DETENTION CENTER

## ADMINISTRATIVE SEGREGATION HOLD ORDER

**DATE:** 10/18/2019          **TIME:** 1930 hrs

**INMATE:** Brown, Everette          **NUMBER:** 2019005996

**ADMIN SEG LOCATION:** B2 | 29

**A.** **I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.**

INMATE SIGNATURE _____

WITNESS SIGNATURE _____

**B.** **IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.**

On 10-18-2019 I, Deputy Parrish 1921 was the B-Pod rover. At Approximately 1915 hrs. A/Sgt. McGrew came up to the pod so that we could move Inmate Vann, Durayl 2019004500 from cell #32 to cell #4. We first had to take the inmate from cell#4 and place him in the shower in B2 so we could bring down Inmate Vann. Once the inmate from cell #4 was in the shower Inmate Vann said he wasn't going to move, so A/Sgt. McGrew informed Sgt. Ballard over the radio. Once Sgt. Ballard and rovers arrived, Sgt. Ballard tried talking to Inmate Vann to try to get him to cuff up so he could be moved, but he refused. During this entire process Inmate Brown, Everette 2019005996 who was in cell #29 was yelling out of his cell door telling Inmate Vann not to cuff up and that "They are fucking racist assholes". Inmate Kinsey, Brandon 2019006078 in cell #30 was also yelling at Inmate Vann to not cuff up. Both of those inmates were issued staff tickets for Code #019 (Inciting or encouraging a group demonstration). Multiple deputies were called for, in preparation of a force cell extraction causing the whole facility to be locked down for thirty minutes till the incident was over. Once deputies arrived, I had to do a pod check. While I was finishing my pod check Sgt. Taylor and Sgt. Sage were able to get Inmate Vann to cuff up and move to cell #4 without incident. We were then able to get the inmate that was in the shower moved up to cell #32. Inmate Vann was issued two staff tickets for Code #027 (Refusing to go into or come from a cell) and Code #028 (Conduct which disrupts or interferes with the security or orderly operation). I have nothing further to report.

SUPERVISOR: A/Sgt McGrew 1915

## COMPLAINT and/or INCIDENT



WYANDOTTE COUNTY, KANSAS

1 of 2

NAME Brown, Everette   2019005996

DATE 10-18-19   TIME 1915   HOUSING # B2-29

LOCATION OF INCIDENT: B2-29

Did then and there commit the following offense to wit:

Code 019   Violation Inciting or encouraging a group demonstration

NARRATIVE: Inmate Brown was yelling through his cell door at another inmate to not cuff up to be move because we were "Fucking Racist Asshole".

ACTION TAKEN: ( ) WARNING   (✓) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth.

Signature _____ 121
(Officer Signature)

Refused due to behavior

A/SGT. _____ au au 1915
(Acknowledgement Of Receipt)

FORM F-186

47304

---

## COMPLAINT and/or INCIDENT



WYANDOTTE COUNTY, KANSAS

1 of 1

NAME Kinsey, Brandon   2019006078

DATE 10-18-19   TIME 1915   HOUSING # B2-30

LOCATION OF INCIDENT: B2-30

Did then and there commit the following offense to wit:

Code 019   Violation Inciting or encouraging a group demonstration

NARRATIVE: Inmate Kinsey was yelling through his cell door at another inmate to not cuff up so he could be moved.

ACTION TAKEN: ( ) WARNING   (✓) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth.

Signature _____ 121
(Officer Signature)

Refused due to behavior

A/SGT. _____ au au 1915
(Acknowledgement Of Receipt)

FORM F-186

47306

# COMPLAINT and/or INCIDENT



**WYANDOTTE COUNTY, KANSAS**

NAME Vann, Durail

DATE 10-18-19 TIME 1915 HOUSING # B2-32

LOCATION OF INCIDENT: B2-32

Did then and there commit the following offense to wit:

Code 028 Violation Conduct which disrupts the security or orderly operations

NARRATIVE: Deputies had to be called to B2 due to Inmate Vann refusing to cuff up and move cells.

ACTION TAKEN: ( ) WARNING (✓) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth.

Signature Refused due to behavior (Order Signature)

A/SGT. [signature] 1915 (Acknowledgement Of Receipt)

FORM F-186

47308

---

# COMPLAINT and/or INCIDENT



**WYANDOTTE COUNTY, KANSAS**

NAME Vann, Durail 2019004500 TIME 1915 HOUSING # B2-32

DATE 10-18-19

LOCATION OF INCIDENT: B2-32

Did then and there commit the following offense to wit:

Code 027 Violation Refusing to go into or come from a cell

NARRATIVE: Inmate Vann refused to move cells when asked to do so by deputies. Command staff had to be called in.

ACTION TAKEN: ( ) WARNING (✓) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth.



Signature Refused due to behavior (Order Signature)

A/SGT. [signature] 1915 (Acknowledgement Of Receipt)

FORM F-186

47307

PRINT NAME: Duray Vann

POD: 32 CELL: F

B-2

WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM



DATE: _____ TIME: _____

( ) APPEAL                   ( ) CLASSIFICATION

( ) REVIEW                   ( ) DISCIPLINE               OCT 1 4 2019

( ) GRIEVANCE                ( ✓ ) REQUEST _____

TO: Administration / Disciplinary Board

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I've served over 75% of my seg time and am asking
for a time cut or early release. I have not received
any disciplinary actions while being in seg and have not
displayed any maladaptive behavior while serving seg time.
Therefore I ask consideration of an early release.
Or I ask to be put on Deputy Huey's work crew
whereas I may paint my cell and earn my early
release. Please take this into consideration. Thank you
for the gift of your time

INMATE'S SIGNATURE: Durayl Vann            INMATE # 47539

DISPOSITION: _____              DATE: 10/14/19

Denied

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann
POD: B-2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/17/19      TIME: _____

( ) **APPEAL**      ( ) **CLASSIFICATION**

( ) **REVIEW**      ( ) **DISCIPLINE**    OCT 2 1 2019

(✓) **GRIEVANCE**      ( ) **REQUEST** _____

TO: _Administration ( Russell or Sgt Taylor_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the actions of administration ie Major Patrick ; Warden Fewell of refusing to inform me of my mother's death in which they were fully aware of her death the day she passed away. I wasn't told until a day later. Fewell and Patrick did this out of spite & in form of retaliation due to me grieving their actions in the past. It is protocal that due to a death in the family inmate be allowed a phone call. However, out of spite I was/am denied a phone call. I am being arbitrarily treated different from other inmates thus my rights to equality

INMATE'S SIGNATURE: _Duray Vann_      INMATE # _47539_
are being violated

DISPOSITION: _____ DATE: _____

Mr. Vann, first my condolences on your loss. We do not have a policy that someone with a death in the family gets a phone call, or a visit. Under the circumstances of your housing in Dis/Seg you do not have access to any calls except attorney. We did authorize a visit with your cousin to make decisions concerning her. Again, My condolences on your loss.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: B-2  CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

DATE: 10/18/19

TIME: _____

( ) APPEAL

( ) REVIEW

(✓) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

( ) REQUEST _____

OCT 2 1 2019

TO: Grievance Officer

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

The administration keeps reading my outgoing mail then refusing to send it out. Plus they are lying by stating that its contents are "uncensored" by the facility. I have proof of their fraudulent statements to our families about the privacy of our mail being adhered to. This is the 2nd or 3rd time that my postcards and mail have been refused to be mailed to my family in society. I've also found out that some of my letters never was mailed out but was secretly put in my property without my knowledge. This is a method used to stop me from exposing the corruption of the

INMATE'S SIGNATURE: Duray Vann

INMATE # 47539

Warden Fewell and subordinates of his this facility. I have proof of
(Continued on attached sheet)

DISPOSITION: _____  DATE: 10 21 19

We screen the mail for specific things. We can and do reject out $incoming mail based on these screenings.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duryl Vann
POD: B-2  CELL: 4

DATE: 10/18/19          TIME: _____

( )  APPEAL                    ( )  CLASSIFICATION

( )  REVIEW                    ( )  DISCIPLINE      OCT 2 1 2019

(✓)  GRIEVANCE              ( )  REQUEST _____

TO: Grievance Officer
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the retaliatory actions of Warden Tewell and administration, due to administration removing me from one cell (B2-32) to a cell that is not only the coldest cell in the facility but also the filthiest all the while refusing to allow it to be cleaned. There is feces and fecal matter filled almost to the brim of the rim of the toilet, dried urine puddled stains all over the floor along with black mold under bed as well as coming out of the air duct & vents in which I believe is causing me chest pains and shortness of breathe. No one can explain why I was moved to this specific cell (B2-4). Then

INMATE'S SIGNATURE: Duryl Vann                          INMATE # 47639
I was threatened that I would be tased or shock shielded if I didn't move to that specific cell even though there are 3 other empty cells.

DISPOSITION: We moved you due to your threatening statements in your outgoing mail. You were placed in cell #4 so we can keep your cell under surveillance.
                                                                      DATE: 102119

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Durryl Vann
POD: B-2   CELL: 32

DATE: 10/18/19                    TIME: _____

( ) **APPEAL**                    ( ) **CLASSIFICATION**

( ) **REVIEW**                    ( ) **DISCIPLINE**        OCT 2 1 2019

(✓) **GRIEVANCE**                 ( ) **REQUEST** _____

TO: Administration (Captain Russell)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving Programs Sara Toms's actions of denying me access of utilizing the rights of the legal mail system. An inmate has a right to write any government agency utilizing the programs legal mail system whereas such out going documentation mailed from Wyandotte County Jail, by inmate, to any government agency is to be classified as legal or official uncensored mail. I was/am being denied use of the legal mail program "Per" Sara Toms and Fewell, because I am writing the KBI (Kansas Bureau of Investigation) and they are trying to stop me from exposing the injustices that they are doing.

INMATE'S SIGNATURE: Durryl Vann                    INMATE # 47539
They are maliciously blocking my due process rights

DISPOSITION: _____                    DATE: 10-21-19
Legal mail is mail that pertains to your Current criminal case(s). You can write the KBI and send it Via regular mail.

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Durayl Vann

POD: B-2 CELL: 4

DATE: 10-26-19          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE          OCT 2 8 2019

( ) GRIEVANCE           ( ) REQUEST _____

TO: Warden Ferrell

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

If you won't let me send my legal mail out via legal mail services (ie Programs) and when I try to send it out using a regular envelope you reject it telling me that legal mail has to go out through programs legal mail service, then how am I to mail out my legal mail. Keep in mind that civil cases and criminal cases are both considered legal mail. What you are doing is stopping us from exhausting our remedies up the grievance procedure chain of command trying to stop us from exposing your wanton and malicious actions of the corruption going on in this facility.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 10/28/19

1. Programs is not legal services. We cannot and do not provide legal assistance.
2. Sending mail to ACA is not legal mail. They are not in our "chain of command".
3. If you read the rejection notice, it tells you what you can do to send out your mail.
4. The envelope you gave me today has been sent.

DEPUTY'S SIGNATURE AND RANK ᴅ๖ᴄᴏᴏ₈₃

PRINT NAME: Durayl Venn
POD: B-2   CELL: 4

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _10-26-19_          TIME: _____

OCT 2 8 2019

( )   APPEAL              ( )   CLASSIFICATION

( )   REVIEW              ( )   DISCIPLINE

(✓)  GRIEVANCE           ( )   REQUEST _____

TO: Administration (Grievance Officer)

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the actions of the mail room staff for refusing
to mail out my legal mail. This is a constitutional rights
violation of my due process. I also am grieving her/his
actions of reading my legal mail without my permission as
well as not opening my legal mail in front of me. The
mail room clerk & administration are abusing and manipulating
the mail service and legal service whereas they are taking
it upon themselves to personally hinder or stop certain
inmates from having access to certain courts (civil & criminal) as well

INMATE'S SIGNATURE: _Durayl Venn_          INMATE # _47539_

as stopping us from exhausting all of our remedies up the grievance
procedure as required and permitted by federal law. This is the 3rd time
DISPOSITION:                              DATE: _10-28-19_
of yall stopping my legal mail from going out.

Duplicate. Asked and answered in writing and
in person.

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray! Vann

POD: B-2    CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-26-19                    TIME: _____

( )  APPEAL                    ( )  CLASSIFICATION

( )  REVIEW                    ( )  DISCIPLINE          OCT 2 8 2019

( )  GRIEVANCE                 ( )  REQUEST _____

TO: Administration (Grievance officer)

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-24-19 I mailed legal mail out via personal envelope as instructed by Major Patrick (See grievance written 10-18-19). Now on 10-25-19 my legal mail was opened (without me being there and without my consent), Read without my consent, and sent back to me being refused to be mailed off which is a violation of my due process writes. Civil case mail & Criminal case mail still are both governed by due process rights and the mail clerk and administration should not have the power to determine what was legal mail suits them or pleases them inorder for it to be mailed out. And because of these peoples abuse of power I have now missed my statute

INMATE'S SIGNATURE: Duray! Vann                    INMATE # 47834

of limitations. This is dealing with my freedom, affirmative actions of disciplinary must be taken.

DISPOSITION: _____                           DATE: 10-28-19

Duplicate. Asked & answered in writing and in person

DEPUTY'S SIGNATURE AND RANK 876083

PRINT NAME: Durayl Vann
POD: B-2 CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-26-19          TIME: _____

OCT 2 8 2019

( ) APPEAL          ( ) CLASSIFICATION

( ) REVIEW          ( ) DISCIPLINE

(✓) GRIEVANCE          ( ) REQUEST _____

TO: Administration (Warden Fewell)
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be re-imbursed for the 3 stamped envelopes (2 legal mail, 1 personal letter) and 2 post cards that you've returned destroyed in your refusal to mail them out. You cut them open plus stamped them as its contents being "uncensored" even though you've been reading all of my outgoing mail including my legal mail (in which its against the law). You couldn't just sent them back without cutting them open and stamping them. Please re-imburse what you maliciously destroyed without justifiable cause

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 10-28-19

The envelopes are still viable. They can be sealed shut with tape. Remember, if you need special permission to mail more than one page, submit your ICF to Programs to have it reviewed/approved. Read the rejection notice, make corrections as needed and send it again. Request for reimbursement is denied at this time.

DEPUTY'S SIGNATURE AND RANK STW093

PRINT NAME: Durayl Vann
POD: B-2 CELL: 4

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10-28-19          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION
                                              OCT 3 0 2019
( ) REVIEW              ( ) DISCIPLINE

( ✓ ) GRIEVANCE         ( ) REQUEST _____

TO: _____Warden Fewell_____
                    (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28th of October 2019, Major Patrick threatened to "kill me when he sees me on the streets." He stated this in front of Sgt Sage and deputy Garcia. Also 4 other inmates witnessed and heard him state that he was going to "Kill me when he see me on the streets." This occurrance happened without any provocation that would even warrant such a statement. I'm grieving the actions of Major Patrick threatening my life. I feel threatened for my life for I believe him to try to make good on his word and I take such threats on my life seriously. If an inmate makes such threats on a officer then we'd be charged with a felony and consequented. I'd like to press charges on Patrick for threatening my life.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47534

DISPOSITION: _____          DATE: 10-29-19

NO I did Not

DEPUTY'S SIGNATURE AND RANK _____Maj Patrick_____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2  CELL: 4

DATE: 10-28-19          TIME: 3:41 pm

( ) **APPEAL**          ( ) **CLASSIFICATION**       OCT 3 0 2019

( ) **REVIEW**          ( ) **DISCIPLINE**

(✓) **GRIEVANCE**       ( ) **REQUEST** _____

TO: Internal Affairs Summons
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28th day of October 2019 Major Patrick did willfully, unlawfully and maliciously threaten to "Kill" inmate "Vann" when he sees him on the street." Major Patrick threatened to kill me "When he see me on the streets. He said this "verbatim" in front of Sgt Sage and officer deputy Garcia. This incident occurred between 3:00 pm - 3:30 pm in B-2 cell house in front of cell #4. There are 4 other inmate heard this themselves 2 of them witnessed him pointing his fingers at me like a gun shooting at me. View camera footage and audio. I feel threatened for my life for I believe that Major Patrick will try to keep

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

his word. Other witnesses are Kahlil William, Fred Williams, Ryan Bright

DISPOSITION: _____          DATE: 10/29/19

I said "I have a copy of the letter in case I see you on the outside".

That is Not a threat.

DEPUTY'S SIGNATURE AND RANK _____

**PRINT NAME:** Durayl Vann

**POD:** B-2 **CELL:** 4

*Emergency Grievance* WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 10-29-19 **TIME:** 12:32 am

OCT 3 0 2019

( ) **APPEAL** ( ) **CLASSIFICATION**

( ) **REVIEW** ( ) **DISCIPLINE**

(✓) **GRIEVANCE** ( ) **REQUEST**

**TO:** Under Sheriff Larry Roland
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Major Patrick stated to me (-Inmate Vann) "that he was going to kill me when he see me on the streets." I feel threatened for my life while being in a facility that he works at. He stated these words verbatim in front of Sgt Sage and Glarcia (deputy) on 10-28-19 approximately between 3:00pm -3:30pm in B-2 cellhouse at my cell (#4). There are 4 other inmates who heard this themselves. I am grieving the actions of major patrick threatening my life. I've done nothing to warrant or cause him to threaten my life. Furthermore he has placed me on a security protocol, refused my right to send out legal mail, along

**INMATE'S SIGNATURE:** Durayl Vann **INMATE #** 47539

with other methods of transgression against me due to his dislike of me.

**DISPOSITION:** _____ **DATE:** _____

If an inmate were to threaten the life of an officer then we'd be charged with a felony. So the same should apply to an officer (Major Patrick) threatening the life of an inmate. Please view camera & audio as proof of evidence.

Thats Not What I said.

**DEPUTY'S SIGNATURE AND RANK** _Maj Patrick_

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

Bg 1 of 3    POD: B-2    CELL: 4



DATE: _____    TIME: _____

( ) APPEAL                ( ) CLASSIFICATION

( ) REVIEW                ( ) DISCIPLINE

(✓) GRIEVANCE             ( ) REQUEST _____

TO: Donald Ash (Sheriff)
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 29th of October, 2019 major Patrick did stand at my cell in B-2 (cell #4) and threaten to kill inmate Durayl Vann when he sees him on the streets. This statement was made in front of officer Sage and officer Garcia. This incident happened between 3:00pm - 3:30pm. 3-4 other inmates also seen, heard, and witness this incident. The inmates are Freddy Williams, Ryan Bright, Khalil Williams, and another inmate name who I don't know, they also witness his hands mocking a gun and as if shooting me in the face (see camera - Pod camera ; audio). After incident occurred inmate asked Sage ; Garcia were they going to file a report about

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

what they heard and witnessed? They both denied hearing the major threatening to kill me

Lt. Col. Jeffrey S. Fewell

DISPOSITION: _____                    DATE: 12-2-19

We have conducted an inquiry into your allegation that Major Patrick allegedly threatened you. Reports were written and interviews were conducted. We did not find any evidence to support your allegations.

DEPUTY'S SIGNATURE AND RANK _____
Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention Center

when he sees me on the streets. And said that they will not file a report on their major.

## Conclusion

A serious threat was made by Major Patrick towards inmate Vann in which Major Patrick threatened to "kill Mr. Vann whenever he sees him on the streets." This was stated verbatim by an head official (Major Patrick) of the Wyandotte County Sheriffs Department and should be taken seriously. Inmate Vann fears for his life while being detained in Wyandotte County Jail for inmate truly and fully believes that major Patrick will make attempts to kill inmate Vann and has reason to believe that such actions are easily possible due to the major having full access to everything in the facility (ie officers, medical records, food, less lethal weapons, cameras, etc.) and has the power and tools to do so at his disposal.

Furthermore, I would like to grievance the actions of Sgt Sage and Garcia for failing to write or report this incident to internal affairs. To cover up such a serious incident or fail to report such an incident would be to condone and/or conspire to commit said actions with Major Patrick due to them failing to take the preventive measures (by bring awareness to authorities about plot to murder inmate Vann on the streets) to stop the ~~actions of afford~~ further acts of a life threatening situation.

I Darryl would furthermore like to press charges on Major Patrick, Garcia, and Sage for the criminal acts against inmate Darryl Vann. You are now aware of the actions of your subordinates. Your officers were unprofessional in there actions of threatening me along with failing to report the actions of said threat. Major Patrick's actions

need to be investigated along with the actions of Garcia trying to cover the incident up with his dishonesty and Sgt Bage's actions of failing to report the incident of Major Pitruch's actions.

Please Respond as soon as possible along with sending me a copy of this grievance and attachment with your response

Certificate of Service

I, Durayl Vann, do hereby certify that this is a correct and original document scribed by me and that this grievance was mailed to the Sheriff Donald Ash, 710 N. 7th St KCK, 66101

x _Durayl Vann_
Durayl Vann

PRINT NAME: Duray l Vann
POD: F    CELL: 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 3-05-20                    TIME: _____    RECEIVED

( )  **APPEAL**              ( )  **CLASSIFICATION**    MAR 0 6 2020

( )  **REVIEW**              ( )  **DISCIPLINE**    BY: .......................

( )  **GRIEVANCE**           ( )  **REQUEST** _____

TO: Internal Affairs Simmons
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

I would like to obtain a copy of all of ~~my grie~~ the "grievances" written (via ICF) filed by me stemming from dates April 26, 2018 to October 26, ~~200~~ 2018 please. It would be highly appreciated.

Thank You for the gift of your time

INMATE'S SIGNATURE: Duray Vann          INMATE # 47534

DISPOSITION: _____          DATE: _____

FORWARDED to Programs          Cpt Thaxton 3-6-20

These records are archived. You will need to
Contact Records and request i pay for KORA.

DEPUTY'S SIGNATURE AND RANK 8160983

PRINT NAME: Durayl Vann
POD: F  CELL: 16

DATE: 04-03-20  TIME: _____

RECEIVED
MAR 0 5 2020
BY: _____

( ) **APPEAL**  ( ) **CLASSIFICATION**

( ) **REVIEW**  ( ) **DISCIPLINE**

( ) **GRIEVANCE**  (✓) **REQUEST** legal documents

TO: Internal Affairs Simmons
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

I would like to have a copy of all of my ICF grievances steming from October 18, 2018 - February 1, 2019.

INMATE'S SIGNATURE: Durayl Vann  INMATE # 47539

DISPOSITION: FORWARDED to PROGRAMS, Cpt Thaxton DATE: Cp+ 3-6-20

These records are archived. You will need to do a KORA request with records & pay the fee.

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray Vann

POD: _____ CELL: _____

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _____

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

TIME: _____

RECEIVED

MAR 1 1 2020

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST Legal documentation / discovery material

BY: ....................

TO: Records

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I want a copy of all written grievances (via ICF) that was written on the inmate communication forms stemming from these dates listed:

1) April 26, 2018 thru October 26, 2018

2) October 18, 2018 thru February 6, 2019

- these grievances were all written on paper ICF's and not on the Kiosk. The copies that are being requested are for legal matters of the courts. I would like to do a KORA Request however I am indigent. So I'd like to do this under the status of Informa Pauperis. Shall you deny me this status please list the fee for said documents. Thank You

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539

DISPOSITION: _____          DATE: 3-11-20

Per sheriff legal, there is no informa paupens
for KORA. Your listed dates overlap, so you want
records from 4-26-18 to 2-6-19?
KORA request form provided to inmate
which includes the charges.

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray/ Vann

POD: F    CELL: 6

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/15/19                    TIME: _____

( )  APPEAL                ( )  CLASSIFICATION

( )  REVIEW                ( )  DISCIPLINE

( )  GRIEVANCE             (✓) REQUEST _____

RECEIVED
JUL 1 6 2019
BY: ....................

TO: Programs
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain a Tablet Card
So that I may utilize the tablets for law
library

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____

Kiosk Provided 7-17-18 CB 283

DATE: _____

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Durayl Vanor

POD: I   CELL: 6

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/15/19

TIME: _____

**RECEIVED**

JUL 1 6 2019

BY: .....................

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST _____

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain a Holy Quran

and be placed on Religious Diets

INMATE'S SIGNATURE: Durayl Vanor

INMATE # 47539

DISPOSITION: _____

DATE: 7/16/19

HOLY QURAN DELIVERED.

RELIGIOUS DIET QUESTIONNAIRE PROVIDED.

SIGNED RULE SHEET AND ADDED 7/22/19.

DEPUTY'S SIGNATURE AND RANK   BW2029

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

DATE: 9/27/19                TIME: _____

( ) APPEAL                   ( ) CLASSIFICATION

( ) REVIEW                   ( ) DISCIPLINE

( ) GRIEVANCE                (✓) REQUEST _legal Info_

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain the address to

Attorney Cheryl Pilot. She is a civil Attorney

INMATE'S SIGNATURE: Durayl Vann           INMATE # 47539

DISPOSITION: _____        DATE: _____

Cheryl Pilate
926 Cherry St
Kansas City, MO 64106
(816) 471-6694

DEPUTY'S SIGNATURE AND RANK   9-30-19 CB28

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B2   CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

DATE: 10/1/19                    TIME: _____

( )  APPEAL                      ( )  CLASSIFICATION          OCT 0 4 2019

( )  REVIEW                      ( )  DISCIPLINE

( )  GRIEVANCE                   (✓) REQUEST _legal Envelopes_

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need to Two legal Envelopes
To write Judge ; Attorney

INMATE'S SIGNATURE: Durayl Vann                INMATE # 47539

DISPOSITION: _____              DATE: 10-4-19
3 envelopes provided

DEPUTY'S SIGNATURE AND RANK ___ CB 2850

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Dunayl Vann
POD: B-2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _____    TIME: _____

(  )  APPEAL                          (  )  CLASSIFICATION          OCT 0 4 2019

(  )  REVIEW                          (  )  DISCIPLINE

(  )  GRIEVANCE                       ( ✓ )  REQUEST  legal info

TO: Programs / legal services
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

1. I ld like to have the address to Judge's
   Kansas District court Judge
   Julie A. Robinson


2. I also need legal envelope


INMATE'S SIGNATURE: Dunayl Vann           INMATE # 47539

DISPOSITION: _____           DATE: 10-4-19
500 State Ave, Suite 511
Kansas City, KS 66101

Duplicate Request for envelopes


DEPUTY'S SIGNATURE AND RANK  CB 2850

WHITE: "FILE" · CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2 CELL: 32

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10-4-19                    TIME: _____

( ) APPEAL                        ( ) CLASSIFICATION

( ) REVIEW                        ( ) DISCIPLINE          OCT 07 2019

(✓) GRIEVANCE                     ( ) REQUEST _____

TO: Shift Sergeant
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 3rd grievance that I've filed about being refused a shower while being in segregation. I have been refused a shower for 6 dayz straight while everyone else has had opportunity to take a shower. When asked why I'm denied a shower, I am told that it was ordered "Per Warden Fewell." I haven't had a shower in 6-7 days. This is retaliation from Warden Fewell due to my past grievances filed on him and his group of officers who he allows to beat on black inmates unjustifiably. Warden Fewell is forcefully subjecting me to cruel and unusual punishment and he

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 77539

continues to do so. It is clearly unethical and is being used as a malicious
continued on attachment )

DISPOSITION: Fewell                                DATE: 10-7-19

Received

Warden

Fewell

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray/ Vann

POD: B2   CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/5/19          TIME: _____

( )  APPEAL                    ( )  CLASSIFICATION

( ) ⁃REVIEW                    ( )  DISCIPLINE          OCT 0 7 2019

(✓)  GRIEVANCE                 ( )  REQUEST _____

TO: Shift Sgt. ~~Summms~~

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 2nd grievance that I've filed about not being ~~able~~ able to have our cells cleaned. I was told that "Per warden fewell," I, personally, am not to be allowed to clean my cell. Yet everyone else has been allowed to have ~~their~~ their cell cleaned. Yet there is no reason why I shouldn't be allowed to have my cell cleaned. Warden Fewell is retaliating against me due to my use of the grievance process on him and his officers for beating inmates unjustifiably etc. I shouldn't be punished for utilizing the grievance process (continued

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

on attached sheets). Its been 2 weeks without being allowed a clean cell.

DISPOSITION: _____          DATE: 10-7-19

Fewell

Received

Warden

DEPUTY'S SIGNATURE AND RANK _____

Fewell

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/8/19                    TIME: _____

( ) **APPEAL**

( ) **REVIEW**

( ) **GRIEVANCE**

( ) **CLASSIFICATION**

( ) **DISCIPLINE**          OCT 1 0 2019

(✓) **REQUEST** legal info

TO: Programs Ms. Charity

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain the address of American Correctional Association Standards for Adult Local Detention Facilities

It would be highly appreciated. Thank You for the gift of your time.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____ DATE: 10/10/19

PLEASE TALK TO YOUR ATTORNEY FOR ASSISTANCE REGARDING THIS REQUEST.

DEPUTY'S SIGNATURE AND RANK  EW2929

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray l Vann
POD: B2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

DATE: _____     TIME: _____

( )  APPEAL                    ( )  CLASSIFICATION
( )  REVIEW                    ( )  DISCIPLINE            OCT 1 1 2019
( )  GRIEVANCE                 (✓)  REQUEST _legal envelopes_

TO: _Programs_
**(NAME OF AND/OR TITLE OF DEPUTY)**

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_I need legal envelopes_

INMATE'S SIGNATURE: Durayl Vann        INMATE # 47539

DISPOSITION: Need address                DATE: 10-11-19
American Correctional Association
3 envelopes provided      standards for
                          Half Loc
After Sheriff who does he Contact?
Sheriff is an elected official.       American
You will need to ask               Correctional Assoc.
an attorney on your  DEPUTY'S SIGNATURE AND RANK  CB2850  206 N Washington
next step.                                          St #200
        WHITE: "FILE" - CANARY: "DEPUTY"  Alexandria, VA 22314

PRINT NAME: Durryl Vann
POD: B-2 CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _____ TIME: _____

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION     OCT 1 4 2019

( ) DISCIPLINE

(✓) REQUEST  Religious Book Request

TO: Chaplain Ricky Beach
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain the book of

Mankinds search for God.

INMATE'S SIGNATURE: Durryl Vann     INMATE # 47539

DISPOSITION: _____     DATE: 10/14/19

- YOUR REQUEST WILL BE FORWARDED TO THE CHAPLAIN.
- YOU ARE ONLY ALLOWED, BIBLE WHILE IN D-SEG PLEASE SUBMIT A NEW
TO CHECK-OUT
ICF YOU GET MOVED TO THE GENERAL POPULATION FOR A RELIGIOUS BOOK
REQUEST TO THE CHAPLAIN.

DEPUTY'S SIGNATURE AND RANK  BU2929

WHITE: "FILE" · CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: 32 CELL: F
B-2

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM



DATE: _____    TIME: _____

( ) APPEAL                  ( ) CLASSIFICATION

( ) REVIEW                  ( ) DISCIPLINE          OCT 1 4 2019

( ) GRIEVANCE               (✓) REQUEST _____

TO: Administration / Disciplinary Board
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I've served over 75% of my seg time and am asking for a time cut or early release. I have not received any disciplinary actions while being in seg and have not displayed any maladaptive behavior while serving seg time. Therefore I ask consideration of an early release, Or I ask to be put on Deputy Huey's work crew whereas I may paint my cell and earn my early release. Please take this into consideration. Thank you for the gift of your time

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 101419

Denied

DEPUTY'S SIGNATURE AND RANK _____ Meej Pretet

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann
POD: B-2   CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/17/19            TIME: _____

( ) **APPEAL**            ( ) **CLASSIFICATION**

( ) **REVIEW**            ( ) **DISCIPLINE**        OCT 2 1 2019

(✓) **GRIEVANCE**         ( ) **REQUEST** _____

TO: ___Administration ( Russell or Sgt Taylor___
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the actions of administration ie Major Patrick ;
Warden Fewell of refusing to inform me of my mother's death
in which they were fully aware of her death the day she passed
away. I wasn't told until a day later. Fewell and Patrick did this
out of spite & in form of retaliation due to me grieving their
actions in the past. It is protocal that due to a death in the
family inmate be allowed a phone call. However, out of spite
I was/am denied a phone call. I am being arbitrarily
treated different from other inmates thus my rights to equality

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539
are being violated

DISPOSITION: _____          DATE: _____

Mr. Vann, first my condolences on your loss. We do not have
a policy that someone with a death in the family gets a phone
call, or a visit. Under the circumstances of your housing
in Disseg you do not have access to any calls except attorney.
We did authorize a visit with your cousin to make decisions
concerning her. Again, My condolences on your loss.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2 CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/18/19

TIME: _____

( ) APPEAL

( ) REVIEW

(✓) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

( ) REQUEST _____

OCT 2 1 2019

TO: Grievance Officer

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

The administration keeps reading my outgoing mail then refusing to send it out. Plus they are lying by stating that its contents are "uncensored" by the facility. I have proof of their fraudulent statements to our families about the privacy of our mail being adhered to. This is the 2nd or 3rd time that my postcards and mail have been refused to be mailed to my family in society. I've also found out that some of my letters never was mailed out but was secretly put in my property without my knowledge. This is a method used to stop me from exposing the corruption of the

INMATE'S SIGNATURE: Durayl Vann

Warden Fewell and subordinates of his this facility. I have proof of
(continued on attached sheet)

INMATE # 47539

DISPOSITION: _____ DATE: 10 21 19

We screen the mail for specific things. We can and do reject out of incoming mail based on these screenings.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2  CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM



DATE: 10/18/19

TIME: _____

( ) APPEAL

( ) CLASSIFICATION

( ) REVIEW

( ) DISCIPLINE   OCT 2 1 2019

( X ) GRIEVANCE

( ) REQUEST _____

TO: Grievance Officer
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the retaliatory actions; of Warden Tewell and administration, due to administration removing me from one cell (B2-32) to a cell that is not only the coldest cell in the facility but also the filthest all the while refusing to allow it to be cleaned. The is feces and fecal matter filled almost to the brim of the rim of the toilet, dried urine puddled stains all over the floor along with black mold under bed as well as coming out of the air duct & vents in which I believe is causing me chest pains and shortness of breathe. No one can explain explain why I was moved to this specific cell (B2-4). Then

INMATE'S SIGNATURE: Durayl Vann                         INMATE # 47539

I was threatened that I would be tased or shock shielded if I didn't move to that specific cell even though there are 3 other empty cells.

**DISPOSITION:** _____  DATE: 10-21-19

We Moved you due to your threatening statements in your outgoing mail. You were placed in cell #4 so we can keep your cell under surveillence.

**DEPUTY'S SIGNATURE AND RANK** _____

PRINT NAME: Durryl Vann

POD: B-2 CELL: 32

DATE: 10/18/19          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE          OCT 2 1 2019

(✓) GRIEVANCE           ( ) REQUEST _____

TO: Administration (Captain Russell)

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving Programs Sara Toms's actions of denying me access of utilizing the rights of the legal mail system. An inmate has a right to write any government agency utilizing the programs legal mail system whereas such out going documentation mailed from Wyandotte County jail, by inmate, to any government agency is to be classified as legal or official uncensored mail. I was/am being denied use of the legal mail program "Per" Sara Toms and Fewell, because I am writing the KBI (Kansas Bureau of Investigation) and they are trying to stop me from exposing the injustices that they are doing.

INMATE'S SIGNATURE: Durryl Vann          INMATE # 47539

They are maliciously blocking my due process rights

DISPOSITION: _____          DATE: 10-21-19

Legal mail is mail that pertains to your Current criminal case(s). You can write the KBI and send it via regular mail.

DEPUTY'S SIGNATURE AND RANK _____ Maj Kotuk

PRINT NAME: Doryl Vann
POD: D-2 CELL: 4

## INMATE COMMUNICATION FORM



DATE: 10-26-19          TIME: _____

( ) **APPEAL**                    ( ) **CLASSIFICATION**

( ) **REVIEW**                    ( ) **DISCIPLINE**          OCT 2 8 2019

( ) **GRIEVANCE**                 ( ) **REQUEST** _____

TO: _Warden Fewell_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

If you won't let me send my legal mail out via legal mail services (i.e Programs) and when I try to send it out using a regular envelope you reject it telling me that legal mail has to go out through programs legal mail service, then how am I to mail out my legal mail. Keep in mind that civil cases and criminal cases are both considered legal mail. What you are doing is stopping us from exhausting our remedies up the grievance procedure chain of command trying to stop us from exposing your wanton and malicious actions of the corruption going on in this facility.

INMATE'S SIGNATURE: _Dusyl Vann_          INMATE # 47539

**DISPOSITION:** _____ DATE: 10/28/19

① Programs is not legal services. We cannot and do not provide legal assistance.

② Sending mail to ACA is not legal mail. They are not in our "chain of command".

③ If you read the rejection notice, it tells you what you can do to send out your mail.

④ The envelope you gave me today has been sent.

**DEPUTY'S SIGNATURE AND RANK** _Oleo93_

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Dorsey Vinn
POD: B-2  CELL: 4

WYANDOTTE COUNTY DETENTION CENTER

**INMATE COMMUNICATION FORM**

DATE: 10-26-19          TIME: _____

OCT 2 8 2019

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                   ( ) DISCIPLINE

(✓) GRIEVANCE            ( ) REQUEST _____

TO: Administration (Grievance Officer)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the actions of the mail room staff for refusing
to mail out my legal mail. This is a constitutional rights
violation of my due process. I also am grieving her/his
actions of reading my legal mail without my permission as
well as not opening my legal mail in front of me. The
mail room clerk & administration are abusing and manipulating
the mail service and legal service whereas they are taking
it upon themselves to personally hinder or stop certain
inmates from having access to certain courts (civil & criminal) as well

INMATE'S SIGNATURE: Dorsey Vinn                    INMATE # 47539

as stopping us from exhausting all of our remedies up the grievance
procedure as required and permitted by federal law. This is the 3rd time
DISPOSITION: _____  DATE: 10-28-19
of y'all stopping my legal mail from going out.

Duplicate. Asked and answered in writing and
in person.

DEPUTY'S SIGNATURE AND RANK 5R0083

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: B-2 CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-26-19          TIME: _____

( ) **APPEAL**                    ( ) **CLASSIFICATION**

( ) **REVIEW**                    ( ) **DISCIPLINE**

( ) **GRIEVANCE**                 ( ) **REQUEST** _____

OCT 2 8 2019

TO: Administration (+ Grievance officer)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-24-19 I mailed legal mail out via personal envelope as instructed by Major Patrick (See grievance written 10-18-19). Now on 10-25-19 my legal mail was opened (without me being there and without my consent), Read without my consent, and sent back to me being refused to be mailed off which is a violation of my due process writes. Civil mail & Criminal case mail still are both governed by due process rights and the mail clerk and administration should not have the power to determine what case legal mail suits them or pleases them inorder for it to be mailed out. And because of these peoples abuse of power I have now missed my statute

INMATE'S SIGNATURE: Duray Vann          INMATE # 475391

of limitations. This is dealing with my freedom, affirmative actions of disciplinary must be taken.

DISPOSITION: _____          DATE: 10-28-19

Duplicate. Asked & answered in writing and in person

DEPUTY'S SIGNATURE AND RANK 5766093

WHITE: "FILE" · CANARY: "DEPUTY"

PRINT NAME: Duray l Vann

POD: B-2 CELL: 4

DATE: 10-26-19     TIME: _____

OCT 2 8 2019

( ) **APPEAL**     ( ) **CLASSIFICATION**

( ) **REVIEW**     ( ) **DISCIPLINE**

(✓) **GRIEVANCE**     ( ) **REQUEST** _____

TO: Administration (Warden Fewell)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be re-imbursed for the 3 stamped envelopes (2 legal mail, 1 personal letter) and 2 post cards that you've returned destroyed in your refusal to mail them out. You cut them open plus stamped them as its contents being "uncensored" even though you've been reading all of my out going mail including my legal mail (in which its against the law). You could've just sent them back without cutting them open and stamping them. Please re-imburse what you maliciously destroyed without justifiable cause

INMATE'S SIGNATURE: Durayl Vann     INMATE # 47539

DISPOSITION: _____     DATE: 10-28-19

The envelopes are still viable. They can be sealed shut with tape. Remember, if you need special permission to mail more than one page, submit your ICF to Programs to have it reviewed/approved. Read the rejection notice, make corrections as needed, and send it again. Request for reimbursement is denied at this time.

DEPUTY'S SIGNATURE AND RANK _____

**PRINT NAME:** Durayl Vann

**POD:** B2 **CELL:** 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

OCT 2 8 2019

**DATE:** _____  **TIME:** _____

( ) **APPEAL**  ( ) **CLASSIFICATION**

( ) **REVIEW**  ( ) **DISCIPLINE**

( ) **GRIEVANCE**  ( ✓ ) **REQUEST** legal Envelopes

**TO:** Programs
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal & envelopes

**INMATE'S SIGNATURE:** Durayl Vann  **INMATE #** 47539

**DISPOSITION:** _____  **DATE:** 10/28/19

1 LEGAL ENVELOPE PROVIDED 10/28.

**DEPUTY'S SIGNATURE AND RANK** BV2929

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2  CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-28-19                    TIME: _____

( ) **APPEAL**              ( ) **CLASSIFICATION**
( ) **REVIEW**              ( ) **DISCIPLINE**         OCT 3 0 2019
(✓) **GRIEVANCE**           ( ) **REQUEST** _____

TO: Warden Fewell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28th of October 2019, Major Patrick threatened to "kill me when he sees me on the streets." He stated this in front of Sgt Sage and deputy Garcia. Also 4 other inmates witnessed and heard him state that he was going to "kill me when he see me on the streets." This occurrence happened without any provocation that would even warrant such a statement. I'm grieving the actions of Major Patrick threatening my life. I feel threatened for my life for I believe him to try to make good on his word and I take such threats on my life seriously. If an inmate makes such threats on a officer then we'd be charged with a felony and consequented. I'd like to press charges on Patrick for threatening

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539
my life.

DISPOSITION: _____ DATE: 10-29-19

NO  I DID NOT

DEPUTY'S SIGNATURE AND RANK ____ Maj Patrick

WHITE: "FILE" - CANARY: "DEPUTY"

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _10-28-19_     TIME: _3:41 pm_

( ) **APPEAL**          ( ) **CLASSIFICATION**          OCT 30 2019

( ) **REVIEW**          ( ) **DISCIPLINE**

(✓) **GRIEVANCE**      ( ) **REQUEST** _____

TO: _Internal Affairs Summons_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28th day of October 2019 Major Patrick did willfully, unlawfully and maliciously threaten to "Kill inmate "Vann when he sees him on the street." Major Patrick threatened to kill me "When he see me on the streets. He said this "verbatim" in front of Sgt Sage and officer deputy Garcia. This incident occurred between 3:00pm - 3:30pm in B-2 cell house in front of cell #4. There are 4 other inmate heard this themselves 2 of them witnessed him pointing his fingers at me like a gun shooting at me. View camera footage and audio. I feel threatened for my life for I believe that Major Patrick will try to keep

INMATE'S SIGNATURE: _Durayl Vann_          INMATE # _47539_

his word. Other witnesses are Kahlil William, Fred Williams, Ryan Bright

DISPOSITION: _____          DATE: _102919_

I said "I have a copy of the letter in case I see you on the outside".

That is not a threat.

DEPUTY'S SIGNATURE AND RANK _Maj Patrick_

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2   CELL: 4

*Emergency Grievance* WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-29-19          TIME: 12:32 am

OCT 3 0 2019

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE

(✓) GRIEVANCE           ( ) REQUEST _____

TO: Under Sheriff Larry Roland
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Major Patrick stated to me (Inmate Vann) "that he was going to kill me when he see me on the streets." I feel threatened for my life while being in a facility that he works at. He stated these words verbatim in front of Sgt Sage and Garcia (deputies) on 10-28-19 approximately between 3:00 pm - 3:30 pm in B-2 cellhouse at my cell (#4). There are 4 other inmates who heard this themselves. I am grieving the actions of major patrick threatening my life. I've done nothing to warrant or cause him to threaten my life. Furthermore he has placed me on a security protocol, refused my right to send out legal mail, along

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47339

with other methods of transgression against me due to his dislike of me. If an inmate were to threaten the life of an officer then we'd be charged with a felony. So the same should apply to an officer (Major Patrick) threatening the life of an inmate. Please view camera & audio as proof of evidence.

DISPOSITION: _____          DATE: _____

Thats Not What I said.

DEPUTY'S SIGNATURE AND RANK _____ Maj Patrick

PRINT NAME: Durayl Vann
POD: F   CELL: 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 11-12-19          TIME: _____     NOV 1 8 2019

( ) APPEAL               ( ) CLASSIFICATION

( ) REVIEW               ( ) DISCIPLINE

( ) GRIEVANCE            (✓) REQUEST  Legal Envelopes

TO: Programs Charity
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 2 legal envelopes for my legal mail

Thank You

And address to "Bargain Books", so that I my order
religious books; Etc.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____ DATE: _____

Bargain Books Wholesale
3030  29th Street SE
Grand Rapids, MI  49512

1 envelopes provided

DEPUTY'S SIGNATURE AND RANK  CB2850  11-18-19

PRINT NAME: Durayl Vann

POD: F    CELL: 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 11/14/19          TIME: _____        NOV 1 9 2019

( ) **APPEAL**                    ( ) **CLASSIFICATION**

( ) **REVIEW**                    ( ) **DISCIPLINE**

( ) **GRIEVANCE**              (✓) **REQUEST** Religious Diets

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am a muslim who practices Islam. I would like to be put on the halal/Kosher (Religious diet). I was on it but was farmed out to another county jail. And now I am told to write you inorder to be placed back on Religious diet (Halal/Kosher) meals. I would like to have this done as soon as possible. I have a first amendment right to practice my religious beliefs accordingly. I wish to invoke    Thank you for the gift of your time that right.

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

DISPOSITION: _____  DATE: _____

Religious Diet form provided

DEPUTY'S SIGNATURE AND RANK _____ 11-19-19    CB 2850

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: F    CELL: 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 11/19/19                TIME: _____        NOV 2 0 2019

( ) **APPEAL**                ( ) **CLASSIFICATION**

( ) **REVIEW**                ( ) **DISCIPLINE**

( ) **GRIEVANCE**             (✓) **REQUEST** Property Damage Forms

TO: Programs (Charity)
                                    (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

I need 3 Property Claims/Injury Claims - damages sheets
Please. I've been asking the deputies and was told to
write you for them. Please Provide me with the property
damages forms as soon as possible.

INMATE'S SIGNATURE: Durayl Vann              INMATE # 47539

DISPOSITION: _____        DATE: _____
Inmate Vann Farmed Out  11-20-19  CB2850

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Durryl Vann

POD: F    CELL: 3

DATE: 11/19/19              TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE          NOV 2 1 2019

( ) GRIEVANCE           (✓) REQUEST Legal Mail

TO: Programs (Charity)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 2 legal envelopes: Along with the address to Mr Dale Gooch at the adult probation office. He is my probation officer. Please send these to me as soon as possible

INMATE'S SIGNATURE: Durryl Vann          INMATE # 47539

DISPOSITION: _____          DATE: _____

Inmate Vann is Farmed Out

DEPUTY'S SIGNATURE AND RANK    11-21-19    CB2850

PRINT NAME: Darryl Vann

POD: B-2    CELL: 4



## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

DATE: _____     TIME: _____

( )  APPEAL                ( )  CLASSIFICATION

( )  REVIEW                ( )  DISCIPLINE

(✓)  GRIEVANCE             ( )  REQUEST _____

TO: Donald Ash ( Sheriff )
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 29th of October, 2019 major Patrick did stand at my cell in B-2 (cell #4) and threaten to kill inmate Darryl Vann when he sees him on the streets. This statement was made in front of officer Sage and officer Garcia. This incident happened between 3:00pm - 3:30pm. 3-4 other inmates also seen, heard, and witness this incident. The inmates are Freddy Williams, Ryan Bright, Khalil Williams, and another inmates name who I don't know. They also witness his hands mocking a gun and as if shooting me in the face (see camera - Pod camera ; audio). After incident occurred inmate asked Sage ; Garcia were they going to file a report about

INMATE'S SIGNATURE: Darryl Vann                    INMATE # 47539

what they heard and witnessed? They both denied hearing the Major threatening to kill me

DISPOSITION: ~~Lt. Col. Jeffrey S. Fewell~~                    DATE: 12-2-19

We have conducted an inquiry into your allegation that Major Patrick allegedly threatened you. Reports were written and interviews were conducted. We did not find any evidence to support your allegations.

DEPUTY'S SIGNATURE AND RANK

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

WHITE: "FILE" · CANARY: "DEPUTY"

when he sees me on the streets. And said that they will not file a report on their major.

<u>Conclusion</u>

A serious threat was made by Major Patrick towards Inmate Vann in which Major Patrick threatened to "Kill Mr. Vann whenever he sees him on the streets." This was stated verbatim by an head official (Major Patrick) of the Wyandotte County Sheriffs Department and should be taken seriously. Inmate Vann fears for his life while being detained in Wyandotte County Jail for inmate truly and fully believes that major Patrick will make attempts to kill inmate Vann and has reason to believe that such actions are easily possible due to the major having full access to everything in the facility (ie officers, medical records, food, less lethal weapons, cameras, Etc) and has the power and tools to do so at his disposal.

Furthermore, I would like to grievance the actions of Sgt Sage and Garcia for failing to write a report this incident to internal affairs. To cover up such a serious incident or fail to report such an incident would be to condone and/or conspire to commit said actions with Major Patrick due to them failing to take the initiative preventive measures (by bring awareness to authorities about plot to murder Inmate Vann on the streets) to stop the ~~actions of said~~ further acts of a life threatening situation.

I Durryl would furthermore like to press charges on Major Patrick, Garcia, and Sage for the criminal acts against inmate Duryl Vann. You are now aware of the actions of your sub-ordinates. You officers were unprofessional in there actions of threatening me along with failing to report the actions of said threat. Major Patrick's actions

need to be investigated along with the actions of Garcia trying to cover the incident up with his dishonesty and Sgt Sage's actions of failing to report the incident of Major Pitach's actions.

Please Respond as soon as possible along with sending me a copy of this grievance and attachment with your response

### Certificate of Service

I, Durayl Vann, do hereby certify that this is a correct and original document scribed by me and that this grievance was mailed to the Sheriff Donald Ash, 710 N. 7th St KCK, 66101

X Durayl Vann
Durayl Vann

PRINT NAME: Durayl Vann

POD: F   CELL: 18

WYANDOTTE COUNTY DETENTION CENTER

**INMATE COMMUNICATION FORM**

DATE: 1/5/20   TIME: _____

FEB 0 6 2020

( ) APPEAL                ( ) CLASSIFICATION

( ) REVIEW                ( ) DISCIPLINE

( ) GRIEVANCE             (✓) REQUEST  Legal Envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 2 legal envelopes to mail out legal mail

Thank You

I also need 3 property damage claim forms. Thank You

INMATE'S SIGNATURE: Durayl Vann        INMATE # 47539

DISPOSITION: _____   DATE: _____

Contact property for property Damage Claim
Addresses Asked for in another ICF
Pettis County Jail                    Daviess Courthouse
333 S. Lamine Ave, Sedalia MO 65301  102 N Main st #6
Pettis County Courthouse              Gallatin, MO 64640
415 S Ohio Ave, Sedalia, MO 65301

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray Venn
POD: F   CELL: 18

DATE: 1-16-20                    TIME: _____

( )  **APPEAL**                    ( )  **CLASSIFICATION**      JAN 1 7 2020

( )  **REVIEW**                    ( )  **DISCIPLINE**

( )  **GRIEVANCE**                 (✓)  **REQUEST** legal envelopes

TO: Program
                          (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Id like to obtain 2 legal envelopes for my legal mail

INMATE'S SIGNATURE: Durayl Venn                    INMATE # 47539

DISPOSITION: _____    DATE: _____

envelopes provided

DEPUTY'S SIGNATURE AND RANK  1-19-2020   CB2850

WHITE: "FILE" · CANARY: "DEPUTY"

**PRINT NAME:** Durayl Vann

**POD:** F  **CELL:** 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 1-30-20  **TIME:** _____

( ) **APPEAL**  ( ) **CLASSIFICATION**  JAN 3 _ 2020

( ) **REVIEW**  ( ) **DISCIPLINE**

( ) **GRIEVANCE**  ( ) **REQUEST** _legal documentation_

**TO:** Records

**(NAME OF AND/OR TITLE OF DEPUTY)**

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have a print out of the dates that I was arrested and brought/booked into county jail stemming from 1-01-19 to 1-01-20 please.

**INMATE'S SIGNATURE:** Durayl Vann  **INMATE #** 47539

**DISPOSITION:** _____  **DATE:** _____

I have attached letters of incarcerations from the times you have been booked during requested time frames.

**DEPUTY'S SIGNATURE AND RANK** JC6007 Records Clerk

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: F  CELL: 18

DATE: 2-1-20  TIME: _____

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION  FEB 0 3 2020

( ) DISCIPLINE

(✓) REQUEST legal documentation

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain a letter of incarceration from Davies County Jail in Missouri. I don't know the name of the city. Its the 43rd district. Can you please fax this to them as soon as possible. Its Paddis/Davies County Missouri.

I also need the record of each time I was booked into their facility. I need this information as soon as possible. Thank You

INMATE'S SIGNATURE: Durayl Vann  INMATE # 47539

DISPOSITION: _____  DATE: _____

Send Request To Records

You will need to write them a letter and request this. We do not fax Inmate Communication forms.

DEPUTY'S SIGNATURE AND RANK _____ 2-3-2020 CB 2850

PRINT NAME: Durayl Vann

POD: F    CELL: 18

DATE: 2-7-20                    TIME: _____

( ) **APPEAL**                 ( ) **CLASSIFICATION**

( ) **REVIEW**                 ( ) **DISCIPLINE**        FEB 1 0 2020

( ) **GRIEVANCE**              (✓) **REQUEST** _____

TO: Program
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 2 legal envelopes.
Thank You

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: _____

envelope provided

DEPUTY'S SIGNATURE AND RANK  2-11-2020   CB 2850

PRINT NAME: _Durayl Vann_

POD: _F_ CELL: _18_

DATE: _2/10/20_ TIME: _____

FEB 1 1 2020

( ) **APPEAL** ( ) **CLASSIFICATION**

( ) **REVIEW** ( ) **DISCIPLINE**

( ) **GRIEVANCE** (✓) **REQUEST** _legal Envelopes_

TO: _Programs_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

_I need legal envelopes_

INMATE'S SIGNATURE: _Durayl Vann_ INMATE # _47539_

DISPOSITION: _____ DATE: _____

_envelopes provided_

DEPUTY'S SIGNATURE AND RANK _2-10-2020_ _CB 2850_

PRINT NAME: Duryl Vann

POD: P   CELL: 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 2/13/20

TIME: 6:37

( ) **APPEAL**

( ) **CLASSIFICATION**

FEB 1 4 2020

( ) **REVIEW**

( ) **DISCIPLINE**

( ) **GRIEVANCE**

( ) **REQUEST** _____

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

Need legal Copies

and Manila Envelope

INMATE'S SIGNATURE: Duryl Vann

INMATE # 47539

DISPOSITION: _____ DATE: _____

envelope provided

DEPUTY'S SIGNATURE AND RANK 2-18-2020   C3 2850

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: F  CELL: 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _____  TIME: _____

( )  **APPEAL**

( )  **REVIEW**

( )  **GRIEVANCE**

( )  **CLASSIFICATION**  FEB 2 6 2020

( )  **DISCIPLINE**

(✓)  **REQUEST** Legal Envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

I need legal envelopes for legal mail.

Thank You

INMATE'S SIGNATURE: Duray Vann

INMATE # 47539

DISPOSITION: _____  DATE: 2/28/20

2 LEGAL ENVELOPES PROVIDED

'URE AND RANK _____

PRINT NAME: Durayl Vann
POD: F   CELL: 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 3-05-20                  TIME: _____

RECEIVED
MAR 0 6 2020
BY: ......................

( )   APPEAL                   ( )   CLASSIFICATION

( )   REVIEW                   ( )   DISCIPLINE

( )   GRIEVANCE                ( )   REQUEST _____

TO: Internal Affairs Simmons
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to obtain a copy of all of my grie the written (via ICF,
filed by me stemming from dates April 26, 2018 to October 26,
2018 please. It would be highly appreciated.

Thank You for the gift of your time

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____                     DATE: _____
    FORWARDED to Programs         Cpt Thaxton  3-6-20

These records are archived. You will need to
contact Records and request; pay for KORA.

DEPUTY'S SIGNATURE AND RANK 576083

WHITE: "FILE" - CANARY: "DEPUTY"

**PRINT NAME:** Durayl Vann

**POD:** F  **CELL:** 18

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 04-03-20  **TIME:** _____

**RECEIVED**
**MAR 0 5 2020**
**BY:** _____

( ) **APPEAL**  ( ) **CLASSIFICATION**

( ) **REVIEW**  ( ) **DISCIPLINE**

( ) **GRIEVANCE**  (✓) **REQUEST** legal documents

**TO:** Internal Affairs Simmons
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.**

I would like to have a copy of all of my ICF grievances steming from October 18, 2018 - February 1, 2019.

**INMATE'S SIGNATURE:** Durayl Vann  **INMATE #** 47539

**DISPOSITION:** FORWARDED to Programs, Cpt Thurston DATE: Cpt 3-6-20

These records are archived. You will need to do a KORA request with records & pay the fee.

**DEPUTY'S SIGNATURE AND RANK** _____

PRINT NAME: Dunayl Vann

POD: _____ CELL: _____

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _____

TIME: _____

RECEIVED
MAR 1 1 2020
BY: .........................

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

( ✓ ) REQUEST *Legal documentation / discovery material*

TO: _Records_

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I want a copy of all written grievances (via ICF) that was written on the inmate communication forms stemming from these dates listed:

1) April 26, 2018 thru October 26, 2018

2) October 18, 2018 thru February 6, 2019

- These grievances were all written on paper ICF's and not on the Kiosk. The copies that are being requested are for legal matters of the courts. I would like to do a KORA Request however I am indigent. So I'd like to do this under the status of Informa Pauperis. Shall you deny me this status please list the fee for said documents. Thank You

INMATE'S SIGNATURE: _Dunayl Vann_

INMATE # _47539_

DISPOSITION: _____

DATE: _3-11-20_

Per sheriff legal, there is no informa paupens
for KORA. Your listed dates overlap, so you want
records from 4-26-18 to 2-6-19?
KORA request form provided to inmate
which includes the charges.

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray Vaan
POD: F CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/16/18                    TIME: _____

( ) APPEAL                 ( ) CLASSIFICATION
( ) REVIEW                 ( ) DISCIPLINE
(✓) GRIEVANCE              ( ) REQUEST _____

RECEIVED
JUL 17 2018
BY:

TO: Programs & Sarah Form or Admin
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm tired of you caucasus mountain cavemen and broads playing with my religion. First you take my prayer rug and Quran, then you take me off Ramadhan, Refuse to allow me to participate in Eid, then you confiscate my legal work for 4 weeks causing me to miss my statute of limitations of filing my legal motions, and now you refuse me my religious diets claiming I ordered something that I can't have off of commissary, Which is a lie. Look at my commissary receipt. Everything that I ordered is on the Kosher list of things that I can order. In fact all I ever order

INMATE'S SIGNATURE: Durayl Vann                INMATE # 47539

DISPOSITION: A prayer rug was requested on 5/24/18 and provided DATE: 7-18-18
on the same date by Programs staff. The Quran is available on the tablets and paper copy. You requested to be placed on Ramadan on 5/22/18 and were added to the list on 5/24/18. Your legal mail was provided to Programs by another inmate and was confiscated from him, not you. It was returned to your property because it was contraband. To my knowledge it has since been returned to you. Aramark is the jail's food service provider, the Kosher meals also cover Halal foods. The ramen noodles you have ordered/received are not Halal or Kosher.

DEPUTY'S SIGNATURE AND RANK STMrs 6083

only bought a few items each time. So it's not hard to find out what I purchased. Not once did I buy anything that is not on the list ~~that I could~~ of things that I could buy.

And just to get the record straight, I am Muslim! Not Jewish or Christian. My meals are <u>Halal</u>, not Kosher. Halal = Muslim. Kosher = Jew or Christian. Kosher meals are just the closest thing that you have to Halal meals for muslims. Thats why they are given to us. 2ndly Muslims are allowed to eat a lot of things that were made unlawful to Jews and Christians. So just for the record, a lot of the things on that Canteen list Muslims are allowed to eat, but jews are not. In fact I'd like for you to request an Imam for muslims up here because you are not a theologist nor are you muslim nor are you well versed in the Qurán.

Basicly what you are saying is that if we (muslims) don't follow the ways of the Jewish or Christian religion then we are unable to have a religious diet, practice our religion freely, make prayer together, or participate in any Islamic holy days or activities/programs, etc. Y'all fed us cakes, vegetables, and cookies during Ramadhan (when y'all decided to feed us) but now muslims can't order that on canteen nor will y'all feed us anything but salad everyday to go along with our main course. And even then y'all only feed us lettuce without dressing trying to do the best y'all can to discourage us from being on religious diets. Yet when we remain on them regardless you come up with other ways to get us off of them like the bogus excuses and lies that you've come up with now to get me off of religious diets. I've been on religious diets in every facility I've been in. This isn't something new to me or your officers/staff. Everyone knows I'm Sunni Muslim who practices Al-Islām. I know my Dīn, Qurán, my creator. And because of this you use all turns + methods to

out what I purchased. Not once did I buy anything that is not on the list ~~that I could buy~~ of things that I could buy.

And just to get the record straight, I am Muslim! Not Jewish or Christian. My meals are <u>Halal</u>, not <u>Kosher</u>. <u>Halal</u> = Muslim. <u>Kosher</u> = Jew or Christian. Kosher meals are just the closest thing that you have to Halal meals for muslims. That's why they are given to us. 2ndly Muslims are allowed to eat a lot of things that were made unlawful to Jews and Christians. So just for the record, a lot of the things on that canteen list Muslims are allowed to eat, but Jews are not. In fact I'd like for you to request an Imam for muslims up here because you are not a theologist nor are you muslim nor are you well versed in the Quran.

Basically what you are saying is that if we (muslims) don't follow the ways of the Jewish or Christian religion then we are unable to have a religious diet, practice our religion freely, make prayer together, or participate in any Islamic holy days or activities/programs, etc. Y'all fed us cakes, vegetables, and cookies during Ramadhan (when y'all decided to feed us) but now muslims can't order hot on canteen nor will y'all feed us anything but salad everyday to go along with our main course. And even then y'all only feed us lettuce without dressing trying to do the best y'all can to discourage us from being on religious diets. Yet when we remain on them regardless you come up with other ways to get us off of them like the bogues excuses and lies that you've come up with now to get me off of religious diets. I've been on religious diets in every facility I've been in. This isn't something new to me or your officers/staff. Everyone knows I'm Sunni Muslim who practices Al-Islam. I know my Din, Quran, my creator. And because of this you use all types of methods to transgress against me because I won't reform to your beliefs or

is writing pens, paper, hot vegetable soups, and soap. Where in the Qur'an does it say that I can't have any of this? Where in your contract does it state that I can't order these items?

What you are doing is retaliating on me due to the multiple grievances that I've filed with merit, on your malicious and biased actions against me. You people keep playing with my life (by playing with my legal work, trying to jeopardize my case by confiscating my legal mail) and my religion because I'm Muslim.

I have a 1rst Amendment constitutional right to practice my religion freely and you have been attacking and transgressing against me because I've chosen to invoke that right. You've done everything you possibly could so far to try to deter me from practicing Islam (you've told me that I couldn't make prayer outside my cell but allow the Christian brothers to do it, you've refused to allow me to participate in Ramadhan for the first 2 weeks thus refusing to feed me, after my day of fasting, for several days. Then after several grievances you finally allowed me to observe Ramadhan properly but take me off the following week because I use water to make Wudu before I pray. Then you confiscate my prayer rug and Holy Qur'an. Just recently you confiscated my legal work to keep me from filing in my criminal case on time, in which you succeeded; and now you take me off of my religious diets with bogus claims of me buying something off of canteen that I'm not supposed to have.

You're all liars. You have my store receipts. Inventorize

is writing pens, paper, hot vegetable soups, and soap. Where in the Qur'an does it say that I can't have any of this? Where in your contract does it state that I can't order these items?

What you are doing is retaliating on me due to the multiple grievances that I've filed, with merit, on your malicious and biased actions against me. You people keep playing with my life (by playing with my legal works, trying to jeopardize my case, by confiscating my legal motion) and my religion because I'm muslim.

I have a 1st Amendment constitutional right to practice my religion freely and you have been attacking and transgressing against me because I've chosen to invoke that right. You've done everything you possibly could so far to try to deter me from practicing Islam (you've told me that I couldn't make prayer outside my cell, but allow the Christian brothers to do it, you've refused to allow me to participate in Ramadhan for the first 2 weeks thus refusing to feed me, after my day of fasting, for several days. Then after several grievances you finally allowed me to observe Ramadhan properly but take me off the following week because I use water to make Wudu before I pray. Then you confiscated my prayer rug and Holy Qur'an. Just recently you confiscated my legal work to keep me from filing in my criminal case on time, in which you succeeded; and now you take me off of my religious diets with bogus claims of me buying something off of canteen that I'm not supposed to have.

You're all liars. You have my store receipts. Investigate and see. I only went to the store twice this month and

legal motion, Mrs. Toms. And I'd also like to have all of the names involved on the situation dealing with the confiscation of my motions (legal work) and the names involved in taking me off of my religious diets as soon as possible.

Thank you for the gift of your time.

(F pod #19) Durrayl Vann 42539
710 N 7th St
KCK 66101

And if possible, I'd like to obtain your Internal Management Policies & Procedures rule book for officers, the code of conduct for Staff, and Code of Ethics for staff (all pertaining to Wyandotte County Jail Staff.)

I would also like a copy of this grievance and response back. As soon as possible so that if this issue is not resolved, I may further my complaint utilizing the grievance process up the chain of command, thus exhausting all of my remedies in the high courts of resolution.

Thank You, Ma'am.

wayz. I'm tired of you attacking me. I'm tired of your disrespect. I'm tired of you Kafirs & Munafiqun playing with my life and religion. I'm literally tired of your acts of retaliation. And y'all still haven't returned all of my legal work (even after all of the harm and problems y'all caused me in my criminal case). Either you lost it or destroyed it, or just won't give it back. But quit being cowards and just tell the truth on that.

I'm literally fucking tired of you people playing with me. I'm asking for y'all to stop your retaliatory actions against me. For every action there is a reaction. And I'm at my boiling point with you people.

I want to be placed back on my religious diets because you took me off claiming a commissary issue but there isn't one (check my receipts) so that's a lie. 2ndly, I'd like for you to study or learn about Islam that way you'd know what Muslims can and can't do, eat or can't eat, etc. Your ignorance of such is starting to cause issues between inmates and staff. 3rd, I want the rest of my legal work. It will be highly appreciated. I would also like to have a typed letter stating that you did confiscate and refrained ~~me~~ from returning my legal work for 3-4 weeks - so that I may send it to the judge to let him know my reasons for delay in filing some of my motions. And let him know

wayz. I'm tired of you attacking me. I'm tired of your disrespect. I'm tired of you Kafirs & Munafiqun playing with my life and religion. I'm literally tired of your acts of retaliation. And y'all still haven't returned all of my legal work (even after all of the harm and problems y'all caused me in my criminal case). Either you lost it or destroyed it, or just won't give it back. But quit being cowards and just tell the truth on that.

I'm literally fucking tired of you people playing with me. I'm asking for y'all to stop your retaliatory actions against me. For every action there is a reaction. And I'm at my boiling point with you people.

I want to be placed back on my religious diets because you took me off claiming a commissary issue but there isn't one (check my receipts) so that's a lie. 2ndly, I'd like for you to study or learn about Islam that way you'd know what Muslims can and can't do, Eat or can't eat, Etc. Your ignorance of such is starting to cause issues between inmates and staff. 3rd, I want the rest of my legal work. It will be highly appreciated. I would also like to have a typed letter stating that you did confiscate and refrained ~~from~~ from returning my legal work for 3-4 weeks - So that I may send it to the judge to let him know my reasons for delay in filing some of my motions. And let him know that y'all lost, misplaced, ~~or~~ or destroyed my other

PRINT NAME: Durayl Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/9/18                    TIME: _____

( ) APPEAL                      ( ) CLASSIFICATION            JUL 1 1 2018

( ) REVIEW                      ( ) DISCIPLINE

(✓) GRIEVANCE                   (✓) REQUEST _legal motions to be returned_
                                and copys of this grievance (whole grievance)
                                and response

TO: _Under Sheriff Larry Roland_
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

    I am Durayl Vann #47539, an inmate writing you in regards of a current issue that is taking place in Wyandotte County Jail. I'm writing you in form of grievance seeking a resolution to this current problem. The problem is as stated below:

    Your staff / subordinates have confiscated my legal work, litigation and research of law (3 motions) pertaining to my criminal case and are refusing to give them back; Classifying my legal work as contraband. I would like them back so

INMATE'S SIGNATURE: _Durayl Vann_                    INMATE # 47539

DISPOSITION: We have discussed this issue further   DATE: 07/18
and have decided to return your documents to you at this
time. However, in the future if you need copies of legal
documents pertaining to your case(s) then you need to
be the one that submits the request. If another
inmate submits your legal documents for copies they
will be considered contraband.

DEPUTY'S SIGNATURE AND RANK _____ 1120

WHITE: "FILE" ~ CANARY: "DEPUTY"

Mail returned by
Sgt Ernio

Due to the actions of your officers, I've already missed my statute of limitations / due date of having these filed on time inorder to have my case dismissed. Your officers are illegally interfering with my criminal case, thus interfering with my due process, which is a violation of my constitutional rights. Their actions have already cost me a great loss of liberty and is still costing me, for if I don't get these motions filed in court (regardless of my missed due date) I won't be able to bring certain issues and arguments up in the higher court of appeals because they weren't address in the lower courts first. In which even a greater loss of liberty will be inflicted upon me due to the malicious actions of your officers. This is the 3rd time they've done this.

There is nothing written in these motions that threaten, conspire to harm, damage anything, anyone, or any form of security in or to anyone in this facility. So why is it so important to you all that I either not have my legal motions returned to me or have them filed in the courts by the legal services programs themselves? You are literally stopping me from filing my legal motions in the courts. And what I'm asking you is to rectify this situation and either file my motions for me or return them to me so that I can file them. There is nothing illegal about my motions nor do they fit under the label of contraband as defined by the definition of contraband.

Nor have I broken any rule of the jail facility by aid & assisting another inmate in legal matters by letting him copy a legal motion that he can use for his case. In fact 95% of motions filed in the courts use references (case law) that has other inmates names in the contents of them in which support the request that the motion is asking the courts. It is not in the rule book that inmates can't assist or receive legal assistance from other

they may be filed in the courts for my criminal case. Due to the actions of your officers, I've already missed my statute of limitations / due date of having these filed on time in order to have my case dismissed. Your officers are illegally interfering with my criminal case, thus interfering with my due process which is a violation of my constitutional rights. Their actions have already cost me a great loss of liberty this is still costing me, for if I don't get these motions filed in court (regardless of my missed due date) I won't be able to bring certain issues and arguments up in the higher court of appeals because they weren't address in the lower courts first. In which even a greater loss of liberty will be inflicted upon me due to the malicious actions of your officers. This is the 3rd time they've done this.

There is nothing written in these motions that threatens, conspire to harm, damage anything, anyone, or any form of security in or to anyone in this facility. So why is it so important to you all that I either not have my legal motions returned to me or have them filed in the courts by the legal services / programs themselves? You are literally stopping me from filing my legal motions in the courts. And what I'm asking you is to rectify this situation and either file my motions for me or return them to me so that I can file them. There is nothing illegal about my motions nor do they fit under the label of contraband as defined by the definition of contraband.

Nor have I broken any rule of the jail facility by aid & assisting another inmate in legal matters by letting him copy a legal motion that he can use for his case. In fact 95% of motions filed in the courts use references (case law) that has other inmates names in the contents of them in which support the request that the motion is asking the courts. It is not in the rule book

inmates. So with that being said, I would like to have any legal work returned to me instead of it just sitting somewhere not being utilized. One officer told me that I'll get it back when I go home. but what you all fail to realize is that my legal work (motions) are the keys to me fighting my criminal case and regaining my freedom. And what you all are doing is abusing your authority and power by personally playing with my freedom by hindering my access from the courts, interfering with my criminal case and violating my due process rights.

Now that you are aware of this, Sir, I'm simply asking for you to solve this problem. Fewell is simply retaliating because of the law suit I filed on him previously. And his statement that he'd put my legal work in my property for safekeeping will not suffice. Safe keeping from who?... from what? My motions/legal work are designed to be filed and utilized by, through the courts. Not just setting somewhere not being filed. So basicly, he is telling me that he is personally not going to allow my legal work to be filed period til after my criminal case is over with and I'm no longer in his facility. So now he is treating me arbitrarily different and being biased against me due to the fact he's allowing other inmates to file motions in the courts and fight their case. Either file my motions in the court or return them so I may file them myself.

End of Grievance

Please send copies of the whole grievance and response back. Thank you for the gift of your time

Darrell Vann #47538

legal work returned to me instead of it just sitting somewhere not being utilized. One officer told me that I'd get it back when I go home. but what you all fail to realize is that my legal work (motions) are the keys to me fighting my criminal case and regaining my freedom. And what you all are doing is abusing you authority and power by personally playing with my freedom by hindering my access from the courts, interfering with my criminal case and violating my due process rights.

Now that you are aware of this, Sir, I'm simply asking for you to solve this problem. Fewell is simply retaliating because of the law suit I filed on him previously. And his statement that he'd put my legal work in my property for safekeeping will not suffice. Safekeeping from who?... from What? My motions/legal work are designed to be filed and utilized by, through the courts. Not just setting somewhere not being filed. So basicly, he is telling me that he is personally not going to allow my legal work to be filed period til after my criminal case is over with and I'm no longer in his facility. So now he is treating me arbitrarily different and being biased against me due to the fact he's allowing other inmates to file motions in the courts and fight their case. Either file my motions in the court or return them so I may file them myself.

End of Grievance

Please send copies of the whole grievance and response back. Thank you for the gift of your time

Durayl Vann #47539
F-Pod #19
710 N. 7th St

PRINT NAME: Durayl Vann
POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 8/9/18          TIME: _____

( ) **APPEAL**              ( ) **CLASSIFICATION**

( ) **REVIEW**              ( ) **DISCIPLINE**          AUG 3 2018

( ) **GRIEVANCE**           (✓) **REQUEST** _Info_

TO: _Programs_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have the addresses to:   Fox 4 News
                                          Problem Solvers
Channel 5 News                            KCMO
KCMO
                                          KPRS Radio Station
Channel 9 News.                           KC MO
KCMO
                                          Channel 41 News
U.S Post Office HeadQuarters/Dept         KCMO

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 8/13/18

PLEASE SUBMIT A SEPARATE ICF FOR EACH REQUEST PER ADMIN.

You will need to request this information from your attorney. SMMS 1093

DEPUTY'S SIGNATURE AND RANK   EUDORA (PROGRAMS ASST)

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: F  CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 8/7/18                    TIME: _____

( ) APPEAL                     ( ) CLASSIFICATION

( ) REVIEW                     ( ) DISCIPLINE

( ) GRIEVANCE                  (✓) REQUEST _Job Request (F-Pod Porter)_

TO: _Pod officer / Shift Supervisor / Programs_
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be an F-Pod Pod worker / Porter. One porter just left the facility to go to KDOC and therefore there is a position open. I would like to apply for that position. I've already applied for it in advance. This is just a follow-up request. Thank You for the gift of your time.

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

DISPOSITION: Noted                                  DATE: 8/6/18

DEPUTY'S SIGNATURE AND RANK _____ 2899

PRINT NAME: Duray Vann

POD: E CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/9/18          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

( ) GRIEVANCE        (✓) REQUEST The rest of my grievance Pages.

TO: Major Potuck & Warden Fewell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like a copy of the rest of my grievances that was sent to you. You only gave me the top part / first page of my grievance. I would like my whole grievance (all the pages of aforementioned grievances that were written to you on these dates 7/3/18 and 7/5/15 in which you responded to on 7/9/18 I need the rest of my pages (6 total for grievance written on 7/5/18) and (6 total on 7/3/18 if I'm not mistaken) so that I may further my grievance up the chain of command and the higher personel may see that in which your response is pertaining to.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539
thank you for the gift of your time

DISPOSITION: Provided          DATE: 7/10/18

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray Vann

POD: F    CELL: 19

DATE: 7/8/18    TIME: _____

JUL 1 0 2018

( ) **APPEAL**    ( ) **CLASSIFICATION**

( ) **REVIEW**    ( ) **DISCIPLINE**

( ) **GRIEVANCE**    (✓) **REQUEST** legal info

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have the address?

Ralph Deloach

Kansas District Court Clerks Office

in Topeka, Kansas 66618

As soon as possible

INMATE'S SIGNATURE: Durayl Vann    INMATE # 47539

DISPOSITION: _____    DATE: 7/10/18

US COURT DISTRICT OF KS

444 VE Quincy ST STE 490

TOPEKA, KS 66683

DEPUTY'S SIGNATURE AND RANK EW2929 (PROGRAM ASST)

PRINT NAME: Durayl Vann
POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/8/18                    TIME: _____

( )  APPEAL                     ( )  CLASSIFICATION     JUL 10 2018

( )  REVIEW                     ( )  DISCIPLINE

( )  GRIEVANCE                  (✓)  REQUEST legal envelopes & address

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail and old like the
address to
ACLU in KCMO on nearest one
to Kansas City
Thank You

INMATE'S SIGNATURE: Durayl Vann          INMATE # 42539

DISPOSITION: _____          DATE: 7/10/18

ACLU - 1010 W 39TH ST STE 103, KANSAS CITY, MO 64111
ENVELOPE WAS PROVIDED.

DEPUTY'S SIGNATURE AND RANK  EW2929 (PROGRAMS ASST)

**PRINT NAME:** Durayl Vann

**POD:** E    **CELL:** 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 7/8/18    **TIME:** _____

RECEIVED
JUL 1 0 2018

( ) **APPEAL**          ( ) **CLASSIFICATION**

( ) **REVIEW**          ( ) **DISCIPLINE**

( ) **GRIEVANCE**       ( Y ) **REQUEST** legal info

**TO:** Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have : Alvin Brooks
ADHAC Programs
KCMO

I need the address as well as the Supreme Court in topeka, KS - Judge Sam A. Crow. adress as well
Thank You.

**INMATE'S SIGNATURE:** Durayl Vann          **INMATE #** 47534

**DISPOSITION:** _____          **DATE:** 8/10/18

- ADHOC GROUP AGAINST CRIME - 2701 E 31ST ST, KANSAS CITY, MO 64128
- JUDGE VAM A. CROW - SENIOR JUDGE
  UNITED STATES DISTRICT COURT
  444 N.E. QUINCY, SUITE 430
  TOPEKA, KS 66683

**DEPUTY'S SIGNATURE AND RANK** B02929 (PROGRAM ASST)

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray/Vann

POD: F    CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/8/18    TIME: _____

JUL 11, 2018

( ) APPEAL    ( ) CLASSIFICATION

( ) REVIEW    ( ) DISCIPLINE

( ) ~~GRIEVANCE~~    (✓) REQUEST legal envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that need to be mailed out.

INMATE'S SIGNATURE: Durayl Vann    INMATE # 42539

DISPOSITION: _____    DATE: 7/11/18

3 ENVELOPES WERE PROVIDED.

DEPUTY'S SIGNATURE AND RANK  DW 2929 (PROGRAMS ASST)

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/2/18

TIME: _____

( ) APPEAL

( ) CLASSIFICATION

JUL 0 3 2018

( ) REVIEW

( ) DISCIPLINE

( ) GRIEVANCE

(✓) REQUEST legal envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to be mailed out to my attorney & Judge

INMATE'S SIGNATURE: Durayl Vann

INMATE # 47539

DISPOSITION: _____

DATE: 7/3/18

Letters were collected and sent 7/3

DEPUTY'S SIGNATURE AND RANK MV6094