**PRINT NAME:** Ducayl Vann

**POD:** F-Pod **CELL:** 21

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 4/30/18          **TIME:** _____

RECEIVED
MAY 0 3 2018
BY.

( ) **APPEAL**              ( ) **CLASSIFICATION**

( ) **REVIEW**              ( ) **DISCIPLINE**

( ) **GRIEVANCE**           (✓) **REQUEST** Religious Materials

**TO:** Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am Sunni Muslim and I would like to be put on religious Halal/Kosher meals. I would like to obtain an Holy Quran and a prayer rug if possible

**INMATE'S SIGNATURE:** Ducayl Vann          **INMATE #** 47539

**DISPOSITION:** _____          **DATE:** 5/8/18

You have been approved to be added to the Kosher List. There is a list of Kosher items in your pod. Please note that the purchase, receipt, or consumption of item that are not listed on the list as Kosher will result in removal from the Kosher diet.

**DEPUTY'S SIGNATURE AND RANK** mv6097

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Duray Vann
POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/23/18          TIME: _____   JUL 23 2018

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE                 (✓) REQUEST  Copy of whole grievances and
                                       response back please

TO: Esra Zoms / Programs Admin
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the actions of you punishing me by taking the law library away from me. First you confiscate my legal work for 3-4 weeks causing me to miss my due date / statute of limitations; thus interfering with my criminal case and due process, intentionally; which has really had a tremendous effect on my criminal case situation. Then after that you interfer with me utilizing the grievance process (trying to stop me from filing anymore grievances further up the chain of command about you illegally confiscating

INMATE'S SIGNATURE: Duryl Vann          INMATE # 47539

DISPOSITION: You should an attorney assigned to you case B You may seek legal assistance from him/her We are not required to provide legal services.          DATE: 072418

DEPUTY'S SIGNATURE AND RANK _____

my legal motions and maliciously hindering, blocking, and stopping me from filing them in court). Then you only gave me 2 motions out of 3 back. I've asked you to locate my 3rd motion that you confiscated and return it to me so that it may be filed in the courts and you refuse. I've filed a grievance on that issue, in which you have refused to answer back so that I may not further my complaint up the chain of command and exhaust my remedies properly.

And now you've denied me access to the law library and/or law library books, etc going on 2 weeks. You tell me that I have been placed on restriction, yet I have done nothing wrong to be placed on law library restriction. Furthermore, it is not a priviledge. An inmate has a right to utilize his access to the law library and the legal courts, in which you and your staff have displayed and continue to display malicious and Wanton actions with the intentions to interfer, hinder, stop, and block my access to the law library and criminal courts, thus interfering and causing grievous harm and loss of liberty in my personal life and my criminal case through your retaliatory actions all because of my previous lawsuit (Vann V. Ash et al case # 5:15-cv-0319)-JAR-DJW) that I've filed and continued to push the issue on.

I'm grieving the issues of blocking my access to the law library without reasonable grounds. I've committed no violations according to your rule book, that warrants such a consequence imposed upon me as an individual inmate

my legal motions and maliciously hindering, blocking, and stopping me from filing them in court). Then you only gave me 2 motions out of 3 back. I've asked you to locate my 3rd motion that you confiscated and return it to me so that it may be filed in the courts and you refuse. I've filed a grievance on that issue, in which you have refused to answer back so that I may not further my complaint up the chain of command and exhaust my remedies properly.

And now you've denied me access to the law library and/or law library books, etc going on 2 weeks. You tell me that I have been placed on restriction, yet I have done nothing wrong to be placed on law library restriction. Furthermore, it is not a priviledge. An inmate has a right to utilize his access to the law library and the legal courts, in which you and your staff have displayed and continue to display malicious and Wanton actions with the intentions to interfer, hinder, stop, and block my access to the law library and criminal courts, thus interfering and causing grievous harm and loss of liberty in my personal life and my criminal case through your retaliatory actions all because of my previous lawsuit (VANN V. Ash et al case # 5:15-CV-0319-JAR-DJW) that I've filed and continued to push the issue on.

I'm grieving the issues of blocking my access to the law library without reasonable grounds. I've committed no violations according to your rule-book, that warrants such a consequence imposed upon me as an individual inmate.

I'm also grieving the actions of you not returning <u>all</u> of

my legal work that was confiscated (thus you continue to interfere with my personal situation dealing with the criminal courts in which has nothing to do with Wyandotte County Jail staff, as far as my criminal case/charges are concerned), I would like to have my other legal motion back please so that it may be filed in the courts.

I've also asked you to at least write/type a letter letting the Judge know that there was an issue concerning my legal work; hence the delay of it being filed on time as deemed necessary. Yet you refuse to do this out of spite. The fact is that because of your actions in not giving it back on time, you caused me to miss my deadline; thus causing a tremendous pain on me dealing with my criminal case. At the very least you could simply state that your investigation of my legal work/motions were the cause of delay of them being filed in the courts.

I am also filing this grievance on the actions of you breaking the confidentiality clause of "programs" being trusted with our criminal cases' legal content in confidentiality. Due to the fact that inmates have to go through program staff in order to have legal work/documents copied, inmates are forced to trust the staff with our personal info dealing with our criminal case. This info is not to be passed around to other individuals without inmates' consent. Yet you passed several legal motions (that are dealing with my personal criminal case) of mines along to several other deputy sheriffs allowing them to read my legal work. These are the same officers of the law (acting in the color of the state) that exercise on the 4th floor gym in Wyandotte County Jail with many of the assistant and head District Attorneys, Judges, and other attorneys and other police officers. You disclosing my personal information concerning my criminal case to other officers is a complete violation of your code of conduct and code of ethics. You have no right to surrendering my case like that to any other

with my personal situation dealing with the criminal courts in which has nothing to do with Wyandotte County Jail staff, as far as my criminal case/charges are concerned), I would like to have my other legal motion back please so that it may be filed in the courts.

I've also asked you to at least write/type a letter letting the Judge know that there was an issue concerning my legal work; hence the delay of it being filed on time as deemed necessary. Yet you refuse to do this out of spite. The fact is that because of your actions in not giving it back on time, you caused me to miss my deadline, thus causing a tremendous pain on me dealing with my criminal case. At the very least you could simply state that your investigation of my legal work/motions were the cause of delay of them being filed in the courts.

I am also filing this grievance on the actions of you breaking the confidentiality clause of "programs" being trusted with our criminal cases' legal content in confidentiality. Due to the fact that inmates have to go through program staff in order to have legal work/documents copied, inmates are forced to trust the staff with our personal info dealing with our criminal case. This info is not to be passed around to other individuals without inmates' consent. Yet you passed several legal motions (that are dealing with my personal criminal case) of mine along to several other deputy sheriffs allowing them to read my legal work. These are the same officers of the law (acting in the color of the state) that exercise on the 4th floor gym in Wyandotte County Jail with many of the assistant and head District Attorneys, Judges, and other attorneys and other police officers. You disclosing my personal information concerning my criminal case to other officers is a complete violation of your code of conduct and code of ethics. You have no right to jeopardize my case like that - And I know that a couple of officers read my legal work because

one deputy Sheriff had commented to me on the contents that were written in all 3 of my legal motions and research. And even though he complemented me on my efforts in fighting my case, the fact remains that no other officer had the right to read or be informed of my criminal info. without my permission. My motions wasn't given to those officers. They were given to programs specificly to have copies made. Yet, regardless of who you received my copies from you gave my personal legal work to the same people who are trying to prosecute me. those officers and Staff who are acting under the color of the state. Therefore, I am grieving your actions of trying to jeopardize my criminal case by relinquishing my person information pertaining to my crim. case to other officers (without my permission) who also have _ bonds/fuardships/everyday personal interaction with the District Attorney and his assistants, the judges, and other officers of the law in which I'm fighting against, in the criminal courts of law, to regain my freedom.

I would also like the names of all of the parties involved in passing my legal documentation around. I want my other legal motion + research, that you've failed to either look for/locate, so that it may be filed as well. Or at least be honest and inform me if you've thrown it away or lost it. You Did Not Give It All Back!! If you did I wouldn't be wasting my time asking for it. And if you cannot resolve these issues at your level of Chain of Command would you please further this grievance to one of your Superiors so that we may

one deputy Sheriff had commented to me on the contents that were written in all 3 of my legal motions and research. And even though he complemented me on my efforts in fighting my case, the fact remains that no other officer had the right to read or be informed of my criminal infor without my permission my motions wasn't given to those officers. They were given to programs specificly to have copies made. Yet, regardless of who you received my copies from you gave my personal legal work to the same people who are trying to prosecute me... those officers and Staff who are acting under the color of the state. Therefore, I am grieving your actions of trying to jeopardize my criminal case by relinquishing my person information pertaining to my crim case to other officers (without my permission) who also have bonds/friendships/everyday personal interaction with the District Attorney and his assistants, the judges, and other officers of the law in which I'm fighting against in the criminal courts of law, to regain my freedom.

I would also like the names of all of the parties involved in passing my legal documentation around. I want my other legal motion & research, that you've failed to either look for/locate, so that it may be filed as well. Or at least be honest and inform me if you've thrown it away or lost it. You Did Not Give It All Back!! If you did I wouldn't be wasting my time asking for it. And if you cannot resolve these issues at your level of chain of command would you please further this grievance to one of your Superiors so that we may get these issues resolved. I've already missed out on several

opportunities in the courts due to you blocking me from the law library whereas I'd be able to ~~reas~~ research and utilize the tools I need inorder to file specific motions and research case law diligently and on time.

I'd like a copy of this whole grievance along with your response back.

Thank you for the gift of your time.

Duryl Vann #47589
F-Pod #19

PRINT NAME: Ducayl Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/29/18          TIME: _____

AUG 0 1 2018

( ) APPEAL            ( ) CLASSIFICATION

( ) REVIEW           ( ) DISCIPLINE

( ) GRIEVANCE        ( ) REQUEST  Religious Book

TO: Programs   Religious Service
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to check out any
Islamic Hadiths (books) that you may
have available.

Thank You for
the gift of your
Time

INMATE'S SIGNATURE: Ducayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 8/01/18

HADITH WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK  BuZara (Programs Asst)

WHITE: "FILE"  ~  CANARY: "DEPUTY"

PRINT NAME: Ducayl Vann

POD: F  CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/27/18                    TIME: _____        JUL ? ) 2018

( ) **APPEAL**                ( ) **CLASSIFICATION**

( ) **REVIEW**                ( ) **DISCIPLINE**

( ) **GRIEVANCE**             ( ) **REQUEST** Legal Envelopes

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to go out. I need 2 legal envelopes.

Thank You

INMATE'S SIGNATURE: Ducayl Vann              INMATE # 47539

DISPOSITION: _____        DATE: 7/30/18

LEGAL ENVELOPE WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK  E02929 (PROGRAMS ASST)

**PRINT NAME:** Durayl Vann

**POD:** F **CELL:** 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

AUG 03 2018

**DATE:** 8/7/18 **TIME:** _____

( ) **APPEAL** ( ) **CLASSIFICATION**

( ) **REVIEW** ( ) **DISCIPLINE**

( ) **GRIEVANCE** (✓) **REQUEST** Legal Envelopes

**TO:** Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to go out to my attorney.
May need a manilla envelope.

Thank You.

**INMATE'S SIGNATURE:** Durayl Vann **INMATE #** 77539

**DISPOSITION:** _____ **DATE:** 8/08/18

BROWN MANILA ENVELOPE WAS PROVIDED.

**DEPUTY'S SIGNATURE AND RANK** BU7919 (PROGRAMS ASST)

PRINT NAME: Duray Vann

POD: F   CELL: 19

DATE: 6-17-18          TIME:

RECEIVED
JUN 19 2018
BY:

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE

( ) GRIEVANCE           (✓) REQUEST _Inter library loan utilization_

TO: _Programs_

**(NAME OF AND/OR TITLE OF DEPUTY)**

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to utilize the inter library loan program/system:
I would like to find/check out this book - "Free money to change your life" by Matthew Lesko.

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539

DISPOSITION:                              DATE: 6/25/18
Per admin, non-religious books have been removed from the pods. We will still provide religious books.

DEPUTY'S SIGNATURE AND RANK __mv6094__

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: F  CELL: 19

DATE: 7/3/18   TIME: _____

JUL 05 2018

( ) APPEAL   ( ) CLASSIFICATION

( ) REVIEW   ( ) DISCIPLINE

(✓) GRIEVANCE   (✓) REQUEST My legal documents back
(3) motions) so that I may file them
in court

TO: Major Pituch
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Just so that your answer is clear to me; You do ≠ acknowledge that you have confiscated my legal motions that are to be filed with the courts. You do acknowledge exactly what they are and the purpose and intentions of these motions and what they are used for along with my intention of filing them in the courts. You have been made aware that you have caused me to miss my due date / statue of limitations of filing these motions to dismiss because you refuse to give me my legal documents that are in no way illegal for anyone to have

INMATE'S SIGNATURE: Durayl Vann   INMATE # 42539

DISPOSITION: Your so called legal papers were in the possesion of another inmate that was attempting to get copies made. That makes them contraband.   DATE: 070918

DEPUTY'S SIGNATURE AND RANK Maj Pituch

PRINT NAME: Duryl Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/5/18                    TIME: _____

                                              JUL 06 2018
                                              BY:

( )   APPEAL              ( )   CLASSIFICATION

( )   REVIEW              ( )   DISCIPLINE

(✓)  GRIEVANCE           ( )   REQUEST legal motions back in
                          my possession so they may be filed in
                          the district court

TO: Fewell (Warden) Administrator
        (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm Duryl Vann* 47539 who am writing you in regards of my legal litigation work (3 legal motions) being confiscated and not being returned to me due to your staff illegally classifying them as contraband. I would like them back so that they may be filed in the criminal courts. You and your staff have no right to interefere with my criminal case by hindering/stopping me from filing my motions (pro/se) in the courts thus jeapordizing my chances to regain my freedom. Your actions of taking my legal work from me and refusing to

INMATE'S SIGNATURE: Duryl Vann          INMATE # 47539

DISPOSITION: (Fewell)                    DATE: 7-9-18

The items were contraband in possession of another inmate. The items are in your property for safekeeping.

DEPUTY'S SIGNATURE AND RANK Fewell

WHITE: "FILE"  –  CANARY: "DEPUTY"

PRINT NAME: Duray/ Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/2/18            TIME: _____

RECEIVED

JUL 0 3 2018

BY: ____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

(✓) GRIEVANCE         (✓) REQUEST _____

TO: Major Patrick
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Please see attached

This is both a letter and a form of complaint

INMATE'S SIGNATURE: Duray/ Vann          INMATE # 47539

DISPOSITION: By the rules of the facility your legal paperwork became contraband when another inmate, who was in possession of it, requested copies to be made. It is contraband because the other inmate does not have the right to be in possession of you property.

DATE: 080318

DEPUTY'S SIGNATURE AND RANK   Maj Patrick 1170

WHITE: "FILE" — CANARY: "DEPUTY"

9 |

PRINT NAME: Duray Vann

POD: F  CELL: 19

## INMATE COMMUNICATION FORM

DATE: 6/30/18                 TIME: _____

JUL 0 2 2018

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE

(✓) GRIEVANCE           (✓) REQUEST  Copy of this grievance and Response

TO: Grievance Officer

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

My legal motions were confiscated by your personnel and has yet to be returned to me. It is day 6 and my legal work still hasn't been returned. I've already written previous grievances on this issue only to not have them address. Some of them were put in my property instead of being put on the grievance officer's desk. My grievance has no business finding its way in my property in the property room. Furthermore, it had an attachment/memo stating that I am not

INMATE'S SIGNATURE: Durayl Vann              INMATE # 47534

DISPOSITION: Your legal Motions were in the possession of another inmate. That makes them contraband and they are in your property.

DATE: 070218

DEPUTY'S SIGNATURE AND RANK  Maj. Batista

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED

JUN 2 2 2018

DATE: 6/20/18          TIME: _____

( ) APPEAL            ( ) CLASSIFICATION

( ) REVIEW            ( ) DISCIPLINE

( ) GRIEVANCE         (✓) REQUEST  legal copies / legal mail

TO: Programs: legal services
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal copies and legal envelopes to
send motions to Kathleen Collins to be filed
as soon as possible. Thank you for the gift
of your time

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539

DISPOSITION: _____          DATE: 6/22/18

COPIES AND ENVELOPES WILL BE PROVIDED.

SPOKE TO INMATE ON 6/26, HE WANTED TO CANCEL THIS REQUEST AND
WILL SEND ANOTHER ICF WHEN READY FOR COPIES AND ENVELOPES.

DEPUTY'S SIGNATURE AND RANK  BW2029 (PROGRAMS KST)

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: F  CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/29/18           TIME: _____

AUG 0 1 2018

( ) APPEAL            ( ) CLASSIFICATION

( ) REVIEW           ( ) DISCIPLINE

( ) GRIEVANCE        ( ) REQUEST  Religious Book

TO: Programs  Religious Service
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to check out any
Islamic Hadiths (books) that you may
have available.

Thank You for
the gift of your
time.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____                      DATE: 8|01|18

HADITH WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK  Euzara  (PROGRAMS ASST)

**PRINT NAME:** Durayl Vann

**POD:** F **CELL:** 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 8/7/18     **TIME:** _____

AUG 0 2 2018

( ) **APPEAL**          ( ) **CLASSIFICATION**

( ) **REVIEW**          ( ) **DISCIPLINE**

( ) **GRIEVANCE**       (✓) **REQUEST** legal Envelopes

**TO:** Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to go out to my Attorney. May need a manilla envelope.

Thank You.

**INMATE'S SIGNATURE:** Durayl Vann          **INMATE #** 77539

**DISPOSITION:** _____          **DATE:** 8/08/18

BROWN MANILA ENVELOPE WAS PROVIDED.

**DEPUTY'S SIGNATURE AND RANK** BU7929 (PROGRAMS ASST)

PRINT NAME: Duray Vann

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 6-17-18            TIME: _____

RECEIVED
JUN 19 2018
By: _____

( )  APPEAL                  ( )  CLASSIFICATION

( )  REVIEW                  ( )  DISCIPLINE

( )  GRIEVANCE               (✓)  REQUEST _Inter library loan utilization_

TO: _Programs_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to utilize the inter library loan program/system: I would like to find/check out this book — "Free money to change your life" by Matthew Lesko

INMATE'S SIGNATURE: Durayl Vann            INMATE # 47539

DISPOSITION: _____            DATE: 6/25/18

Per admin, non-religious books have been removed from the pods. We will still provide religious books.

DEPUTY'S SIGNATURE AND RANK _mv6094_

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/27/18          TIME: _____          JUL 3 0 2018

( ) **APPEAL**                ( ) **CLASSIFICATION**

( ) **REVIEW**                ( ) **DISCIPLINE**

( ) **GRIEVANCE**             ( ) **REQUEST** legal Envelopes

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to go out. I need 2 legal envelopes.

Thank You

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 7/30/18

LEGAL ENVELOPE WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK  B02929 (PROGRAMS ASST)

WHITE: "FILE"  -  CANARY: "DEPUTY"



**Donald Ash**
**Sheriff**

# WYANDOTTE COUNTY
# SHERIFF'S OFFICE

B2-5



**Jeffrey Fewell**
**Warden**

## *MEMORANDUM*

**TO:** Durayl Vann

**DATE:** 01-02-19

**SUBJECT:** Administrative Segregation Review/ ~~Appeal Review~~ Disciplinary seg status

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in segregation.

Signed this day, reviewed by the Warden,

LTC Jeffrey S. Fewell, MBA, CJM
Warden
Wyandotte County Sheriff's Office
Kansas City, Kansas

I have no disobeying order write ups. I have no combative write ups. I have no hostile write ups. Not one single nurse or staff can say that I disrespected them, disobeyed any order or used any foul or vulgar language towards them. Not one staff or inmate can say that they feel threatened by me while in general population. Nor is there any reason to believe that I am a threat to inmate or officer or security of the facility (health wise, safety wise, welfare, custody, care or any other status). So what grounds are you basing your decision to keep me in seg. on warden Fewell? I dont even have a disobeying order write up. This has nothing to do with the facility, at all. This is your personal decision —

Whereas you are simply retaliating as well as denying me the law library hence trying to block me from furthering my cause utilizing my due process, grievance process inorder to exhaust my remedies about the situation that occurred on 10-28-18 (when your officers forcefully subjected me to cruel and unusual punishment by beating me up - for the 3rd time - unjustifiably in which you are simply trying to cover up.

You have let 6 caucasians, who were down in seg for fighting, out of segregation in less than 21 days. You've just let out 2 more caucasion males out who had physical combative contact (assault on Deputies) out of segregation in which they've only done 15 & 17 days, These individual it a more of a security risk/threat to the facility, inmates and deputies than I do, due to their nature of write-ups which consist of hostile & violatile actions. However I have no hostile, combative, aggressive or transpressive write-ups, I don't even have any disbeying orders write-ups. In fact the only destructive write up that I did have was dealing with a cracked tablet that I didn't even break (in which I was charged in court and paid for that too-).

So why am I being treated arbitrarily different from the other inmates. especially when my situation is far more less of a security risk than theirs, yet you st all these different criterions for reasons of keeping me in the seg unit but here it is my situation doesnt reach anything you listed on ther memorandum? But you failed to fit these other 8 caucasian males under such

PRINT NAME: Duray Vann
POD: B-2 CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
JAN 14 2013
BY:

DATE: 1-13-19                    TIME: _____

( ) **APPEAL**              ( ) **CLASSIFICATION**

(✓) **REVIEW**              ( ) **DISCIPLINE**

( ) **GRIEVANCE**          (✓) **REQUEST** _____

TO: Administration Review Board (Seg review)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm writing you to ask for a time cut or suspended sentence while in segregation. I have no combative/hostile write-up I've displayed no combative/hostile actions. I've disobeyed nor orders or have any tickets (write-ups) for disobeying orders. I've done over 90% of my time already. And Furthermore, I've displayed no actions or behavior of "maladaptive" behavior. Never been on security or flood risk etc. No fighting write-ups nor assaults on Deputies. Nor am I a problem or threat to any officer, inmate, or staff. Nor am I a threat to facility. I simply seek

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

an early release back into general population. Your consideration is appreci-

**DISPOSITION:** _____                    DATE: 01-16-19

Mr. Vann — if you are willing to work with Deputy Hughey to do some painting within the jail, you are approved to receive credit for 7 days of your DISeg sanction with the remaining 7 days suspended. A form will be provided to you to review & sign if you are willing.

**DEPUTY'S SIGNATURE AND RANK** Sophie 1093

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Duray Venn

POD: B-2  CELL: 5

Pg 1 of 5

FILE COPY

DATE: ~~100~~ 1-07-19  TIME: _____

( ) APPEAL  ( ) CLASSIFICATION
( ) REVIEW  ( ) DISCIPLINE
(✓) GRIEVANCE  (✓) REQUEST _Please return answered_
_grievance along with the additional_
_attached pages / sheets_

TO: _Under Sheriff Larry Roland_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-28-18 I was brutally aggravatedly assaulted and batterized by your subordinate Wyandotte County Jail Deputy officers (Sheriffs) without justifiable cause, to the point whereas I was coughing up blood for 3½ days due to their violatile actions against me. This is the 3rd time that this group of Deputy Sheriffs (B-shift nights) have used excessive force unjustifiably to the point of grievous bodily harm has been caused upon me. You are already aware of the first 2 times that this has happened. But yet because of you continuously ignoring or failing to do anything

INMATE'S SIGNATURE: Duray Venn                    INMATE # 47539

DISPOSITION: _____ DATE: _____

SHERIFF ADMINISTRATION:
ASKED AND ANSWERED
FILE COPY

FILE COPY

DEPUTY'S SIGNATURE AND RANK _____

about these often occurring situations, these groups of ~~Dep~~ Deputy Sheriffs no longer fear any consequences of their actions and are now getting very comfortable with beating inmates unjustifiably on a regular basis.

Furthermore; your subordinate (Warden Jeffery Frawell) is refusing to answer and return grievances (ICFs) to me with malicious intent to stop and/or hinder me from furthering my cause up the chain of command utilizing the grievance process whereas I may exhaust my remedies so on and so forth, with attempts to not only expose the cruel and unusual punishment that your Deputies are forcefully subjecting inmate to by using excessive force on them; but to find a solution to further prevent these beatings (that are unwarranted) in their continuum, also.

Inmates are beaten (black inmates) then placed in the seg unit whereas they are given bogus disciplinary seg time inorder that they will remain in the seg unit (without any form of communicative access) until their body has had more than enough time to heal up after such beatings. I was even denied medical so that a report of my injuries would cease to be documented.

I was found guilty of bogus write-up whereas even your pod cameras and Deputy's body cams would/will prove my innocense. Even your officer (Mesler) who initiated the whole incident admits that he was wrong and over reacted. There is a plethora of issues that I have grieved (with merit) through the grievance system (due process) properly pertaining to the multiple incidents that, are continuing in retaliation; stem from his aforementioned incident that occurred on 10-28-18.

due process of utilizing the grievance process whereas it can continue in my cause in bringing awareness to these situations that are going on in the facility of Wyandotte County Jail.

As it stands, I'm grieving the actions of Warden Farrell denying returning my grievances while maliciously hindering and trying to block my due process whereas I may further my cause up the chain of command utilizing the grievance process.

I'm grieving the actions of Warden Farrell treating me ~~and al~~ arbitrarily different from other inmates by leaving me in the seg unit but letting other inmates who have violated, hostile, aggressive write-ups whereas I have no physical, verbal, ~~hostile~~ violent actions type write-ups at all. I don't even have a disobeying orders write-up. And with that being said, no one can explain to me what actions of mines did I display that would warrant these specific group of deputies (on B-shift nights) ~~to~~ drag me down a flight of stairs, jump on me (while cuffed behind my back) until I'm coughing up blood, put in a restraint chair, made to sit in my urine or ~~of~~ over an hour, denied medical attention, made to sit in the ~~xxxxxx~~ seg unit over 4 months (oct-Feb), then now have been denied all of my legal work that was in my cell and still have been refused my legal work as it stands (in which this is something that I can have in seg unit.

Further, I am being denied law library while being in the seg unit. Law library is a right (Per federal guidelines & rules) not a privilege. No matter where you are in a jail (seg or general population) you have a right to utilize the law library. I'm grieving the actions of all that has so far been mentioned in this grievance. I would like for my grievances to be returned to me

legal work returned to me. I would like to be released from the hole back into general population. And if not then I'd like access to the law library so that I may research my case and fight, prepare a defense for my criminal case. I want this situation that occurred on 10-28-18 thoroughly investigated and I will like to press criminal charges on all parties involved (Deputy officers) in jumping on me, dragging me down a flight of stairs, and jumping on me until I coughed up blood. I want these video cameras' video footage reviewed. I also would like for you to take affirmative action in an investigation of officers beating inmates unjustifiably along with holding the appointing authority (Warden Feweell, Sara Toms, and major patrick) accountable for covering these situations up.

This is the 2nd grievance I've written you without receiving a response. And I've been noticing other officers are answering grievances instead of the officers in which the grievances are sent to. Therefore I'm not even sure if you've received my grievance the first time. Please Review all of my grievances pertaining to the incidents of and stemming from 10-28-18 and respond back to me as soon as possible. You are now aware of whats going on in your facility (been aware since 1-15-15). I want the record to reflect that I wish to file criminal charges but your internal affairs refuse to let me.

I would also like to know the names of the parties involved (especially of the deputy who put his knee in my back and neck at the

actions of me being denied medical Treatment after the incident. My whole situation was a medical situation. I wish to know how does a medical code being called for me warrants me being treated like I was (drug down a flight of stairs etc.) and am still being treated (refused my legal work, hygiene, etc.)? I wish to grieve Deputy Merlin's actions of denying me medical when I asked him to call a nurse due to my heart problems. There are several issues that I grieved on ICF's sent to various officers of rank (Sgt, Capt, Majors, Warden) yet many of them were not responded to and sent back. One was found in the trash in another pod by another officer. I were found stuffed in my property in intake (in which they had never was even put in the ICF box inorder to be sent to the officers that they were addressed to.

Therefore I wish to grieve all of the actions mentioned in all of my grievances. Please investigate these matters Thoroughly.

## End of Grievance

Durryl Vann #47539
710 N. 7th St.
KCK 66101
Pod: B-2  Rm 5

Please Answer and return
all grievances and their additional
attached sheets/pages as soon as possible

PRINT NAME: Durayl Vann
POD: B-2   CELL: 3

DATE: 1-13-19        TIME: _____

RECEIVED
JAN 14 2013
BY: ...........

( ) APPEAL          ( ) CLASSIFICATION
( ) REVIEW          ( ) DISCIPLINE
(✓) GRIEVANCE       (✓) REQUEST  Info Request

TO: Internal Affairs  Carver  & Warden Fewell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would simply like to know the names of the deputy officers involved in the incident that occurred 10-28-18 whereas I was drug down a flight of stairs by these officers. Also I'd like to know the name of the officer who smashed his knees in my neck and back. Being as that you claim to have investigated this matter I'm under the impression that you have the names of the officers involved that I seek. Please provide me with said request so that I may properly further my grievance up the chain of command with the correct information. For you to refuse such request would

INMATE'S SIGNATURE: Durayl Vann              INMATE # 47539
be you maliciously trying to hinder my due process in utilizing grievance process.

**DISPOSITION:** _____ DATE: _____

You are Denied again per our Policy

B ≤ B

DEPUTY'S SIGNATURE AND RANK __Capt. _____

WHITE: "FILE" – CANARY: "DEPUTY"

**PRINT NAME:** Dwayl Vunn
**POD:** 3-2 **CELL:** 5

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

**DATE:** 12/28/18 **TIME:** _____

( ) APPEAL  ( ) CLASSIFICATION

(✓) REVIEW  ( ) DISCIPLINE

( ) GRIEVANCE  (✓) REQUEST _____

RECEIVED DEC 3 1 2018

BY: ......................

**TO:** Administration (Deputy-Brand Forell / Major Russell)
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

In response to your response (See attached) you use the excuse of me having a minimum of 3 violations this year. However, shall you review the write-up, you will see that they all stem from one incident in which they were initially all written up as one ticket but then the officer was instructed to break them down in to separate offenses (Blocking write-ups of 1 isolated incident) in order to bring about a more consequential effect. These were not isolated incidents. Furthermore the original ...

**INMATE'S SIGNATURE:** Dwayl Vunn **INMATE #:** 47539

**DISPOSITION:** _____ **DATE:** 010219

Noted

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE" -- CANARY: "DEPUTY"

— main issue that brought about these other bogus alleged infractions was dismissed (regardless of what ever reason that you all may come up with, & is ) in which if I were not guilty of the faking illness ticket then there should be no reason for me to either be found guilty or shall still be brutally consequented for the aming effect of the actions that transpired following that of the initial write-up. Nor should I have been treated and am still be treated the way I was and is simply because a medical code was called due my concerns of my health.

And yet and still, none of the tickets were I disobeying any orders, not one nurse can say that I even disrespected them at all, period (and that is includes any vulgar or foul language). Not one single officer can say that I was kicking on a door or that they even gave me a warning for kicking on a door. Not one of my write-ups were of a combative ture. Nor did I display any combative actions that uld warrant me being treated the way I was treated this group of officers. My situation was a medical uation. Simple and plain. So, at what point did I splay an action that would lead to me being cuffed behind my back (on the floor), drug out of my cell like hity mattress, jumped on then drug down a flight of s only to be jumped on again until I was coughing blood, then put in a restraint chair and put in cell in intake and made to sit in my ... es and then finally placed in seg while being stripped

of all of my legal work and being told that I'll never get it back (by Sgt Brown)? and yet and still be deprived of fighting my case (law library) unable to call my ill-stricken and paralyzed mother, n back has been messed up since that incident that happened on 10-28-18...

But here it is, I'm being arbitrarily treated different from other inmates who have had fights + physical combative confrontations with other inmates and officers so bad that I'm being made to suffer by sitting in seg for several months while others get out in a few weeks and their disciplinary infractions are far more severe and of a security risk than mines. And I'm literally down in the seg unit because of my chest pain in which its bad enough as it is that I got brutally (physically) battered just because a medical was called due to my concerns of my bad heart. Yet no-one can truely explain what actions did I display that warranted all of this. And now I'm stuck down here for nothing. And thus far, you say I have 8 write-ups... and thats a reason. But fail to acknowledge that they were all written up ~ one incident and was ~~all~~ initially written up ~ one ticket until later broken down into multiple different infractions with ~~other~~ intentions to bring bout a more dire consequence against me whereas I literally did nothing wrong to begin with in the ~~last~~ place.

So with all of this being said, I humbly be that you ~~consider~~ may consider my request for either a time cut or a suspended sentence. And if you ~~think~~ that I oppose that much of a security risk then farm

PRINT NAME: Durryl Vann
POD: B-2 CELL: 11

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10/28/11                    TIME: _____

RECEIVED
OCT 30 2018
BY: _____

( ) APPEAL          ( ) CLASSIFICATION
( ) REVIEW          ( ) DISCIPLINE
( ) GRIEVANCE       (✓) REQUEST *I'd like copies of answered grievance*

TO: *Grievance officer / Shift supervisor*
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to grieve the actions of me being treated as dis-seg status when I am clearly ad-seg status. I have yet to receive my property (legal work, hygiene, pens, paper, food etc). I'm on ad seg so why am I being treated arbitrarily different for from other inmates on ad-seg? Either I'm dis-seg or ad-seg? Treat me according to my status. I'm not combative, hostile, nor have I threatened any C.O. that would justify the to treatment that your staff is subjecting me to. Please investigate this matter.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47531

**DISPOSITION:**                                    DATE: 10/30/18
Mr. Vann- as discussed at your hearing, if found guilty you will receive credit for time served in B2 on Ad/seg status.

**DEPUTY'S SIGNATURE AND RANK** Maj. _____

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Duray Vann
POD: B-2    CELL: 4/1

DATE: 10/30/18    TIME: _____

RECEIVED
OCT 3 1 2018
BY: _____

( ) APPEAL

( ) REVIEW

( ✓ ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

( ✓ ) REQUEST _Copy of grievance_

TO: _Grievance officer_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to ~~grie~~ grieve the actions of Sgt Erwin claiming that I have been accepting food trays while being on hunger strike. Sgt Erwin told officer Spoel that I had been eating trays throughout the day. This is a lie. Everything has been documented by body cam as well as being logged that I haven't eaten anything since 4:45 10/29/18. Yet this officer blatantly lied on me for no reason and without any facts. I want his actions documented and addressed as soon as possible.

INMATE'S SIGNATURE: Duray Vann    INMATE # 47539

DISPOSITION: _____    DATE: 10-31-2018

Noted

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Durayl Vann
POD: B-2   CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
OCT 31 2018
BY: _____

DATE: 10/30/18                    TIME: _____

( ✓ ) APPEAL                      ( ) CLASSIFICATION
( ✓ ) REVIEW                      ( ) DISCIPLINE
( ) GRIEVANCE                     ( ) REQUEST _____

TO: Appeal officer / administration
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to appeal my disciplinary sanction. There are no grounds or evidence to find me guilty of any of the charges alleged. The officers' Body cams are all proof of this. My witnesses are all proof of this. I would simply like you to review the evidence which is evidence coming from your own officers body cams. This body just wanted to find me guilty without justifiable cause or evidence. There is not even preponderance of evidence that could suggest that I was guilty of any charges furthermore the officer who

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

had written the tickets wasn't the officer bearing witness to the

DISPOSITION: I reviewed the cameras          DATE: 103118

and the discipline is upheld.

_____

_____

_____

_____

DEPUTY'S SIGNATURE AND RANK _____ Maj Pettit

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Dwayl Vann

POD: B-2  CELL: 11

File

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
NOV 0 1 2018
BY: ..................

DATE: 10/31/18                    TIME: _____

( ✓ ) APPEAL            ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

( ) GRIEVANCE          ( ✓ ) REQUEST  Copies of this documents
                                      and attachment

TO: Administrator Warden Fewell or Captain
   (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like my appeal reviewed up the higher chain of command. Please see attached and take into consideration my suggestions as mentioned on attached request for appeal.

INMATES SIGNATURE: Dwayl Vann                INMATE # 47571

DISPOSITION: _____ Lt Col Jeffrey S. Fewell

DATE: 11-1-18

Your appeal is received and denied.

DISAPPROVED
Jeffrey S. Fewell, Administrator
Wyandotte County Adult Detention
Center

DEPUTY'S SIGNATURE AND RANK

WHITE FILE — CANARY "DEPUTY"

PRINT NAME: Duray Vann

POD: B-2 CELL: 5

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED JAN 07 2019 BY:

DATE: 1-05-19  TIME: _____

( ) APPEAL  ( ) CLASSIFICATION

( ) REVIEW  ( ) DISCIPLINE

(✓) GRIEVANCE  (✓) REQUEST _The returned answers of this grievance along with its additional pages._

TO: _Grievance officer/administration_
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 5th grievance I've filed about my personal property that none of your officers seem to be able to locate. I was brought to seg that on 10-28-18 and my property (legal work, food, and hygiene) was packed out by your officers in F-Pod (cell #42). At first I was told that I couldn't have my legal work in segregation (in which that was a lie) and then once I pressed the issue about me being able to have my legal work in seg all of a sudden no-one knows where any of my property (legal work etc.) is. My property in intake

INMATES SIGNATURE: _Duray Vann_

INMATE # 42539

DISPOSITION:  DATE: 01-02-2019

I had the property room searched property was not booked. This search was conducted today.

DEPUTY'S SIGNATURE AND RANK _A/Capt. Lucas 1770_

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: D-2  CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-11-19    TIME: _____

RECEIVED JAN 14 2019 BY:

( ) APPEAL          ( ) CLASSIFICATION

( ) REVIEW          ( ) DISCIPLINE

(✓) GRIEVANCE       (✓) REQUEST _____

TO: Medical (Nurse Dee Dee)

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I've been having appointments at KU dealing with my eyes & headache situation. Dr. White (at KU) ordered an MRI for me at KU. You all have been aware of this several months ago in which I was told by all of you nurses that you had scheduled my appointment for my ordered MRI (by Dr White at KU). I've been waiting several months only to find out that you all lied to me and never scheduled my appointment at all in the first place. Yet as I've been inquiring about it throughout my time of being here you had told me that I was scheduled and was to see the doctor again soon. My vision &

INMATE'S SIGNATURE: Duray Vann    INMATE # 47539

Headaches have gotten worse and at times almost unbearable. Please correct this matter as soon as possible so that I may figure out whats wrong with me.

**DISPOSITION:** _____ DATE: _____

Mr. Vann, The HCP at this facility decides if it is necessary to order an MRI. We have policies and procedures set. You will have to place a sick call with your complaints of headache and eyes. You will be seen in sick call by a nurse.

**DEPUTY'S SIGNATURE AND RANK** _____ RN

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Durryl Vann
POD: B-2  CELL: 11

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 11/01/18          TIME: _____

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE                 (✓) REQUEST _Copy of grievance forms_

TO: _Grievance officer_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I was placed in seg on 10/28/18 yet it is now 11/01/18 and B-shift staff still has refused to give me any of my property that was packed out. I haven't received any inventory sheets dealing with this matter. This has been an ongoing thing for the past 4 days. Where is my property. My property consist of very important legal work and personal information yet no one seems to be able to locate it. There are too many cameras and officers for someone not to know whats going on. What happened, or where my property

INMATE'S SIGNATURE: _Durryl Vann_          INMATE # 47539
went to. This was a blatant action done by the B-shift

**DISPOSITION:** _____          DATE: 11-2-18

Lt. Col. Jeffrey S. Fewell

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

**DEPUTY'S SIGNATURE AND RANK** _____
which is now affecting my livelihood and freedom dealing
with my criminal case and my personal family issues
I would like these matters further investigated. This is my 3rd
grievance on this matter to no avail

WHITE: FILE – CANARY: DEPUTY

PRINT NAME: Darryl Vann

POD: B-2  CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
NOV 02 2018
BY: ................

DATE: _____     TIME: _____

( ) APPEAL

( ) REVIEW

(✓) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST _Copy of grievance and_
attachments

TO: _Grievance officers / admin / or Internal Affairs_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like you to review all body cams, Camera footage that was activated on 11/01/18 in seg unit B-2 cell 11 at approx 2:30 am - 5:30 am. I was denied medical assistance for 2 hrs after asking William Green to call nurse (as well as the other officer working seg unit). I fainted (don't know how long I was out) and they still left me in here without calling medical code. Other inmates had to press their buttons and force staff hands to call code. Officer Green further admitted to beating me while cuffed and threatened to do it again. Please pull up the monitored recordings on the intercom

INMATE'S SIGNATURE: _Darryl Vann_
that transpired between officer Green and I on 11/01/18 at

INMATE # 47539

**DISPOSITION:** _____     DATE: 11-2-18

Lt. Col. Jeffry S. Fewell

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

**DEPUTY'S SIGNATURE AND RANK** _____

2:30 am - 5:30 am. This is proof of evidence. You can also get all body cam footage including the camera that was placed in the shower. But when I started speaking into the camera placed in the shower abou

PRINT NAME: Duray Vann
POD: B-2  CELL: 11

RECEIVED
NOV 02 2018
BY: .......................

DATE: 11/01/18                    TIME: 2 am - 5:30am

( )  APPEAL                        ( )  CLASSIFICATION

( )  REVIEW                        ( )  DISCIPLINE

(✓)  GRIEVANCE                     (✓)  REQUEST  Request copy of grievance

TO: Grievance officer / Internal Affairs
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 11/01/18 officer William Green denied me medical assistance for 2 hrs. He also confessed to brutally punching me in my face while being handcuffed behind my back and being on my stomach. The conversations on the intercom are monitored and recorded. He threatened me all this time on the intercom, refused to call medical, all of this is on camera as well. He admitted to subjecting me to cruel & unusual punishment by punching me & threatened to do it again. Please review all of this evidence. I would still like to press charges and I want these matters investigated.

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539

DISPOSITION: _____ Lt. Col. Jeffrey S. Fewell          DATE: 1-2-18

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Duray / Vann
POD: B-2 CELL: 11

DATE: 10/28/18
TIME: _____

RECEIVED
OCT 30 2018
BY: _____

( ) APPEAL
( ) CLASSIFICATION

( ) REVIEW
( ) DISCIPLINE

( ) GRIEVANCE
(✓) REQUEST  Religious Materials

TO: Programs
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have a quran, a prayer rug, and to be placed on Halal / Kosher meals. I am sunni muslim who practices islam. Please aid me in these matters for I would like to invoke my 1st Amendment right to practise my spirituality and religion freely.

Thank you for the gift of your time

INMATE'S SIGNATURE: Duray Vann
INMATE # 47534

DISPOSITION: _____
DATE: 10/30/18
10/31/18

QURAN WAS PROVIDED ON 10/30/18. CW2029

Please fill out and return the inmate religious preference form, MV6094

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2  CELL: 11

DATE: 10/29/18    TIME: _____

( ) APPEAL           ( ) CLASSIFICATION

( ) REVIEW           ( ) DISCIPLINE

( ) GRIEVANCE        (✓) REQUEST

RECEIVED
OCT 3 1 2018
BY: _____

TO: Programs
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like a tablet card, headphones, and my Edove account re-activated as soon as possible please that way once I'm back in general population I may have access to the law library.

Thank you for the gift of your time.

INMATE'S SIGNATURE: Durayl Vann    INMATE # 47534

**DISPOSITION:** _____    DATE: 10/31/18

These Items are not allowed in the disciplinary segregation unit. You may request these Items once you are off disciplinary segregation

DEPUTY'S SIGNATURE AND RANK  mw6094

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2    CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/27-28/18    TIME: _____

**RECEIVED**
OCT 29 2018
BY: _____

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

(✓) GRIEVANCE                 (✓) REQUEST Copies of grievance; attachment

TO: Grievance Officer / Majors / Captains / Etc
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-27-18 I called "chest pains" for over 2 hrs (approx 6:30 - ???)
in which I was denied by officer Mesner. He stated that I was
not having chest pains if I could talk and he refused to call a nurse.
I fainted and woke up several hrs later to officers surrounding
me (witness Bruce Tyner cell 43* and cell 41*). Inmates begin
kicking on doors to try to get attention for me from Officer
and/or medical. Once officers came I was violently
attacked (See body cams) drug down stairs and put
in a restraint chair and put in a rubber room

INMATE'S SIGNATURE: Durayl Vann          INMATE # 42539

DISPOSITION: Lt. Col. Jeffrey S. Fewell          DATE: 10-29-18

Received.

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Dorayl Vann
POD: 73 CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

DATE: 10/28/18                    TIME: _____

RECEIVED
OCT 29 2018
BY: _____

( ) APPEAL                     ( ) CLASSIFICATION

( ) REVIEW                     ( ) DISCIPLINE

(✓) GRIEVANCE                  (✓) REQUEST Copies of documents

TO: ~~Hearing officer~~ Internal Affairs
NAME OF AND/OR TITLE OF DEPUTY

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'd like to grieve the actions of officer Burd, Sgt Brown, al ect all other partys involved in situation that occurred 10/27/18 at approx 6:30 pm - until inmate was placed in seg I was aggravatedly assaulted and battered, denied proper medical attention, I was forcefully subjected to cruel & unusual punishment without justifiable cause. I was forced to remain handcuffed while sitting in my urine and placed in a restraint chair. Unjustifiably. See video

INMATE'S SIGNATURE: Durayl Vann          INMATE # 97534

DISPOSITION: _____                      DATE: 10-29-18

Lt. Col. Jeffray S. Fewell

Received.

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

DEPUTY'S SIGNATURE AND RANK _____

PRINT NAME: Duray Vann
POD: B-2 CELL: 4

DATE: 11/10/18          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE

( ) GRIEVANCE           (✓) REQUEST _Legal envelopes & info_

TO: _Programs_

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 2 legal envelopes to send out legal mail to the court clerks of Praire Village and Shawnee PD. I also need the addresses to these 2 places. I had court dates for Shawnee PD and Praire Village but missed them due to being incarcerated in Wyandotte. So I'm trying to send letter of incarcerations to the correct courts of these 2 places. If it helps, my court dates were on the 6th, 7th, 8th of Nov for Shawnee P.D and Praire Village. So please list the correct addresses for the right courts that my letters of incarcerations are to go to.

INMATE'S SIGNATURE: _Duray Vann_          INMATE # 47529

DISPOSITION: _____          DATE: 11/13/18

- LEGAL ENVELOPES WILL BE PROVIDED.

- SHAWNEE MUNICIPAL COURT - 5860 RENNER RD, SHAWNEE, KS 66217

- PRAIRIE VILLAGE MUNICIPAL COURT - 7700 MISSION RD, PRAIRIE VILLAGE, KS 66208

DEPUTY'S SIGNATURE AND RANK ___EW2929___

PRINT NAME: Durayl Vann
POD: B-2   CELL: 8

## WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

RECEIVED
NOV 08 2018
BY: ........................

DATE: 11/07/18          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION
( ) REVIEW              ( ) DISCIPLINE
( ) GRIEVANCE           (✓) REQUEST  Legal documentation

TO: Records
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to have 3 letters of incarceration so that I may mail them to 3 different courthouses in 3 different countys explaining that I was incarcerated in Wyandotte County which is the reason for me failing to make it to my court dates of them counties. I would like to get these as soon as possible. Thank you for the gift of your time.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 11-8-18
3 Letter of Inc request done.

DEPUTY'S SIGNATURE AND RANK  Watley 2944

WHITE: "FILE"  -  CANARY: "DEPUTY"

PRINT NAME: Darryl Vann

POD: B-2  CELL: 11

Pg 10/2

RECEIVED
OCT 29 2018
BY:

DATE: 10/28/18    TIME: _____

( ) APPEAL            ( ) CLASSIFICATION

( ) REVIEW           ( ) DISCIPLINE

(✓) GRIEVANCE      (✓) REQUEST Copies of grievance
all attachments

TO: Grievance officers
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the actions of being on ad seg yet being treated as if I'm on dis-seg. My actions have not warranted me being treated as dis seg status. Either I'm ad seg. Or either I'm dis seg. My status says ad seg. So why am I being treated as dis-seg. The administration (Sgt Brass. is making this a personal issue, ?????? by treating me like dis seg. And for what? I'm not in seg for any violatile actions. I've done nothing wrong. So why am I being treated arbitrarily different from other inmates on ad seg? Please explain this to me.

INMATE'S SIGNATURE: Durayl Vann    INMATE # 47839

DISPOSITION: _____  DATE: 10-29-18

Lt. Col. Jeffrey S. Fewell

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

I'm not down in seg for fighting or being combative. I haven't been found guilty of any thing yet. so why am I being treated differently if this isn't a personal issue? Either I'm ad-seg or I'm not. Either I'm dis seg or I'm not. Please treat me according to my status. I'm ad seg so treat me under the criterion as that. For you not to do so shows that this is a personal issue. Not a professional one. Therefore I'm grieving the actions of my treatment of cruel & unusual punishment by officers Brown, Baird, and all appointing administration.

End of grievance

Durayl Vann #47539
B-2 Cell #11

PRINT NAME: Durayl Vann

POD: B-2  CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12/10/18                    TIME: _____

RECEIVED
DEC 12 2018
BY: ....................

( ) APPEAL                        ( ) CLASSIFICATION

( ) REVIEW                        ( ) DISCIPLINE

( ) GRIEVANCE                     (✓) REQUEST _three (3) letters of incarceration_

TO: Records

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 3 letters of incarceration so that I may send them to 3 other counties concerning my other court dates and other legal obligations. Please aid me in obtaining these as soon as possible. Thank you for the gift of your time.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47529

DISPOSITION: Done                         DATE: 12-12-18

DEPUTY'S SIGNATURE AND RANK  PW 2944

PRINT NAME: Durayl Vann

POD: B-2   CELL: 11

DATE: 10/29/18

TIME: _____

RECEIVED
OCT 30 2018
BY: .....................

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST _Legal envelopes_

TO: _Programs_

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that needs to go out
I need legal envelopes

INMATE'S SIGNATURE: _Durayl Vann_   INMATE # 47539

DISPOSITION: _____   DATE: 10/30/18

LEGAL ENVELOPE WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK   EW2929

PRINT NAME: Durayl Vann
POD: B-2   CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12/01/18

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

TIME: _____

RECEIVED
DEC 0 3 2018
BY: _____

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST  Legal Envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal envelopes to mail out legal
mail to my attorney.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47534

DISPOSITION: _____          DATE: 12/03/18

LEGAL ENVELOPE WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK    DW2909

WHITE: "FILE" – CANARY: "DEPUTY"

**PRINT NAME:** Durayl Vann

**POD:** B-2 **CELL:** 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 11/20/18  **TIME:** _____

RECEIVED
NOV 2 2 2018

( ) **APPEAL**  ( ) **CLASSIFICATION**

( ) **REVIEW**  ( ) **DISCIPLINE**

( ) **GRIEVANCE**  ( ✓ ) **REQUEST** Legal Envelopes & legal info.

**TO:** Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal Envelopes for legal mail

I would also like the address to KBI field investigat office as well as KCK-PD field office

**INMATE'S SIGNATURE:** Durayl Vann  **INMATE #** 47539

**DISPOSITION:**  **DATE:** 11/28/18 / 11/20/18

KBI  KCK PD

1620 SW John Street  700 Minnesota Ave  Three Letters collected

Topeka, KS 66412  Kansas City, KS 66101  on 11/28/18  KBI Lenexa
1500 College Blvd
Lenexa, KS 66219

Inmate requested 5th St Building for KBI on 11/28.
Gave inmate Lenexa field office since only the Lab is in KCK 11/29.

**DEPUTY'S SIGNATURE AND RANK** mv6094

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Durayl Vann
POD: B-2 CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
NOV 20 2018
BY:

DATE: 11/20/18                    TIME: _____

( ) APPEAL                        ( ) CLASSIFICATION

( ) REVIEW                        ( ) DISCIPLINE

( ) GRIEVANCE                     ( ✓ ) REQUEST legal Envelopes

TO: Programs
_____
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal envelopes for legal mail. I also need the address to Ralph Deloach - District Court clerk of Kansas in Topeka as soon as possible

INMATE'S SIGNATURE: Durayl Vann          INMATE # 4533

DISPOSITION: _____          DATE: 11/21/18

US District Court Clerk
Frank Carlson Federal Building
444 SE Quincy St #490          Letter Collected
Topeka, KS 66683

DEPUTY'S SIGNATURE AND RANK  mv 6094

PRINT NAME: D. VANN

POD: B-2   CELL: 11

## INMATE COMMUNICATION FORM

DATE: 10/30/18          TIME: 0700 HRS.

*FILE COPY*

**RECEIVED** OCT 3 1 2018 BY:...................

( )   APPEAL          (X)   CLASSIFICATION
(X)   REVIEW          (X)   DISCIPLINE NEW
( )   GRIEVANCE       (X)   REQUEST CHARGES & WRITE UPS

TO: CAPTAIN / SARGEANT.
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

= BELIEVE HE SHOULD BE CHARGED & HAVE TICKETS WRITTEN

INMATE D. VANN KEEPS THREATENING TO KILL & BEAT UP EVERYONE IN HERE INCLUDING POLICE. HE ALSO SAID HE CHOKED SOME "BIT**" "BITCH" ON STREET IN HIS CASE. SAID HE HAD A SHOOTOUT WITH SOME PEOPLE ON 17th STREET. TALKING ABOUT SELLING DRUGS & SAYING COPS "PLANTED" DRUGS ON HIM BUT HE SAID HE HAD IT ON HIM. I HOPE TO JESUS CHRIST HE DOESN'T GET OUT & HURT ANYONE. HE JUST SAID AGAIN HES GOING TO THE "PISTOL" & KILLING PEOPLE WHEN HE GETS OUT. = PRAY THEY ARE RECORDING EVERYTHING HE SAYS THREATENING PEOPLES LIVES.

INMATE'S SIGNATURE:          INMATE # 74539

DISPOSITION: _____   DATE: _____

*FILE COPY*

Inmate
File D. Vann

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Durral Vann
POD: B__ CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12/23/19          TIME: _____

( ) APPEAL

( ) REVIEW

( ) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST  Legal Envelop

RECEIVED
DEC 2 6 2018

BY: _____

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have legal mail that need to be mailed out and therefore request legal envelopes.

Um I'd like the address to secretary of corrections in Topeka

Thank You for the gift of Your Time.

INMATE'S SIGNATURE: Durral Vann          INMATE # 47529

**DISPOSITION:** _____          DATE: 12/28

Spoke to inmate on 12/26 before receiving ICF. Letters were collected and sent. At this time, he requested address for the judge on his case. This is below along with the other address

Judge Robinson                    Secretary of Corrections
500State Ave, Ste511              714 SW Jackson, Ste 300
KansasCity, KS 66101             Topeka, KS 66603

**DEPUTY'S SIGNATURE AND RANK** _____

**PRINT NAME:** Duray Vann

POD: B-2 CELL: I

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

**DATE:** 12/28/18          **TIME:** _____

( ) APPEAL                    ( ) CLASSIFICATION

( ✓) REVIEW                   ( ) DISCIPLINE

( ) GRIEVANCE                 ( ✓) REQUEST _____

**TO:** Administration (Review Board) Fewell / Major Russell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

In response to your response (See attached) you use the excuse of me having a minimum of 8 violations this year. However, shall you review the write-up, you will see that they all stem from one incident in which they were initially all written up as one ticket but then the officer was instructed to break them down in to separate offenses (Stacking write ups of 1 isolated incident) in order to bring about a more consequential effect. These were not isolated incidents. Furthermore, the original or

**INMATE'S SIGNATURE:** Duray Vann          **INMATE #** 47539

**DISPOSITION:** _____          **DATE:** 010219

Noted

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE"  —  CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: H    CELL: 34

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-19-19                    TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

( ) GRIEVANCE          (✓) REQUEST _____

RECEIVED
JAN 2 2 2019
BY: ..................

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal envelopes

I need a tablet card & Headphones for Tablet

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____                      DATE: 1/22/19

- HEADPHONES WAS DELIVERED 1/22/19

- LEGAL ENVELOPES WILL BE PROVIDED.

- PLEASE SUBMIT A SEPARATE ICF FOR TABLET CARD REQUEST. TO CLASSIFICATION AS THIS IS HANDLED BY CLASSIFICATION.

DEPUTY'S SIGNATURE AND RANK    DW2029

WHITE: "FILE" - CANARY: "DEPUTY"

PRINT NAME: Duray Vann

POD: B-2   CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
JAN 1 4 2019
BY:

DATE: 1-13-19

TIME: _____

( ) APPEAL

( ) CLASSIFICATION

( ) REVIEW

( ) DISCIPLINE

( ) GRIEVANCE

(✓) REQUEST   Info ÷ Legal Envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal envelopes for legal mail.

I need address to Board of Commissioners

I need address to Attorney Kari Nelson (Lawrence, KS)

I need address to Attorney John Anthony Picerno (KCMO)

INMATE'S SIGNATURE: Duray Vann

INMATE # 47539

DISPOSITION: - Legal Envelopes will be Provided.   DATE: 1/14/19

- Board of Commissioners
  City Hall, 702 N 7th St, Suite 979, Kansas City, KS 66101
- Atty. Kari Nelson
  1509 W. 2nd Terrace, P.O. Box 44 2888, Lawrence, KS 66044
- Atty. John Anthony Picerno
  1301 Oak Street, Suite 650, Kansas City, MO 64106

DEPUTY'S SIGNATURE AND RANK   EW2929

PRINT NAME: Duray / Vann

POD: 13-2   CELL: 5

RECEIVED JAN 1 6 2019 BY: ............

DATE: 1-15-19          TIME:

( ) **APPEAL**              ( ) **CLASSIFICATION**

( ) **REVIEW**             ( ) **DISCIPLINE**

( ) **GRIEVANCE**      (✓) **REQUEST** legal Envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal Envelopes Please

INMATE'S SIGNATURE: Durayl Vann                INMATE # 47539

DISPOSITION:                                           DATE: 1|16|19

LEGAL ENVELOPES WILL BE PROVIDED.

DEPUTY'S SIGNATURE AND RANK   BW2929

PRINT NAME: Durayl Vinn

POD: B-2  CELL: 5

DATE: 12/09/18

TIME: _____

DEC 1 1 2018

BY: _____

( ) APPEAL

( ) CLASSIFICATION

( ) REVIEW

( ) DISCIPLINE

( ) GRIEVANCE

(✓) REQUEST legal envelopes

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal envelopes to mail out legal mail

Alvin Brooks

and also the address to: ADHOC group against crimes

KCMO

Please Thank you

INMATE'S SIGNATURE: Durayl Vinn          INMATE # 47539

DISPOSITION: _____          DATE: 12/11/18

— 1 ENVELOPE WAS PROVIDED ON 12/8/18.

— ADHOC GROUP AGAINST CRIME - 2701 E 31st ST, KANSAS CITY, MO 64128

— 1 ENVELOPE WAS PROVIDED ON 12/13/18

DEPUTY'S SIGNATURE AND RANK  E02929

WHITE: "FILE" -- CANARY: "DEPUTY"

**PRINT NAME:** Darryl Vann

**POD:** B-2  **CELL:** 5

**DATE:** 12-05-18     **TIME:** _____

DEC 07 2018
BY: _____

( )  APPEAL                    ( )  CLASSIFICATION

(✓)  REVIEW                   ( )  DISCIPLINE

( )  GRIEVANCE              (✓)  REQUEST Suspended Sentence

**TO:** Programs? Bxxo Torres & Major Patrick

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am writing you seeking a suspended sentence or sentence in suspension whereas I may be released back into general population and have the remainder of my time as a back up time shall I receive any further disciplinary infractions. I have no problem being placed on ad-seg in gen population for a week or so as a form of re-integration into general population. I have been disciplinary ticket "free" for over 30 days and further more I have court coming up soon and I seek access to the law library inorder to do legal research for my case. Please

**INMATE'S SIGNATURE:** Darryl Vann          **INMATE #** 47539

take my request into consideration. Thank you for the gift of your time.

**DISPOSITION:** _____          **DATE:** 12/12/18

Your status was reviewed at the Special Management meeting. Your status remains the same & will continue to be reviewed weekly.

**DEPUTY'S SIGNATURE AND RANK** Storms 6093

WHITE: "FILE" — CANARY: "DEPUTY"

PRINT NAME: Durryl Vann

POD: B-2 CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12/13/18          TIME: _____

**RECEIVED**
**DEC 20 2018**
BY: ....................

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

(✓) GRIEVANCE          (✓) REQUEST Copies of answered grievances
                           including all pages attached

TO: Warden Fewell

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 6th grievance that I've written pertaining to the incident whereas I was egg assaulted and battorized unjustifically on 10-28-18. I've written 5 grievances yet none of them has been returned. The very first one is a 6 page grievance that was written on 10-28-18 on 10-28-18 has not been returned grievance as number 3, 4, and 5 still hasn't been returned yet. A grievance is to be responded to within a few days and returned. - Its been well over 30 days for each and I still haven't received

INMATE'S SIGNATURE: Durryl Vann          INMATE # 47534

DISPOSITION: Lt. Col. Jeffrey S. Fewell          DATE: 12-20-18

The incident was investigated.
No further action or information is
available. Contact your attorney.

DEPUTY'S SIGNATURE AND RANK _____

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Duray L Vann

POD: B-2  CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-17-19                    TIME: _____

( ) APPEAL                       ( ) CLASSIFICATION

( ) REVIEW                       ( ) DISCIPLINE

( ) GRIEVANCE                    (✓) REQUEST _Letters of Incarceration_

RECEIVED
JAN 18 2019
BY: _____

TO: Records
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need 3 letters of Incarceration so that I may mail to 3 other counties inorder to take care of my other legal obligations.

Please aid me in this matter

Thank You for the gift of your Time

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

**DISPOSITION:** _____          DATE: _____

See attached.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Duroul Vann
POD: 03 CELL: F

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 12/20/18          TIME: _____

( ) APPEAL                    ( ) CLASSIFICATION **RECEIVED**
( ) REVIEW                    ( ) DISCIPLINE        DEC 24 2018
( ) GRIEVANCE                 (✓) REQUEST _____ BY: ...............

TO: Captain / Sgt Hanvers
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like for you to look back on the camera on the date of 10-18-18 (the date of which my incident took place whereas the officers jumped on me and drug me down a flight of stairs) and inform me of the names of all the officers who were involved, please. Especially the officer who kept his knees in my back, neck, and ride at the bottom of the stairs. This happened around 1 pm - 2 pm. Please Respond as soon as possible.

INMATE'S SIGNATURE: Duroul Vann          INMATE # 47539

DISPOSITION: _____  DATE: _____

01/08/19

This request cannot be done.

Capt. C.C.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" – CANARY: "DEPUTY"

PRINT NAME: Durayl Vann

POD: B-2 CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-06-19                      TIME: _____

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                 (✗) REQUEST  Legal Copies

RECEIVED
JAN 07 2019
BY: _____

TO: Programs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I need legal copies and both regular and 2 manilla envelopes inorder that I may send out my legal mail. I also need 3 claim for damages form

Thank You for the gift of your time

INMATE'S SIGNATURE: Durayl Vann            INMATE # 47539

DISPOSITION: _____ DATE: 01/08/19

- 2 COPIES PROVIDED 1/8/19
- 1 MANILLA ENVELOPE PROVIDED 1/8/19.
- 1 MANILLA + 2 LEGAL REGULAR ENVELOPES WERE PROVIDED. 01/09/19

DEPUTY'S SIGNATURE AND RANK  BW2929

WHITE: 'FILE' – CANARY: 'DEPUTY'

PRINT NAME: Durayl Vann

POD: B-2  CELL: 5

RECEIVED
JAN 08 2019
BY: _____

DATE: 1-08-19                    TIME: _____

( ) APPEAL                    ( ) CLASSIFICATION

( ) REVIEW                    ( ) DISCIPLINE

( ) GRIEVANCE                 (✓) REQUEST _approval for photos_

TO: Mail Room

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be approved to be able to receive photos (pictures) through the mail

Thank you for the gift of your time

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: Approved for 10 photos -2887 DATE: 1/8/19
Max photo size 4x6"

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Duray/ Vann
POD: B-2 CELL: 5

DATE: 1-07-19

TIME:

( ) APPEAL

( ) REVIEW

(✓) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST

RECEIVED
JAN 08 2019
BY:

TO: Warden Fewell

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to know of the procedure that an inmate is supposed to take when writing a grievance, utilizing an ICF, if the grievance that he is writing needs more space or takes up more space than what is provided on the front page of this ICF? Do we write on the back of this ICF? Just my questions alone has taken up all the space of this ICF. Is it fair to say that a grievance issue would surely take up more space than what is here provided. So why are y'all stopping inmates from adding additional sheets of paper if needed inorder to complete grievance

INMATE'S SIGNATURE: Duray/ Vann

INMATE # 47534

**DISPOSITION:** The space available is above. learn to write Briefly and Concisely. stop repeating.

DATE: 010819

**DEPUTY'S SIGNATURE AND RANK** Maj. Pstut

PRINT NAME: Duray Vann
POD: B-2 CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-04-19

TIME: _____

RECEIVED
JAN 07 2019
BY: _____

( ) APPEAL
( ) REVIEW
( ) GRIEVANCE

( ) CLASSIFICATION
( ) DISCIPLINE
(✓) REQUEST _Information_

TO: Internal Affairs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am writing you in regards of the incident / grievance issue that occurred on 10-28-18. I would like to know when did the investigation initiate as well as the date that the investigation ended.

I would also like to know the names of all the parties involved (Deputy Sheriffs) who entered my cell, drug me down the stairs, Etc as well as the name of the deputy who kept his knees on my neck and back. It would be highly appreciated. Thank you for the gift of your time

INMATE'S SIGNATURE: Duray Vann

INMATE # 47539

**DISPOSITION:** _Request Denied_ DATE: _____

DEPUTY'S SIGNATURE AND RANK _Capt. Carver-Webb_

WHITE: "FILE" -- CANARY: "DEPUTY"

PRINT NAME: Duray l Vann
POD: B-2   CELL: 5

## WYANDOTTE COUNTY DETENTION CENTER

## <u>INMATE COMMUNICATION FORM</u>

DATE: 12/31/18

TIME: _____

RECEIVED
JAN 0 2 2019
BY: .................

( )  APPEAL
( )  REVIEW
(✓)  GRIEVANCE

( )  CLASSIFICATION
( )  DISCIPLINE
(✓)  REQUEST *the return of unanswered Personal injury claims*

TO: Administration (Warden Fewell or Major Russell / Patrick)
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have filled out 2 personal injury claims and had sent them to you. One was in the form of an "ICF" the other was in the form of a property damage/loss form (in which I blacked out the title of property loss/damage and had hand written the heading of the form as personal injury claim). These forms were written on 10-29-18 and 11-02-18. Its been 2 months and still no response to these personal injury claims. It would be highly appreciated if I may get these documents/forms back with the proper response so that I may have knowledge of what your response was. Thanks Y'all

INMATE'S SIGNATURE: Duray l Vann
Please respond as soon as possible.

INMATE #: 47539

DISPOSITION: Lt Col. Jeffrey S. Fewell

DATE: 1-2-19

We have received your claims, No further action on our part will Be done. Contact your legal counsel.

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention Center

DEPUTY'S SIGNATURE AND RANK

WHITE: "FILE" – CANARY: "DEPUTY"

**PRINT NAME:** Duraul Vann

**POD:** B2 **CELL:** 5

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

**DATE:** 1-03-19   **TIME:** _____

( ) **APPEAL**          ( ) **CLASSIFICATION**

( X ) **REVIEW**        ( ) **DISCIPLINE**

( X ) **GRIEVANCE**     ( X ) **REQUEST** The return/receiver of this document and its attachments

RECEIVED JAN 04 2019 BY:

**TO:** Warden Ferrell

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

In response to your memorandum (see attached) you list all of these different reasons as to why you refuse to let me out of segregation (claiming I appose a threat to all that is listed on your memo). However, I have no disobeying write-ups, no combative hostile violatile write-ups, no threats to staff, deputies, or inmates, nothing that can be considered as a threat to the facility, its staff or inmates. Its, how one staff can say that I threatened, disrespected, cussed them out or

**INMATE'S SIGNATURE:** Duraul Vann   **INMATE #** 47539

**DISPOSITION:** _____   **DATE:** 010419

Your issues have been reviewed

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE" – CANARY: "DEPUTY"

what they were doing to me, the came back and took the camera back out for fear of me exposing them. The video footage in the seg unit will show all of this. Please investigate these matters with the utmost sincerest urgency. Your cameras wont lie and will tell all. Please get the conversations between Green and I in Seg Unit on 11/01/18 at around 2:30 am - 5:30 am. All of this is proof

... footage of body cams. I was drug down two flights of stairs, for no reason, placed in a chair and rubber room for no reason. Please explain to me how does a medical emergency turn into an inmate being placed under combative status and then being placed in a seg unit without shoes or his legal work that he is allowed to have in seg unit. Still haven't been taken to the clinic and am just now through coughing and spitting up blood without even being seen by nursing staff.

I still don't have any shoes while being in seg. I never kicked on any doors or broken any rules to be placed in seg, rubber room, or restraint chair. I never became aggressive, resistive, or combative that would warrant or justify the actions of the officers. See body cams of officers. I never once denied or refused medical treatment. Nor was there any reason for me to remain in the restraint chair for as long as I did. Sgt Brown said that it was personal and not protocol for her placing me in chair, room and seg when I asked why she was doing what she was doing. Please review footage. Not once did I become aggressive. My body was too weak to even do so. I have no reason to lie about anything. The B-Shift did these things out of retaliation of previous incidents in which reports had been filed upon them. Then I told ...

...ther cause me bodily harm. They tried to stop me from breathing by asphyxiation. They tried to kill me but luckily I had several witness looking and watching. Bruce Lyner cell #43F. That is one witness. Cell #41 is another witness. Several other inmates were watching. You can ask them what they saw to confirm the facts that I speak. I want it on record that I wish to file criminal charges on these officers. My info is 816 749-9964. My name is Durayl Vann. Please contact me. My address is 1201 N. 7th for mailing purposes. These officers attacked, assaulted and battered me without justifiable cause. Please investigate this matter.

I would also like a copy of this grievance and attachments. Please.

Durayl Vann 77539
B-2 Cell #14

to take my vitals properly and when I ask for them to call another nurse to do what he was refusing to do they said no and he refused to take my vitals properly. Instead of putting me on a gurney at taking me to the clinic they jumped on me and ~~put~~ ~~me~~ ~~on~~ ~~the restraints~~ drug me down stairs (had me spitting up blood) put me in a restraint chair, put me in a rubber room ( while still being in the chair ~~for~~ for several hours while having me sit in my own urine for an hour then afterwards placed in segregation for no reason at all. They claim that their Body cams were on so I ask that you review the footage and tell me how any of their actions were justified.

I am grieving the actions of Officer Mesner, Officer Loboer, Sgt Brown, Nurse Watters, Officer Corley, any and all officers involved in that incident (October 27, 2018 Time: 6:30 pm - the time of me being placed in seg. I would like the names and badge numbers of all parties involved. Nurses included. I also have several witnesses. And I would like to press charges of assault of said officers as well as Sgt Brown retaliatory actions stemming from previous

incidents I would also like to have
copies of whole grievance and attachments

End of grievance

incident occurred in F-Pod Cell 4)
all the way to intake and to seg unit on 10/22/
at approx 6:30 - time placed in seg unit

Dwayl Vann 47539

Dwayl Vann 47539
710 N. 7th St
KCK 66101

I'm currently in Seg Unit
cell #11 - B-2

in intake (without vitals being checked) for several hours. They refused to allow me to use the restroom and told me to urinate on myself (Sgt. Brown). I did and then she (Sgt. Brown) left me in the chair and room for another hour for no reason. I asked her what was the reason for all of this? She said that I was a piece of shit and that because I made her look bad due to my action that she was going to leave me in the chair and room for another hour. She left me in my urine and cuffed up in the restraint chair for another hour without justifiable cause. I was not combative or aggressive at any time.

Someone please explain to me how does a medical emergency turn into a situation where I (the inmate) has to be attacked, placed in a restraint chair, drug down flights of stairs, attacked to the point where I'm coughing up blood, denied medical assistance, placed in a rubber room to be sitting in my urine for a an hour while being in a restraint chair while all the while not once was I assistant in any form or fashion nor was I combative at any time. Body cams were activated. Please review them and explain

to me what I did wrong at any point and time to deserve being jumped on, drug down some stairs and put in a restraint chair, placed in a rubber room for several hours and the placed in segregation only to still be denied medical attention? These people have done the same to me before ( Sgt Brown, etc, Castor,) The B Shift first and foremost once officer Mesner knew that I requested medical assistance he shouldve called a code for that. He literally come to my cell and told me that I was not having dizzyness or chest pains and wasn't going to call a nurse or medical assistance. It took four other officers to find me on the floor later to have a nurse come, deputy Mesner is not a certified nurse and for him to make such a judgement is complete negligence on his part He forcefully subjected me to cruel and unusual punishment. I pressed the intercom several times and he refused to answer. Even during his pod check I asked him to call a nurse due to my medical situation. He refused I have several witnesses to that. If it wasn't for other inmates kicking on the door trying to get someone to see me, a nurse wouldn't have come. but even after then this male nurse Watkins refuse

actions upon me. They did that. Not me. Furthermore, I cannot control what other inmates do. Not only that but I was found unresponsive in my cell. So how can an unresponsive man influence a group demonstration? My situation was a medical situation. How does a medical situation turn into a combative situation? I didn't display my combative actions. Nor was I written up for any combative actions. Nor am I guilty of any of the write-ups that I was written. Your own body cams and pod cams show and prove this. Yet I'm sentenced to hole time for over 4 months because the officers and administration are trying to cover this up while my body heals up while I'm in the hole for 4 months and I can't keep in contact with witnesses (inmates) and expose what has been going on.

I want my grievances (with responses) and all the attached pages returned to me as soon as possible so that I may exhaust all of my remedies in this facility before I proceed in furthering my cause utilizing the grievance process.

It's so obvious what you all are doing to the point I no longer wonder why you are treating me so arbitrarily different from other inmates out of the seg (hole) but am keeping me down here and they have combative write ups (fights, assaults on officers, etc.) and am getting 15 days plus time cuts. I have no combative write ups. No new write-up, and have been denied time cuts and suspended sentences 3 times without reasonable cause even though I am not a security risk.

May you just please send all of my grievances back to me along with their attached and your responses.

Thank you. and your responses.

XX 4753

Vann

any of my grievances back pertaining to the officers jumping on me and dragging me down a flight of stairs and then jumping on me again to the point whereas the outcome left me coughing up blood for 3-4 days. Not only that, but I was also made to sit in my urine for over an hour (out of the 2 hours that I was made to sit in a restraint chair) unjustifiably.

I displayed no combative actions, never banged or kicked on any doors, never done anything to deserve or warrant the actions of being jumped on and placed in a restraint chair along with other violatile actions forcefully and brutally brought upon me by these same racist officers who had previously beat me before without justifiable cause. Furthermore, the cameras prove my innocence of all the disciplinary tickets that I was written. Even the disciplinary ticket stating disrespect to staff (nurse). A nurse never even came to check my restraints yet the ticket states that I disrespected a nurse by ~~telling him if he was not doing his job properly when he came came, at all, to check any restraints?~~ Check your cameras. This is evidence that Sara Lamson or Major Patuch never looked at any cameras like they said they did. Furthermore, not one officer can say that I kicked or banged on any door. Not one single officer can even say that he gave me a warning to stop kicking or banging. Why? Because it never happened. Secondly, I didn't create a group disturbance. Your officers did when they started jumping on me for no reason. When other inmates begin seeing what your officers were doing to me, it riled up the other inmat ~~displaying their evil and~~

anything of that nature. So how is it that you are claiming that I'm a threat to all that is listed on your "memorandum" yet I've never displayed any verbal or physical actions that would warrant me being placed under such a security risk hence your reason's for keeping me down in segregation um for several month's?

You have literally allowed 8 caurcasian male inmates back into population after serving less than 24 days in the seg unit. (6 for fighting & the other 2 inmates for assaults on your deputy officers). They have Hostile & Violatile written-ups which is more of a threat to facility, inmates, and officers yet you let them back into general population with no problems.

I literally have no combatative write-up at all. My situation was a medical situation whereas I was mistreated badlly and brutally by your officers (in which even your deputy Mester who started all of this came to me and admitted that he was wrong but don't know what to do to rectify the situation) then placed in seg for several month's until I heal up and the situation can be covered up like nothing happened.

And now I'm just simply asking why I'm being treated arbitrarily different (in a

for treating how you are treating me (depriving me from law library, canteen, my legal work that you confiscated, phone calls to the outside world ( my paralyzed ill-strucken mother). You are simply retaliating against me and trying to hinder me from further exhausting my remedies through the grievance process (Violating my due process).

If thats the case/reason (security risk) that you are using to keep me out of general population, you could put me on "rec-alone" status in general population like you've done other inmates who you feel oppose a physical threat, etc. Those inmates have violatile write ups.

Here it is, I don't even have those type of write ups and you won't ~~at least~~ at the very least even put me on "rec alone" Permenant ad-seg status in general population. I'm even willing to do that (and I don't even fit the cuterian for that because I don't even have any violent write-ups). But you won't even do that. Yet you have no problem letting 8 caucasion males with hostile violent write-ups right back into general population at refuse to even place me on rec alone in general population and I oppose a threat to no-one?

Why am I being treated arbitrarily different, Warden Fewell?

Please Respond. What exactly makes my case worse than theirs? What logic is your decision based on? What makes

has been searched. My old cell (F-42) was searched again in which the officers on B-shift had already packed me out after I was brought to seg. So how is it that no one knows where none of my property is? (Mainly my legal work which consisted of 3 huge manilla envelopes stuffed to max capacity of legal material (my discovery for case #14 CR 901)

I was put in a restraint chair (after being handcuffed, jumped on and drug down stairs for no reason) and taken to the rubber room in intake. So its evident that I never exited the cell with my property. My property was never brought to the seg unit with me. And since that day 10-28-18 I've been inquiring about my legal work and now no one can find it no where. You people have a habit of confiscating my legal work and refusing to give it back until I file paperwork. Sgt Brown told me that I wasn't getting any of my property back on going back to F-Pod when I was in the intake rubber room in the restraint chair (See camera). But you cant confiscate my legal work. Its not contra-band. Now y'all simply can't find any of my property (mainly & most importantly my legal work). I simply want all my legal work. This is the 5th grievance concerning this matter in which you all have continuously refused to answer the first 4 grievances pertaining to this matter.

which they were written on these dates as
listed below:

                    10-29-18
                    11-02-18
                    11-19-18
                    12-13-18

        and now this is the 5th one written on
this date of 1-05-19.

        I want my legal Work. Its my personal
property that I'm allowed to have in the seg unit
and its pertaining to my legal case of 14 CR 901
along with my mother's personal medical info, Etc. In
which some of these documents are not easily replaced.
Your officers are responsible for packing out inmates
property. I never even signed an inventory sheet
stating that my property was packed out at all or
by whom. You have several cameras, yet you cant
figure out who packed out my cell or where my
property went to?

        Once again I'm grieving the actions of your
deputies refusing to give me my legal work in the
seg unit; and it is my firm belief that Sgt Brodi
is denying me my legal work out of retaliation
due to me filing grievances on her and other officers
on the same B-shift nights previously due to
a matter of a serious matter pertaining to brutal Excessive
force being used on me in an earlier incident
( Vann V. Fewell et et 15-CV-0392-JAR).
   Brown
   Green