IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DURAYL TYREE VANN,

    **Plaintiff,**

    v.                              CASE NO. 20-3200-SAC

JEFFREY FEWELL, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Although Plaintiff is currently incarcerated at the Lansing Correctional Facility in Lansing, Kansas, the events giving rise to his Complaint occurred during his detention at the Wyandotte County Jail ("WCJ'). The Court granted Plaintiff leave to proceed *in forma pauperis*. On August 10, 2021, the Court entered a Memorandum and Order (Doc. 16) ordering the officials responsible for the operation of the WCJ to prepare a *Martinez* Report regarding Counts II, VI, VIII, IX, XII, XIV, XVI, and the claim in Count X regarding incidents occurring in 2019. The *Martinez* Report (Doc. 34) was filed on January 14, 2022. The Court screened Plaintiff's Amended Complaint in light of the Report, and ordered Plaintiff to respond and show good cause why his claims should not be dismissed. The deadline for Plaintiff to respond is February 17, 2022. This matter is before the Court on Plaintiff's Motion to Compel (Doc. 37).

Plaintiff argues that his relevant mental health records were not included in the *Martinez* Report. Plaintiff seeks to compel the WCJ to produce all mental health documentation pertaining to Plaintiff, including all notes from Mental Health personnel and/or staff who performed "wellness checks." (Doc. 37, at 1.) The Court will grant the officials responsible for

1

the operation of the WCJ an opportunity to respond to the motion by either supplying the requested medical records or showing good cause why they are not available for submission.

**IT IS THEREFORE ORDERED BY THE COURT** that the officials responsible for the operation of the WCJ are granted until **February 18, 2021,** in which to respond to Plaintiff's motion at Doc. 37.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to the *Martinez* Report at Doc. 34 and to show good cause why his claims should not be dismissed is extended to **March 4, 2022**.

**IT IS SO ORDERED.**

**Dated February 9, 2022, in Topeka, Kansas.**

<u>s/ Sam A. Crow</u>
**Sam A. Crow**
**U.S. Senior District Judge**