IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DURAYL TYREE VANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 20-3200-SAC |
| | ) | |
| JEFFREY FEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

**COMES NOW**, counsel undersigned for the Wyandotte County Sheriff as an Interested Party (WYSO), and in accordance with the Court's Order [Doc. #38, filed February 9, 2022] submits the following response to Plaintiff's Motion to Compel [Doc. #37, filed February 8, 2022]. Officials at WYSO do not believe the particular records referenced by the Plaintiff will aid or support his claims. However, in the interest of resolving this matter, WYSO will mail, in conventional form, a copy of Plaintiff's medical records to him, and he may use whatever records he needs to respond to the Martinez report. The records comprise approximately 382 pages and have been printed and mailed as the date of filing this response.

Respectfully Submitted,

/s/ Joni Cole
Joni Cole, KBN 24798
Legal Advisor to the Sheriff
710 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 18th day of February, 2022 a true and correct copy of the foregoing was filed using the District Court CM/ECF system with a hard copy mailed, postage pre-paid, along with 382 pages of medical records to:

Durayl Tyree Vann, #0076997
Lansing Correctional Facility
301 E. Kansas Avenue
Lansing, Kansas 66043

/s/ Joni Cole
Attorney for Interested Party
Wyandotte Co. Sheriff's Office