# Table of Contents

Exhibits:

**#1 thru #4:** Notarized Declarations scribed by Witnesses

**5(A) thru 5(E):** Evidence of Chronic Care, High Blood Pressure, History of Medical Conditions and Chest pains. Evidence that genuine medical issues do exist.

**6(A) thru 6(H):** Dialogue recorded to Mental health concerning plaintiff's fears, Evidence of Hunger Strike, and injuries sustained from the use of excessive force deployed by defendants, and Plaintiffs request in filing charges against defendants

**7(A) thru 7(K):** Plaintiffs dialogue with mental health pertaining to the issues aforementioned in complaints filed against Wyco Jail Staff.

**8(A) thru 8(P):** Documentation on plaintiff being stripped from his legal litigation law work, Administration's refusal to return law work, Violations of Due process, Etc.

**9(A) thru 9(H):** Documentation of Major Patricks threat on plaintiffs life, false documentation created by Major Patrick.

10(A) thru 10(C):   Documentation of plaintiff not being informed of mothers' death.

11(A) thru 11(I):   Complaints and documentation pertaining to Warden Fewell placing Plaintiff in an unfit cell, Denial of showers, and Denial of sanitary clean environment.

12(A) thru 12(m):   Further documentation in support of plaintiffs' claims, Appeals, Grievances sent to Larry Roland and Donald Ash making them aware of the existing issues as mentioned in complaint 20-3200-SAC

End of Contents entered as attached documents of this Motion. Exhibits are as the following.