exhibit 1

In the United States District Court of Kansas

Duray l Vann,
        Plaintiff

        V.                              Civil Action No. 20-3200 SAC

Warden Fewell, al et
        Defendant(s)

Damont Williams hereby declares:

I was incarcerated at Wyandotte County Jail from 4/12/18 to 3/23/19 I was housed in F-Pod during the entire month of October 2018. I was housed on the top tier in cell #32. Mr Vann was also housed on the top tier in F-Pod during this time. I believe that he was in cell# 41 or 42 in front of the stairway on the inmate showers side.

On October 27th 2018 I heard Mr Vann continuously ask a deputy (Mesner) to call a medical nurse because he was having chest pains. The officer refused to do so on several request by Mr. Vann. About 2 hour later I witnessed Mr. Vann. while cuffed behind his back and laying on his Stomache being assaulted by officers as they violently drug him across the floor out into the walk way then violently drug him down the stairs. During the whole time of this incident I and several other inmates heard Mr Vann screaming out in pain stating "why are you doing this to me" and "Why are y'all doing me like this?" He then yelled out telling other inmate's to witness

What the officers were doing to him and that they were hurting him causing him to cough up blood.

I did not see what took place at the bottom of the stairs once he was dragged down the flight of stairs.

However, the next morning or day when we came out of the cells several inmates and I saw what appeared to be dried blood/ stains smeared in front of the cell that Mr. Vann was taken out of and dried blood stains at the bottom of the stairs

Officer Lobner is the only officer that I can recognize out of the several officers who participated in violently dragging of Mr. Vann. At no time did I see Inmate Vann display any actions that would warrant or justify what was being done to him. This is all that I can testify to. Anything else. I did not witness nor hear. Myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed at El Dorado on March 27, 2020

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 9·14·22



exhibit # 2                    In the United States District Court of Kansas

Durayl Vann,
        plaintiff              Declaration of Ryan Bright
V.                             Civil Action No. 20-3200-SAC
Deputy Lobner,

        Ryan Bright hereby declares:
    I was incarcerated in Wyandotte County Jail from June 15 2018 to
Feb 20, 2020. I was housed in F, Pod during the month of Oct. 2018. I
was housed in rm 37 upper tier. Mr Vann was also housed up top run
during this time. I think he was in rm 41 or 42 close to the stairwell
and showers.
    On Oct 27 2018 I heard Mr Vann continuously asking deputy Mesner to
call medical because of chest pains. The officer refused to do so on several
request by Mr. Vann. About 2 hrs latter I witnessed Mr. Vann, being cuffed up
and laying on his stomach being assulted by officers that worked that night.
They violently drug him across the floor out into the walkway slamed him on
the floor by the showers. Then dragged him down the steps. All I
can hear was Mr Vann screaming out in pain and telling them he is
spitting up blood and why are you doing this to me. All the other inmates
heard the same and seen the same thing going on. Mr Vann yelled to
all the inmates to plese documents this for what they are doing to him.
    I did not see what took place after Mr. Vann was dragged down
the steps. However the next morning when we was able to come out
of our cells we noticed blood on the floor by the showers and
infront of his cell and on the bottom of the stairs.
    Officer Lobner is the only officer that I recognize out of all the
officers who was perticipating in this violent act that Mr Vann was
taking. that should of never took place. At any time did I see Mr Vann
display any actions that would warrant or Justify what was being done
to him. This is all that I can testify to. Anything else I did not witness
or nor hear, myself.

    I declare under penalty of perjury that the
foregoing is true and correct. Executed at
El Dorado on March 10 2020

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 9-19-22

What the officers were doing to him and that they were hurting him causing him to cough up blood.

I did not see what took place at the bottom of the stairs once he was dragged down the flight of stairs.

However, the next morning or day when we came out of the cells several inmates and I saw what appeared to be dried blood/stains smeared in front of the cell that Mr. Vann was taken out of and dried blood stains at the bottom of the stairs

Officer Lobner is the only officer that I can recognize out of the several officers who participated in violently dragging of Mr. Vann. At no time did I see Inmate Vann display any actions that would warrant or Justify what was being done to him. This is all that I can testify to. Anything else. I did not witness nor hear. Myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed at El Dorado on March 27, 2020

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 9-14-22



exhibit # 2

In the United States District Court of Kansas

Durayl Vann,
plaintiff
V.
Deputy Lobnee,

Declaration of Ryan Bright
Civil Action No. 20-3200-SAC

Ryan Bright hereby declares:

I was incarcerated in Wyandotte County Jail from June 15 2018 to Feb 20, 2020. I was housed in F2 Pod during the month of Oct. 2018. I was housed in rm 37 upper tier. Mr Vann was also housed up top run during this time. I think he was in rm 41 or 42, close to the stairwell and showers.

On Oct 27 2018 I heard Mr Vann continuously asking deputy Mesner to call medical because of chest pains. The officer refused to do so on several request by Mr. Vann. About 2 hrs latter I witnessed Mr. Vann, being cuffed up and laying on his stomach being assulted by officers that worked that night. They violently drug him across the floor out into the walk way slammed him on the floor by the showers. Then dragged him down the steps. All I can hear was Mr Vann screaming out in pain and telling them he is spitting up blood and why are you doing this to me. All the other inmates heard the same and seen the same thing going on. Mr Vann yelled to all the inmates to please documents this for what they are doing to him.

I did not see what took place after Mr. Vann was dragged down the steps. However the next morning when we was able to come out of our cells we noticed blood on the floor by the showers and infront of his cell and on the bottom of the stairs.

Officer Lobner is the only officer that I recognize out of all the officers who was participating in this violent act that Mr Vann was taking. that should of never took place. At any time did I see Mr Vann display any actions that would warrant or Justify what was being done to him. This is all that I can testify to. Anything else I did not witness or nor hear, myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed at El Dorado on March 10 2020

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 9-14-22



Exhibit #3

Collin Cross hereby declares:

On a day during my incarceration in Wyandotte County Jail it was in my cell when I heard a commotion outside my cell. When I looked out my cell window I could see a man being drug down the stairs in F-pod. He was screaming but I wasn't able to make out the exact words. There were multiple officers dragging him down the stairs. From my cell I could only see part of the occurrence. The next day when speaking with other inmates I found out it was inmate Vann being drug down the stairs. The other inmate told me that once at the bottom of the stairs, the officers proceeded to beat him and they could see blood on Vann. And on the floor. I do not recall the exact date this happened but I believe it was in October.

[Notary stamp:]
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP:
Madison Potter
2/4/2026

Collin Cross
Collin Cross

[signature]
Expires: 2/4/2026



Exhibit 1          In the United States District Court of Kansas

Durayl Vann,
      plaintiff                         Declaration of Ryan Bright

          V

Major Patrick                           Civil Action No: 20-3200-SAC
      Defendant

  Ryan Bright hereby declares:
    I have been incarcerated at Wyandotte County Jail since June 15
2018 to Feb 20, 2020. I was housed in Seg in Oct/Nov of 2019 in cell
#6 and Mr. Vann was in cell #4.
    In the Month of Oct. 29th 2019 I was in my cell in seg
#6 when I heard Mr. Vann talking to Sgt Sage and Deputy
Garcia with Major Patrick all that I seen and heard was that
Major Patrick was yelling at Mr Vann telling him that he has a
letter and he is keeping it for when he sees Mr Vann out in
the streets and made a gun with his hands and put it to his
head. For what I seen it is very threatening and unprofessional.
Major Patrick then left the pod and Mr. Vann asked if Sgt. Sage
and Garcia would make a report for Mr Vann and they said
No they didnt hear or see anything. Sgt Sage said he
is going to stand behind what his Major said. Garcia
said nothing and walked out at that time.


    I declare under penalty of perjury that the foregoing
is true and correct. Executed at El Dorado on March
2020

                                          [signature]

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires 9/4/22

[signature]

*Proof of claims of health issues on 10/26/18*          *Exhibit 5 (A)*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

≋ **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 10/26/2018 |

☐ *Refusal of admission until medically cleared*

## Patient Questionnaire (explain all yes answers)

1. Have you ever or are you currently being treated for: asthma, diabetes, seizure disorder, thyroid disorder, heart condition, high blood pressure, bleeding disorder or kidney disease? — ◉ Yes ○ No

2. Have you or are you currently being treated for any other illness or health problem not listed above? — ○ Yes ◉ No

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

3. Are you currently taking any medication prescribed to you by a physician? — ○ Yes ◉ No

4. Are you allergic to any medications or do you have any other allergies? — ○ Yes ◉ No

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

5. Have you been hospitalized by a physician or psychiatrist? — ○ Yes ◉ No

Describe:

6. Do you have current painful dental condition or dental complaint? — ○ Yes ◉ No

Describe:

7. Have you been exposed to or been diagnosed with Hepatitis, venereal or sexually transmitted disease, HIV/AIDS or any other serious disease? — ○ Yes ◉ No

8. Have you ever had a positive TB skin test, been exposed to TB or been diagnosed with TB? — ○ Yes ◉ No

9. Have you ever received treatment for exposure to or diagnosis of TB? — ○ Yes ◉ No

10. Do you currently have any of these symptoms: persistent cough, shortness of breath, loss of appetitie, fatigue, coughing up blood, night sweats or unexplained weight loss? — ○ Yes ◉ No

Explain:

11. Are you on a specific diet prescribed by a physician? — ○ Yes ◉ No

☐ ** No Items Selected **

Explain:

12. Do you use drugs not prescribed by a physician? — ○ Yes ◉ No

*Proof of chronic care*
*on date of 10/26/28*

*Exhibit #5 (B)*

Wyandotte Detention Center, KS
*Wyandotte County (WDD)*
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 10/26/2018 |

~~If any "yes" answers, notify classifications and refer to MH to be seen within 14 days.~~

Referred for Evaluation?                                                    ○ Yes  ● No

## Current Mental Status (Check all that apply)

| | |
|---|---|
| ORIENTATION | ☑ Alert, Oriented ☐ Disoriented |
| AFFECT | ☑ Appropriate ☐ Flat ☐ Inappropriate |
| THOUGHT PROCESS | ☑ Logical ☐ Paranoid ☐ Does not make sense |
| SPEECH | ☑ Appropriate ☐ Slurred ☐ Pressured ☐ Slowed ☐ Loud |
| MOOD | ☑ Appropriate ☐ Depressed ☐ Elated ☐ Terrified/crying ☐ Angry |
| ACTIVITY/BEHAVIOR | ☑ Appropriate ☐ Unable to sit still ☐ Slow/Lethargic ☐ No eye contact |
| HALLUCINATIONS | ☐ Visual ☐ Auditory ☐ Tactile ☐ Olfactory |

## Patient Signature

*I have answered all questions fully. I have been instructed on and received information on how to obtain/access medical services. I have been instructed and have received information on sexual assault awareness. I hereby give my consent for Correct Care Solutions to provide health care services.*

☑ Signed    **DURAYL T VANN** Date **10/26/2018 1:22:21 PM**

☒ Signature Image

## Referrals - Check appropriate box (This does not automatically create a referral.)

☑ *Medical Provider*

☑ *Chronic Care*

☐ *Sick Call*

☐ *CIWA/Withdrawal Protocol*

☐ *Mental Health*

☐ *Infection Control Nurse*

☐ *Dental*

## Placement/Housing (Check appropriate box)

Special Needs

*Exhibit 5(c)*

*Medical (evidence of chestpains)*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Chronic Care Periodic Exam or Follow Up Visit**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/20/2018 |

☑ CV/Hypertension

Check if present   ☑ Chest Pain   ☐ SOB ☐ Palpitations ☐ Ankle Edema

☐ Diabetes mellitus

☐ GERD

☐ HIV/AIDS

☐ Hep C Virus (Chronic Infection or Antibody Positive, not confirmed)

☐ Pain

☐ Seizure disorder

Patient adherence with medications?   ◉ Yes ○ No ○ Other
Explain
Patient adherence with diet?   ◉ Yes ○ No
Patient adherence with exercise?   ◉ Yes ○ No

## OBJECTIVE

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-20-2018 10:19 AM CST | 110/70 | 79 | 16 | 97.70 | 99 | 228 | - | - | - | - | - |

Pain Scale (0-10)          0
**Labs**
Hgb A1C
HIV VL
CD4
Total Chol
LDL
HDL
Trig
INR
Range of fingerstick glucose

Exhibit 5 (D)
Medical (evidence of hypertension)

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
*710 N 7th Street*
*Kansas City , KS66101*

**Staff Referral Form**
Medical



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018002918 | 6/3/1982 | 4/25/2018 |

Type:  ○ *Emergent* ○ *Urgent* ◉ *Routine*

Medical:  ☐ *Physician* ☑ *Mid-level Provider* ☐ *Nurse* ☑ *Chronic Care* ☐ *Other*

Chronic Care

☐ *Anticoagulation*

☐ *Asthma / COPD*

☐ *Cancer*

☐ *Cardiac*

☐ *Diabetes*

☐ *Hep C*

☐ *HIV*

☐ *Hyperlipidemia*

☑ *Hypertension*

☐ *Pregnancy*

☐ *Renal / Dialysis*

☐ *Seizures*

☐ *Thyroid*

☐ *Other (noted below)*

Other:

Reason for Referral:

*Hypertension*

Additional Information (including interim actions taken):

*Exhibit 5 (E)*

*(medical) evidence of being on chronic care with genuine issues*

Wyandotte Detention Center, KS
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*

**Medical History and Physical Assessment with Mental Health**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018002918 | 6/3/1982 | 5/7/2018 |

☑ *Receiving Screening reviewed*

☐ *Per site policy, no Medical History and Physical Assessment required*

☐ *Patient refused Medical History and Physical Assessment*
   ☐ *Appropriate "Refusal of Treatment" paperwork completed*

☐ *Unable to complete Medical History and Physical Assessment*
   Patient unavailable due to Patient

## History

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

*History of heart conditions and High Blood Pressure*

1. Is there history of nervous system disorder, hearing problems, headache, blackouts, problems with balance/dizziness, or seizures?     ● Yes  ○ No

Explain:     *Headaches, states they are because he doesn't have his glasses, and sometimes to high blood pressure.*

2. Is there history of muscle problems, joint problems, arthritis, false teeth, teeth problems, oral pain or discomfort?     ○ Yes  ● No

Explain:

3. Is there history of pneumonia, hay fever, cough/sputum or tuberculosis?     ○ Yes  ● No

Explain:

4. Is there history of ulcer, throat problems, stomach pain, nausea/vomiting, liver problems, hernia, hepatitis, heartburn or gallbladder problems?     ○ Yes  ● No

Explain:

5. Is there history of hypertension, heart problems, diabetes, asthma or kidney disease?     ● Yes  ○ No

Explain:     *Hx HTN, has been taking HCTZ, but not regularly.*

6. Is there history of cancer?     ○ Yes  ● No

Explain:



Hunger strike
(medical)                    Exhibit(s) # 6 (A)

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS 66101**

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 10/30/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-30-2018 10:13 PM CST | 132/74 | 86 | 18 | 98.00 | 100 | - | - | - | - | - | - |
| 10-30-2018 10:18 PM CST | - | - | - | - | - | - | - | - | - | - | - |

Notes / History:

Added 10/30/2018 10:19 PM CST by KMKappel LPN

Security called medical at shift change to state pt refused all meals today and that patient declared he was on a hunger strike. Pt was evaluated during HS med pass by this writer. Pt's vital signs were taken as well as blood sugar level. This writer listened to pt explain why he was on a hunger strike d/t neglect from security and medical staff alike. Claims no medical personnel have seen him since his use of force incident and his transfer to B pod housing unit. This writer was able to get pt to drink two glasses of Gatorade while assessment was taken place. Pt states he will refuse all meals tomorrow because that seems to be the only way to receive the attention from security and medical that he needs. Educated pt on the importance of eating and drinking while

exhibit 6 (B)

(Medical) Hunger Strike

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS 66101**

**Progress Notes**

 wellpath℠

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/3/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-03-2018 07:41 PM CST | 120/90 | 91 | 18 | 99.10 | 98 | - | - | - | - | - | - |
| 11-03-2018 07:44 PM CST | 120/70 | 93 | 18 | 99.10 | 98 | - | - | - | - | - | - |

**Notes / History:**

Added 11/03/2018 07:56 PM CST by RuKaboe LPN

*Pt cont to be on hunger strike protocol. He is still refusing to eat but pushing fluids (water) per pod officers. He is stable at this time and A&OX3. Pt was educated about dangers of dehydration and starvation. He acknowledged understanding but states that security has to do right by him. No other issues at this time. He also refused granola bars offered to him by this writer. Pt was not able to provide a urine sample stating that he could not go. UA cup left with pt and advised to notify medical as soon as sample is ready to check for ketones. Will cont to monitor.*

*Exhibit 6 (c)*

*Medical*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
*710 N 7th Street*
*Kansas City , KS66101*

**Suicide Watch Daily Follow Up / Discharge**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/5/2018 |

○ *Daily Follow Up*  ◉ *Discharge*

---

**Type of Watch and Frequency:**

○ *Constant*  ◉ *Staggered 15 minutes*  ○ *Other, indicate watch frequency*

---

**Date placed on Watch**  *11/2/2018*

---

**Number of Days on Watch**   *3 days*

---

**Reason for Watch:**

○ *Ideation/Threat*  ○ *Plan*  ○ *Act*  ◉ *Other*

*Patient was placed on hunger strike and nursing staff report he missed 3 to 4 days of meals*

---

**Interventions during session:**

*Met with patient along with psychiatrist. Patient stated "how do I get out of this status?" Patient denied any current SI/HI. He denied any history of suicide attempts. Patient denies any history of MH treatment. This writer has known patient for very long time and asked why he was placed on S/W. He stated "man, I went on hunger strike over some issues." Patient discussed vaguely regarding how security staff had treated him. Patient reports that the not eating was not an attempt to harm himself, but an attempt to protest or gain attention where he felt he had been wronged. Patient reports his reasons for living are his religious beliefs and his family. Discussed D/C S/W.*

---

**Mental Status Examination**

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

Exhibit e(15)

(medical)
pain from injury

**RECEIVED**

DEC 0 5 2018

△ **CCS**
CORRECT CARE
SOLUTIONS
BY: _____

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
|---|
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): _Duroyl Vann_     DOB (Fecha de nacimiento): _6-3-82_

ID # (Nº de identificación): _47539_     Living Unit (Unidad): _B-2 Cell 5_

☑ **Medical (Medico)**    ☐ Behavioral Health (Salud Mental)    ☐ Dental (Dental)    ☑ Other _follow up_

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_This is my 3rd sick call about my hurt back stemming from the incident_
_that took place on 10-29-18. It's gotten to the point where my back is_
_locking up on me causing me even more excruciating pain. Please see me as_
_soon as possible._

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _Duroyl Vann_     Date (Fecha) _12-04-18_

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

(TO BE COMPLETED BY TRIAGING STAFF)

**TRIAGE:**    ☐ Emergent   ☐ Urgent   ☑ Routine    Triage Date: _12/06_ Initials: _RK_ Time: _1706_

**INITIAL:**   ☑ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)     ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return

☐ Response sent to patient (if applicable)     ☐ Patient refused, Refusal Form complete

☐ Patient released from custody

**RESPONSE TO PATIENT / COMMENTS** _Pt seen in POD by medical_

NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

_RKaboe_            _12/06/18_
**Staff Signature**     P.N., RN          **Date**



* D 1 4 6 9 9 3 D P 5 5 8 4 6 P N X N *

SC002UN000ACCBI100615
(w/o fees)

Exhibit 6(E)

Medical (Pain from Injury)

**CCS**
CORRECT CARE
SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: _____
Initials: _____
Time: _____

Name (Nombre): Ducayl Vann                     DOB (Fecha de nacimiento): 6-3-82

ID # (N° de identificación): 47539             Living Unit (Unidad): B-2  # 5

☑ Medical (Medico)  ☐ Behavioral Health (Salud Mental)  ☐ Dental (Dental)  ☑ Other Follow up

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

My back is in excruciating pain and has been locking up on me since 10-29-18. I need to see a doctor or x-ray or something to see what's going on. Please see me as soon as possible.

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

**Patient Signature (Firma del Paciente):** Ducayl Vann     **Date (Fecha):** 12/22/18

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(TO BE COMPLETED BY TRIAGING STAFF)

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☑ Routine | Triage Date | Initials | Time |

**INITIAL:**  ☑ Sick Call  ☑ Nurse  ☐ HCP  ☐ Dentist  ☐ Behavioral Health  ☐ Eye Doctor  ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☑ Patient seen (if applicable)                    ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)        ☐ Patient refused, Refusal Form complete
☐ Patient released from custody                   **Fee Charge**  ☑ No  ☐ Yes, Amount $_____

**RESPONSE TO PATIENT / COMMENTS** _____

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

**Staff Signature**                                              **Date** 12/22/18

Form Number: SC001UN000ACCBI102413            2-Part Form                     Page 1 of 1

*Exhibit 6(F)*

*Medical (still having pains from past Assaults of Deputy Sherriffe)*

RECEIVED
JAN 02 ...
BY: .................

CCS
CORRECT CARE
SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
|---|
| Date: _____ |
| Initials: _____ |
| Time: _____ |

---

Name (Nombre): __Durayl Vann__     DOB (Fecha de nacimiento): __6-3-87__

ID # (Nº de identificación): __47539__     Living Unit (Unidad): __B-2  Cell5__

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☑ Other __Follow-up__

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

__I'm still having severe back pains and it seems to be getting worse. Please see me as soon as possible. Thank you, ladies. Also I was scheduled for my MRI. It's been over 2 months. What's going on with that situation.__

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): __Durayl Vann__     Date (Fecha): __12/31/18__

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(TO BE COMPLETED BY TRIAGING STAFF)**

TRIAGE:   ☐ Emergent   ☐ Urgent   ☑ Routine   Triage Date: 1/9/19   Initials: CM   Time: 0839

INITIAL:   ☑ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☑ Patient seen (if applicable)         ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody         Fee Charge   ☐ No   ☐ Yes, Amount $_____

RESPONSE TO PATIENT / COMMENTS _____

*NOTE: Treatment Information should not be noted above but should be documented on the appropriate treatment form(s)*

__CM MM RN__                __1-9-19__
Staff Signature                Date

Form Number: SC001UN000ACCBI102413        2-Part Form        Page 1 of 1

*Exhibit 6(A)*
*Evidence of sustained injury and continuous pain caused by officers*

*Medical*

**RECEIVED**
**JAN 14 2019**

**CCS** BY: ..................
**CORRECT CARE SOLUTIONS**

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): Durayl Vann          DOB (Fecha de nacimiento): 6-3-82

ID # (N° de identificación): 47539          Living Unit (Unidad): B-2  Cell 5

☑ Medical (Medico)  ☐ Behavioral Health (Salud Mental)  ☐ Dental (Dental)  ☑ Other follow up

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

Still having excruciating back pain. Its gettin worse plus its left a strong pain in my neck for about 2 1/2 weeks permanently now whereas I've been having the neck pains off & on for a couple of months but now its not seeming to go away. Feels like a permanent crook in my neck. Please see me soon.

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): *Durayl Vann*          Date (Fecha): 1-11-19

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**
**DO NOT WRITE BELOW THIS LINE**
**(TO BE COMPLETED BY TRIAGING STAFF)**

**TRIAGE:** ☐ Emergent ☐ Urgent ☐ Routine   Triage Date: _____ Initials: _____ Time: _____

**INITIAL:** ☐ Sick Call ☐ Nurse ☐ HCP ☐ Dentist ☐ Behavioral Health ☐ Eye Doctor ☐ Other _____

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☐ Patient seen (if applicable)            ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody      Fee Charge  ☐ No ☐ Yes, Amount $_____

**RESPONSE TO PATIENT / COMMENTS** ISUL admissed

upcoming appointment with HCP

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature          Date 1/19/19

Form Number: SC001UN000ACCBI102413          2-Part Form          Page 1 of 1

exhibit 6 (H)   Being consequented for seeking Medical

PRINT NAME: Ducayl Vann

POD: F   CELL: 18

### WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

DATE: 1-11-20          TIME: _____

( )  APPEAL,                ( )  CLASSIFICATION

( )  REVIEW                 ( )  DISCIPLINE

( )  GRIEVANCE             ( )  REQUEST _____

TO: Medical

(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I have currently been having chest pains. Along with these acute and sharp chest pains (during the moments of having these chest pains) I experience throbbing headaches (usually on one 1/2 or the other side of the brain). Sometimes I feel light headedness and numbness in certain parts of the body. These chest pains last up to an hour or so at times. Sometimes my vision blurs when this occurs.

I would like to call a nurse when this happens but fear being punished by the deputies for doing so shall the "EKG" Machine come back that I'm okay at the moment of my heart readings. Therefore, I'm simply informing you of the symptoms I've been experiencing so that you may be aware of this situation. Furthermore, I would like to ask of what the cause of said symptoms may be? Along with seeking diagnoses of described symptoms. Thank You for the gift of your time.

INMATE'S SIGNATURE: Ducayl Vann          INMATE # 47539

DISPOSITION:

Triage: urgent.                    01-14-2020.

Seen in medical. Educated to contact medical immediately for c/o chest pain. It shall not face disciplinary action for c/o chest pains. [signature] BN

DEPUTY'S SIGNATURE AND RANK

WHITE: "FILE" - CANARY: "DEPUTY"

*exhibits 7 (A)*

*Mental health (denial of law library and Religious oppression)*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured Progress Note**

**wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018002918 | 6/3/1982 | 6/28/2018 |

Status      ◉ Adult  ○ Juvenile

**Referred from:**

☑ Sick Call ☐ Nursing/Medical ☐ Behavioral Health ☐ Security ☐ Other

☐ Post suicide watch release follow up

**Reason for Referral/Subjective Findings**
If post suicide watch release follow up, number of days since discharge

*"I WOULD LIKE TO SEE MENTAL HEALTH" Pt. reproted he is feeling "depressed" and "trapped." Pt. reported he also feels that he has been "transgressed" against and "oppressed" as he tries to gain access to legal books and documents to help his case. Pt. is upset about perceived discrimination against his Muslim religion because his prayer rug and Koran have been taken from him. Pt. is worried about his mother and other issues outside of the jail including financial concerns. Pt. requested support with coping strategies. Pt. is receptive to interventions provided by this writer.*

**Mental Status Exam**

**Appearance:**
☑ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☐ Other

**Speech:**
☑ Appropriate ☐ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

**Mood:**
☑ Appropriate ☐ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other

**Affect:**
☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

**Thought Form:**
☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Assoc.
☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

**Thought Content:**
☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion
☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**
☑ Person ☑ Place ☑ Time ☑ Situation ☐ Other

Exhibit 7 (B)                    Mental health

PRINT NAME: Duray Vann
    POD: D-2  CELL: 11

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10/26/18              TIME: _____

( ) APPEAL                ( ) CLASSIFICATION

( ) REVIEW                ( ) DISCIPLINE

( ) GRIEVANCE             ( ) REQUEST _____

RECEIVED
OCT 3 1 2018
BY: _____

TO: Mental health
                (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to see you. I fear for my life when dealing with these officers on the B-shift. They've already agg Baterized me twice and I need someone to talk to about this. Please come see me as soon as possible

INMATE'S SIGNATURE: Duray Vann          INMATE # 47539

DISPOSITION: _____                     DATE: _____

DEPUTY'S SIGNATURE AND RANK: _____

Exhibit 7(c)

Mental health

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/2/2018 |

Status   ◉ *Adult*  ○ *Juvenile*

---

**Referred from:**

---

☑ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☐ *Post suicide watch release follow up*

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

---

*Pt reports problems with officers on "B-shift". Presented with an appropriate mood and affect. Reports that he spoke to Sgt. Terrazes yesterday and is "...doing as well as can be expected." This writer provided positive feedback and encouragement. Pt was receptive and cooperative. He was not in distress and denied SI/HI.*

---

**Mental Status Exam**

---

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**
☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**
☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**
☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

Exhibit 7(D)

Mental health

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Psychiatric**
**Provider Initial Evaluation**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/5/2018 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

**Presenting Issue:**

*Patient reports he was placed on a suicide watch after he proclaimed a hunger strike because he did not like the way he was being treated by security. He has eaten his last 2 meals. Patient denies ever having any self harm thoughts and has no mental health concerns today. He denies any s/s of depression.*

**Current Psychotropic Medications:**

*none*

---

**Current Status:**

History of Prior Treatment?                                              ○ Yes  ◉ No

Family Psychiatric History?                                              ○ Yes  ◉ No

Relevant Past Medical HX and Medications                                 ○ Yes  ◉ No

Prior Self Harm Attempt?                                                 ○ Yes  ◉ No

Prior Violence Toward Others?                                            ○ Yes  ◉ No

History of Substance Abuse?                                              ○ Yes  ◉ No

Last Date of Use

*Patient denies drug use but initial charge was possession of cannabis.*

---

**Mental Status Exam:**

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:
Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:
Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:
Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Exhibit 7(E)        mental health

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/6/2018 |

Status     ◉ *Adult* ○ *Juvenile*

**Referred from:**

☐ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☑ *Post suicide watch release follow up*

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge   *24hr*

*Pt seen in B2 for 24hr SW f/u and weekly seg rounds. Pt presented with agitated mood and appropriate affect. Reports that, "I do not feel safe with these officers and would like to press charges". This writer explained the role of MH personnel. Pt was not receptive, and became argumentative. He was not in distress and denied SI/HI.*

**Mental Status Exam**

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☐ *Appropriate* ☑ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☐ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☑ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**
☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**
☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**
☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

Exhibit 7(F)

mental health

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/13/2018 |

Status  ◉ Adult ◯ Juvenile

**Referred from:**

☐ Sick Call ☐ Nursing/Medical ☐ Behavioral Health ☐ Security ☐ Other

☑ Post suicide watch release follow up

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge  *7 day SW f/u*

*Pt seen in B3 for 7 day SW f/u. Pt continues to report that "these COs are out to get me". Reports a desire to press charges. Again this writer explained that the role of MH personnel does not include law enforcement. Pt inquired if his request is documented. Pt educated that pt files are confidential. Pt was overall receptive and cooperative. He was not in distress and denied SI/HI.*

**Mental Status Exam**

**Appearance:**

☑ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☐ Other

**Speech:**

☐ Appropriate ☑ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

**Mood:**

☑ Appropriate ☐ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other

**Affect:**

☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

**Thought Form:**

☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Assoc.

☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

**Thought Content:**

☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion

☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**

☑ Person ☑ Place ☑ Time ☑ Situation ☐ Other

**Intelligence:**

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled ☐ Other

Exhibit 7(G)

Mental health (Complaints about fear -8- treatment of plaintiff

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Mental Health Weekly Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | 6/3/1982 | 11/19/2018 |

Date Entered Segregation: *11/18/2018*

**Date: 11/19/2018**

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*
　　　Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*
　　　Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*
　　　☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *Pt. reported no current concerns and made no request for additional mental health interventions. Pt. denied current SI/HI and current presentation WNL. Pt complained tangentially about security staff wanting to hurt him. Finally, pt reported that he should be moved back to GP where he feels safer. Concerns and behavior were not congruent, and this writer suspects housing manipulation. Pt. is clear to remain on seg status.*

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials:   *FWM*

☐ *Check for another entry*

*Exhibit 7(H)*

*Retaliation*          *Mental health*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Mental Health Weekly
Segregation Rounds Form**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2019004500 | 6/3/1982 | 10/8/2019 |

Date Entered Segregation: *9/25/2019*

**Date: *10/8/2019***

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

      Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

      Explain:

Cognition: ☐ *Normal* ☐ *Hallucinations* ☐ *Delusions*

      ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds: ○ *Not Prescribed* ◉ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *Mr. Vann was seen on 10/8 for weekly seg rounds. He states, "I am in fear of my life. I am afraid of he officers. Please look of Vann Vs. Ash 3192. I am being retaliated against. I am in fear. That's all. I would like a book if you have one. I already have Man's Search for Meaning. Thank you." Pt. was observed laying on his bed and sleeping. This writer awoke pt. and he remained on his bunk and responded to this writer's questions. Pt. reported no current concerns, advised he did not need mental health interventions and denied current SI/HI. Pt. is clear to remain on current status at this time.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials:   *SES*                                              ☐ *Check for another entry*

*Exhibit 7* Major Patricks threats

(mental health)

**Wyandotte Detention Center, KS**
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Mental Health Weekly
Segregation Rounds Form**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2019004500 | 6/3/1982 | 10/15/2019 |

Date Entered Segregation: *9/25/2019*

**Date: *10/15/2019***

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☐ *Euthymic* ☐ *Dysthymic* ☑ *Angry* ☐ *Other*

    Explain:

Mood: ☐ *Calm* ☐ *Agitated* ☐ *Depressed* ☑ *Angry* ☐ *Other*

    Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

    ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *He was seen for seg rounds 10/15. He was laying in his bed. He came to the door and stated, "I am in fear for my life. I am being threatened by the police. What are you going to do about the injustice that is taking place in this jail. This is a mental health issue that needs to be dealt with." He responded to this MHP. MHP validated and listened. He became upset with my answers. He stated that he has no mental health concerns. He denied SI/HI. He indicated that he did not need any mental health interventions at this time. He will be seen per seg rounds policy.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *SES*

☐ Check for another entry

*Exhibit 7(J)*
*Mothers Death*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2019004500 | 6/3/1982 | 10/17/2019 |

Status   ● *Adult* ○ *Juvenile*

---

**Referred from:**

---

☐ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☑ *Security* ☐ *Other*

☐ *Post suicide watch release follow up*

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

---

*MHP met with pt due to being notified of his mother's passing. Pt observed loudly upset at security in intake. Pt was moved back to his cell and MHP followed. Pt reports that he is upset that she was alone as that was something that she last told him she did not want to happen. Pt reports that he is also upset with having to cremate her due to his religion. Pt processes through his range of feelings regarding the passing of his mother and what that means for him now as she was his biggest reason for doing well to get through WDD and get back out to her. Pt reports that he is having to rethink his reason for pushing through and is not sure how he feels about everything. He reports "I mean, I'm good, like I'm not going to hurt myself but I would appreciate the visits from MH and a phone call if possible". Pt tearful and reports that he is the only child and that his mother was in a nursing home in St. Louis. Reports that his cousin notified WDD and he is not sure what happened to his mother. Pt goes on to share frustrations with security and the injustice that he feels.*

---

**Mental Status Exam**

---

**Appearance:**

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**

☐ *Appropriate* ☑ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*

☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Exhibit R(3)
Major Patrick's Threats

Mental health

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Mental Health Weekly**
**Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2019004500 | 6/3/1982 | 10/29/2019 |

Date Entered Segregation: *10/18/2019*

**Date: *10/29/2019***

Orientation:   ☑ *Person* ☑ *Place* ☑ *Time*

Affect:   ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

   Explain:

Mood:   ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

   Explain:

Cognition:   ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

   ☐ ***Suicidal Ideation*** ☐ ***Homicidal Ideation***

Psych Meds:   ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior:   ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell:   ○ *Messy* ◉ *Clean*

Remarks:   *Mr. Vann states, "I am in fear of my life. The major threatened to kill me. I would like to put this in my notes. I am afraid of these officers. I would like to request to be farmed out. I lost my mother and I am not doing well. I don't want to take my life. I want to get out of her." Mr. Vann was seen on 10/29 for weekly seg rounds. Pt. reported no current concerns, advised he did not need mental health interventions and denied current SI/HI. Pt. is clear to remain on current status at this time.*

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials:   *SES*   ☐ Check for another entry

E-Signed by Steffon Staley, Mental Health Professional  on 10/29/2019 11:51 AM CST

Page 1 of 1

Exhibit (3) 28 of

History of
Confiscation of legal work
By Major Patrick and Farwell

PRINT NAME: Duray/Vann

POD: F   CELL: 19

**WYANDOTTE COUNTY DETENTION CENTER**

## INMATE COMMUNICATION FORM

JUL 0 2 2018

DATE: 6/30/18          TIME: _____

( )   APPEAL                    ( )   CLASSIFICATION

( )   REVIEW                    ( )   DISCIPLINE

(✓)  GRIEVANCE              (✓)  REQUEST  Copy of this grievance and Response

TO: Grievance Officer

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

My legal motions were confiscated by your personnel and has yet to be returned to me. It is day 6 and my legal work still hasn't been returned. I've already written previous grievances on this issue only to not have them address. Some of them were put in my property instead of being put on the grievance officer's desk. My grievance has no business finding its way in my property in the property room. Furthermore, it had an attachment to memo stating that I am not

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

**DISPOSITION:** Your legal Motions were in the possession of another inmate. That Makes them contraband and they are in your property.          DATE: 070218

DEPUTY'S SIGNATURE AND RANK  Maj Patrto

Exhibit 8 (B3.75)

Sir,

Confiscation of my legal work

It is my understanding that you guys have taken this property. Could you please let me know what is going on with it?

**From:** Fanning, Patrick
**Sent:** Friday, June 29, 2018 3:12 PM
**To:** Tayler, Jeff
**Subject:** F-19 Durayl Vann

SGT,

As a reminder, he says his legal packets are being kept from him. According to Deputy Walton, they are not in his property. Please advise.

3

Exhibit 8(B) pg 24-26

failing /refusing to return my legal work

**From:** Freeman, Wallrine
**Sent:** Monday, July 02, 2018 7:31 AM
**To:** Toms, Sara; Patrick, Charles
**Cc:** Tayler, Jeff; Fewell, Jeffrey; Russell, John; Vogrin, Matthew
**Subject:** RE: F-19 Durayl Vann

On 6/28/18, the paperwork was placed in Vann's property and he was notified by mail rejection form this was done.
Thanks

**From:** Toms, Sara
**Sent:** Friday, June 29, 2018 4:15 PM
**To:** Patrick, Charles
**Cc:** Tayler, Jeff; Fewell, Jeffrey; Russell, John; Freeman, Wallrine; Vogrin, Matthew
**Subject:** Re: F-19 Durayl Vann

Another inmate turned in what looked to be handwritten legal papers for copies and we did not read them further or make the copies as requested. The papers had Inmate Vann's name on them, but did not come from him. If the papers are his, he released them from his possession to another inmate. The situation was reviewed with Major Patrick, the papers were given to the mail clerk as directed and Inmate Vann will receive a written notice from the mail room that the papers will be placed in his property, like rejected mail.  Wallrine also has to assist with coverage in the main reception area on Thursdays and Fridays, so it may be next week before the papers are placed in his property if they are not already there.

Sent from my iPhone

On Jun 29, 2018, at 3:38 PM, Patrick, Charles <cpatrick@wycosheriff.org> wrote:

> I do not recall.
>
> *Major Charles Patrick*
> **Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session**
> **Executive Officer**
> **Detention Division**
> **Wyandotte County Sheriff's Office**
> **710 North 7th,  Kansas City, Ks 66101**
> **Office (913) 573-2950 Cell: (913) 238-6146**
>      Email cpatrick@wycokck.org
>
> "Our enemies seem always with us. The greater the hatred, the more persistent the memory of them so that a truly terrible enemy becomes deathless. So that the man who has done you great injury or injustice makes himself  a guest in your house forever. Perhaps only forgiveness can dislodge him."
> *Cities of the Plain* by Cormac McCarthy
>
> CONFIDENTIALITY NOTICE:  This e-mail and any attached documents accompanying this transmission, contain confidential information belonging to the sender, which may be privileged. It is intended only for the use of the above named.  If you are not the intended recipient, any disclosure, copying, distribution or taking of action based on the contents of this information is strictly prohibited.  If you received this transmission in error, please notify the sender immediately by return e-mail and then delete all contents received.  Thank you for your cooperation.  This message and accompanying documents are covered  by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

**From:** Tayler, Jeff
**Sent:** Friday, June 29, 2018 3:19 PM
**To:** Patrick, Charles
**Subject:** FW: F-19 Durayl Vann

Exhibit 8(B) pg. 3 of 3

**Patrick, Charles**          Confiscation of legal work

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Monday, July 2, 2018 9:25 AM |
| **To:** | Toms, Sara; Freeman, Wallrine |
| **Subject:** | RE: F-19 Durayl Vann |

I responded and told him it was in another inmates possession which makes it contraband.

*Major Charles Patrick*
**Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session**
**Executive Officer**
**Detention Division**
**Wyandotte County Sheriff's Office**
**710 North 7th, Kansas City, Ks 66101**
**Office (913) 573-2950 Cell: (913) 238-6146**
       Email cpatrick@wycokck.org

"Our enemies seem always with us. The greater the hatred, the more persistent the memory of them so that a truly terrible enemy becomes deathless. So that the man who has done you great injury or injustice makes himself a guest in your house forever. Perhaps only forgiveness can dislodge him."
*Cities of the Plain* by Cormac McCarthy

CONFIDENTIALITY NOTICE: This e-mail and any attached documents accompanying this transmission, contain confidential information belonging to the sender, which may be privileged. It is intended only for the use of the above named. If you are not the intended recipient, any disclosure, copying, distribution or taking of action based on the contents of this information is strictly prohibited. If you received this transmission in error, please notify the sender immediately by return e-mail and then delete all contents received. Thank you for your cooperation. This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

**From:** Toms, Sara
**Sent:** Monday, July 02, 2018 7:47 AM
**To:** Freeman, Wallrine
**Cc:** Patrick, Charles
**Subject:** RE: F-19 Durayl Vann

Please assign it to Major Patrick, thanks!

**From:** Freeman, Wallrine
**Sent:** Monday, July 02, 2018 7:46 AM
**To:** Toms, Sara
**Subject:** RE: F-19 Durayl Vann

He sent an ICF grievance form this morning concerning this.

**From:** Toms, Sara
**Sent:** Monday, July 02, 2018 7:43 AM
**To:** Freeman, Wallrine
**Subject:** RE: F-19 Durayl Vann

Thank you!!!

Exhibit 8(e)                    Confiscation of legal work

PRINT NAME: Duray l Vann

POD: F     CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/2/18                    TIME: _____

RECD
JUL 0 3 2018
BY: _____

( )   APPEAL                    ( )   CLASSIFICATION

( )   REVIEW                    ( )   DISCIPLINE

(✓)   GRIEVANCE                 (✓)   REQUEST _____

TO: Major Patrick _____

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_____ Please see attached _____

_____ This is both a letter and a form of _____

Complaint _____

INMATE'S SIGNATURE: Duray l Vann          INMATE # 47539

**DISPOSITION:** _____  DATE: 08031 8

By the rules of the facility your
legal paperwork became contraband
when another inmate, who was in possession
of it, requested copies to be made. It is
contraband because the other inmate does
not have the right to be in possession of you
property. DEPUTY'S SIGNATURE AND RANK _____ Maj Patrick 1120

WHITE: "FILE"  –  CANARY: "DEPUTY"

Exhibit 8 (D)

PRINT NAME: Durayl Vann   Confiscation of my legal Work

POD: F   CELL: 19

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/3/18   TIME: _____

JUL 05 2018

( ) APPEAL   ( ) CLASSIFICATION

( ) REVIEW   ( ) DISCIPLINE

(✓) GRIEVANCE   (✓) REQUEST My legal documents back
(3) motions) so that I may file them
TO: Major Patruck   in court
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Just so that your answer is clear to me; You do _ acknowledge that you have confiscated my legal motions that are to be filed with the courts. You do acknowledge exactly what they are and the purpose and intentions of these motions and what they are used for along with my intention of filing them in the courts. You have been made aware that you have caused me to miss my due date / statue of limitations of filing these motions to dismiss because you refuse to give me my legal documents that are in no way illegal for anyone to have

INMATE'S SIGNATURE: Durayl Vann   INMATE # 42539

**DISPOSITION:** Your so called legal papers were in the possessin of another inmate that was attempting to get copies made. That makes them contraband. Mlj Patruk

DEPUTY'S SIGNATURE AND RANK _____

DATE: 070918

WHITE: "FILE" — CANARY: "DEPUTY"

Pg 1 of 6

PRINT NAME: Durayl Vann       Confiscation of my legal work

POD: F    CELL: 19

Exhibit 8(E)

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 7/5/18                    TIME: _____

JUL 0 9 2018

BY: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

(✓) GRIEVANCE        ( ) REQUEST legal motions back in
                        my possession so they may be filed in
                             the district court
TO: Fewell (Warden) Administration
                        (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm Durayl Vann #47539 who am writing you in regards of my legal litigation work (3 legal motions) being confiscated and not being returned to me due to your staff illegally classifying them as contraband. I would like them back so that they may be filed in the criminal courts. You and your staff have no right to interefere with my criminal case by hindering/stopping me from filing my motions (pro/se) in the courts thus jeopardizing my chances to regain my freedom. Your actions of taking my legal work from me and refusing to

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: (Fewell)                    DATE: 7-9-18

The items were contraband in possession of another inmate. The items are in your property for safekeeping.

DEPUTY'S SIGNATURE AND RANK _____ Fewell

WHITE: "FILE"  – CANARY: "DEPUTY"

Pg 1 of 3

PRINT NAME: Durayl Vann

POD: F   CELL: 19   Confiscation of my legalwork

Exhibit 8 (F) pg 1 of 3

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 7/9/18   TIME: _____

JUL 1 1 2018

BY: _____

( ) APPEAL

( ) REVIEW

(✓) GRIEVANCE

( ) CLASSIFICATION

( ) DISCIPLINE

(✓) REQUEST legal motions to be returned and copys of this grievance (whole grievance) and response

TO: Under Sheriff Larry Rowland
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am Durayl Vann #47539, an inmate writing you in regards of a current issue that is taking place in Wyandotte County Jail. I'm writing you in form of grievance seeking a resolution to this current problem. The problem is as stated below:

Your staff/subordinates have confiscated my legal work/litigation and research of law (3 motions) pertaining to my criminal case and are refusing to give them back; Classifying my legal work as contraband. I would like them back so that

INMATE'S SIGNATURE: Durayl Vann   INMATE # 47539

DISPOSITION: We have discussed this issue further   DATE: 07/11/18
and have decided to return your documents to you at this time. However, in the future if you need copies of legal documents pertaining to your case(s) then you need to be the one that submits the request. If another inmate submits your legal documents for copies they will be considered contraband.

DEPUTY'S SIGNATURE AND RANK _____ 1100

WHITE: "FILE" – CANARY: "DEPUTY"

Mail returned by SGT EFMD

Pg 2 of 3   (Exhibit 8(F) pg 2ᵒᵗ )

They may be filed in the courts for my criminal case. Due to the actions of your officers, I've already missed my statute of limitations / due date of having these filed on time in order ~~~ to have my case dismissed. Your officers are illegally interfering with my criminal case, thus interfering with my due process which is a violation of my constitutional rights. Their actions have already cost me a great loss of liberty. This is still costing me, for if I don't get these motions filed in court (regardless of my missed due date) I won't be able to bring certain issues and arguements up in the higher court of appeals because they weren't address in the lower courts first. In which even a greater loss of liberty will be inflicted upon me due to the malicious actions of your officers. This is the 3rd time they've done this.

There is nothing written in these motions that threaten, conspire to harm, damage anything, anyone, or any form of security in or to anyone in this facility. So why is it so important to you all that I either not have my legal motions returned to me or have them filed in the courts by the legal services/programs themselves? You are literally stopping me from filing my legal motions in the courts. And what I'm asking you is to rectify this situation and either file my motions for me or return them to me so that I can file them. There is nothing illegal about my motions nor do they fit under the label of contraband as defined by the definition of contraband.

Nor have I broken any rule of the jail facility by aid & assisting another inmate in legal matters by letting him copy a legal motion that he can use for his case. In fact 95% of motions filed in the courts use references (case law) that has other inmates names in the contents of them in which support the request that the motion is asking the courts. It is not in the rule book that inmates can't assist or receive legal assistance from other

Pg 3 of 3

inmates. So with that being said, I would like to have my legal work returned to me instead of it just sitting somewhere not being utilized. One officer told me that I'd get it back when I go home but what you all fail to realize is that my legal work (motions) are the keys to me fighting my criminal case and regaining my freedom. And what you all are doing is abusing your authority and power by personally playing with my freedom by hindering my access from the courts, interfering with my criminal case and violating my due process rights.

    Now that you are aware of this, Sir, I'm simply asking for you to solve this problem. Fewell is simply retaliating because of the lawsuit I filed on him previously. And his statement that he'd put my legal work in my property for safekeeping will not suffice. Safe keeping from who?.. from What? My motions/legal work are designed to be filed and utilized by, through the courts. Not just sitting somewhere not being filed. So basicly, he is telling me that he is personally not going to allow my legal work to be filed period til after my criminal case is over with and I'm no longer in his facility. So now he is treating me arbitrarily different and being biased against me due to the fact he's allowing other inmates to file motions in the courts and fight their case. Either file my motions in the court or return them so I may file them myself.

    End of Grievance

        Please send copies of the whole grievance and response back. Thank you for the gift of your time

        Durrell Vann #47530

Exhibit 8(a)

Refusing me my legal work and other
property that I am allowed to
have.

PRINT NAME: Durayl Vann
POD: B-2  CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 11/01/18                    TIME: _____

( ) APPEAL                        ( ) CLASSIFICATION

( ) REVIEW                        ( ) DISCIPLINE

(✓) GRIEVANCE                     (✓) REQUEST copy of grievance formula

TO: Grievance officer
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I was placed in seg on 10/26/18 yet it is now 11/01/18 and B-shift staff still has refused to give me any of my property that was packed out. I haven't received any inventory sheets dealing with this matter. This has been an on going thing for the past 4 days. Where is my property. My property consist of very important legal work and personal information yet no one seems to be able to locate it. There are too many cameras and officers for someone not to know whats going on. What happened, or where my property

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

went to. This was a blatant action done by the B-shift

**DISPOSITION:** _____                    DATE: 11-2-18

Lt. Col. Jeffrey S. Fewell

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

**DEPUTY'S SIGNATURE AND RANK** _____

which is now affecting my livelihood and freedom dealing with my criminal case and my personal family issues. I would like these matters further investigated. This is my 3rd grievance on this matter to no avail

Exhibit 8(H)

Denying me my confiscated legal work
Back. They claimed it was in my
property but lied. It was never in
my property. They Throw it
in trash

**PRINT NAME:** Dwayl Vann
**POD:** B-2   **CELL:** 5

Pg 1 of 3

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED
JAN 07 2019
BY:

**DATE:** 1-05-19                    **TIME:** _____

( ) APPEAL                           ( ) CLASSIFICATION

( ) REVIEW                           ( ) DISCIPLINE

(✓) GRIEVANCE                        (✓) REQUEST _The returned erasures of_
_this grievance along with its additional_
_pages._

**TO:** _Grievance officer / administration_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_This is the 5th grievance I've filed about my personal_
_property that none of your officers seem to be able to locate._
_I was brought to seg Unit on 10-23-18 and my property_
_(legal work, food, and Hygiene) was packed out by your_
_officers in F-Pod (cell #42). At first I was told that I couldn't_
_have my legal work in segregation (in which that was a lie) and_
_then once I pressed the issue about me being able to have my_
_legal work in seg, all of a sudden no-one knows where any_
_of my property (legal work, etc.) is. My property in intake_

Property Room was Searched

**INMATE'S SIGNATURE:** Dwayl Vann                **INMATE #** 42539

**DISPOSITION:**                                   **DATE:** 01-07-2019

_I had the property room_
_searched property was not booked._
_This search was conducted today._

**DEPUTY'S SIGNATURE AND RANK** A/Capt. Linares   1270

WHITE: "FILE" – CANARY: "DEPUTY"

Exhibit 8(1)

PRINT NAME: Duray Vann

POD: B-2 CELL: 5

Major Patrick try documenting to stop me from filing and documenting by limiting the space which we can write and by only allowing me the use of 2 ICFS per week.

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 1-07-19          TIME: _____

RECEIVED JAN 08 2013
BY: _____

( ) APPEAL                    ( ) CLASSIFICATION
( ) REVIEW                    ( ) DISCIPLINE
(✓) GRIEVANCE              (✓) REQUEST _____

TO: Warden Fewell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to know of the procedure that an inmate is supposed to take when writing a grievance, utilizing an ICF, if the grievance that he is writing needs more space or takes up more space than what is provided on the front page of this ICF? Do we write on the back of this ICF? Just my question alone has taken up all the space of this ICF. It is fair to say that a grievance issue would surely take up more space than what is here provided. So why are y'all stopping inmates from adding additional sheets of paper if needed in order to complete grievance

INMATE'S SIGNATURE: Duray Vann          INMATE # 47534

DISPOSITION: _____          DATE: 010819

The space available is above. Learn to write Briefly and Concisely. Stop repeating.

DEPUTY'S SIGNATURE AND RANK _____ Maj Patut

WHITE: "FILE" – CANARY: "DEPUTY"

Exhibit 8(5)

Pg 1 of 2

PRINT NAME: Ducayl Vann

POD: B-2   CELL: 4

denial of mail correspondance

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10/18/19          TIME: _____

( ) APPEAL                    ( ) CLASSIFICATION        OCT 2 1 2019

( ) REVIEW                   ( ) DISCIPLINE

(✓) GRIEVANCE            ( ) REQUEST _____

TO: Grievance Officer
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

The administration keeps reading my outgoing mail then refusing to send it out. Plus they are lying by stating that its contents are "uncensored" by the facility. I have proof of their fraudulent statements to our families about the privacy of our mail being adhered to. This is the 2nd or 3rd time that my postcards and mail have been refused to be mailed to my family in society. I've also found out that some of my letters never was mailed out but was secretly put in my property without my knowledge. This is a method used to stop me from exposing the corruption of the

INMATE'S SIGNATURE: Ducayl Vann          INMATE # 47539

Warden Fewell and subordinates of/in this facility. I have proof of
(Continued on attached sheet)

DISPOSITION: _____   DATE: 10 21 19

We screen the mail for specific things. We can and do reject out $incoming mail based on these screenings.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

EX Hibit 3

PRINT NAME: _Durryl Vann_          denial of legal correspondance

POD: _B-2_  CELL: _32_

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _10/18/19_          TIME: _____

( ) **APPEAL**              ( ) **CLASSIFICATION**

( ) **REVIEW**             ( ) **DISCIPLINE**        OCT 2 1 2019

(✓) **GRIEVANCE**          ( ) **REQUEST** _____

TO: _Administration (Captain Russell)_
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving Programs Sara Toms's actions of denying me access of utilizing the rights of the legal mail system. An inmate has a right to write any government agency utilizing the programs legal mail system whereas such ~~mail~~ out going documentation mailed from Wyandotte County Jail, by inmate, to any government agency is to be classified as legal or official uncensored mail. I was/am being denied use of the legal mail program ~~to~~ "Per" Sara Toms and Fewell, because I am writing the KBI (Kansas Bureau of Investigation) and they are trying to stop me from exposing the injustices that they are doing.
They are maliciously blocking my due process rights

INMATE'S SIGNATURE: _Durryl Vann_          INMATE # _47539_

DISPOSITION: _____          DATE: _10-21-19_

Legal mail is mail that pertains to your Current criminal Case(s).
You can write the KBI and send it via regular mail.

DEPUTY'S SIGNATURE AND RANK _Maj Ke_

WHITE: "FILE" - CANARY: "DEPUTY"

Exhibit 5

*Playing games with me mailing legal mail*

**Office of the Sheriff**
**Wyandotte County**
710 N. 7th Street, Suite 20
Kansas City, Kansas 66101
Phone: 913-573-2861   Fax: 913-573-2972

**DONALD ASH**
Sheriff
**LARRY ROLAND**
Undersheriff
**JEFFREY FEWELL**
Warden

## MAIL REJECTION FORM

DATE OF REJECTION: _10/25/19_

TO INMATE: _____   HOUSING UNIT: _B2_   CELL: _4_

SUBJECT: <u>UNAUTHORIZED MAIL</u> - RETURNED TO INMATE _X_   PLACED IN PROPERTY _____

RETURNED TO SENDER _____   - MAIL FROM: _Durayl Vann_

As indicated above, the following mail item(s) have been returned to the inmate, placed in the inmate's property, or returned to the sender as it violates the current mail policy or is undeliverable.

____ Inmate to inmate mail correspondence is not allowed.

____ Correspondence that is in code, has gang related material, or is written on colored paper is prohibited.

____ Photographs - These photos have exceeded the <u>10 picture limit</u> authorized by Administration.

____ Photographs - Authorization has not been given for inmate to receive photos.

____ Picture cards, greeting cards, drawings, and/or paintings are not allowed.

____ Magazines, newspapers, and paperback books must come directly from the vendor.

____ Sexually explicit material is prohibited.

____ No foreign substances such as lipstick, perfume, or bodily fluids are allowed in or on a mail item.

____ Mail must have <u>both</u> the sender's and recipient's <u>full name and address</u>.  Nicknames are not acceptable.  Mail items with incomplete name and/or address information will be returned.  The return address belongs in the upper left-hand corner.  The mailing address belongs in the center of the envelope (or below the stamp on a postcard).

X Mail contained <u>more than one</u> 8½ x 11 sheet of paper.

____ Returned mail.  If the post office cannot deliver inmate's out-going mail, it will be placed in inmate's property.  To: _____   Reason: _____

X Other _This would have to go thru programs or normal mail rules apply (Not Legal mail)_

**INMATES:  Outgoing legal mail must be sealed in the envelope <u>in front of Programs staff</u>.  You can contact the Programs Unit via paper or electronic ICF for more information.**

REV. 9/5/19

Exhibit 8 (M)

Refusing my legal mail being mailed

PRINT NAME: Durayl Vann

POD: B-2   CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-26-19          TIME: _____

( ) **APPEAL**          ( ) **CLASSIFICATION**

( ) **REVIEW**          ( ) **DISCIPLINE**          OCT 2 8 2019

( ) **GRIEVANCE**       ( ) **REQUEST** _____

TO: Warden Fewell

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

If you won't let me send my legal mail out via legal mail services (ie Programs) and when I try to send it out using a regular envelope you reject it telling me that legal mail has to go out through programs legal mail service, then how am I to mail out my legal mail. Keep in mind that civil cases and criminal cases are both considered legal mail. What you are doing is stopping us from exhausting our remedies up the grievance procedure chain of command trying to stop us from exposing your wanton and malicious actions of the corruption going on in this facility.

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: 10/28/19

① Programs is not legal services. We cannot and do not provide legal assistance.

② Sending mail to ACA is not legal mail. They are not in our "chain of command".

③ If you read the rejection notice, it tells you what you can do to send out your mail.

④ The envelope you gave me today has been sent.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" · CANARY: "DEPUTY"

Exhibit (W)

PRINT NAME: _Durayl Vann_ denied legal access
POD: _B-2_ CELL: _4_

Pg 1 of 2

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _10-26-19_     TIME: _____

OCT 2 8 2019

( ) **APPEAL**          ( ) **CLASSIFICATION**

( ) **REVIEW**          ( ) **DISCIPLINE**

(✓) **GRIEVANCE**       ( ) **REQUEST** _____

TO: _Administration (Grievance Officer)_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the actions of the mail room staff for refusing to mail out my legal mail. This is a constitutional rights violation of my due process. I also am grieving her/his actions of reading my legal mail without my permission as well as not opening my legal mail in front of me. The mail room clerk & administration are abusing and manipulating the mail service and legal service whereas they are taking it upon themselves to personally hinder or stop certain inmates from having access to certain courts (civil & criminal) as well

INMATE'S SIGNATURE: _Durayl Vann_          INMATE # _47539_
as stopping us from exhausting all of our remedies up the grievance procedure as required and permitted by federal law. This is the 3rd time
DISPOSITION: of y'all stopping my legal mail from going out.          DATE: _10-28-19_

Duplicate. Asked and answered in writing and in person.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" · CANARY: "DEPUTY"

Exhibit 8(O)

PRINT NAME: Durryl Vann                    Legal Mail issue

POD: B-2   CELL: 4

Pg 1 of 1

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: _10-26-19_                    TIME: _____

( )  **APPEAL**                    ( )  **CLASSIFICATION**

( )  **REVIEW**                    ( )  **DISCIPLINE**        OCT 2 8 2019

( )  **GRIEVANCE**                 ( )  **REQUEST** _____

TO: _Administration (Grievance officer)_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-24-19 I mailed legal mail out via personal envelope as instructed by Major Patrick (See grievance written 10-18-19). Now on 10-25-19 my legal mail was opened (without me being there and without my consent), Read without my consent, and sent back to me being refused to be mailed off which is a violation of my due process writes. Civil case mail & Criminal case mail still are both governed by due process rights and the mail clerk and administration should not have the power to determine what legal mail suits them or pleases them inorder for it to be mailed out. And because of these peoples abuse of power I have now missed my statute

INMATE'S SIGNATURE: _Durryl Vann_        INMATE # _47534_

of limitations this is dealing with my freedom. affirmative actions of disciplinary must be taken.

DISPOSITION: _____                    DATE: _10-28-19_

Duplicate. Asked & answered in writing and in person

_____

_____

_____

_____

DEPUTY'S SIGNATURE AND RANK _876083_

WHITE: "FILE" - CANARY: "DEPUTY"

exhibit 8 (P)

Sara Toms (Administration)

PRINT NAME: _Duray Vann_
POD: _B-2_   CELL: _4_

Denial of Legal Correspondance
via Postal Mail

**WYANDOTTE COUNTY DETENTION CENTER**

## INMATE COMMUNICATION FORM

DATE: _10-26-19_                    TIME: _____

OCT 28 2019

( ) **APPEAL**                ( ) **CLASSIFICATION**

( ) **REVIEW**                ( ) **DISCIPLINE**

(✓) **GRIEVANCE**             ( ) **REQUEST** _____

TO: _Administration (Warden Fewell)_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly on the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to be re-imbursed for the 3 stamped envelopes (2 legal mail, 1 personal letter) and 2 post cards that you've returned destroyed in your refusal to mail them out. You cut them open plus stamped them as its contents being "uncensored" even though you've been reading all of my outgoing mail including my legal mail (in which its against the law). You couldve just sent them back without cutting them open and stamping them. Please re-imburse what you maliciously destroyed without justifiable cause

INMATE'S SIGNATURE: _Duray Vann_               INMATE # _72534_

DISPOSITION: _____               DATE: _10-28-19_

The envelopes are still viable. They can be sealed shut with tape. Remember, if you need special permission to mail more than one page, submit your ICF to Programs to have it reviewed/approved. Read the rejection notice, make corrections as needed, and send it again. Request for reimbursement is denied at this time.

DEPUTY'S SIGNATURE AND RANK _STW93_

*Exhibit 9 (A) pg 1 of 4*

*Major Patrick*



# WYANDOTTE COUNTY
# SHERIFF'S OFFICE

**Donald Ash**
**Sheriff**



## * MEMORANDUM *

**TO:**       Adult Detention Staff

**FROM:**   Major Patrick

**DATE:**   10-18-18

**SUBJECT:**  Inmate Vann, Durayl    2019004500

*18 cff*

Effective 10-18-18. Due to his expression of threatening harm to specific staff members and guards in a letter and his comments of "I have nothing to lose" , "I'll fuck around and make these cowards kill me in here. I'd rather die fighting them...";

He is to be in full restraints any time he is removed from the confines of his cell.

When escorting inmate Vann there shall be two deputies present, with one of them having a Taser device.

His cell door is not to be opened unless necessary. Utilize the cell door feed slot whenever possible.

*This is a lie of Major Patrick. This was never said nor written by plaintiff (see letter)*

710 N. 7th Street    Kansas City, Kansas 66101     (913) 573-2865    Fax (913) 573-2972

Out going
Mail
10-18-2019

Durayl Vann #47539
Wyandotte County Jail
710 N. 7th St
K.C.K 66101



Nekeya Brown
2500 Pontiac
Denver, CO  80207



Exhibit 9'(A) 2 of 4

Exhibit 9(c)

a man is no fool to give up what he cannot keep
inorder to gain what he cannot lose.

( I would do anything just to bring her back for one day
so that I could let her know
how much I love her. )

Nekeya, my Lioness...

Today I found out that my mom has just passed away.
I never thought that the day would come whereas I'd feel so much
hurt and pain and grief-strickened. I never thought that I'd feel
such a crippling blow. ∴ You already know how I feel about
my bird (mom). It's like my world has been shattered. I'm so fucked
up behind this. She was all I had left. All we had was eachother
and I failed her by letting her die alone. And that was the
one thing that she begged me not to let her do. I just
wish she knew how hard I was trying to make things good for
her. But now she'll never know. She died in St. Louis in
a lonely ass nursing home while I'm up here in Kansas in
a jail (in the hole). Some son I turned out to be, huh? I can't
even bury her. Everyone has ran off with my money. And inorder
to get her body to Kansas I had to give consent to cremate
her. Against my beliefs. What son wishes or wants to burn his
mother to ashes? It's just so much on me... I feel ~~that~~ like my
mental mind state is beginning to unravel. ~~Plus, I'm still
dealing with these racist ass guards including this pussy ass
racist Major patrick and his lil boyfriend Warden Fewell.~~ They
are probably going to read this but I don't give a fuck. To
be honest, the only reason why I've been humble is because
I was trying to make it back out there to my bird.
But now that shes gone, I have nothing to lose when
~~It comes to dealing with these bitch ass guards doing~~

Well my lioness, I ran out of space. I hope to at least hear from you soon. I really need you in my life right now. But Allah knows Best my beautiful lioness. I Love you, Nekeya. Be safe. Stay focussed what they are doing to us. I'll fuck around and make these cowards kill me in here. I'd rather die fighting then to just keep letting them do us any kind of way. They've already done killed people in here. It's either fight or flight. Shh, it ain't nowhere to run in here. So everything else speaks for itself. Baby, I just want you to do me a favor... Go on Facebook to my page and scroll down to the day of Mother's day. Play it for me. Save it and share it. I want people to remember me and mom just like that. I really wish you'd gotten the chance to know her. She would've loved you to pieces. She was so happy at the possibility of Zamir being her grandbaby. I miss her so much already. I hate that she died all alone and lonely. A person shouldn't have to die like that. I'm crying now just thinking about this shit. Real Talk. Never thought that your "Lion" would ever sound so weak, feeble, and brittle, huh? Can't help it, my Lioness. Man, I need your presence right now. N-E-Wayz, I was just writing you because you're all that I have left in my heart out there and I have no one else to share my pain with. I pray my mom knows that I truly love her and that Allah welcomes her into heaven and in his grace. Allah knows best. Even though I was forced, what son condemns his mother to ashes. I am so hurt. Hell I'm not even going to get to view her body one last time before she's cremated.

Why am I being punished this way? It seems as if I'm getting punished all the way around. And I'm genuinely a good man with a good heart.

exhibit 9 (B) 1 of 3

pg 1 of 3

Major Patricks Threats

PRINT NAME: Durayl Vann

POD: B-2   CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _____   TIME: _____

( ) APPEAL                   ( ) CLASSIFICATION

( ) REVIEW                   ( ) DISCIPLINE

(✓) GRIEVANCE                ( ) REQUEST _____

TO: Donald Ash (Sheriff) _____
                        (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 29th of October, 2019 major Patrick did stand at my cell in B-2 (cell #4) and threaten to kill inmate Durayl Vann when he sees him on the streets. This statement was made in front of officer Gage and officer Garcia. This incident happened between 3:00pm - 3:30pm. 3-4 other inmates also seen, heard, and witness this incident. The inmates are Freddy Williams, Ryan Bright, Khalil Williams, and another inmate's name who I don't know. They also witness his hands mocking a gun ~~~~ as if shooting me in the face (see camera - Pod camera; audio). After incident occurred inmate asked Gage; Garcia were they going to file a report about

INMATE'S SIGNATURE: Durayl ~~~~ Vann                    INMATE # 47539

what they heard and witnessed? They both denied hearing the Major threatening to kill me

Lt. Col. Jeffrey S. Fewell

DISPOSITION: _____                         DATE: 12-2-19

We have conducted an inquiry into your allegation that Major Patrick allegedly threatened you. Reports were written and interviews were conducted. We did not find any evidence to support your allegations.

DEPUTY'S SIGNATURE AND RANK _____   Jeffrey S. Fewell, Warden
                                          Wyandotte County Adult Detention
                                                     Center

WHITE: "FILE" - CANARY: "DEPUTY"

↑ Signed off by not Donald Ash

Exhibit 9(B) 2 of 3

• Pg 2 of 3

when he sees me on the streets. And said that they will not file a report on their major.

<u>Conclusion</u>

A serious threat was made by Major Patrick towards Inmate Vann in which Major Patrick threatened to "Kill Mr. Vann whenever he sees him on the streets." This was stated verbatim by an head official (Major Patrick) of the Wyndotte County Sheriffs Department and should be taken seriously. Inmate Vann fears for his life while being detained in Wyndotte County Jail for inmate truly and fully believes that major Patrick will make attempts to kill inmate Vann and has reason to believe that such actions are easily possible due to the major having full access to everything in the facility (ie officers, medical records, food, less lethal weapons, cameras, etc) and has the power and tools to do so at his disposal.

Furthermore, I would like to grievance the actions of Sgt Sage and Garcia for failing to write or report this incident to internal affairs. To cover up such a serious incident or fail to report such an incident would be to condone and/or conspire to commit said actions with Major Patrick due to them failing to take the initiative preventive measures (by bring awareness to authorities about plot to murder Inmate Vann on the streets) to stop the ~~actions of further~~ further acts of a life threatening situation.

I Durayl would furthermore like to press charges on Major Patrick, Garcia, and Sage for the criminal acts against inmate Durayl Vann. You are now aware of the actions of your sub-ordinates. You officers were unprofessional in there actions of threatening me along with failing to report the actions of said threat. Major Patricks actions

Exhibit 9 (B) 3 of 3

Pg. 3 of 3

need to be investigated along with the actions of Garcia trying to cover the incident up with his dishonesty and Sgt Sage's actions of failing to report the incident of Major Patrick's actions.

Please Respond as soon as possible along with sending me a copy of this grievance and attachment with your response

Certificate of Service

I, Durayl Vann, do hereby certify that this is a correct and original document scribed by me and that this grievance was mailed to the Sheriff Donald Ash, 710 N. 7th St, KCK, 66101

X _Durayl Vann_
Durayl Vann

Exhibit 9 (c)

*Major Patricks Admittance and stating of making threat and Pointing (gestures of having a gun and Aiming and shooting at me*

**Patrick, Charles**

| | |
|---|---|
| **From:** | Patrick, Charles |
| **Sent:** | Monday, December 2, 2019 1:17 PM |
| **To:** | Fewell, Jeffrey |
| **Cc:** | Russell, John |
| **Subject:** | RE: Incident in B2 - Inmate D. Vann |

Date & time: I do not recall the specific date / time. It was sometime between 10-24-19 and 10-30-19.

I went to housing unit B-2 (the male inmate disciplinary segregation unit) to speak with inmate Schlobohm, Matthew. I had received an appeal form from him regarding the rule violation(s) and sanctions he had received for fighting in a cell with another inmate. I went to his cell and was accompanied by Sgt Sage and a Deputy. We were in inmate Schlobohm's cell while talking. After speaking to him I was leaving the unit when inmate Skinner called me over to his cell door and asked if I would remove the security memo on him. I replied "not anytime soon". I think I was stopped by the next inmate from his cell door; but, I am not 100% sure. However, inmate D. Vann was in cell #4 and he also called out to me from his cell as I walked by.

Inmate Vann had been previously placed in B2 by Warden Fewell after he (Vann) had been disruptive during a housing unit cell search. Additionally inmate Vann wrote a letter, sometime after his mother had passed away, in which he wrote "I'll fuck around and make these cowards kill me in here. I'd rather die fighting than to just keep letting them do us any kind of way. They've already done killed people in here. Its either fight or flight. Shhh, it ain't nowhere to run in here". With some of the other content of his writing I interpreted this specific comment as a threat to the security and safety of the facility staff and other inmates. On 10-18-19 after discussing this letter with the warden and other staff members a security memo was placed on inmate Van and he was moved into cell #4 which has a camera facing the cell door.

So, when he called out to me from cell #4 it was to ask me why he was on a security memo. I replied something to the effect of "because you made a threat. And, I have a copy of the letter incase we see each other on the outside" and I raised my finger in the air as I was making a point or emphasizing my point. He denied making any threats and he accused me (as I walked out of B2) of threatening his life.

*Major Charles Patrick*
Major Charles Patrick, C.J.M., NJLCA class 26, LEEDS 23rd session
Executive Officer, ADC
Wyandotte County Sheriff's Office
913-573-2950

*I never stated that I was going to hurt, attack, or transgress against any staff. Nor can any officer, staff, or inmate truthfully state that they were threatened, disrespected, or ever have reason to fear harm from me. Major Patrick was using this as a tool to keep me in the hole, away from legal services and lawbooks, and from filing grievances and exposing what was going on in WCJ.*

Exhibit 9(D)

PRINT NAME: _Duray Vann_      Major Patricks Threats
    POD: _B-2_ CELL: _4_          to kill me

WYANDOTTE COUNTY DETENTION CENTER

<u>INMATE COMMUNICATION FORM</u>

DATE: _10-28-19_          TIME: _____

( )  APPEAL              ( )  CLASSIFICATION
                                                OCT 3 0 2019
( )  REVIEW              ( )  DISCIPLINE

(✓)  GRIEVANCE          ( )  REQUEST_____

TO: _____Warden Fewell_____
              (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28th of October 2019, Major Patrick threatened to "kill me when he sees me on the streets." He stated this in front of Sgt Sage and deputy Garcia. Also 4 other inmates witnessed and heard him state that he was going to "Kill me when he see me on the streets." This occurrence happened without any provocation that would even warrant such a statement. I'm grieving the actions of Major Patrick threatening my life. I feel threatened for my life for I believe him to try to make good on his word and I take such threats on my life seriously. If an inmate makes such threats on a officer then we'd be charged with a felony and consequented. I'd like to press charges on Patrick for threatening

INMATE'S SIGNATURE: _Duray Vann_      INMATE # _47534_
my life.

DISPOSITION: _____      DATE: _10-29-19_

NO I did Not

DEPUTY'S SIGNATURE AND RANK _____Maj Patrick_____

WHITE: "FILE" · CANARY: "DEPUTY"

Exhibit 9 (E)

PRINT NAME: Darryl Vann          Major Patrick's Threats

POD: B-2   CELL: 4

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10-28-19                TIME: 3:41 pm

( )  **APPEAL**              ( )  **CLASSIFICATION**        OCT 3 0 2019

( )  **REVIEW**              ( )  **DISCIPLINE**

(✓)  **GRIEVANCE**           ( )  **REQUEST** _____

TO: Internal Affairs Summers
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On the 28 th day of october 2019 Major Patrick did willfully, unlawfully and maliciously threaten to "Kill" inmate "Vann when he sees him on the street". Major Patrick threatened to kill me "When he see me on the streets. He said this "verbatim" in front of Sgt Sage and officer deputy Garcia. This incident occurred between 3:00pm - 3:30 pm in B-2 cell house in front of cell #4. There are 4 other inmate heard this themselves 2 of them witnessed him pointing his fingers at me like a gun shooting at me. View camera footage and audio. I feel threatened for my life for I believe that Major Patrick will try to keep

INMATE'S SIGNATURE: Darryl Vann          INMATE # 47539

his word. Other witnesses are Kahlil William, Fred Williams, Ryan Bright

DISPOSITION: _____      DATE: 10/29/19

I said "I have a copy of the letter in case I see you on the outside". That is Not a threat.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

Exhibit 9 (F)

## Patrick, Charles

| | |
|---|---|
| **From:** | Toms, Sara |
| **Sent:** | Monday, October 28, 2019 10:41 AM |
| **To:** | Fewell, Jeffrey; Patrick, Charles |
| **Subject:** | Inmate Durayl Vann |

Requesting permission to farm him out after his D/Seg sanction is completed (as opposed to Ad/Seg for the rest of the year as discussed).

**Sara Toms**
Programs/Classifications Director
Wyandotte County Sheriff's Office
Adult Detention Center
710 N. 7th Street, Suite 20
Kansas City, KS 66101
913-573-2896
stoms@wycosheriff.org

Andrew Co

Butler Co.

F-18

In order to keep me from litigating, filing paperwork and grievances on the wrongful actions of staff, this permanancy of them keeping me in Seg had already been topic of previous conversations between the individuals who I had been filing grievances on due to the actions of their racism, corruption, and malicious acts against I and other black inmates.

I have no violent write up history. No extensive write up history. No write ups for any major violations such as fighting, battery, stealing, Etc that would warrant permanant segregation status. The only threat I oppose is that I know how to file paperwork and am not afraid to grieve the malicious acts displayed by staff nor afraid to speak out against wrongful acts of the staff like other inmates.

1

Exhibit 9 (a)                    Major Patricks Threats

PRINT NAME: Durayl Vann

POD: B-2   CELL: 4

Emergency Grievance WYANDOTTE COUNTY DETENTION CENTER

INMATE COMMUNICATION FORM

DATE: 10-29-19                    TIME: 12:32 am

OCT 30 2019

( ) APPEAL                       ( ) CLASSIFICATION

( ) REVIEW                       ( ) DISCIPLINE

(✓) GRIEVANCE                    ( ) REQUEST _____

TO: Under Sheriff Larry Roland
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

Major Patrick stated to me (=Inmate Vann) "that he was going to kill me when he see me on the streets." I feel threatened for my life while being in a facility that he works at. He stated these words verbatim in front of Sgt Sage and Garcia (deputy) on 10-28-19 approx approximately between 3:00pm-3:30pm in B-2 cellhouse at my cell (#4). There are 4 other inmates who heard this themselves. I am grieving the actions of major patrick threatening my life. I've done nothing to warrant or cause him to threaten my life. Furthermore he has placed me on a security protocol, refused my right to send out legal mail, along

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539
with other methods of transgression against me due to his dislike of me
If an inmate were to threaten the life of an officer then we'd be charged with a felony.
DISPOSITION: _____                         DATE: _____
So the same should apply to an officer (Major Patrick) threatening the life of an inmate.
Please view camera & audio as proof of evidence.

That's Not What I said.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"          Sent to Larry Roland
                                          But Addressed by Major
                                          Patrick

Exhibit 9 (H)

**PRINT NAME:** D. VANN

*This was with in a day or two of my arrival*
*Same Style of Letter (N's) (S's)*
*No inmate uses military time*

**POD:** B-2   **CELL:** 11

Major Patrick

*Look at inmate* *Cits the same as Vann's but the first 2 numbers are just switched around.*

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

**RECEIVED OCT 31 2018 BY**

**DATE:** 10/30/18                **TIME:** 07:00 HRS.

( ) APPEAL                    (X) CLASSIFICATION

(X) REVIEW                    (X) DISCIPLINE NEW

( ) GRIEVANCE                 (X) REQUEST CHARGES & WRITE UPS

**TO:** CAPTAIN / SARGEANT
(NAME OF AND/OR TITLE OF DEPUTY)

I BELIEVE HE SHOULD BE CHARGED & HAVE TICKETS WRITTEN

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

INMATE D. VANN KEEPS THREATENING TO KILL & BEAT UP EVERYONE IN HERE INCLUDING POLICE. HE ALSO SAID HE CHOKED SOME "B**+X" (BITCH) ON STREET IN HIS CASE. SAID HE HAD A SHOOTOUT WITH SOME PEOPLE ON 17th STREET. TALKING ABOUT SELLING DRUGS & SAYING COPS "PLANTED" DRUGS ON HIM BUT HE SAID HE HAD IT ON HIM. I HOPE TO JESUS CHRIST HE DOESN'T GET OUT & HURT ANYONE. HE JUST SAID AGAIN HES GOING TO THE "PISTOL" & KILLING PEOPLE WHEN HE GETS OUT. I PRAY THEY ARE RECORDING EVERYTHING HE SAYS THREATENING PEOPLES LIVES.

**INMATE'S SIGNATURE** _____   **INMATE #** 74539

**DISPOSITION:** _____   **DATE:** _____

_____

_____

_____

_____

_____

_____

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE"   CANARY: "DEPUTY"

* Inmates all know me by nicknames. Only staff ie government agents, lik Deputies, etc and Family members know my Real name. No one knows me or address me as inmate D.Vann but officers of the county Jail.

This shows his Character and how for he will go. Inmate Vanns # 47539 that he's willing to lie and forge Documents

exhibit 10 (A)

PRINT NAME: Durayl Vann          Death of Mother

POD: B-2   CELL: 32

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

DATE: 10/17/19                    TIME: _____

( ) **APPEAL**               ( ) **CLASSIFICATION**

( ) **REVIEW**               ( ) **DISCIPLINE**      OCT 2 1 2019

(✓) **GRIEVANCE**            ( ) **REQUEST** _____

TO: Administration ( Russell or Sgt Taylor
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the actions of administration ie Major Patrick ; Warden Fewell of refusing to inform me of my mother's death in which they were fully aware of her death the day she passed away, I wasn't told until a day later. Fewell and Patrick did this out of spite g in form of retaliation due to me grieving their actions in the past. It is protocol that due to a death in the family inmate be allowed a phone call. However, out of spite I was/am denied a phone call. I am being arbitrarily treated different from other inmates thus my rights to equality

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

are being violated.

**DISPOSITION:** _____                              DATE: _____

Mr. Vann, first my condolences on your loss. We do not have a policy that someone with a death in the family gets a phone call, or a visit. Under the circumstances of your housing in Dis/Seg you do not have access to any calls except attorney. We did authorize a visit with your cousin to make descisions concerning her. Again, My condolences on your loss.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

exhibit 10 (B)          Death of Mother

## Patrick, Charles

| | |
|---|---|
| **From:** | Jaynes, Cheri |
| **Sent:** | Thursday, October 17, 2019 8:57 AM |
| **To:** | Patrick, Charles; Fewell, Jeffrey |
| **Subject:** | Vann |

Good morning-

I apologize for the late notice, but I was away from the facility most of the day with RFP preparation and presentation. I called to check on Jenna about 2:00pm. She related that Sgt Sage had informed her that Mr. Vann's mom passed away. Jenna then related that Sgt Sage was asking her to give the death notification. I related to her that we do not do the actual notifying, but we can follow up after the notification to assess for any risk of suicide. Jenna related some relief and that she would communicate with Sgt. Sage.

I spoke with Sara this morning who reports miscommunication has happened and that Mr. Vann was not informed. Jenna will follow up with Mr. Vann today.

If there is anything else needed, please let me know.
Cheri

*exhibit 10(c)*      *Death of Mother*

**Page 1 of 1**                                                    **Confidential**

## <u>Wyandotte County Sheriff's Office</u>
**Detention Division**
**710 N 7th Street**
**Kansas City, KS 66101**
**913.573.2861**
**Incident Report**

| Shift:<br>B-Days | | Date Submitted:<br>10-17-2019 | | Time Submitted:<br>1000 hrs. | | Report Number: | |
|---|---|---|---|---|---|---|---|
| Classification:<br>Informational | | Date & Time of Incident:<br>10-16-2019 1346 hrs. | | Date & Time Ended:<br>10-17-2019 0810 hrs. | | Location of Incident:<br>Intake | |
| V /P/W | E/I | Name | | Race | Sex | ID Number | F/S/C/KCK/BS/ED |
| W | E | Sgt. Sage | | W | M | 1765 | C |
| W | E | A/Sgt. Kelly | | B | M | 1865 | C |
| V | I | Vann, Durayl | | B | M | 2019004500 | C |
| | | | | | | | |
| | | | | | | | |

Description of incident:

    On 10-16-19 at about 1346 hours I received a phone call from record Ms. Young informing me that Inmate Vann's mother had passed. I immediately called for mental health over the radio and had them call me. Mental Health Jenna called me at 1347 hours at the intake sergeant desk in the horseshoe. I advised Jenna that we got information that inmate Vann's mother had passed and asker her to tell him. Jenna said okay. I reminded her that due to his disciplinary segregation status he would not be allowed a personal phone call. I resumed my duties with no further contact with mental health

    On 10-17-19 at approximately 0810 hours I was informed that inmate Vann was going to be escorted to intake to have a paper written, signed and notarized that was dealing with the care of his mothers passing. I advised the Housing Sergeant A/Sgt. Kelly that he needed to go get inmate Vann and have him come to intake to do this paperwork involving his moms passing. I advised A/Sgt. Kelly that Mental health had notified inmate Vann of his moms passing yesterday. A/Sgt. Kelly went to B2 and told Vann that he needed to come to intake and it had to do with his moms passing. Inmate Vann didn't know about his moms passing and looked shocked and heartbroken. This left inmate Vann angry and almost caused a use of force in intake. I would have had deputies notify inmate Vann of his mothers passing shortly after I had found out if mental health would have told me they were not going to talk to him. In this incident our contracted mental health provider failed their client and almost caused an unnecessary us use of force.

**Printed Officer Name:  <u>Sgt. Sage 1765</u>**         Signature _____

**Printed Supervisor name:** *Tara*                        Signature _____

**Date Approved:** *10-17-19*

*D-Seg*
*10 25 19*

of 2   Exhibit: 11 (A)

Denial of showers

PRINT NAME: Darryl Vann

POD: B-2   CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER
## INMATE COMMUNICATION FORM

DATE: 10-7-19                     TIME: _____

( )   APPEAL                    ( )   CLASSIFICATION

( )   REVIEW                    ( )   DISCIPLINE          OCT 0 7 2019

(✓)   GRIEVANCE                 ( )   REQUEST _____

TO: Shift Sergeant
        (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT:  State completely but briefly the problem on which you desire assistance and exactly how you believe your
request can be handled.

This is the 3rd grievance that I've filed about being refused
a shower while being in segregation. I have been refused a
shower for 6 days straight while everyone else has had opportunity
to take a shower. When asked why I'm denied a shower, I am
told that it was ordered "Per Warden Fewell." I haven't had a
shower in 6-7 days. This is retaliation from Warden Fewell due
to my past grievances filed on him and his group of officers who he
allows to beat on black inmates unjustifiably. Warden fewell is
forcefully subjecting me to cruel and unusual punishment and he

INMATE'S SIGNATURE: Darryl Vann                        INMATE # 47539
continues to do so. It is clearly unethical and is being used as a malicious
(continued in attachment)

DISPOSITION: _____            DATE: 10-7-19

Fewell

Received

Warden
Fewell

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE" - CANARY: "DEPUTY"

Pg 1 of 2   Exhibit 11 (B)

PRINT NAME: Duray Vann          Denial of clean cell

POD: B2   CELL: 32

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/5/19          TIME: _____

( )   APPEAL                    ( )   CLASSIFICATION

( )   REVIEW                    ( )   DISCIPLINE          OCT 0 7 2019

(✓)   GRIEVANCE                 ( )   REQUEST _____

TO: Shift Sgt _____
                    (NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

This is the 2nd grievance that I've filed about not being able to have our cells cleaned. I was told that "Per warden fewell," I, personally, am not to be allowed to clean my cell. Yet everyone else has been allowed to have their cell cleaned. Yet there is no reason why I shouldn't be allowed to have my cell cleaned. Warden Fewell is retaliating against me due to my use of the grievance process on him and his officers for beating inmates unjustifiably Etc. I shouldn't be punished for utilizing the grievance process (continued

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

on attached sheets), it's been 2 weeks without being allowed a clean cell.

DISPOSITION: Fewell          DATE: 10-7-19

Received

Warden

DEPUTY'S SIGNATURE AND RANK _____

Fewell

WHITE: "FILE" · CANARY: "DEPUTY"

Exhibit 11 (c)

PRINT NAME: Durayl Vann

POD: B-2   CELL: 4          Unfit Cell

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/18/19          TIME: _____

( )  APPEAL                    ( )  CLASSIFICATION

( )  REVIEW                    ( )  DISCIPLINE      OCT 2 1 2019

( ✓ )  GRIEVANCE              ( )  REQUEST _____

TO: Grievance Officer
_____
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT:  State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the retaliatory actions; of Warden Fewell and administration, administration, due to administration removing me from one cell (B2-32) to a cell that is not only the coldest cell in the facility but also the filthest all the while refusing to allow it to be cleaned. She is feces and fecal matter filled almost to the brim of the rim of the toilet, dried urine puddled stains all over the floor along with black mold under bed as well as coming out of the air duct & vents in which I believe is causing me chest pains and shortness of breathe. No one can explain why I was moved to this specific cell (B2-4). Then

INMATE'S SIGNATURE: Durayl Vann                    INMATE # 47539

I was threatened that I would be tased or shock shielded if I didn't move to that specific cell even though there are 3 other empty cells.

DISPOSITION: _____                        DATE: 10-21-19

We moved you due to your threatening statements in your outgoing mail. You were placed in cell #4 so we can keep your cell under surveillance.

DEPUTY'S SIGNATURE AND RANK _____          Maj _____

WHITE: "FILE" - CANARY: "DEPUTY"

Exhibit II(D) )   finally fixed and cleaned until cell

## Patrick, Charles

**From:**      Hughey, Jason
**Sent:**      Monday, October 21, 2019 1:28 PM
**To:**        Patrick, Charles

Durayl Vann cell has been cleaned.

Exhibit 11 (E)

forced to move into unfit cell

~~Taco Stuffed~~

## WYANDOTTE COUNTY DETENTION CENTER

## ADMINISTRATIVE SEGREGATION HOLD ORDER

**DATE:** 10/18/2019          **TIME:** 1930 hrs

**INMATE:** Vann, Durayl          **NUMBER:** 2019004500

**ADMIN SEG LOCATION:** B2 | 04

**A.    I HEREBY REQUEST PLACEMENT INTO ADMINISTRATIVE SEGREGATION FOR MY OWN PROTECTION.**

INMATE SIGNATURE _____

WITNESS SIGNATURE _____

**B.    IT IS THIS DEPUTY'S DECISION, BASED ON THE FOLLOWING REASON, THAT THE ABOVE INMATE'S CONTINUED PRESENCE IN GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, OTHER INMATES, OR THE SECURITY AND SAFETY OF THE DETENTION CENTER.**

On 10-18-2019 I, Deputy Parrish 1921 was the B-Pod rover. At Approximately 1915 hrs. A/Sgt. McGrew came up to the pod so that we could move Inmate Vann, Durayl 2019004500 from cell #32 to cell #4. We first had to take the inmate from cell#4 and place him in the shower in B2 so we could bring down Inmate Vann. Once the inmate from cell #4 was in the shower Inmate Vann said he wasn't going to move, so A/Sgt. McGrew informed Sgt. Ballard over the radio. Once Sgt. Ballard and rovers arrived, Sgt. Ballard tried talking to Inmate Vann to try to get him to cuff up so he could be moved, but he refused. During this entire process Inmate Brown, Everette 2019005996 who was in cell #29 was yelling out of his cell door telling Inmate Vann not to cuff up and that "They are fucking racist assholes". Inmate Kinsey, Brandon 2019006078 in cell #30 was also yelling at Inmate Vann to not cuff up. Both of those inmates were issued staff tickets for Code #019 (Inciting or encouraging a group demonstration). Multiple deputies were called for, in preparation of a force cell extraction causing the whole facility to be locked down for thirty minutes till the incident was over. Once deputies arrived, I had to do a pod check. While I was finishing my pod check Sgt. Taylor and Sgt. Sage were able to get Inmate Vann to cuff up and move to cell #4 without incident. We were then able to get the inmate that was in the shower moved up to cell #32. Inmate Vann was issued two staff tickets for Code #027 (Refusing to go into or come from a cell) and Code #028 (Conduct which disrupts or interferes with the security or orderly operation). I have nothing further to report.

SUPERVISOR: A/Sgt McGrew 1915

Exhibit II (F)



Wyandotte County Sheriff's Office
Adult Detention Center

**Notice of Disciplinary Hearing**

| Inmate:<br>**Durayl Vann**<br>47539 | Complaint #: | Housing: OCT 2 5 2019<br>**B2-04** |
|---|---|---|

| Citation #:<br>**47307 & 47308** | Offense Date:<br>**10/18/19** | Time of Offense:<br>**1915** |
|---|---|---|

| Alleged<br>Violation(s): | 027 – Refusing to go into or come from a cell:  Inmate refused to move cells when asked to do so by deputies.  Command staff had to be called in.<br><br>028 – Conduct which disrupts, disturbs or interferes with the security or orderly operations:  Deputies had to be called to B2 due to inmate refusing to cuff up and move cells. |
|---|---|

You are being referred to the Disciplinary Hearing Officer for the above charge(s).
The hearing will be held:

| On:  10/25/19 | Time: 0900 | Location: In Cell/Pod |
|---|---|---|

### Your Rights at a Disciplinary Hearing

1. A copy of the written charges given to you twenty four (24) hours prior to the hearing.
2. The right to remain silent.
3. To be present at the hearing, unless Detention Center security is threatened.  If not present, you may submit written testimony and evidence that you deem necessary for your case.
4. To call witnesses and to present documentation and/or evidence on your behalf.  All witnesses will be approved before the hearing.
5. To have a staff representative assist you, if special circumstances require it.
6. If found guilty, you have the right to appeal the hearing officer's decision to the Jail Administrator within 48 hours.  The Jail Administrator has 5 days to respond to your appeal.

SETTLEMENT OFFERRED:  Yes

☐ **By my signature below, I wish to waive my right to a disciplinary hearing and plead guilty to the violations.  I accept the settlement offer to serve a sanction of 20 days disciplinary segregation, to run consecutively to any current sanction time.  I understand that if found guilty after a formal disciplinary hearing, I would face a maximum of 45 days in disciplinary segregation and/or loss of other privileges up to 60 days.  I understand that by accepting the plea deal, I am waiving my right to appeal the sanction.  A written report will be provided within 48 hours, excluding weekends and holidays.**

Inmate's Signature: _____     Date: _____

*Date, sign and return this form to the Disciplinary Hearing Officer **only** if you wish to waive the hearing.

Exhibit 11 (G)

You may have a staff member assist you at the hearing if special circumstances require it.  If you desire to have a staff representative, provide his or her name and the reason for your request:

Sgt. Tayler : Sgt Tayler can verify the truth of this alleged incident. I complied with orders and did not refuse to move. I simply asked for an explaination for why I was all of a sudden being moved to a specific cell when there were plenty of other cells open. All I wanted was to be left alone to mourn my mom in peace. If I would have refused to move then a level of force would have had to be used. I moved willingly

You have the right to call witnesses for the hearing and to present documentary evidence on your behalf.  List the name of witnesses you wish to call below and briefly state what each witness would be able to testify to:

| Name: | | Can testify to: | |
|---|---|---|---|
| Name: | | Can testify to: | |

**The disciplinary hearing officer will call those witnesses (staff or inmates) who are resonably available, and are determined by the hearing officer to be necessary for clarification of charges.  Repetitive witnesses will not be called.**  Unavailable witnesses may be asked to submit written statements.

Served by: _____     Date: _____     Time: _____

Exhibit

Wyandotte County Sheriff's Office
Adult Detention Center

*forced moving into unfit cell*

### Disciplinary Hearing Report

| Inmate: Durayl Vann | Booking #: 2019004500 | Cell #: B2-04 |
|---|---|---|

Was brought before the Disciplinary Hearing Office on the 28th day of October, 2019.

Witness(es) Requested: No: ☐  Yes: ☒
If yes, did the witness(es) provide testimony: Yes: ☒  No: ☐  Denied: ☐ - explanation documented

Summary of inmate statement: Inmate stated that he was woken up and told to pack his things. Inmate stated that he asked where he was going and what for. Inmate stated that his mother had just passed away and he felt like this was a set up. Inmate stated he had just wanted to be left alone to mourn in peace. Inmate stated that he wanted an explanation and was getting different answers. Inmate stated he did pack his things and he did move.

After hearing all testimonies and reviewing all documents and other evidence brought before me, I have made the following decisions on the below listed charge(s):

| | | | Guilty | Not Guilty | Dismissed |
|---|---|---|---|---|---|
| 1. Charge: 027 | Citation #: 47307 | | ☒ | ☐ | ☐ |
| 2. Charge: 028 | Citation #: 47308 | | ☒ | ☐ | ☐ |
| 3. Charge: | Citation #: | | ☐ | ☐ | ☐ |
| 4. Charge: | Citation #: | | ☐ | ☐ | ☐ |
| 5. Charge: | Citation #: | | ☐ | ☐ | ☐ |
| 6. Charge: | Citation #: | | ☐ | ☐ | ☐ |

Factual account of what the Hearing Officer believes occurred: While Inmate Vann may have moved eventually, he did not move when told to and a sergeant had to be called to the housing unit. Inmate Vann can be heard on video/audio recording causing a disruption in the housing unit by yelling, cursing, and arguing with staff.

Evidence or testimony which led to such beliefs: Incident tickets, narrative reports, inmate interview, witness testimony, B2 housing unit video/audio recording

Hearing Officer Comments: Inmate requested to be farmed out.

Action(s) taken by the Hearing Officer: ☒ Disciplinary Segregation: 5 days total
☐ In-Pod Lock Down:        hours    ☐ Other:

If charge(s) dismissed, explain:

These sanctions are to begin on 10/25/19 and end on 10/30/19.

Hearing Officer: 510083

CC: Classification, Inmate Disciplinary File, Jail Administration, Detention Supervisors, Inmate

*Other black inmates who were Assaulted by these Deputies as well*

*Witnesses to officers/ behaviers that were available Also.*

## COMPLAINT and/or INCIDENT

WYANDOTTE
COUNTY,
KANSAS

1 of 1

NAME Kinsey, Brandon    2019006078

DATE 10-18-19  TIME 1915  HOUSING # B2-30

LOCATION OF INCIDENT: B2-30

Did then and there commit the following offense to wit:

Code 019    Violation Inciling or encouraging a group demonstration

NARRATIVE: Inmate Kinsey was yelling through his cell door at another inmate to not cuff up so he could be moved.

ACTION TAKEN:  ( ) WARNING   (√) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth. _____ Officer Signature 1921

Signature Refused due to behavior
(Acknowledgement Of Receipt)

A/SGT. _____ 1915

FORM F-186    47306

---

## COMPLAINT and/or INCIDENT

WYANDOTTE
COUNTY,
KANSAS

1 of 2

NAME Brown, Everette    2019005990

DATE 10-18-19  TIME 1915  HOUSING # B2-29

LOCATION OF INCIDENT: B2-29

Did then and there commit the following offense to wit:

Code 019    Violation Inciling or encouraging a group demonstration.

NARRATIVE: Inmate Brown was yelling through his cell door at another inmate to not cuff up to be move because we were "Fucking Racist Assholes".

ACTION TAKEN:  ( ) WARNING   (√) STAFF RESOLUTION
( ) INFORMAL RESOLUTION

SANCTIONS: Staff

The undersigned further states that he has just and reasonable grounds to believe, and does believe, that the person named above committed the offense herein set forth. _____ 1921

Signature Refused due to behavior
(Acknowledgement Of Receipt)

A/SGT. _____ 1915

FORM F-186    47304

Exhibit 11 (I)

*Exhibit 12(A) pg 1 of 5*

*pg 1 of 5*

PRINT NAME: **Duray l Vann**

POD: **F**   CELL: **19**

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: **7/23/18**    TIME: _____    JUL 23 2018

( ) APPEAL          ( ) CLASSIFICATION

( ) REVIEW          ( ) DISCIPLINE

(✓) GRIEVANCE       (✓) REQUEST *Copy of whole grievances and response back please*

TO: **Tara Toms / Programs Admin**
(NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I'm grieving the actions of you punishing me by taking the law library away from me. First you confiscate my legal work for 3-4 weeks causing me to miss my due date / statute of limitations; thus interfering with my criminal case and due process, intentionally; which has really had a tremendous effect on my criminal case situation. Then after that you interfer with me utilizing the grievance process (trying to stop me from filing anymore grievances further up the chain of command about you illegally confiscating

INMATE'S SIGNATURE: **Durayl Vann**    INMATE # **47539**

DISPOSITION: _____    DATE: **072418**

You should an attorney assigned to you case(s) You may seek legal Assistance from him/her We are not required to provide legal services

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE"  –  CANARY: "DEPUTY"

Exhibit 12(A) 2 of 3

2 of 5

my legal motions and maliciously hindering, blocking, and stopping me from filing them in court). Then you only gave me 2 motions out of 3 back. I've asked you to locate my 3rd motion that you confiscad and return it to me so that it may be filed in the courts and you refuse. I've filed a grievance on that issue, in which you have refused to answer back so that I may not further my complaint up the chain of command and exhaust my remedies properly.

And now you've denied me access to the law library and/or law library books, etc going on 2 weeks. You tell me that I have been placed on restriction, yet I have done nothing wrong to be placed on law library restriction. Furthermore, it is not a priviledge. An inmate has a right to utilize his access to the law library and the legal courts, in which you and your staff have displayed and continue to display malicious and Wanton actions with the intentions to interfer, hinder, stop, and block my access to the law library and criminal courts, thus interfering and causing grievous harm and loss of liberty in my personal life and my criminal case through your retaliatory actions all because of my previous lawsuit (Vann v. Ash et al  case # 5:15-cv-03192-JAR-DJW) that I've filed and continued to push the issue on.

    I'm grieving the issues of blocking my access to the law library without reasonable grounds. I've committed no violations according to your rule book, that warrants such a consequence imposed upon me as an individual inmate.

    I'm also grieving the actions of you not returning all of

345

My legal work that was confiscated ( thus you cannot interfere with my personal situation dealing with the criminal courts in which has nothing to do with Wyandotte County Jail staff, as for as my criminal case/charges are concerned). I would like to have my other legal motion back please so that it may be filed in the courts.

I've also asked you to at least write/type a letter letting the Judge know that there was an issue concerning my legal work; hence the delay of it being filed on time as deemed necessary. Yet you refuse to do this out of spite. The fact is that because of your actions in not giving it back on time, you caused me to miss my deadline, thus causing a tremendous pain on me dealing with my criminal case. At the very least you 'ld simply state that your investigation of my legal work/motions were the cause of delay of them being filed in the courts.

I am also filing this grievance on the actions of you breaking the confidentiality clause of "programs" being trusted with our criminal cases' legal content in confidentiality. Due to the fact that inmates have to go through program staff inorder to have legal work/documents copied, inmates are forced to trust the staff with our personal info dealing with our criminal case. This info is not to be passed around to other individuals without inmates' consent. Yet you passed several legal motions (that are dealing with my personal criminal case) of mine along to several other deputy sheriffs allowing them to read my legal work. These are the same officers of the law (acting in the color of the state) that exercise on the 4th floor gym in Wyandotte County Jail with many of the assistant and head District Attorneys, Judges, and other attorneys and other police officers. You disclosing my personal information concerning my criminal case to other officers is a complete violation of your code of conduct and Code of ethics. You have no right to jeopardize my case like that - And I know that a couple of officers read my legal work because

one deputy Sheriff had commented to me on the contents that were written in all 3 of my legal motions and research. And even though he complemented me on my efforts in fighting my case, the fact remains that no other officer had the right to read or be informed of my criminal infor without my permission. My motions wasn't given to those officers. They were given to programs specificly to have copies made. Yet, regardless of who you received my copies from you gave my personal legal work to the same people who are trying to prosecute me. Those officers and Staff who are acting under the color of the state. Therefore, I am grieving the actions of trying to jeopardize my criminal case by relinquishing my person information pertaining to my crim case to other officers (without my permission) who also have bonds/friendships/everyday personal interactio with the District Attorney and his assistants, the judges, and other officers of the law in which I'm fighting against, in the criminal courts of law, to regain my freedom.

I would also like the names of all of the parties involved in passing my legal documentation around. I want my other legal motion & research, that you've failed to either look for/locate, so that it may be filed as well. Or at least be honest and inform me if you've thrown it away or lost it. You Did Not Give It All Back!! If you did I wouldn't be wasting my time asking for it. And if you cannot resolve these issues at your level of chain of command would you please further this grievance to one of your Superiors so that we may get these issues resolved. I've already missed out on several

5 of 5    Exhibit 12(A) 5 of 5

opportunities in the courts due to you blocking me from the law library whereas I'd be able to ~~~~ research and utilize the tools I need inorder to file specific motions and research case law diligently and on time.

I'd like a copy of this whole grievance along with your response back.

Thank You for the gift of your time.

Duryl Vann #47539
F-Pod   #19

Exhibit 12(B)

**Patrick, Charles**

| | |
|---|---|
| **From:** | Brown, Shardale |
| **Sent:** | Sunday, October 28, 2018 5:53 AM |
| **To:** | Arnold, Chris; Atkins, Felicia; Ballard, Keona; Beery, Robert; Brown, Shardale; Buxton, Dwight; Enloe, Derick; Erwin, Chad; Fewell, Jeffrey; Garcia, Luis; Harvey, Kyle; Jaynes, Cheri; Morse, Michael; Panjada, Paul; Patrick, Charles; Rinehart, Mary; Rome, Robert; Russell, John; Sage, Erik; Tayler, Jeff; Terrazas, Ernesto; Thompson, Kay; Toland, David; Toms, Sara; Wells, Jeff |
| **Subject:** | F Pod Lockdown |

On October 27, 2018 at approximately 2210 hours inmate Vann, Durayl was removed from F Pod and placed in a restraint chair to restore order and to prevent property damage. Before he was removed, Inmate Vann encouraged F Pod to kick/bang on their cell doors and desks and scream from under their doors. They were told to stop their behavior, but they continued and some threatened to flood; the water was turned off. This behavior continued the entire time deputies were in the pod dealing with Inmate Vann. Not long after Inmate Vann was removed the behavior ceased and the water was turned back on. All of this was captured on body camera.

Due to their behavior during this incident F Pod will remain locked down Sunday October 28, 2018 as well as lose their tablet privileges for that day. F Pod can resume normal recreation on Monday October 29, 2018 at the discretion of the Shift Commander.

**A/Capt. S.L. Brown 1761**

VaNN

VaNN
Facebook

They were yelling because
of what they were witnessing
what the officers were doing to me.

I didn't encourage anything. The actions
of your officers "killing me" through Aphyxiation
encourage whatever behavior they displayed.

Fullrestraint memo

1

Exhibit 12(C) 1 of 2          Sara Toms
                              (Administration treating)
                              me arbitrarily different)

**PRINT NAME:** Darryl Vann

**POD:** B-2  **CELL:** 11

Pg 1 of 2

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED
OCT 29 2018
BY: _____

**DATE:** 10/28/18          **TIME:** _____

( )  **APPEAL**              ( )  **CLASSIFICATION**

( )  **REVIEW**              ( )  **DISCIPLINE**

(✓)  **GRIEVANCE**           (✓)  **REQUEST** Copies of grievance
                                  all attachments

**TO:** Grievance officers
_____
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am grieving the actions of being on ad seg yet being treated as if I'm on dis-seg. My actions have not warranted me being treated as dis seg status. Either I'm ad seg. Or either I'm dis seg. My status says ad seg. So why am I being treated as dis-seg. The administration (Sgt Brown) is making this a personal issue, Killing by treating me like dis seg. And for what? I'm not in seg for any violatile actions. I've done nothing wrong. So why am I being treated arbitrarily different from other

**INMATE'S SIGNATURE:** Darryl Vann          **INMATE #** 47639

inmates on ad seg? Please Explain This To me

**DISPOSITION:** _____          **DATE:** 10-29-18

Lt. Col. Jeffrey S. Fewell

Received

Jeffrey S. Fewell, Warden
Wyandotte County Adult Detention
Center

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE" – CANARY: "DEPUTY"

Exhibit 12 (c) 2 of 2

Pg 2 of 2

I'm not down in seg for fighting or being combative. I haven't been found guilty of anything yet. so why am I being treated differently if this isn't a personal issue? Either I'm ad-seg or I'm not. Either I'm dis seg or I'm not. Please treat me according to my status. I'm ad seg so treat me under the criterion as that. For you not to do so shows that this is a personal issue. Not a professional one. Therefore I'm grieving the actions of my treatment of cruel & unusual punishment by officers Brown, Baird, and all appointing administration.

End of grievance

Durayl Vann # 47539
B-2   Cell # 11

*Exhibit 12(1)*
*5 of 5*

*Administrations Retaliation (Permenant Seg)*

**INMATE COPY**

*No justification for being placed in Seg with indeterminate time*

# WYANDOTTE COUNTY SHERIFF'S OFFICE

**INMATE COPY**

**DONALD ASH**
   **SHERIFF**

INMATE COPY

To:        Inmate D. Vann

From:    Major Patrick

Date:     11-28-18

Subject: Disciplinary Segregation Time

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in disciplinary segregation at this time.

Your disciplinary segregation time is scheduled to end on Feb 1st, 2019 unless you receive any other rule violation write-ups.

I suggest you obey the staff, the rules of the facility, and do not argue with the medical staff.

**INMATE COPY**

✳ What staff have I disobeyed?
What medical staff have I argued with?
What rules have I broken?
What maladaptive behavior have I displayed?
What violent actions (physical or verbal) have I displayed
or (violent) tickets I received?
What makes me so much of a threat to the general
population to the whereas - I'm being treated
arbitrarily different from other inmates who actually have

710     710 N. 7th Street, suite 20, Kansas city, KS  66101 **PHONE** (913) 573-2861 **FAX** (913) 573-2972

violent write ups?

exhibit 12(H)  # 2

Pg 4 of 4



**Donald Ash**
**Sheriff**

# WYANDOTTE COUNTY
# SHERIFF'S OFFICE

B2-5

**Jeffrey Fewell**
**Warden**

## *MEMORANDUM*

TO: _____Duray Vann_____

DATE: _____01-02-19_____

SUBJECT:   Administrative Segregation Review/ ~~Appeal Review~~ Disciplinary seg statu

Your status was reviewed and based on the custody, care, safety, security, health, and welfare of the institution, both staff and inmates, you will remain in segregation.

Signed this day, reviewed by the Warden,

LTC Jeffrey S. Fewell, MBA, CJM
Warden
Wyandotte County Sheriff's Office
Kansas City, Kansas

I have no disobeying order write ups. I have no insolence write ups. I have no hostile write ups. Not one single nurse or staff can say that I disrespected them, disobeyed any order or used any foul or vulgar language towards them. Not one staff or inmate can say that they feel threatened by me while in general population. Nor is there any reason to believe that I am a threat to inmate or officer or security of the facility (health wise, safety wise, welfare, custody, care or any other status). On what grounds are you basing your decision to keep me in seg on Warden Fewell? I dont even have a disobeying order write up. This has nothing to do with the facility at all. This is your personal decision —

Exhibit 12(H) 2 of 2

Whereas you are simply retaliating as well as denying me the law library hence trying to block me from furthering my cause utilizing my due process, grievance process inorder to exhaust my remedies about the situation that occurred on 10-28-19 (when your officers forcefully subjected me to cruel and unusual punishment by beating me up - for the 3rd time - unjustifiably in which you are simply trying to cover up.

You have let 6 caucasians, who were down in seg for fighting, out of segregation in less than 21 days. You've just let out 7 more caucasion mates out who had physical combative contact (assault on Deputies) out of segregation in which they've only done 15 & 17 days. These individuals it a more of a security risk/threat to the facility, inmates and deputies than I do due to their nature of write ups which most of hostile & violatile actions.

However I have no hostile, combative, aggressive or transgressive write ups. I don't even have any dis-beying orders write ups. In fact the only destructive write up that I did have was dealing with a cracked tablet that I didn't even break (in which I was charged in court and paid for that too.).

So why am I being treated arbitrarily different from the other inmates. Especially when my situation is far more less of a security risk than theirs, yet you set all these different criterion for reasons of keeping me in the seg unit but here it is my situation doesn't contain anything you listed on that memorandum? As you failed to fit these other 8 caucasion mates under such criteria. These contain the different memorandum,

Exhibit 12 (I)

PRINT NAME: _Durall Vann_     Seeking names of defendants

POD: _R3_   CELL: _F_

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: _12/20/18_          TIME: _____

( ) **APPEAL**              ( ) **CLASSIFICATION**   RECEIVED   DEC 24 2018

( ) **REVIEW**              ( ) **DISCIPLINE**

( ) **GRIEVANCE**           (✓) **REQUEST** _____ BY: ...............

TO: _Captain / Sgt Harvess_
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like for you to look back on the camera on the date of 10-28-18 (the date of which my incident took place) whereas the officers jumped on me and drug me down a flight of stairs) and inform me of the names of all the officers who were involved, please. Especially the officer who beat his knees in my back, neck, and ride at the bottom of the stairs. This happened around 5pm - 2pm. Please Respond as soon as possible.

INMATE'S SIGNATURE: _Durall Vann_                INMATE # _47539_

DISPOSITION: _____        DATE: _____

_01/08/19_

This request cannot be done.

Capt. C.G.

DEPUTY'S SIGNATURE AND RANK _____

WHITE: "FILE"  -  CANARY: "DEPUTY"

Exhibit 12(J)

**PRINT NAME:** Durayl Vann

**POD:** B-2  **CELL:** 5

### WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

**DATE:** 1-04-19        **TIME:** _____

RECEIVED
JAN 07 2019
BY: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW              ( ) DISCIPLINE

( ) GRIEVANCE           (✓) REQUEST  Information

**TO:** Internal Affairs

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I am writing you in regards of the incident / grievance issue that occurred on 10-28-18. I would like to know when did the investigation initiate as well as the date that the investigation ended.

I would also like to know the names of all the parties involved (Deputy Sheriffs) who entered my cell, drug me down the stairs, Etc as well as the name of the deputy who kept his knees on my neck and back. It would be highly appreciated. Thank you for the gift of your time

**INMATE'S SIGNATURE:** Durayl Vann          **INMATE #** 47539

**DISPOSITION:** Request Denied          **DATE:** _____

**DEPUTY'S SIGNATURE AND RANK** Capt. Carver #846

WHITE: "FILE"  ~  CANARY: "DEPUTY"

Exhibit 12(k)

**PRINT NAME:** Duray Vann
**POD:** B-2   **CELL:** 3

### WYANDOTTE COUNTY DETENTION CENTER

### INMATE COMMUNICATION FORM

RECEIVED
JAN 1 4 2013
BY:

**DATE:** 1-13-19                 **TIME:** _____

( )  APPEAL                  ( )  CLASSIFICATION

( )  REVIEW                  ( )  DISCIPLINE

(✓)  GRIEVANCE             (✓)  REQUEST  Info Request

**TO:** Internal Affairs  Carver ³ Warden Ferrell
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would simply like to know the names of the deputy officers involved in the incident that occurred 10-28-18 whereas I was drug down a flight of stairs by these officers. Also I'd like to know the name of the officer who smashed his knees in my neck and back. Being as that you claim to have investigated this matter I'm under the impression that you have the names of the officers involved that I seek. Please provide me with said request so that I may properly further my grievance up the chain of command with the correct information. For you to refuse such request would

**INMATE'S SIGNATURE:** Duray Vann                    **INMATE #** 47539
be you maliciously trying to hinder my due process in utilizing grievance process

**DISPOSITION:** _____   **DATE:** _____

You are Denied again per our Policy

B ≥ B

**DEPUTY'S SIGNATURE AND RANK** Capt. [signature]

WHITE: "FILE"  –  CANARY: "DEPUTY"

Exhibit 12 (L)

**FILE COPY**

Retaliation from speaking to camera crew

Appeal of Discipline

I, (Name), _Durayl Venn_ Booking # _47539_ wish to appeal the
Disciplinary Hearing Officer's decision based on the following facts:

It is not against any rule whereas an inmate can
not speak/talk while being locked down in his
cell. This "freedom of speech" is a 1st Amendment
Constitutional right of the inmate period. And to be
consequented for speaking his opinion while being locked
in his cell is a violation of said right. Secondly, a "code"
was not called which proves that inmate did nothing wrong
but simply voice my opinion in which it was something
that Warden Fewell didn't like. I didn't cause a disturbance
nor was I inciting anyone. In fact, the only reason why I was
taken out of my cell in the first place is because I voice my opine.
about Warden Fewell's actions in which he took it personal.
I was sent to the hole on retaliation. I was never spoken to
or warned about any display of my behavior. Why? Because I
didn't violate any rule. It was only after I was taken out of my cell
when I began voicing my opinion I out loud in front of camera about

I realize that according to the American Correctional Association Standards for Adult Local
Detention Facilities, 3rd Edition, the Administrator or the person receiving this appeal may only
affirm or reverse the decision. He/She may not reduce or change a sanction (3_ALDF-3c-22
American Correctional Association Standards of Adult Detention Facilities, 3rd Edition).

fewell allowing his officers to beat black inmates. And it is for fear of

Inmate Signature: _Durayl Venn_                    Date: _10-4-19_

expressing the truth of his actions on camera why I was taken to the
hole in the first place is a method to silence me.

I, _Majorick_, have reviewed the appeal and ☑ affirm _____ reverse the
findings of the Hearing Officer.

Administrator/designee comments:

Your actions/behavior was
disruptive to the security
search that was being
conducted at that time.

Administrator/designee Signature: _Majorick_          Date: 100719

Exhibit 12(M)    Appointing Authority:
Roland and Ash are now Aware

**PRINT NAME:** Duray Vann

**POD:** B-2 **CELL:** 5

Pg 1 of 5

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

FILE COPY

**DATE:** 12/27 1-07-19    **TIME:** _____

( ) **APPEAL**              ( ) **CLASSIFICATION**

( ) **REVIEW**              ( ) **DISCIPLINE**

(✓) **GRIEVANCE**          (✓) **REQUEST** _please return answered_
_grievance along with the additional_
_attached pages/sheets_

**TO:** Under Sheriff Larry Roland
(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

On 10-28-18 I was brutally aggravatedly assaulted and batterized by your subordinate Wyandatte County Jail Deputy Officers (Sheriffs) without justifiable cause, to the point whereas I was coughing up blood for 3½ days due to their violatile actions against me. This is the 3rd time that this group of Deputy Sheriffs (B-shift nights) have used excessive force unjustifiably to the point of grievious bodily harm has been caused upon me. You are already aware of the first 2 times that this has happened. But yet because of you continuously ignoring or failing to do anything

**INMATE'S SIGNATURE:** Duray Vann                **INMATE #** 47539

**DISPOSITION:** _____    **DATE:** _____

FILE COPY    L.R.    ADMINISTRATION:
SHERIFF ADMINISTRATION:
ASKED AND ANSWERED

FILE COPY

**DEPUTY'S SIGNATURE AND RANK** _____

WHITE: "FILE" — CANARY: "DEPUTY"

Exhibit 12(m) 2 of 5

Pg 2 of 5

about these often occuring situations, these groups of Deputy Sheriffs no longer fear any consequences of their actions and are now getting very comfortable with beating inmates unjustifiably on a regular basis.

Furthermore, your subordinate (Warden Jeffery Fewell) is refusing to answer and return grievances (ICFs) to me with malicious intent to stop and/or hinder me from furthering my cause up the chain of command utilizing the grievance process whereas I may exhaust my remedies so on and so forth, with attempts to not only expose the cruel and unusual punishment that your Deputies are forcefully subjecting inmate to by using excessive force on them; but to find a solution to further prevent these beatings (that are unwarranted) in their continuum, also.

Inmates are beaten (black inmates) then placed in the seg unit whereas they are given bogus disciplinary seg time inorder that they will remain in the seg unit (without any form of communicative access) until their body has had more than enough time to heal up after such beatings. I was even denied medical so that a report of my injuries would cease to be documented.

I was found guilty of bogus write-up whereas even your pod cameras and Deputy's body cams would/will prove my innocense. Even your officer (Mestes) who initiated the whole incident admits that he was wrong and over reacted. There is a plethora of issues that I have grieved (with merit) through the grievance system (due process) properly pertaining to the multiple incidents that are continuing in retaliation; stem from his aforementioned incident that occurred on 10-28-16.

Row 1                                turns to block me from my

Pg 3 of 5                    Exhibit 12(M) 3 of 5

due process of utilizing the grievance process whereas I
can continue in my cause in bringing awareness to these
situations that are going on in the facility of Wyandotte County
Jail.

As it stands, I'm grieving the actions of Warden Farrell denying
returning my grievances while maliciously hindering and trying to
stop my due process whereas I may further my cause up the
chain of command utilizing the grievance process.

I'm grieving the actions of Warden Farrell treating me
arbitrarily arbitrarily different from other inmates by leaving me
in the seg unit but letting other inmates who have escalated
, hostile, aggressive write-ups whereas I have no physical
, verbal, hostile violent actions type write ups at all. I don't
even have a disobeying orders write-up. And with that
being said, no one can explain to me what actions of mines
did I display that would warrant these specific group of
deputies (on B-shift nights) to drag me down a flight of stairs,
jump on me (while cuffed behind my back) until I'm coughing
up blood, put in a restraint chair, made to sit in my urine
on over an hour, denied medical attention, made to sit in
the seg unit over 4 months (Oct - Feb), then now have
been denied all of my legal work that was in my cell and
still have been refused my legal work as it stands (on which
this is something that I can have in seg unit.

Further, I am being denied law library while being in
the seg unit. Law library is a right (Per federal guidelines, & rules)
not a privilege. No matter where you are in a jail (seg or
general population) you have a right to utilize the law library. I'm
grieving the actions of all that has so far been mentioned in this
grievance. I would like for my grievances to be returned to me

Pg. 4 of 5

Exhibit 12(m) 4 of 5

legal work returned to me. I would like to be released from the hole back into general population. And if not then I'd like access to the law library so that I may research my case and fight, prepare a defense for my criminal case. I want this situation that occurred on 10-28-18 thoroughly investigated and I will like to press criminal charges on all parties involved (Deputy officers) in jumping on me, dragging me down a flight of stairs, and jumping on me until I coughed up blood. I want these video cameras video footage reviewed. I also would like for you to take affirmative action in an investigation of officers beating inmates unjustifiably along with holding the appointing authority (Warden Feuell, Sara Toms, and Major patuck) ~~from~~ accountable for covering these situations up.

This is the 2nd grievance I've written you with a receiving a response. And I've been noticing other officers are answering grievances instead of the officers in which the grievances are sent to. Therefore I'm not even sure if you've received my grievances the first time. Please Review all of my grievances pertaining to the incidents of and stemming from 10-28-18 and respond back to me as ~~soo~~ soon as possible. You are now aware of whats going on in your facility (been aware since 1-15-15). I want the record to reflect that I wish to file criminal charges but your internal affairs refuse to let me.

I would also like to know the names of the parties involved (especially of the deputy who put his knee in my back and neck at the

Exhibit 12 (m) 5 of 5

pg. 5 of 5

actions of me being denied medical Treatment after the issue. My whole situation was a medical situation. I wish to know how does a medical code being called for me warrants me being treated like I was (drug down a flight of stairs Etc.) and am still being treated (refused my legal work, hygiene, Etc.)? I wish to grieve Deputy Moslin's actions of denying me medical when I asked him to call a nurse due to my heart problems. There are several issues that I grieved on ICF's sent to various officers of rank (Sgt, Capt, Majors, Warden) yet many of them were not responded to and sent back. One was found in the trash in another pod by another officer. I were found stuffed in my property in intake (in which they had never was even put in the ICF box in order to be sent to the officers that they were addressed to).

Therefore I wish to grieve all of the actions mentioned in all of my grievances. Please investigate these matters thoroughly.

End of Grievance

Durayl Varen #47539
710 N. 7th St
KCK 66101
Please Answer and return                    Pod: B-2    Rm 5
all grievances and their additional
attached sheets/pages as soon as possible