Pg 1

In The United States District Court
For The District Of Kansas

Durayl Tyree Vann,
    Plaintiff

V.                      Case No: 20-3200-SAC

Jeffrey Fewell, et al.,
    Defendants

## Plaintiffs' Motion for Reconsideration of Time Extension

3) Plaintiff further declares that there are at least 100 inmates per pod but only 2 inmates may sign up for law library per program session 3 times a week (if available). This combined with the other factors as mentioned above contributes to the lack of access to the law library and supports the truth and cause for plaintiffs reasonable request for time extension.

Plaintiff has no control over facility operations and is therefore subjected to whatever policies that are instituted into the facility by Lansing Correctional Facility's Administration. Plaintiff declares that the shortage of staff/facilitators are also factors that cannot be controlled