**U.S. Department of Justice**
**United States Marshals Service**


FILED OCT 28 2022
Clerk, U.S. District Court
By: [signature] Deputy Clerk

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Durayl Tyree Vann | 20-3200-JWL-JPO |
| DEFENDANT | TYPE OF PROCESS |
| Jeffrey Fewell, et al. | Summons/Amended Complaint/M&O |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
(fnu) Reid, Deputy Sheriff, Wyandotte County Sheriff's Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
710 N. 7th Street, Kansas City, Kansas 66101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Durayl Tyree Vann, #76997
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043-0002

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
s/ SKYLER B. O'HARA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 785-338-5400
DATE: 10/05/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 10 | 31 | 31 | [signature] | 10-5-22 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 10·7·22  Time: ☐ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Via Cert. Mail

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☑ Agent)<br>X *C Young* |
| | B. Received By: (Printed Name) *C. Young* — C. Date of Delivery 10/7/22 |
| 1. Article Addressed to:<br>Deputy Sheriff Reid<br>Wyandotte County Sheriff's Office<br>710 N 7th St<br>Kansas City KS 66101-3051 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖ barcode ‖‖‖‖‖<br>9490 9169 0224 6689 5303 83 | 3. Service Type<br>☑ Certified Mail® |
| 2. Article Number (Transfer from service label)<br>9414 7169 0224 6689 5303 65 | |

PS Form 3811 Facsimile, July 2015 (SDC 3930) — Domestic Return Receipt

USPS TRACKING #

9490 9169 0224 6689 5303 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

12 OCT 2022 PM

UNITED STATES
POSTAL SERVICE

PS Form 3811 Facsimile, July 2015 (SDC 3930)

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka, KS 66683