# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

FILED JAN 12 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Durayl Tyree Vann | 20-3200-JWL-JPO |
| DEFENDANT | TYPE OF PROCESS |
| Jeffrey Fewell, et al. | Alias Summons/Amended Cmp/M&O |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sarah Toms, Unified Government Clerk's Office
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
201 N. 7th Street, Kansas City, KS 66101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Durayl Tyree Vann, #47539
Wyandotte County Detention Center
710 N. 7th Street
Kansas City, KS 66101

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
**s/ SKYLER B. O'HARA**
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 785-338-5400
DATE: 11/21/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 2
District of Origin No. 031
District to Serve No. 031
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 11-29-22

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 12.05.22
Time: ☐ am ☐ pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy: *Jessica Iverson*

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Sent certified mail

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: (☒ Addressee or ☐ Agent)<br>X _Sara Toms_<br>B. Received By: (Printed Name) SARA TOMS    C. Date of Delivery 12/5/22 |
| 1. Article Addressed to:<br>Sarah Toms<br>Unified Government Clerk's Office<br>201 N 7th St<br>Kansas City KS 66101-3201 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2022 DEC -1 PM 2:37 UNITED STATES RECEIVED KCKS |
| <br>9490 9169 0224 6689 9246 56 | 3. Service Type<br>☑ Certified Mail® |
| 2. 9414 7169 0224 6689 9246 21 | |

PS Form 3811 Facsimile, July 2015 (SDC 3930)    Domestic Return Receipt

**USPS TRACKING #**

9490 9169 0224 6689 9246 56

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES POSTAL SERVICE**

PS Form 3811 Facsimile, July 2015 (SDC 3930)



US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka KS 66683

s/ SKYLER B. O'HARA

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | ) | |
|---|---|---|
| Durayl Tyree Vann | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 20-3200-JWL-JPO |
| | ) ) ) | |
| Jeffrey Fewell, et al. | ) ) | |
| *Defendant(s)* | ) | |

ALIAS
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Sarah Toms
        Unified Government Clerk's Office
        701 N. 7th Street
        Kansas City, KS 66101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Durayl Tyree Vann, #47539
        Wyandotte County Detention Center
        710 North 7th Street
        Kansas City, KS 66101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/21/2022

        s/S. Nielsen-Davis
        *Signature of Clerk or Deputy Clerk*
        SKYLER B. O'HARA
        CLERK OF COURT
        490 U.S. Courthouse
        444 SE Quincy
        Topeka KS 66683-3589

Civil Action No. 20-3200-JWL-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                  _____
                                    *Server's signature*

                                  _____
                                  *Printed name and title*

                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc: