
FILED
JAN 12 2023
By: [signature]
Clerk, U.S. District Court
Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| **PLAINTIFF**<br>Durayl Tyree Vann | **COURT CASE NUMBER**<br>20-3200-JWL-JPO |
| **DEFENDANT**<br>Jeffrey Fewell, et al. | **TYPE OF PROCESS**<br>Alias Summons/Amended Cmp/M&O |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeffrey Fewell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 W. Cherry Avenue, Washington, PA 15301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Durayl Tyree Vann, #47539
Wyandotte County Detention Center
710 North 7th Street
Kansas City, KS 6610112

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
**s/ SKYLER B. O'HARA**
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 785-338-5400
DATE: 11/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 031
District to Serve No.: 031
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 11-29-22

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 12.05.22
Time: ☐ am ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
Jessica Iverson

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Sent certified mail

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☐ Agent)<br>X |
| | B. Received By: (Printed Name)    C. Date of Delivery<br>12/5/22 |
| 1. Article Addressed to:<br>Jeffrey Fewell<br>100 W Cherry Ave<br>Washington PA 15301-6820 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9490 9169 0224 6689 9246 87 | 3. Service Type<br>☑ Certified Mail® |
| 2. Article Number 9414 7169 0224 6689 9246 69 (service label) | |

PS Form 3811 Facsimile, July 2015 (SDC 3930)     Domestic Return Receipt

USPS TRACKING #

9490 9169 0224 6689 9246 87

**UNITED STATES POSTAL SERVICE**

PS Form 3811 Facsimile, July 2015 (SDC 3930)

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka KS 66683

/s/ SKYLER B. O'HARA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Durayl Tyree Van

*Plaintiff(s)*

v.

Civil Action No. 20-3200-JWL-JPO

Jeffrey Fewell, et al.

*Defendant(s)*

## ALIAS
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Fewell
100 W. Cherry Avenue
Washington, PA 15301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Durayl Tyree Vann, #47539
Wyandotte County Detention Center
710 North 7th Street
Kansas City, KS 66101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/22/2022

s/S. Nielsen-Davis
*Signature of Clerk or Deputy Clerk*

SKYLER B. O'HARA
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

Civil Action No. 20-3200-JWL-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: