IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DURAYL TYREE VANN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO: 20-3200-SAC** |
| ) | |
| **JEFFREY FEWELL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS

**COMES NOW**, Defendants, by and through undersigned counsel and pursuant to F.R.C.P. 12(b)(6) moves the Court to dismiss the claims against them for the reasons set forth in their Memorandum filed in accordance with D. Kan. Rule 7.1(a). Plaintiff has failed to state a claim for which relief can be granted, Defendants are entitled to qualified immunity, and Plaintiff has failed to exhaust his administrative remedies.

**WHEREFORE,** Defendants respectfully request that this Court enter its order granting their Motion to Dismiss, for their costs and attorney's fees pursuant to 42 U.S.C. §1988 and for such other and further relief that the Court deems just and appropriate under the circumstances.

Respectfully Submitted,

/s/      Joni Cole
**Joni Cole, KBN 24798**
701 N. 7th Street, 9th Floor
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org
**Attorney for Defendants**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2023, the above and foregoing was filed with the clerk of the court using the CM/ECF system, and that a hard copy of the same was served via interfacility mail to the following:

Durayl Tyree Vann
710 N. 7th Street, F-03
Wyandotte County Detention Center
Kansas City, Kansas  66101

2