

**Legal Department**
701 North 7th Street, 9th Floor
Municipal Office Bldg.
Kansas City, Kansas 66101

**LEFT FACILITY
RETURN TO SENDER**



Dray[l] ___
Wyandotte County D[etention] Center
71[0] N. 7th Street
Kansas City, KS 6[6101]

RTS



FIRST-CLASS
COMM NONAUTO
PRSRT LTR

ZIP 64108
02 7W
0008026998 MAY 23 2023
US POSTAGE $000.54