# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DURAYL TYREE VANN, )
         Plaintiff, )
)
v. )   CASE NO: 20-3200
)
JEFFREY FEWELL, et al., )
         Defendants. )

## **ANSWER**

**COMES NOW**, Defendants, and submits the following answer to Plaintiff's First Amended Complaint. [DOC. 13]

1. Answering Paragraph (A)(1), Defendants states that paragraph 1 appears to be the caption of the case to which no response is required, and therefore denies the same.

2. Answering Paragraph (A)(2), Defendants are without sufficient information to admit or deny the averments as set forth in this paragraph, and therefore deny the same.

3. Answering Paragraph (A)(3), Defendants admit the averments as they pertain to Defendant Abraham Mesler.

4. Answering Paragraph (A)(4), Defendants admit the averments as they pertain to Defendant Lobner.

5. Answering Paragraph (A)(5), Defendants admit the averments as they pertain to Defendant Schuler.

6. Answering Paragraph (A)(6), Defendants deny the averments as the pertain to John Doe.

7. Answering Paragraph (A)(7), E. Sage is no longer a Defendant in this cause and therefore Defendants deny the same.

8. Answering Paragraph (A)(8), Defendants admit the averments as they pertain to Defendant Major Charles Patrick.

9. Answering Paragraph (A)(9), Defendants admit the averments as they pertain to Defendant Jeffrey Fewell.

10. Answering Paragraph (A)(10), William Green is no longer a Defendant in this cause and therefore Defendants deny the same.

11. Answering Paragraph (A)(11), Faulkner is no longer a Defendant in this cause and therefore Defendants deny the same.

12. Answering Paragraph (A)(12), M. Hibbler is no longer a Defendant in this cause and therefore Defendants deny the same.

13. Answering Paragraph (A)(13), Naomi Green Cortez is no longer a Defendant in this cause and therefore Defendants deny the same.

14. Answering Paragraph (A)(14), B. Jones is no longer a Defendant in this cause and therefore Defendants deny the same.

15. Answering Paragraph (A)(15), F. Harmon is no longer a Defendant in this cause and therefore Defendants deny the same.

16. Answering Paragraph (A)(16), J. Russell is no longer a Defendant in this cause and therefore Defendants deny the same.

17. Answering Paragraph (A)(17), Defendants admit the averments as they pertain to Defendant Reid.

18. Answering Paragraph (A)(18), S. Brown is no longer a Defendant in this cause and therefore Defendants deny the same.

19. Answering Paragraph (A)(19), Kimberly Holmes is no longer a Defendant in this cause and therefore Defendants deny the same.

20. Answering Paragraph (A)(20), Defendants admit the averments as they pertain to Defendant Sara Toms.

21. Answering Paragraph (A)(21), Buxton is no longer a Defendant in this cause and therefore Defendants deny the same.

22. Answering Paragraph (A)(22), Detective Carver is no longer a Defendant in this cause and therefore Defendants deny the same.

23. Answering Paragraph (A)(23), Defendants admit the averments as they pertain to Defendant Larry Roland.

24. Answering Paragraph (A)(24), Defendants admit the averments as they pertain to Defendant Don Ash.

25. Answering Paragraph (A)(25), Defendants admit.

26. Answering Paragraph (B)(26), Defendants deny the averments as set forth therein and further state that the claims in reference to these allegations have been dismissed.

27. Answering Paragraph (B)(27), Defendants deny the averments as set forth therein and further state that the claims in reference to these allegations have been dismissed.

28. Answering Paragraph (B)(28), Defendants deny the averments as set forth therein and further state that the claims and persons referenced therein have been dismissed.

29. Answering Paragraph (B)(29), Defendants deny the averments as set forth therein and further state that the claims and persons referenced therein have been dismissed.

30. Answering Paragraph (B)(30), Defendants deny the averments as set forth therein and further state that the claims and persons referenced therein have been dismissed.

31. Answering Paragraph (B)(31), Defendants deny the averments as set forth therein and further state that the claims and persons referenced therein have been dismissed.

32. Answering Paragraph (B)(32), Defendants deny the averments as set forth therein and further state that the claims and persons referenced therein have been dismissed.

33. Answering Paragraph (B)(33), Defendants deny the averments as set forth therein.

34. Answering Paragraph (B)(34), Defendants deny the averments as set forth therein.

35. Answering Paragraph (C)(35), Defendants deny the averments as set forth therein including subparts.

36. Answering Paragraph (C)(36), Defendants deny the averments as set forth therein including subparts.

37. Answering Paragraph (C)(37), Defendants deny the averments as set forth therein including subparts.

38. Answering Paragraph (C)(38), Defendants deny the averments as set forth therein including subparts.

39. Answering Paragraph (C)(39), Defendants deny the averments as set forth therein including subparts.

40. Answering Paragraph (C)(40), Defendants deny the averments as set forth therein including subparts.

41. Answering Paragraph (C)(41), Defendants deny the averments as set forth therein including subparts.

42. Answering Paragraph (C)(42), Defendants deny the averments as set forth therein including subparts.

43. Answering Paragraph (C)(43), Defendants deny the averments as set forth therein including subparts.

44. Answering Paragraph (C)(44), Defendants deny the averments as set forth therein including subparts.

45. Answering Paragraph (C)(45), Defendants deny the averments as set forth therein

including subparts.

46. Answering Paragraph (C)(46), Defendants deny the averments as set forth therein including subparts.

47. Answering Paragraph (C)(47), Defendants deny the averments as set forth therein including subparts.

48. Answering Paragraph (C)(48), Defendants deny the averments as set forth therein including subparts.

49. Answering Paragraph (C)(49), Defendants deny the averments as set forth therein including subparts.

50. Answering Paragraph (C)(50), Defendants deny the averments as set forth therein including subparts.

51. Answering Paragraph (C)(51), Defendants deny the averments as set forth therein including subparts.

52. Answering Paragraph (C)(52), Defendants deny the averments as set forth therein including subparts.

53. Answering Paragraph (C)(53), Defendants deny the averments as set forth therein including subparts.

54. Answering Paragraph (C)(54), Defendants deny the averments as set forth therein including subparts.

55. Answering Paragraph (C)(55), Defendants deny the averments as set forth therein including subparts.

56. Answering Paragraph (C)(56), Defendants deny the averments as set forth therein including subparts.

57. Answering Paragraph (C)(57), Defendants deny the averments as set forth therein including subparts.

58. Answering Paragraph (C)(58), Defendants deny the averments as set forth therein including subparts.

59. Answering Paragraph (C)(59), Defendants deny the averments as set forth therein including subparts.

60. Answering Paragraph (C)(60), Defendants deny the averments as set forth therein including subparts.

61. Answering Paragraph (C)(61), Defendants deny the averments as set forth therein including subparts.

62. Answering Paragraph (C)(62), Defendants deny the averments as set forth therein including subparts.

63. Answering Paragraph (C)(63), Defendants deny the averments as set forth therein including subparts.

64. Answering Paragraph (C)(64), Defendants deny the averments as set forth therein including subparts.

65. Answering Paragraph (C)(65), Defendants deny the averments as set forth therein including subparts.

66. Answering Paragraph (C)(66), Defendants deny the averments as set forth therein including subparts.

67. Answering Paragraph (C)(67), Defendants deny the averments as set forth therein including subparts.

68. Answering Paragraph (C)(68), Defendants deny the averments as set forth therein

including subparts.

69. Answering Paragraph (C)(69), Defendants deny the averments as set forth therein including subparts.

70. Answering Paragraph (C)(70), Defendants deny the averments as set forth therein including subparts.

71. Answering Paragraph (C)(71), Defendants deny the averments as set forth therein including subparts.

72. Answering Paragraph (C)(72), Defendants deny the averments as set forth therein including subparts.

73. Answering Paragraph (C)(73), Defendants deny the averments as set forth therein including subparts.

74. Answering Paragraph (C)(74), Defendants deny the averments as set forth therein including subparts.

75. Answering Paragraph (C)(75), Defendants deny the averments as set forth therein including subparts.

76. Answering Paragraph (C)(76), Defendants deny the averments as set forth therein including subparts.

77. Answering Paragraph (C)(77), Defendants deny the averments as set forth therein including subparts.

78. Answering Paragraph (C)(78), Defendants deny the averments as set forth therein including subparts.

79. Answering Paragraph (C)(79), Defendants deny the averments as set forth therein including subparts.

80. Answering Paragraph (C)(80), Defendants deny the averments as set forth therein including subparts.

81. Answering Paragraph (C)(81), Defendants deny the averments as set forth therein including subparts.

82. Answering Paragraph (C)(82), Defendants deny the averments as set forth therein including subparts.

83. Answering Paragraph (C)(83), Defendants deny the averments as set forth therein including subparts.

84. Answering Paragraph (C)(84), Defendants deny the averments as set forth therein including subparts.

85. Answering Paragraph (C)(85), Defendants deny the averments as set forth therein including subparts.

86. Answering Paragraph (C)(86), Defendants deny the averments as set forth therein including subparts.

87. Answering Paragraph (C)(87), Defendants deny the averments as set forth therein including subparts.

88. Answering Paragraph (C)(88), Defendants deny the averments as set forth therein including subparts.

89. Answering Paragraph (C)(89), Defendants deny the averments as set forth therein including subparts.

90. Answering Paragraph (C)(90), Defendants deny the averments as set forth therein including subparts.

91. Answering Paragraph (C)(91), Defendants deny the averments as set forth therein

including subparts.

92. Answering Paragraph (C)(92), Defendants deny the averments as set forth therein including subparts.

93. Answering Paragraph (C)(93), Defendants deny the averments as set forth therein including subparts.

94. Answering Paragraph (C)(94), Defendants deny the averments as set forth therein including subparts.

95. Answering Paragraph (D)(95), Defendants deny the averments as set forth therein including subparts.

96. Answering Paragraph (D)(96), Defendants deny the averments as set forth therein including subparts.

97. Answering Paragraph (D)(97), Defendants deny the averments as set forth therein including subparts.

98. Answering Paragraph (D)(98), Defendants deny the averments as set forth therein including subparts.

99. Answering Paragraph (D)(99), Defendants deny the averments as set forth therein including subparts.

100. Answering Paragraph (D)(100), Defendants deny the averments as set forth therein including subparts.

101. Answering Paragraph (D)(101), Defendants deny the averments as set forth therein including subparts.

102. Answering Paragraph (D)(102), Defendants deny the averments as set forth therein including subparts.

103. Answering Paragraph (D)(103), Defendants deny the averments as set forth therein including subparts.

**Defenses and Affirmative Defenses**

104. Further answering the complaint, Defendants deny each of every averment of the First Amended Complaint, unless specifically admitted herein.

105. Further answering the First Amended Complaint, Defendants aver that the Petition fails to state a claim upon which relief can be granted.

106. The allegations in the First Amended Complaint are untrue.

107. The applicable statute of limitations has passed.

108. Any force utilized was not objectively unreasonable.

109. Further answering the First Amended Complaint, the Plaintiff did not suffer a physical injury as required by §1997e(e).

110. The Plaintiff failed to exhaust his administrative remedies in accordance with 42 U. S. C. §1997e(a).

111. Further answering the First Amended Complaint, Defendants aver that they acted at all times in good faith and reasonably believed that their actions were lawful and Plaintiff is not entitled to punitive damages.

112. Further answering the First Amended Complaint, Defendants aver that they did not violate clearly established law and are entitled to qualified immunity and or absolute immunity.

113. Further answering the First Amended Complaint, Defendants aver that their actions were privileged and justified under Kansas law.

114. Further answering the First Amended Complaint, Defendants aver that Plaintiff's claims

are barred in whole or in part by the provisions of the Kansas Tort Claims Act, K.S.A. 75-6101 et seq., including the exceptions to liability in K.S.A. 75-6104(c), (d), (e), (i), and (n).

115. Further answering the First Amended Complaint, Defendants aver that any alleged negligence must be compared with the causal negligence, carelessness, or omission of Plaintiff and Plaintiff's recovery, if any, is barred or diminished as provided by K.S.A. 60-258a.

116. Further answering the First Amended Complaint Defendants aver that the amount of damages recoverable by Plaintiff is limited by K.S.A. 75-6105, K.S.A. 60-1903, and K.S.A. 60-19a02.

117. Further answering the First Amended Complaint Defendants reserve the right to assert any additional defenses revealed during discovery.

**WHEREFORE**, having fully answered the Complaint, Defendant pray that the Court enter judgment in their favor on Plaintiff's claims and award it costs of defense, and for other and further relief that the Court deems just and appropriate under the circumstances.

### Demand for Jury Trial

Defendants demand a jury trial on Plaintiff's claims.

    Respectfully Submitted,

*/s/ Joni Cole*
**Joni Cole, KBN 24798**
701 N. 7th Street, 9th Floor
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org
**Attorney for Defendants**

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2023, the above and foregoing was filed with the clerk of the court using the CM/ECF system, and that a hard copy of the same was served via interfacility mail to the following:  Durayl Tyree Vann, 710 N. 7th Street, B2-04, Wyandotte County Detention Center, Kansas City, Kansas  66101

/s/    Joni Cole
Attorney for Defendants