Durayl Tyree Vann
47539
WYANDOTTE County Detention Center
710 North 7th Street
Kansas City, KS 66101



FILED
JUL 10 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

To: United States District Court
The District Court Of Kansas (Court Clerk)
444 S.E. Quincy Rm #490
Topeka, Ks 66683

RE: <u>Vann V. Fewell</u>, 20-CV-3200-JAR-GEB

I am Durayl Vann, who am writing you in the matters of the above mentioned case, seeking to move this Honorable Court in entering this attached affadavit/declaration of witness Keith McDonald into evidence as "an exhibit of evidence" in this above case and matter. I would like for these attached documents to be a part of the court record.

I would also like to receive 2 copies of this affadavit/declaration of Mr. Keith McDonald in return upon this entry of record please. Thank You for the gift of your time.

<u>Certificate of Service</u>

I, Durayl Vann, do hereby certify that this letter and its attached documents (affadavit written by Mr. Keith McDonald) was mailed to the United States District Court of Kansas, 444 S.E. Quincy Rm #490, Topeka, Ks 66683 on 6-30-23 via mail by me Durayl Vann 47539, Wyandotte County Jail, 710 N. 7th St., Kansas City, Ks 66101.

x Durayl Vann #47539
Durayl Vann #47539
710 N. 7th St.
KCK 66101