To whom this may concern:          RE: Vann v. Fewell, 20-3200-JAR-GEB

(Declaration)

## Affadavit of Keith McDonald

On the day of October 28, 2018 I, Keith McDonald was detained in Wyandotte County Jail, F-Pod in cell #4 or #5 on the bottom tier right across from Inmate Vanns cell which I believe to be cell 41 or 42 at the time. I declare that I could see his cell in clear plain view from my cell.

I Bear witness to the fact that a few hours previous to me witnessing officers go to Mr Vanns cell he had asked the officer to call medical because he didn't feel right and was having chest pains. After the officer left his door Vann kept yelling through the door for the C/O to please call medical. The officer refused, Inmate Vann did ask him several times in which the officer kept ignoring him or denying him.

Hours Later while looking out of my cell, I did witness officers go to Vanns cell and enter it. Moments later I witness Inmate Vann being violently dragged out of his cell on his stomach and on to the Run in which it looked like one of the officers slammed his face on the floor before dragging him down the stairs and to the bottom of the stairs, I did see Vanns face and head being bounced off of 4 or 5 stairs on the way down.

Once at the bottom of the stairs I seen a officer twist and bend Vanns legs up while ~~vann taking~~ it appear to be another C/O on his back. After that, several officers surrounded Inmate Vann blocking my view. While in the circle of officers, I did hear Vann yell that he could'nt breathe and asking them why they were doing that to him.

moments later he was wheeled out in what appeared to be a restraint chair. Also the following day when we were let out of cells several inmate's including ME, Did notice blood stains and smears at the bottom of the stairs where Vann was. Other inmates stated that there were some blood smears at the Top of the Stairs leading from Inmate Vanns cell. I never went up stairs to see therefore I cannot claim that I seen the blood that was up stairs End of Statement

    These are the facts as I witnessed them and I swear under penalty of perjury that this is truth to be the best of my Knowledge.

Submitted by

x __[signature]__
Keith Dwayne McDonald

Written 6-27-23