Duroyl Vinn #47539
Wyandotte County Jail
710 N. 7th St
Kansas City, Ks 66101

KANSAS CITY 640
5 JUL 2023 PM 3 L



RECEIVED
JUL 10 2023
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

To: United States District Court
State of Kansas
Court Clerk
444 S.E Quincy Rm #490
Topeka, Kansas
66683

Legal Mail

"The enclosed letter was processed through **privileged m**ailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem **over whi**ch this facility has jurisdiction, you may wish to return the **material** for further information or clarification. If the writer **encloses** correspondence for forwarding to another addressee, **please** return the enclosure to the above address."



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT   © USPS 2019