### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DURAYL TYREE VANN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 20-3200-SAC |
| | ) |
| **JEFFREY FEWELL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DESIGNATION OF COMPARATIVE FAULT BY DEFENDANTS

COMES NOW the Defendants, and pursuant to the Court's Scheduling Order and K.S.A. §60-258a, and designate the following individuals or entities against whom comparative fault may be asserted to the extent comparative fault principles apply:

(1) Plaintiff

(2) Wellpath, LLC

(3) Others whose fault may be discovered.

Respectfully Submitted,

/s/      Joni Cole
Joni Cole, KBN 24798
Legal Advisor to the Sheriff
Unified Government Legal Department
701 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 29th day of September, 2023, a copy of the foregoing *Designation of Comparative Fault* was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was served electronically on the following:

**Durayl Tyree Vann, #0076997**
**Lansing Correctional Facility**
**PO Box 2**
**Lansing, Kansas 66043**

                                        /s/    Joni Cole
                                                Attorney for Defendants