## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DURAYL TYREE VANN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO:  20-3200** |
| | ) | |
| **JEFFREY FEWELL, et al.,** | ) | |
| **Defendants.** | ) | |

## <u>ANSWER TO AMENDED COMPLAINT [DOC. 123] FOR DEFENDANTS' MESLER, SCHULER, LOBNER, REID, ROLAND, TOMS, FEWELL, AND PATRICK</u>

**COMES NOW**, Defendants' Mesler, Schuler, Lobner, Reid, Roland, Toms, Patrick and Fewell, and submit the following answer to Plaintiff's Amended Complaint. [DOC. 123]

1. Answering Paragraph (1), Defendants states that paragraph 1appears to be the caption of the case to which no response is required, and therefore denies the same.

2. Answering Paragraph (A)(2), Defendants are without sufficient information to admit or deny the averments as set forth in this paragraph, and therefore deny the same.

3. Answering Paragraph (A)(3), Defendants admit the averments as they pertain to Defendant Abraham Mesler.

4. Answering Paragraph (A)(4), Defendants admit the averments as they pertain to Defendant Lobner.

5. Answering Paragraph (A)(5), Defendants admit the averments as they pertain to

Defendant Schuler.

6.    Answering Paragraph (A)(6), Defendants admit the averments as they pertain to Defendant Brown, except to deny that Defendant Brown held the rank of Sgt.

7.    Answering Paragraph (A)(7), Defendants admit the averments as they pertain to Defendant Major Charles Patrick.

8.    Answering Paragraph (A)(8), Defendants deny that Defendant Fewell is a resident of Kansas City, Kansas but admit the other averments as set forth therein.

9.    Answering Paragraph (A)(9), Defendants admit the averments as they pertain to Defendant Reid.

10.   Answering Paragraph (A)(10), Defendants admit the averments as they pertain to Defendant Sara Toms.

11.   Answering Paragraph (A)(11), Defendants admit the averments as they pertain to Defendant Larry Roland.

12.   Answering Paragraph (A)(12), Defendants admit the averments as they pertain to Defendant Don Ash.

13.   Answering Paragraph (A)(13), Defendants admit.

14.   Answering Paragraph (A)(14) Defendants admit.

15.   Answering Paragraph (A)(15), no averments are set forth in this paragraph and therefore no response is required.

16.   Answering Paragraphs (B)(1)(16), Defendants deny the averments as set forth therein, including any subparts.

17.   Answering Paragraph (B)(1)(17), Defendants deny the averments as set forth

therein, including subparts.

18.     Answering Paragraph (B)(1)(18), Defendants deny the averments as set forth therein including any subparts.

19.     Answering Paragraph (B)(1)(19), Defendants deny the averments as set forth therein including any subparts.

20.     Answering Paragraph (B)(1)(20), Defendants deny the averments as set forth therein including any subparts.

21.     Answering Paragraph (B)(1)(21), Defendants deny the averments as set forth therein including any subparts.

22.     Answering Paragraph (B)(1)(22), Defendants deny the averments as set forth therein including any subparts.

23.     Answering Paragraph (B)(1)(23), Defendants deny the averments as set forth therein including any subparts.

24.     Answering Paragraph (B)(1)(24), Defendants deny the averments as set forth therein including any subparts.

25.     Answering Paragraph (B)(1)(25) Defendants deny the averments as set forth therein including any subparts.

26.     Answering Paragraph (C)(26), Defendants deny the averments as set forth therein including any subparts.

27.     Answering Paragraph (C)(27), Defendants deny the averments as set forth therein including any subparts.

28.     Answering Paragraph (C)(28), Defendants deny the averments as set forth therein

including any subparts.

29.     Answering Paragraph (C)(29), Defendants deny the averments as set forth therein including any subparts.

30.     Answering Paragraph (C)(30), Defendants deny the averments as set forth therein including any subparts.

31.     Answering Paragraph (C)(31), Defendants deny the averments as set forth therein including any subparts.

32.     Answering Paragraph (C)(32), Defendants deny the averments as set forth therein including any subparts.

33.     Answering Paragraph (C)(B)(33)(1), Defendants deny the averments as set forth therein including any subparts.

34.     Answering Paragraph (C)(B)(34)(2), Defendants deny the averments as set forth therein including any subparts.

35.     Answering Paragraph (C)(B)(35), Defendants deny the averments as set forth therein including any subparts.

36.     Answering Paragraph (C)(B)(36), Defendants deny the averments as set forth therein including subparts.

37.     Answering Paragraph (C)(B)(37), Defendants deny the averments as set forth therein including subparts.

38.     Answering Paragraph (C)(B)(38), Defendants deny the averments as set forth therein including subparts.

39.     Answering Paragraph (C)(B)(39), Defendants deny the averments as set forth

therein including subparts.

40.    Answering Paragraph (C)(40)(1), Defendants deny the averments as set forth therein including subparts.

41.    Answering Paragraph (C)(41)(2), Defendants deny the averments as set forth therein including subparts.

42.    Answering Paragraph (C)(42), Defendants deny the averments as set forth therein including subparts.

43.    Answering Paragraph (C)(43), Defendants deny the averments as set forth therein including subparts.

44.    Answering Paragraph (C)(44), Defendants deny the averments as set forth therein including subparts.

45.    Answering Paragraph (C)(45), Defendants deny the averments as set forth therein including subparts.

46.    Answering Paragraph (C)(46), Defendants deny the averments as set forth therein including subparts.

47.    Answering Paragraph (C)(47), Defendants deny the averments as set forth therein including subparts.

48.    Answering Paragraph (D)(48)(1), Defendants deny the averments as set forth therein including subparts.

49.    Answering Paragraph (D)(49)(2), Defendants deny the averments as set forth therein including subparts.

50.    Answering Paragraph (D)(50), Defendants deny the averments as set forth therein

including subparts.

51.    Answering Paragraph (D)(51), Defendants deny the averments as set forth therein including subparts.

52.    Answering Paragraph (D)(52), Defendants deny the averments as set forth therein including subparts.

53.    Answering Paragraph (D)(76), Defendants deny the averments as set forth therein including subparts.

54.    Answering Paragraph (D)(77), Defendants deny the averments as set forth therein including subparts.

55.    Answering Paragraph (D)(78), Defendants deny the averments as set forth therein including subparts.

56.    Answering Paragraph (H)(79), Defendants deny the averments as set forth therein including subparts.

57.    Answering Paragraph (H)(80), Defendants deny the averments as set forth therein including subparts.

58.    Answering Paragraph (H)(81), Defendants deny the averments as set forth therein including subparts.

59.    Answering Paragraph (H)(82), Defendants deny the averments as set forth therein including subparts.

60.    Answering Paragraph (H)(83), Defendants deny the averments as set forth therein including subparts.

61.    Answering Paragraph (H)(84), Defendants deny the averments as set forth therein

including subparts.

62.     Answering Paragraph (I)(85)(1), Defendants deny the averments as set forth therein including subparts.

63.     Answering Paragraph (I)(86)(2), Defendants deny the averments as set forth therein including subparts.

64.     Answering Paragraph (I)(87), Defendants deny the averments as set forth therein including subparts.

65.     Answering Paragraph (I)(88), Defendants deny the averments as set forth therein including subparts.

66.     Answering Paragraph (I)(89), Defendants deny the averments as set forth therein including subparts.

67.     Answering paragraphs 90, 88, 89, 90 (repeated), 91, 92, 93, 94, 95,  96, 97, 98, of the "Closing Summary" (Pgs. 18-23, Doc. 123) , Defendants deny the averments as set forth therein including any subparts.

68.     Answering paragraphs 100-103, (Pgs. 23, Doc. 123)  of the "Plaintiff's State of Claim", Defendants deny the averments as set forth therein including any subparts.

69.     Answering paragraphs 104-110, (Pgs. 23-24, Doc. 123) of the "Prayer for Relief", Defendants deny the averments as set forth therein including any subparts.

70.     Answering the remaining paragraphs 111-120, (Pgs. 24-26, Doc. 123) Defendants admit that the Defendants are sued in their individual capacities as previously answered in paragraph 13, but deny each and every other averments as

set forth therein including any subparts.

**Defenses and Affirmative Defenses**

Further answering the Amended Complaint (Doc. 123) Defendants:

71.   Deny each and every other averment unless specifically admitted herein.

72.   Plaintiff has failed to state a claim upon which relief can be granted.

73.   The allegations are untrue.

74.   The applicable statute of limitations has passed.

75.   Any force utilized was not objectively unreasonable.

76.   The Plaintiff did not suffer a physical injury as required by §1997e(e).

77.   The Plaintiff failed to exhaust his administrative remedies in accordance with 42
      U. S. C. §1997e(a).

78.   Defendants aver that they acted at all times in good faith and reasonably believed
      that their actions were lawful and Plaintiff is not entitled to punitive damages.

79.   Defendants aver that they did not violate clearly established law and are entitled to
      qualified immunity and or absolute immunity.

80.   Defendants aver that their actions were privileged and justified under Kansas law.

81.   Defendants aver that Plaintiff's claims are barred in whole or in part by the
      provisions of the Kansas Tort Claims Act, K.S.A. 75-6101 et seq., including the
      exceptions to liability in K.S.A. 75-6104(c), (d), (e), (i), and (n).

82.   Defendants aver that any alleged negligence must be compared with the causal
      negligence, carelessness, or omission of Plaintiff and Plaintiff's recovery, if any,

is barred or diminished as provided by K.S.A. 60-258a.

83.     Defendants aver that the amount of damages recoverable by Plaintiff is limited by

K.S.A. 75-6105, K.S.A. 60-1903, and K.S.A. 60-19a02.

84.     Defendants reserve the right to assert any additional defenses revealed during

discovery.

**WHEREFORE**, having fully answered the Amended Complaint (Doc. 123),

Defendants pray that the Court enter judgment in their favor on Plaintiff's claims and

award it costs of defense, and for other and further relief that the Court deems just and

appropriate under the circumstances.

### Demand for Jury Trial

Defendants demand a jury trial on Plaintiff's claims.

Respectfully Submitted,

_/s/     Joni Cole_
**Joni Cole, KBN 24798**
701 N. 7th Street, 9th Floor
Kansas City, Kansas 66101
Ph:  913-573-5069
Email: jscole@wycokck.org
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of October 2023, a copy of the foregoing was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was served electronically on the following:

**Durayl Tyree Vann, #0076997**
**Lansing Correctional Facility**
**PO Box 2**
**Lansing, Kansas 66043**

/s/_____Joni Cole_____
Attorney for Defendants