To: Honorable Judge Birzer


FILED
APR 30 2024
Clerk, U.S. District Court
By: ___ Deputy Clerk

RE: Vann V. Fewell, 20-CV-3200-JAR-GEB

Greetings Your Honor

    In a hurry to meet my deadline, I mailed and filed my contention of facts to the courts (to you) instead of to Ms Joni S. Cole. I simply misunderstood some of the courts instructions. However I still have the drafted pretrial order.

    Being as that I mailed my contention of facts to you instead of Attorney Joni Cole, I have now written the court clerk and asked them to return a copy of my contention of facts back to me so that I may attach it to this pretrial order and get it back to Ms Joni Cole.

    I'm not really asking for a continuance Your Honor but I'm simply asking for a few days in lee way to receive my contention of facts back from the court clerk whereas I may get it to Ms Joni Cole along with the pre-trial order that I had just received on 4/22/24.

    I sent a letter to the courts (court clerk) along with this letter to you on 4/24/24 asking them to mail me a copy back and or E-mail a copy to Joni Cole but I don't know how long that will take. It should only take 2-3 days from the date of you receiving this letter. And ~~only~~ once I receive my copy back, only 1 day for Ms Joni Cole to receive it along with the pretrial order that I had received from her on 4/22/24. So all I'm asking is just a few more days to receive my copy back inorder to get it to Ms Cole because I simply misunderstood/misread (jump the gun) being in a hurry to get to my

contention of facts to you so that I would miss my deadline due to me getting the pretrial order on the 22nd instead of the 19th whereas I had a late start. Please take my request into consideration. I've also sent Ms Joni Cole a letter as well.

Truthfully & Sincerely
Written

Durayl Vann #47539
710 N. 7th St
Kansas City, Ks 66101

Please Respond back as soon as Possible.

P.S. Like I said, I'm simply waiting to get a copy of my contention of facts back from your courts, whereas I can attach it with the pretrial order and get it to Ms Joni Cole within the ~~follor~~ following day; in which she can Email/E-file everything that same day with the courts.

Please forgive me for the inconvenience.