Dorayl Vann #47539
Wyandotte County Jail
710 N 7th St
Kansas City, KS 66101



KANSAS CITY 640
25 APR 2024 PM 4 L

United States District Court of Kansas
State of Kansas
Court Clerk
444 S.E. Quincy Rm## 490
Topeka, Kansas
66683

Legal Mail

"The enclosed letter was processed through privileged mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the **above address**."


FSC MIX Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019