# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DURAYL TYREE VANN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   CASE NO: 20-3200-SAC |
| | ) |
| JEFFREY FEWELL, et al., | ) |
| | ) |
|       Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

**COMES NOW**, Joni Cole, as the Legal Advisor for the Interested Party Wyandotte County Sheriff's Office, and moves the Court for leave to file information ordered by the court under seal and in support thereof, offers the following:

1. In its Order dated May 24, 2024, (Doc. 150), the Court directed the undersigned counsel to provide the last known address for the unserved Defendant, Shardale Brown.

2. The Sheriff's Office has reviewed its records and is able to provide two potential addresses for Captain Brown in accordance with this Court's Order, and under seal pursuant to D. Kan. Local Rule 5.4.6. The information is attached as Exhibit A.

Respectfully Submitted,

/s/     Joni Cole
**Joni Cole, KBN 24798**
710 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org
**Attorney for the
Wyandotte County Sheriff's Office**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2024, the above and foregoing was filed with the clerk of the court using the CM/ECF electronic filing system, and that a hard copy of the same (excluding Exhibit A) was served via interfacility mail to the following:

Durayl Tyree Vann
710 N. 7th Street, F #19
Wyandotte County Detention Center
Kansas City, Kansas 66101

/s/     Joni Cole
**Attorney for the Wyandotte
County Sheriff's Office**