## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DURAYL TYREE VANN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO:  20-3200 |
| | ) |
| **JEFFREY FEWELL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO EXTEND
## DISPOSTIVE MOTION DEADLINE

**COMES NOW Defendants,** by and through undersigned counsel and respectfully requests an extension of time to file their dispositive motion in this cause and in support thereof states as follows:

1. Defendant Shardale Brown was recently served and filed her responsive pleading on July 8, 2024.

2. Prior to Defendant Brown's service, the Court stayed all deadlines in this matter for 90 days or until Defendant Brown filed her responsive pleading and scheduled a Pre-Trial for August 23, 2024.   Counsel requests this date remain as scheduled.

3. Now that Defendant Brown has been served and filed her responsive pleading, Defendants request their dispositive motion deadline be set after the entry of the Pre-Trial Order and after the Pre-Trial Conference.

4. A proposed pre-trial order has been sent to the Court for review and for discussion at the Pre-Trial Conference.  A copy of the same was also sent to Plaintiff.

5. Defense counsel will need additional time to complete and finalize the dispositive motion to incorporate Defendant Brown and in light of the final Pre-Trial Order.

6. Undersigned counsel will be out of the Country on a pre-planned holiday for three weeks during July and August which further necessitates this extension of time.

7. This request is made in good faith and not for undue delay or vexatious purpose.

Respectfully Submitted,

/s/  Joni Cole
**Joni Cole, KBN 24798**
710 N. 7th Street
Kansas City, Kansas 66101
Ph: 913-573-5069
Email: jscole@wycokck.org

## CERTIFICATE OF SERVICE

I certify that on this 9th day of July, 2024, the above and foregoing was filed with the clerk of the court and that a copy of the above was served via interfacility mail to the following:

Durayl Vann
Wyandotte County Detention Center, F-19
710 N. 7th Street
Kansas City, Kansas  66101

/s/  Joni Cole
Attorney for Defendants