Durayl Tyree Vann,
  Plaintiff
V
Jeffrey Fewell et al.,
  Defendants

Case NO: 20-CV-3200-JAR-GEB

Date: 08-09-24

**FILED**
AUG 15 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

## Affadavit and Declaration of Durayl Tyree Vann

1) I, Durayl Vann, do hereby declare and testify to the following, under the penalty of perjury. And that the contents thereof are true to the best of my knowledge, and described as occurred.

   I, Durayl Vann, do hereby testify and declare that on the date of 10-27-18 or 10-28-18 (see grievences in Martinez Report for the correct specific date of incident), while being detained in Wyandotte County Jail (710 N. 7th St., Kansas City, KS, 66101) in F-Pod (cell #41 or #42), I did seek medical attention from the pod officer at that time (deputy Abraham Mesler) due to me having severe chest pains, slurred speech, numbness of limbs, labored breathing, and vision issues. in which deputy Abraham Mesler blatantly ignored my request for medical attention and refused to call medical nurses or medical code to investigate my conditions and medical complaints. (Duly note that I am on Chronic Care status due to high blood pressure-hypertension, etc. and that such status is known and in Wyandotte County Jails medical file).

2) I, Durayl Vann, did ask him (deputy Abraham Mesler) to call medical several times in which he told me the last time he wasn't going to call anyone. I declare that I asked deputy Mesler to call Medical several times within a time frame of over at least an hour to 2 hours in which I suffered severe chest pains etc before

finally being found unconscious in my cell, on the floor, hours after my initial request for medical, due to said chestpains, to Deputy Abraham Mesler. [May the fact state that at no point did Abraham Mesler ever call medical for me (Durayl Vann). In fact, Abraham Mesler sat at the F-Pod desk stating to other officers that he was not calling medical because he personally believed that I just wanted some attention and that he didn't believe I needed medical] - See Video and Audio footage of F-Pod's camera labeled Exhibit A in Martinez Report in which will display his actions of denying me medical several times (hours previous) as well as his comments about him (Deputy Mesler) refusing to call medical. [Also note: Deputy Abraham Mesler has never worked in the medical field as a doctor or nurse and therefore lacks knowledge and significant education to make medical diagnosis whereas he can determine or have the power decide who needs medical attention or not].

3) I, Durayl Vann, declare that while being found in my cell, on the floor, and unconscious, I was awakened with several officers in my cell standing over me (with one officer Schuler rummaging through my paperwork, desk and drawers in which I believe to be looking for grievances and/or other complaints I planned on filing). I testify that my body was in a very weakened state whereas I lacked energy to move, speak or have cognitive thoughts. The deputies that I believe to have been in my cell at the time of my revival are Deputy Lobner, Deputy Schuler, and a Sgt or a Captain (John Doe) which was later identified as Captain Shardale Brown. [May the record reflect that I, Durayl Vann, did sustain suffering, pain and injury for hours before "blacking out" and later being found in a cell on the floor due to being denied medical attention by Deputy Abraham Mesler, in which at no point in time did Deputy Mesler ever access or call medical attention for me (Durayl Vann).] [The complete denial of medical attention, which is a basic human need, in a

malicious, deliberate, and wanton manner is cruel and unusual punishment (8th Amend of U.S. Constitution) due to medical deliberate indifference and deprivation of medical needs, which is also in Violation of the 14th Amend. of the U.S. Constitution (equal protection against cruel and unusual punishment.]

4) After regaining consciousness, still being in a painful and weakened and confused state I was placed up against a wall, incorrectly getting my vitals checked by an incompetant individual, then I was ~~handcuffed~~ flipped over onto my stomach, handcuffed (with cuffs cutting deep into my wrist), and dragged out of my cell and onto the walkway violently. It was then when I believe I was kneed in the face or face slammed into the floor before being dragged down a flight of stairs. I declare that my head hit some stairs and once we were at the bottom of the stairs I was once again assaulted and batterized by Deputy Lobner, Deputy Schuler, and who is now known as Captain Shardale Brown in which these assaults and battery resulted in me coughing up blood. (see video and audio of body cams whereas you will see blood splatter on the floor as well as me pleaing and asking them why they were doing me like this? The body cams will also show Deputy Schuler twisting and snapping my ankles. The Audio will also support of me being aphyxiated and telling the officers that I can't breathe). It took for other inmates to kick and bang on the doors with threats of claiming to bear witness of what these officers were doing to me inorder for them to stop harming me.

5) I, Durayl Vann, declare and testify that at no point in time did I ever ~~display~~ display any action and/or form of aggression, transgression, hostility, and/or animosity or any other physical act that would warrant any type of "level of force" being used by these officers, in any degree.

(6) Once the deputies ceased assaulting and batterizing me (another

~~6~~) U.S Constitutional and Kansas Constitution: Bill of Rights Violation of Cruel and Unusual Punishment - "Excessive Use of force" and "Unequal protection of rights of equality".) I was ~~it~~ unjustifiably placed into a restraint chair, taken to a rubber room/suicide room down in intake and made to sit in there for several hours in which they also denied me access to the bathroom whereas I urinated and defecated on myself, after informing them of my dire need to use the bathroom. After urinating and defecating on myself, they made me sit in my human waste and laughed at me. I sat in my human waste for over an hour or so, with the cuff still cutting into my wrists and ankles (causing my wrists to bleed), all the while denying me medical.

7) Afterwards, I was taken to a Seg Unit without being allowed to take a shower and cleanse myself of the Urine and feces; all the while being injured due to the sustaining injuries of torn ligaments in the ankle, bleeding wrists from the extremely tight handcuffs, bleeding (coughing up blood), a busted lip, and back injury as well as knee injury. I was still denied medical after being placed in the segregation cell. [ See video and Audio of Body cameras of officers escorting me to seg (I asked for shower and soap to cleanse myself but was denied. I Asked "why they were doing this to me?", got no logical answer. Also the camera footage will show me limping which proves that I was injured].

[ Also see video and audio from Body cam footage of me being placed in the rubber room, ~~in which~~ while in the restraint chair, down in intake; whereas Shardale Brown was laughing and joking about her placing me in the restraint chair (with a spit mask on) unjustifiably in the rubber room ]

8) Once Again I, Durayl Vann, declare and testify under oath and penalty of perjury that I did not, at any point and/or time, display any hostile, violatile, aggressive, or transgressive physical actions that warranted a "level of force being used upon his person at any time during alleged incidents mentioned in the complaint of Case No: Vann V. Fewell, 20-CV-3200-JAR-GEB.

However, I, Durayl Vann, do hereby testify that malicious use of excessive force was unjustifiably used against him with intentions to hurt, maim, and cause injury and inflict harm upon his person.

9) I, Durayl Vann, declares that the physical actions of these officers (deputy Lobner, deputy Schuler, and Captian Shardale Brown) were not being used in effort to maintain or restore discipline, for there was no discipline or order to restore or maintain. This was a medical situation... not a combative situation. I was found unconcious in a secured cell. I displayed no actions that warrant use of any form of "level of force." Yet, at the hands of these deputies, I sustained injury (physically, mentally, and emotionally) and had blood drawn from me at the hands of violence, by Deputies who held guardianship over me as an inmate, unjustifiably. Their actions were done, in a personal capacity, to maliciously and sadistically injure and cause grievous bodily harm upon my person.

10) I declare that I did sustain back injury, nerve damage, ankle and wrist injury, mental and emotional injury, and other physical and psychological damage (PTSD) as well as their actions causing me to cough up blood for several days.

11) I, Durayl Vann, declare that while being in segregation I was denied the basic human needs by certain officers/deputies. I was denied showers for over a week. I was denied clean clothing and hygiene. I also was denied my food at times. I was being treated so inhumanely that I had to go on hunger strike for over 9 days (I believe) just to finally get medical attention as well as try to bring awareness to what was being done to me in the seg unit. [Specific dates and times of alleged incidents are all documented on grievances in produced "Martinez Report", Witness affadavits, letters,

and other attached documents, video, and exhibited evidence.

12) I declare that I had my legal work confiscated in which some of it was never returned and other parts kept for months hence causing me problems in the courts due to missed deadlines in which I lost custody of my son in a child custody case as well as my criminal case being affected. My incoming and outgoing mail was being tampered with, confiscated and blocked inorder to prevent and deter me from reaching out beyond the facility to expose the situations that were taking place in Wyandotte County Jail under the Administration of Warden Jeffrey Fewell, Major Charles Patrick, and Classifications Sara Toms.

13) I declare that I was threatened by Warden Fewell, Major Patrick, and Sara Toms that they would keep me ~~buried~~ "in the hole (segregation) until I rot" unless I ceased to file grievances, inform the public of what was being done to me, and document these incidents of what was happening to me. And because I refused to cease writing grievances and documenting their actions, and actions of their deputies, I was placed on a bogus administrative segregation security status [Duly note that I've never had any hostile or physically transgressive style disciplinary write-ups that would warrant an ~~its~~ "indeterminate" ad-seg status] for an indeterminate time under the status of "security risk" although I've never displayed any actions that would warrant such a status or justify being placed under such criterion. I declare that this was done inorder to keep me buried in segregation whereas I'd have no forms of communication to the outside world.

14) I declare that Major Patrick did forge a false Inmate Communication Form pretending to be another inmate claiming that I was a threat to general population, guards, and inmates in which he (Major Patrick) also signed and filed himself, whereas he then used this same forged document as a tool to support him wrongfully and bogusly placing me on adseg for an indeterminate amount of time. [See: Grievances in the Martinez Report to see forged ICF

written by Major Patrick]. I also declare that Major Patrick did threaten to kill me in here and/or when he sees me on the streets. There were several witness to him threatening my life and promising to make good on his threats [See camera in segregation showing him acting like he's pointing a gun at my head and shooting me in the face; Also the Audio should pick up him making threats on my life; Also see witness statements/affadavit of Freddy Williams that was attached to complaint.]

15) I, Dorayl Vann, declare that Major Patrick, Warden Fewell, and Sara Toms did refuse to inform me of my mothers death after family members had called and informed them of such. I was not notified until days later. This delay caused me to forcefully cremate my mothers body against our spiritual and religious beliefs which in turn has denied my mother her proper burial rites as a muslim practising Islam. These individuals were well aware of the death of my mother yet purposely delay telling me until days after whereas I would not have enough time to make the proper arrangements for giving my mother her proper burial rites. This was done intentionally to try and break me mentally and emotionally. The actions of me not being able to give my mother her burial rites has caused a deep rift of animosity between my family and I in which my family has been torn apart. It was Officer Kelly and 2 other officers who came to my cell 2 days later and informed me of my mother's death [See Camera footage]

16) Afterwards, for a 3rd time, my religious text (Holy Quran) and prayer rug was confiscated from me (at the orders of Major Patrick and Warden Fewell) as I was forcefully moved from a working cell to a disfunctional cell with a broken toilet filled with feces to the brim;

, no running (clean) sink water, and filled with black mold on the floors and walls under and around the bed, desk, door, and toilet. I asked why I was being moved to this particular cell when there were several other working cells in which I was told to be specificly plased in that particular cell at the orders of Major Patrick and Warden Jeffrey Fewell. I was forced to eat in that cell for several days before an officer, who didn't approve of ~~had a plumb~~ how I was being treated, had a plumber fix the toilet and porters clean the cell to the best of their ability.

17) I further declare I was, while being in segregation, continuously being attacked, assaulted, and batterized in all forms and fashions including but not limited to physically, emotionally, mentally and also under racial and religious biasness in some cases by some or all parties listed as defendants in the captioned case listed above. I declare that I suffered and continue to suffer traumaticly from their Intentional Infliction of Emotional Distress (IIED).

18) I, Durayl Vann declare that any incident that is not mentioned in this affadavit is mentioned in the complaint itself and is supported by the grievances, letters, witness statements and video/audio that are within the Martinez Report.

19) I, Durayl Vann, declare that I did file grievances all the way up the chain of command and beyond whereas I did exhaust all remedies of said grievances. However, some officers/deputies threw some of my grievances in the trash with intentions of detering me (my complaints) from entering the grievance process. I declare that said grievances and letters were also written to Sheriff Ash and UnderSheriff Larry Roland but were simply ignored as they (Sheriff and Undersheriff) aided and assisted Wyandotte County Jails administration (Fewell, Patrick, and Toms) sweep said incidents under the rug, all the while still refusing to implement preventive measures to keep re-occurrances from happening to me at the hands of these same group of officers; Thus showing

deliberate indifference, unequality of protective rights, Etc.

20) I, Durayl Vann, declare that each defendant listed in this Complaint, Affadavit, and Declaration personally participated, while acting under color of State law, in forcefully subjecting me, as well as inflicting upon me, to cruel and unusual punishment with deliberate indifference willfully, knowingly, maliciously, and wantonly while being fully aware of violating my U.S. Constitutional Rights (14th, 8th, 6th and 1rst Amendments) and Kansas Constitution: Bill of Rights (Articles #1, #3, #7, #11, #15, #9, #10).

21) I declare that the actions of all the defendants (as listed in complaint) did cause me bodily harm, physical injury, mental distress, emotional damage, financial difficulties, loss of custody of his child, and major discord between my family and I due to not being able to give my mother her proper religious and spiritual burial rites. [See grievances, letters, Etc provided in the Martinez Report].

22) I further declare that any specific dates of occurred incidents are mention in the grievences contained in the Martinez Report and witness Affadavits of Keith McDonald, Ryan Bright, Freddy Williams, and Darren Jones as well as, letters and other documents or attached exhibits that were in the Martinez Report or attached to the original and/or both Amended Complaints. And that these articles of documentation do support this Affadavit, as well as, the state of claims laid in the complaint of Case NO: 20-CV-3200

## Certificate Of Service

23) Wherefore I, Durayl Vann, do declare that this Affadavit was written by me and that the contents within this aforgoing affadavit and declaration are true to the best of my knowledge under oaths and penalty of perjury, as scribed. I do hereby verify and certify that this document was scribed on the 9th

day of August ~~[illegible]~~ 2024, and was mailed via U.S Postage to the United States District Court of Kansas, Court Clerk, 444 S.E. Quincy, Rm #490, Topeka, KS, 66683 to be filed and entered into court record.

Affiant: x *Durayl Vann* #47539
Durayl Vann 47539
Wyandotte County Jail
710 N 7th St
Kansas City, KS 66101

Notary:

State of: Kansas
County of: Wyandotte

Signed or attested before me on 8/12/2024 by Vann, Durayl.

*Sadeghi*
Notary Signature

MARLANE SADEGHI
NOTARY PUBLIC
STATE OF KANSAS

Expiration Date 04/06/2026