## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DURAYL TYREE VANN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO:  20-3200 |
| | ) |
| **JEFFREY FEWELL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Defendants, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves the Court for dismissal of all claims against them.

In the alternative, Defendants move for Summary Judgment under Federal Rule of Civil Procedure 56.  A memorandum in support of this motion is filed contemporaneously herewith pursuant to D. Kan. Rules 7.1.

Respectfully Submitted,

/s/     Joni Cole
**Joni Cole, KBN 24798**
**Legal Advisor to the Sheriff**
710 N. 7th Street
Kansas City, Kansas 66101
Ph:  913-573-5069
Email: jscole@wycokck.org
**Attorney for Defendants**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2024, the foregoing was filed with the clerk of the court by using the CM/ECF system which will generate a notice of electronic filing to parties of record, and that a hard copy of the same was served via inter-facility mail to Plaintiff at:

Durayl Tyree Vann
Wyandotte County Detention Center, F-19
710 N. 7th Street
Kansas City, Kansas  66101

/s/    Joni Cole
**Attorney for Defendants**