

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DURAYL TYREE VANN,**

**Plaintiff,**

**v.**                                    **CASE NO: 20-3200-SAC**

**JEFFREY FEWELL, et al.,**

**Defendants.**

---

## AFFIDAVIT OF DEE-DEE GREGORY RN, BSN, HSA

State of KANSAS          )
                         ) ss:
County of WYANDOTTE      )

I, the undersigned, Dee-Dee Gregory, of lawful age and first being duly sworn upon her oath, do state:

1.      That I am the Health Services Administrator for the Wyandotte County Detention Center and an employee of Wellpath Correctional Health Services, and I have knowledge of the facts stated herein.

2.      I have reviewed my files related to the subject matter of this litigation, and the electronic records of the Wyandotte County Sheriff's Office that pertain to the Plaintiff.

3.      The statements contained herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the Wyandotte County Sheriff's Office, and are true and accurate to the best of my knowledge and belief.

4.      On 10/28/18 at 2:35am, Medical responded to a call to evaluate an inmate in F-pod due to a complaint of chest pain. This inmate was the Plaintiff, Durayl Vann. (Vann)

5.  When Medical arrived, Vann was sitting on the floor with security staff helping him sit up. Vann did not appear to be in any distress but refused to follow instructions.

6.  Medical staff tried obtaining vital signs but Vann was uncooperative and pushed the thermometer probe from his mouth with his tongue.

7.  Next his blood pressure was obtained and it was directed that he be moved to the clinic to conduct an EKG but Vann stated he was unable to stand.

8.  A wheel chair was brought and Vann was informed he had to be taken down stairs in order to transport him to the clinic with the wheel chair.

9.  When security staff tried to help him to his feet, he refused to cooperate with security staff and so he had to be restrained. Medical checked blood circulation and validated the restraints weren't cutting off blood flow.

10. Vann placed a sick call on 12/4/2018 stating it was 3rd sick call related to his back being hurt from an incident that took place on 10/28/18.

11. Medical saw Vann on 12/6/18, per the nursing pathway we gave the Vann Tylenol twice a day for two days.

12. Vann placed another sick call on 12/26/18 about ongoing back pain from the same incident. Medical saw him on 12/26/18 and the Vann was given Tylenol twice a day for two days per the nursing pathway.

13. On 1/9/19 Vann was seen by medical at his door. Provider was notified and an order was received for an x-ray of his spine. Vann stated to the nurse that he requested an MRI due to a retained bullet. On the same date, 1/9/19 he was given Tylenol twice a day for two days per the nursing pathway.

14. The x-ray results showed a normal Lumbar Spine.  The provider reviewed Vann's x-ray results on 1/10/2019 and orders received to follow up in the clinic as needed.  On 1/22/2019, Vann was seen by the provider due to multiple complaints of back pain and requesting pain medication.  Orders received from the provider to start Ibuprofen 800mg three times a day as needed for 7 days.

15. There was no further treatment, requested or give by Wellpath related to the incident.

16.  Vann's medical records reflect that treatment and care received by Vann was timely, appropriate and in accordance with protocol relating to the provision of medical services to inmates.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____ RN HSA
Dee-Dee Gregory, Health Services Administrator
Wellpath Correctional Health Services
Wyandotte County Sheriff's Office

Subscribed and sworn on this 14th day of January , 2022.

COLLEEN M. HERBST
NOTARY PUBLIC
STATE OF KANSAS

_____
Notary Public

My Appointment Expires: 5-1-2025

VANN, DURAYL

6/3/1982

513841496

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Chronic Care Periodic Exam or**
**Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/20/2018 |

☐ *Patient refuses the Chronic Care Periodic Exam or Follow Up Visit.*

    ☐ *Appropriate "Refusal of Treatment" paperwork completed*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

Current Medications

Orders:

☐ see MAR

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |
| Vitals: B/P & HR | 1.00 misc | Wyandotte Facility: BP Tues, Sat PM | 11/7/2018 5:30:00 PM | 2/5/2019 5:29:00 PM |

List Chronic Diseases    ☐ Asthma/COPD ☑ CV/Hypertension ☐ Diabetes ☐ GERD ☐ Heart Disease

    ☐ HCV, Chronic Infection / HCV, Antibody Positive, not confirmed

    ☐ HIV ☐ Pain ☐ Seizures ☐ Other

Other

Other

---

**SUBJECTIVE (Any problems since last visit – include pertinent negatives)**    ☑ **No Complaints**

For all diseases, since last visit, describe new symptoms

*Reports HA and chest pains however, reports he has not reported the chest pain d/t feeling as though medical will not be notified.*

☐ *Asthma*

☑ *CV/Hypertension*

| Wyandotte Detention Center, KS<br>Wyandotte County (WDD)<br>710 N 7th Street<br>Kansas City , KS66101 | | **Chronic Care Periodic Exam or<br>Follow Up Visit** | |  |
|---|---|---|---|---|
| Patient Name<br>**DURAYL T VANN** | Patient Number<br>**47539** | Booking Number<br>**2018007606** | Birth Date | Date Of Service<br>**11/20/2018** |

☑ CV/Hypertension

Check if present ☑ Chest Pain ☐ SOB ☐ Palpitations ☐ Ankle Edema

☐ Diabetes mellitus

☐ GERD

☐ HIV/AIDS

☐ Hep C Virus (Chronic Infection or Antibody Positive, not confirmed)

☐ Pain

☐ Seizure disorder

Patient adherence with medications? ◉ Yes ○ No ○ Other

Explain

Patient adherence with diet? ◉ Yes ○ No

Patient adherence with exercise? ◉ Yes ○ No

## OBJECTIVE

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-20-2018 10:19 AM CST | 110/70 | 79 | 16 | 97.70 | 99 | 228 | – | – | – | – | – |

Pain Scale (0-10)    0

**Labs**

Hgb A1C

HIV VL

CD4

Total Chol

LDL

HDL

Trig

INR

Range of fingerstick glucose

W006

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
Kansas City , KS66101

**Chronic Care Periodic Exam or**
**Follow Up Visit**



| Patient Name<br>**DURAYL T VANN** | Patient Number<br>**47539** | Booking Number<br>**2018007606** | Birth Date | Date Of Service<br>**11/20/2018** |
|---|---|---|---|---|

INR

Range of fingerstick glucose

Range of BP monitoring

**Directed Physical Exam:**

| | |
|---|---|
| SKIN / EXTREMITIES | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| HEENT / NECK | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| HEART | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| LUNGS | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| ABDOMEN | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| GU / RECTAL | ○ *Normal* ○ *Abnormal* ◉ *Not done* |
| NEURO | ◉ *Normal* ○ *Abnormal* ○ *Not done* |
| OTHER | ○ *Normal* ○ *Abnormal* ◉ *Not done* |

**Comments / Physical Exam Abnormalities**

---

**Have you been feeling overwhelmed or thinking that things are too much to handle?**   ○ *Yes* ◉ *No*

Urgent MH Referral Completed   ○ *Yes* ◉ *No*

**Are you worried you might harm yourself?**   ○ *Yes* ◉ *No*

Self-Harm Watch Procedures Activated   ○ *Yes* ◉ *No*

*If the response to the first question is "yes", ensure that an urgent referral is made to Mental Health Services. If the response to the second questions is "yes" activate the procedures to begin a self-harm watch until the patient can be evaluated by a Mental Health Services Team Member and DO NOT LEAVE ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS.*

---

**ASSESSMENT**

1. *HTN*

Degree of Control:   ◉ *Good* ○ *Fair* ○ *Poor* ○ *Not Applicable*

Clinical Status   ○ *Improved* ◉ *Stable* ○ *Worsening* ○ *Not Applicable*

☐ **Check for another entry**

---

**Interventions and Plan**   ☑ *Treatment plan, including test results, discussed with patient*

Medication Changes:   ◉ *None* ○ *As follows*

W007

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

### Chronic Care Periodic Exam or Follow Up Visit

 **wellpath**

| Patient Name DURAYL T VANN | Patient Number 47539 | Booking Number 2018007606 | Birth Date | Date Of Service 11/20/2018 |
|---|---|---|---|---|

**Medication Changes:** ● *None* ○ *As follows*

**Diagnostics**
☐ *Chest x-ray* ☐ *EKG* ☐ *Fasting Lipid Profile* ☐ *CD4* ☐ *Viral load*
☐ *Diagnostic Panel 1* ☐ *Diagnostic Panel 2* ☐ *Diagnostic Panel 3*
☐ *Hepatitis C RNA/Viral Load, BDNA* ☐ *Hepatitis A&B Profile*
☐ *Hepatitis C Panel-1 (Alb+AST+Fe+Prot+PT+Plt)* ☐ *INR*
☐ *Hepatitis Genotype* ☐ *FibroSure* ☐ *Fibroscan US*
☐ *Pap Smear* ☐ *HgbA1c* ☐ *PT/INR* ☐ *Drug Levels*

**Monitoring**
☐ *Finger-stick Glucose ___x per day/___x per week/___x per month*
☑ *BP ___x per day/___x per week/___x per month*
*twice weekly x 12 weeks*

**Education** ● *Condition specific education provided* ○ *Condition specific education not provided*

**Additional Education**
☑ *diet/nutrition* ☑ *medication* ☑ *disease process* ☑ *exercise*
☑ *drug/alcohol/tobacco avoidance* ☑ *symptom management*
☐ *transmission prevention* ☐ *NSAID / herbal remedies damage to liver*
☑ *weight management* ☑ *adaptation to incarceration* ☐ *community support*
☐ *alcohol cessation* ☐ *other*

**Other education**

**Special Nursing Care:**

**Immunizations** ☐ *UTD*

**Diet:**
☐ *\*\* No Items Selected \*\**

**Restrictions, Activity Restrictions and Special Needs** ☐ *Other*
☐ *\*\* No Items Selected \*\**

**Explain:**

**Comments and Immediate Needs**

☐ *Current Med List Reviewed* ☐ *Psychiatrists Notes Reviewed* ☐ *Caseworker Notes Reviewed*

## Treatment Plan

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic medical problems or complex issues.

> *Added 11/20/2018 10:29 AM CST by TMcroberts Nurse Practitioner*

*HTN controlled with medication. BP is under goal of 130/80. Pt educated on Low NA diet, adherence with*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**

### Chronic Care Periodic Exam or
### Follow Up Visit

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 11/20/2018 |

*HTN controlled with medication. BP is under goal of 130/80. Pt educated on Low NA diet, adherence with medications and exercise. Will maintain BP < 130/80 x next 90 days. Continue BP checks twice weekly x 12 weeks.*

## Other Orders

☐ *Flu Vaccine (if indicated)*  ☐ *Hep A vaccine (if indicated)*  ☐ *Hep B vaccine (if indicated)*

Follow-Up Appointment in       *90 days*

☐ *Discharge from Chronic Care Clinic*

Reason

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann, Duray | 47539 | 201800606 | | 1/2/19 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

____ A. Refused medication

____ B. Refused dental care

____ C. Refused an outside medical appointment

____ D. Refused laboratory services

____ E. Refused X-Ray service

____ F. Refused other diagnosis services

____ G. Refused physical exam

____ H. Other (Please specify)

_h+cz_____

_____

Reason for Refusal __N/A_____

_____

Potential Consequences Explained:

____ A. Worsening Of Medical Conditions

____ B. Death

____ C. Permanent Disability

____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

___ /K 1936 ___
Witness Signature

___ M. H___ ___
Witness Signature

_Refused_____
Patient Signature

___ 1/2/19 ___
Date

_0 800_____
Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)



## Refusal of Treatment

**△ CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vahn Dura~~y~~l | 47539 | 2018067606 | 8/8/8~~~~ | 4/9/19 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

☒ A. Refused medication                              _____ E. Refused X-Ray service

_____ B. Refused dental care                       _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment    _____ G. Refused physical exam

_____ D. Refused laboratory services               _____ H. Other (Please specify)

_____ Htc2 _____

Reason for Refusal __N/A_____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions           _____ C. Permanent Disability

_____ B. Death                                     _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_M Hogar_
Witness Signature

_E 2~ 1986_                          _Refused_
Witness Signature                    Patient Signature

_4/9/19_                             _0808_
Date                                 Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)



W011

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann, D | 47539 | | | 12/31/18 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_____ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

hydrochlorothiazide

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

Reason for Refusal _____ prepaid "no"

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_____
Date     12/31/18

_____
Patient Signature.

_____
Time     0800

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)

W012

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Young Duray | 47539 | 2018007666 | | 12/30/18 |

I, _____ have, this day, knowing that I have a condition requiring
  (Name of Patient)

medical care as indicated below:

☒ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

htc2

Reason for Refusal  N/A

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

Witness Signature

Witness Signature

Date  12/30/18

Patient Signature  Refused

Time  0500

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-006)



W013

# Refusal of Treatment



**△ CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vanny Duray | 47939 | 26(8687606 | ~~~~~~ | 12/20/18 |

I, _____ have, this day, knowing that I have a condition requiring
  (Name of Patient)

medical care as indicated below:

   ✗ A. Refused medication     _____ E. Refused X-Ray service

_____ B. Refused dental care     _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment   _____ G. Refused physical exam

_____ D. Refused laboratory services    _____ H. Other (Please specify)

   Htez _____

_____

Reason for Refusal   N/a _____

_____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions    _____ C. Permanent Disability

_____ B. Death       _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

E. _____  LPSC
**Witness Signature**

M. H_____
**Witness Signature**

   12/20/18
**Date**


Refused
**Patient Signature**

   0800
**Time**

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)

*0 1 4 6 9 9 8 D P 3 2 0 8 0 P*

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann D. | 47539 | | | 12/15/18 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

☒ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

     HCTZ

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

Reason for Refusal _____ Pt States "I don't want to..."

Potential Consequences Explained:

☒ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

Witness Signature   #1990

Witness Signature

Date   12/15/18

Patient Signature

Time   8 am

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



W015

# Refusal of Treatment



**CCS**
CORRECT CARE
S O L U T I O N S

| Patient Name | Vann, Duray | Patient Number | 47639 | Booking Number | 201800766 | Date of Birth | | Today's Date | 12/4/18 |

I, _____
(Name of Patient)

have, this day, knowing that I have a condition requiring medical care as indicated below:

_____ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

_____ Hydrochlorothiazide _____

Reason for Refusal _____ N/A _____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____ Coon 1924 _____
Witness Signature

_____ M Hoff _____
Witness Signature

Date _____ 12/4/18 _____

_____ Refused _____
Patient Signature

_____ 0800 _____
Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*

# Refusal of Treatment

**CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| VANN, DURAYL T | 47539 | 2018007606 | | 12/3/2018 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

☒ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

HCR

Reason for Refusal ____N/____

**Potential Consequences Explained:**

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

Date  12-3-18

_____
Patient Signature  Refused

Time  0830

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



W017

# Refusal of Treatment

**△ CCS**
CORRECT CARE
S O L U T I O N S

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann, Duray1 | 47539 | 2018007606 | 9/3/62 | 11/30/18 |

I, _____ have, this day, knowing that I have a condition requiring

(Name of Patient)

medical care as indicated below:

☒ A. Refused medication
____ B. Refused dental care
____ C. Refused an outside medical appointment
____ D. Refused laboratory services

____ E. Refused X-Ray service
____ F. Refused other diagnosis services
____ G. Refused physical exam
____ H. Other (Please specify)

Hydrochlorothiazide

Reason for Refusal  N/A

Potential Consequences Explained:

____ A. Worsening Of Medical Conditions
____ B. Death

____ C. Permanent Disability
____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____ 1934
Witness Signature

_____
Witness Signature

Date  11/30/18

Refused
Patient Signature

Time  0800

© 2007 Correct Care Solutions, LLC
CCS-C702 (formerly CCS-009)



*D146998DP343D1P*

W018

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann, Duray | 47539 | 2615007606 | 8/3/82 | 11/26/18 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_✓_ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

_____ Hydrochlorothiazide

Reason for Refusal ___ N/A _____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____ 1954 _____
Witness Signature

_____
Witness Signature

Date __ 11/26/18 __

Refused
Patient Signature

Time ___ 0800 ___

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)



# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Vann, Durayl | 77539 | 201800760b | 1/31/85 | 11/21/18 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_✗_ A. Refused medication

_____ B. Refused dental care

_____ C. Refused an outside medical appointment

_____ D. Refused laboratory services

_____ E. Refused X-Ray service

_____ F. Refused other diagnosis services

_____ G. Refused physical exam

_____ H. Other (Please specify)

Hydrochlorothiazide

Reason for Refusal  N/A

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions

_____ B. Death

_____ C. Permanent Disability

_____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

Witness Signature        1984

Witness Signature

Date        11/21/18

Patient Signature        Refused

Time        0800

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)



ID:          47539              Gender:       Male        1980/10/30 01:52:34AM      sinus rhythm
Name:        VANN, DURAYL                                  P/PR:      106/132 ms      vertical axis
Age:         36 yr                                         QRS:       .96 ms          consider pulmonary disease
                                                           QT/QTc:    398/479 ms      long QT interval, consider hypocalcaemia or quinidine-like drug
                                                           P/QRS/T axis:  83/87/53 deg  Borderline ECG
                                                           Heart rate:  87 bpm        Unconfirmed Report







## Urinalysis Report Form

| | | Status: ☒ Adult ☐ Juvenile |
|---|---|---|

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| Vann Murray | 4159 | 2018007606 | 6/5/82 | 11/2/18 |

Age: 36    Gender: ☒ M  ☐ F    Physician: Amie Fabah

Collection Date: 11/2/18    Test Date/Time: 11/2/18  14:00    Tester's Initials:

**Physical Characteristics:**

Color:  ☐ colorless  ☐ yellow  ☒ amber  ☐ orange  ☐ green  ☐ red
☒ other

Appearance:  ☐ clear  ☒ hazy  ☐ cloudy  ☐ turbid

**Chemical Measurements: (circle one)**

| Leukocytes | neg | trace | + | ++ | +++ | |
|---|---|---|---|---|---|---|
| Nitrite | neg | pos | (any pink color is considered positive) | | | |
| Urobilinogen (mg/dL) | Normal | (2) | 4 | 8 | | |
| Protein (mg/dL) | neg | (trace) | +/30 | ++/100 | +++/300 | ++++/2000 |
| pH | (5) | 6 | 6.5 | 7 | 8 | 9 |
| Blood | (neg) | trace | +/small | ++/mod | +++/large | |
| Specific gravity | 1.000 | 1.005 | 1.010 | 1.015 | 1.020 | (1.025) | 1.030 |
| Ketone (mg/dL) | neg | trace/5 | +/15 | ++/40 | +++/80 | (++++/160) |
| Bilirubin | (neg) | | + | ++ | +++ | |
| Glucose (mg/dL) | (neg) | 50 | 100 | 250 | 500 | 1000 |

**Microscopic Examination:**

| WBC | /HPF | Crystal | | Parasites | |
|---|---|---|---|---|---|
| RC | /HPF | Bacteria | | Spermatozoa | |
| Casts | /HPF | Yeast | | Artifacts | |
| Epithelial Cells | | /HPF | Other | | |

**Comments:**

© 2009 Correct Care Solutions, LLC
TX102UN0000ACCEN030115



W022



## Urinalysis Report Form

| | | | |
|---|---|---|---|
| Status: ☒ Adult  ☐ Juvenile | | | |

Patient Name: Vann, Durrayl

Patient Number: 47589

Booking Number: 2018007606

Date of Birth: [illegible]

Today's Date: 11/1/18

Age: _____  Gender: ☒ M  ☐ F   Physician: Amie Fabah NP

Collection Date: 11/1/18   Test Date/Time: 11/1/18  1445   Tester's Initials: DG

### Physical Characteristics:

Color: ☐ colorless  ☐ yellow  ☒ amber  ☐ orange  ☐ green  ☐ red
☐ other

Appearance: ☐ clear  ☐ hazy  ☐ cloudy  ☐ turbid

### Chemical Measurements: (circle one)

| Leukocytes | (neg) | trace | + | ++ | +++ | |
|---|---|---|---|---|---|---|
| Nitrite | (neg) | pos | (any pink color is considered positive) | | | |
| Urobilinogen (mg/dL) | (Normal) | 2 | 4 | 8 | | |
| Protein (mg/dL) | neg | (trace) | +/30 | ++/100 | +++/300 | ++++/2000 |
| pH | 5 | 6 | 6.5 | (7) | 8 | 9 |
| Blood | (neg) | trace | +/small | ++/mod | +++/large | |
| Specific gravity | 1.000 | 1.005  1.010 | 1.015 | (1.020) | 1.025  1.030 | |
| Ketone (mg/dL) | neg | trace/5 | +/15 | ++/40 | +++/80 | (++++/160) |
| Bilirubin | (neg) | | + | ++ | +++ | |
| Glucose (mg/dL) | (neg) | 50 | 100 | 250 | 500 | 1000 |

### Microscopic Examination:

| WBC | /HPF | Crystal | Parasites |
|---|---|---|---|
| RC | /HPF | Bacteria | Spermatozoa |
| Casts | /HPF | Yeast | Artifacts |
| Epithelial Cells | | /HPF  Other | |

### Comments:

_____

_____

_____

© 2009 Correct Care Solutions, LLC
TX102UN0000ACCEN030115



W023

/9/2019 2:03 PM          -> TX Final Report       01-09-19 13:03          Page 1 of 1

## MobilexUSA

## RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

**CONFIDENTIALITY NOTICE:** This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: WYANDOTTE COUNTY DETENTION - 10587
          710 N. 7TH STREET
          KANSAS CITY, KS 66101-3051

DOS: 01/09/2019
Case: 28854666

Patient: VANN, DURAYL
Number:

DOB: ▓▓▓▓▓▓▓▓    Age: 36
Room: (ADULT)

Examination:

LUMBAR SPINE AP and LAT

Results: No loss of vertebral body height of significance. No anterior or retro listhesis. The osseous structures appear intact. Intervertebral disc spaces are preserved. Soft tissues are unremarkable. No significant hypertrophic changes.

Conclusion: Normal Lumbar Spine.

Electronically signed by NICOLAUS J. KUEHN, M.D, 1/9/2019 1:00:07 PM CST.

Radiologist:       Date:  01/09/2019       Time:  01:00pm ET

                   NICOLAUS KUEHN, MD/LE
                   RADIOLOGIST
Physician:  DEAN RIEGER, MD

          Please call 1-800-932-2222, option 2, with any questions regarding this report.

Midwest Region
6185 Huntley Road
Columbus, OH 43229
800.932.2222

W024

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
Kansas City , KS66101

**Periodic Health Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/7/2018 |

☐ *Patient refuses the Periodic Health Assessment.*

   ☐ *Appropriate "Refusal of Treatment" paperwork completed*

☐ *Per site policy, no Periodic Health Assessment required*

   **Date of previous exam**

☐ *Unable to complete Periodic Health Assessment*

   **Patient unavailable due to Patient**

Age *36*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-07-2018 10:39 AM CST | 128/74 | 80 | 18 | 97.60 | 98 | 227 | 29.9 | - | - | - | - |

**TB SCREENING (and PPD information)**

*Planted 11/07/18*

| | |
|---|---|
| Previous Negative: | ◉ Yes ○ No |
| Planted: | ◉ Yes ○ No |
| Refused: | ○ Yes ◉ No |
| Previous Positive: | ○ Yes ◉ No |

☐ **PAP SMEAR**

Page 1 of 3

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Periodic Health Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/7/2018 |

---

## ☐ PAP SMEAR

## ☐ MAMMOGRAM

Age 40-69: Every 1-2 years                    ☐ Scheduled ☐ Not Due

## ☐ FECAL OCCULT BLOOD TEST (Age 50 and Older)

Results:                              ☐ Positive ☐ Negative ☐ Declined

**PHYSICAL (When Indicated)**          ◉ Yes ○ No

Why was a Physical Exam not completed?

| | |
|---|---|
| 1. SKIN: | ◉ Normal ○ Abnormal |
| 2. HEENT: | ○ Normal ◉ Abnormal |
| a. Eyes: | ○ Normal ◉ Abnormal |

☐ Pupils ☐ Sclera ☐ Conjunctiva

Explain:  Vision problems-scheduled to have MRI r/t eye trauma

| | |
|---|---|
| b. Ears: | ◉ Normal ○ Abnormal |
| c. Head: | ◉ Normal ○ Abnormal |
| d. Mouth: | ◉ Normal ○ Abnormal |
| e. Nose: | ◉ Normal ○ Abnormal |
| 3. NECK: | ◉ Normal ○ Abnormal |

☐ Veins ☐ Mobility ☐ Thyroid ☐ Carotids ☐ Trachea

Explain:    WNL

| | |
|---|---|
| 4. CARDIOTHORACIC: | ◉ Normal ○ Abnormal |
| a. Chest: | ◉ Normal ○ Abnormal |
| b. Heart: | ◉ Normal ○ Abnormal |
| 5. ABDOMEN: | ◉ Normal ○ Abnormal |
| 6. MUSCULOSKELETAL: | ◉ Normal ○ Abnormal |
| a. Extremities: | ○ Normal ◉ Abnormal |

Page 2 of 3

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Periodic Health Assessment**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/7/2018 |

a. Extremities:  ○ Normal ● Abnormal

☐ Pulse ☐ Edema ☑ Joints ☐ Trauma

Explain:   Joint pain, back pain

b. Spine:  ● Normal ○ Abnormal

**7. NEURO / NODES:**  ● Normal ○ Abnormal

☐ **VISION SCREENING (Age 65 and Older)**

☐ **HEARING SCREENING (Age 65 and Older)**

☐ Obvious Impairment ☐ None Noted

**SPECIAL CIRCUMSTANCE:**

Male >74 who has ever smoked:   ☐ Ultrasound for AAA

Female >65:   ☐ One time Bone Density test for Osteoporosis

**HAVE YOU HAD ANY HEALTH CHANGES SINCE YOUR LAST EXAM?**

☐ Yes (note below) ☑ No

| | |
|---|---|
| **Have you been feeling overwhelmed or thinking that things are too much to handle?** | ○ Yes ● No |
| Urgent MH Referral Completed | ○ Yes ● No |
| **Are you worried you might harm yourself?** | ○ Yes ● No |
| Self-Harm Watch Procedures Activated | ○ Yes ● No |

*If the response to the first question is "yes", ensure that an urgent referral is made to Mental Health Services. If the response to the second questions is "yes" activate the procedures to begin a self-harm watch until the patient can be evaluated by a Mental Health Services Team Member and DO NOT LEAVE ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS.*

☑ **COMMENTS:**
*Recently on hunger strike for 9 days.*

PRINT NAME: Durayl Vann

POD: B-2   CELL: 5

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED
JAN 18 2019
BY:..................

DATE: 1-17-19          TIME: _____

( )   APPEAL            ( )   CLASSIFICATION

( )   REVIEW            ( )   DISCIPLINE

( )   GRIEVANCE         (✓)   REQUEST _Info_

TO: Medical

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

What is the medical steps/protocol that are to be taken if an inmate calls a medical code for Chestpains? Even after his vitals are checked and he still has chest pains What will be/is the next step to take? At what stage/point is the EKG heart monitor to be used during/in a medical code/chest pain situation (Especially for an inmate on chronic care status?

    I am simply seeking knowledge of such matters. Please respond with the most adequate and truthful answer as possible. I'm trying to eradicate my ignorance of such matters

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539
Thank you for the gift of your time.

**DISPOSITION:** _____          DATE: _____
Mr. Vann  Each patient is treated case
by case. The nurse will evaluate the
patient and treat them appropriately.

DEPUTY'S SIGNATURE AND RANK _____ RN  HSA

W028

RECEIVED
JAN 14 2019

 

**CCS** BY: ..........................
CORRECT CARE SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): Durayl Vann

DOB (Fecha de nacimiento): ~~_____~~

ID # (N° de identificación): 47539

Living Unit (Unidad): B-2   Cell 5

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☑ Other _follow up_

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

Still having experiencing back pain. Its gotten worse plus its left a strong pain in my neck for about 2 ½ weeks permenently now whereas I've been have the neck pains off & on for a couple of months but now its not seeming to go away. Feels like "a" permenent crook in my neck. Please see me soon.

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _Durayl Vann_          Date (Fecha): 1-11-19

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**(TO BE COMPLETED BY TRIAGING STAFF)**

**TRIAGE:** ☐ Emergent   ☐ Urgent   ☐ Routine   Triage Date: _____ Initials: _____ Time: _____

**INITIAL:** ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☐ Patient seen (if applicable)
☐ Response sent to patient (if applicable)
☐ Patient released from custody

☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Patient refused, Refusal Form complete
Fee Charge   ☐ No   ☐ Yes, Amount $_____

RESPONSE TO PATIENT / COMMENTS _Issue addressed_

_upcoming appointment with HCP_

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature _____   Date 1/19/19

Form Number: SC001UN000ACCBI102413          2-Part Form          Page 1 of 1

**RECEIVED**
JAN 0 2 ...
BY: ...................

▲CCS
CORRECT CARE
SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): Dirrayl Vann

DOB (Fecha de nacimiento): _____

ID # (N° de identificación): 47539

Living Unit (Unidad): B-2  Cell5

☑ **Medical (Medico)**   ☐ **Behavioral Health (Salud Mental)**   ☐ **Dental (Dental)**   ☑ **Other** Follow-up

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_ton still having severe back pains and it seems to be getting_
_worse. Please see me as soon as possible. Thank you, ladies._
_Also I was scheduled for my MRI, it's been over 2 months. What's_
_going on with that situation. I_

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _Dirrayl Vann_   Date (Fecha): 12/31/18

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**(TO BE COMPLETED BY TRIAGING STAFF)**

**TRIAGE:**   ☐ Emergent   ☐ Urgent   ☒ Routine   Triage Date: 1/9/19   Initials: CM   Time: 0839

**INITIAL:**   ☒ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☑ Patient seen (if applicable)   ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody   Fee Charge   ☐ No   ☐ Yes, Amount $ _____

RESPONSE TO PATIENT / COMMENTS _____

NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

Staff Signature _____   Date 1-9-19

Form Number: SC001UN000ACCBI102413        2-Part Form        Page 1 of 1

W030



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD



RECEIVED
Date: ___
Initials: ___
Time: ___

Name (Nombre): Ducayl Vann   DOB (Fecha de nacimiento): ___

ID # (Nº de identificación): 47539   Living Unit (Unidad): B-2  #5

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☑ Other  Follow up

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

My back is in excruciating pain and has been locking up on me since 10-29-18. I need to see a doctor or x-ray or something to see whats going on. Please see me as soon as possible.

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): Ducayl Vann   Date (Fecha): 12/22/18

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(TO BE COMPLETED BY TRIAGING STAFF)

**TRIAGE:**   ☐ Emergent   ☐ Urgent   ☑ Routine   Triage Date 2 ___  Initials ___  Time: ___

**INITIAL:**   ☑ Sick Call   ☑ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other ___

(TO BE COMPLETED BY HEALTHCARE STAFF)

☑ Patient seen (if applicable)           ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)    ☐ Patient refused, Refusal Form complete
☐ Patient released from custody          Fee Charge   ☑ No   ☐ Yes, Amount $ ___

**RESPONSE TO PATIENT / COMMENTS** ___

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature                Date 12/26/18

Form Number: SC001UN000ACCBI102413          2-Part Form          Page 1 of 1

RECEIVED
DEC 05 2018
BY:

**△CCS**
CORRECT CARE SOLUTIONS

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| **RECEIVED** |
| --- |
| Date: |
| Initials: |
| Time: |

Name (Nombre): _Duray Vann_    DOB (Fecha de nacimiento): _6-3-8_

ID # (N° de identificación): _47539_    Living Unit (Unidad): _B-2   cell S_

☑ Medical (Medico)    ☐ Behavioral Health (Salud Mental)    ☐ Dental (Dental)    ☑ Other _follow up_

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_This is my 3rd sick call about my hurt back stemming from the incident that took place on 10-28-18. Its gotten to the point where my back is locking up on me causing me even more excruciating pain. Please see me as soon as possible._

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _Duray Vann_    Date (Fecha) _12-04-18_

This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.
Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.

**DO NOT WRITE BELOW THIS LINE**

(TO BE COMPLETED BY TRIAGING STAFF)

**TRIAGE:**    ☐ Emergent    ☐ Urgent    ☒ Routine    Triage Date: _12/06_    Initials: _RK_    Time: _17-06_

**INITIAL:**    ☒ Sick Call    ☐ Nurse    ☐ HCP    ☐ Dentist    ☐ Behavioral Health    ☐ Eye Doctor    ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)    ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)    ☐ Patient refused, Refusal Form complete
☐ Patient released from custody
**RESPONSE TO PATIENT / COMMENTS** _Pt Seen in POD by medical_

NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

_RKaboe_    _12/06/18_
Staff Signature    Date



PRINT NAME: _Durayl Vann_

POD: _B-2_   CELL: _5_

Man's ylarch

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

RECEIVED

DATE: _11/25/18_                    TIME: _____

NOV 27 2018

BY: _____

( )   APPEAL                      ( )   CLASSIFICATION

( )   REVIEW                      ( )   DISCIPLINE

( )   GRIEVANCE                   (✓)  REQUEST _Inmate Resource Packet_

TO: _Mental Health_
               (NAME OF AND/OR TITLE OF DEPUTY)

SUBJECT: State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

_I would like to obtain an inmate Resource Packet as soon as possible so that I may aid & assist myself in regaining stability once I am released from jail._

_Thank you for the gift of your time._

INMATE'S SIGNATURE: _Durayl Vann_                    INMATE # _47539_

DISPOSITION: _____                           DATE: _11-27-2018_

_See note in ERMA_

DEPUTY'S SIGNATURE AND RANK _Diana Russ, LPC_



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: 11-07-2018
Initials: AL
Time: 0800

Name (Nombre): Durayl Vann                  DOB (Fecha de nacimiento): 6-3-82

ID # (N° de identificación): 47539          Living Unit (Unidad): B-2   Cell 8

☑ Medical (Medico)  ☐ Behavioral Health (Salud Mental)  ☐ Dental (Dental)  ☐ Other Fellow-up

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

el would like to do a follow up on 2 issues. 1) my eye doctor appointment dealing with my M.I.I. 2) my "hunger Strike" issue, etc.

I consent to be treated by Health Care Staff for the condition described.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.

Patient Signature (Firma del Paciente): _Durayl Vann_          Date (Fecha) 11-06-18

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

(TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE:  ☐ Emergent  ☐ Urgent  ☑ Routine   Triage Date: 10-7-18  Initials: AL  Time: 0800

INITIAL:  ☑ Sick Call  ☐ Nurse  ☐ HCP  ☐ Dentist  ☐ Behavioral Health  ☐ Eye Doctor  ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)                      ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☑ Response sent to patient (if applicable)          ☐ Patient refused, Refusal Form complete
☐ Patient released from custody

RESPONSE TO PATIENT / COMMENTS No longer on hunger Strike, your eye doctor appt + any info/concerns will be adressed in Chronic Care, thanks!

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature _Aryah_                              Date 11/7/18

SC002UN000ACCBI100615
(w/o fees)

**PRINT NAME:** Durayl Vann

**POD:** B-2   **CELL:** 11

**WYANDOTTE COUNTY DETENTION CENTER**

**INMATE COMMUNICATION FORM**

RECEIVED

OCT 31 2018

BY:

**DATE:** 10/30/18   **TIME:** _____

( ) **APPEAL**   ( ) **CLASSIFICATION**

( ) **REVIEW**   ( ) **DISCIPLINE**

(✗) **GRIEVANCE**   ( ) **REQUEST** _____

**TO:** Medical

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I've been on "hunger Strike" since 10/29/18 and yet not one nurse has came down to my cell to check on my vitals. The Captains have been made aware of this. The shift supervisor has been made aware of this. Yet no one has came down from the nurses station to check on me while I'm in seg unit B-2 cell 11 on hunger strike. It has officially been 26 hrs since I've eaten or drank anything. It has been documented on blu hand

**INMATE'S SIGNATURE:** _____   **INMATE #** 47539

and body cam by officer Eikoff. I want you all to be

**DISPOSITION:** _____   **DATE:** _____

Issue addressed. Pt already on Hunger Strike Protocol.

RRabee

**DEPUTY'S SIGNATURE AND RANK** _____

aware of whats going on. And I will continue to hunger strike until I am treated fairly or until the actions of the 11...

PRINT NAME: Durayl Vann

POD: D-2 CELL: 11

## WYANDOTTE COUNTY DETENTION CENTER

## INMATE COMMUNICATION FORM

DATE: 10/26/18          TIME: _____

( ) APPEAL              ( ) CLASSIFICATION

( ) REVIEW             ( ) DISCIPLINE

( ) GRIEVANCE          ( ) REQUEST _____

**RECEIVED**
OCT 3 1 2018
BY: _____

TO: Mental health

(NAME OF AND/OR TITLE OF DEPUTY)

**SUBJECT:** State completely but briefly the problem on which you desire assistance and exactly how you believe your request can be handled.

I would like to see you. I fear for my life when dealing with these officers on the B-shift. They've already agg Batteried me twice and I need someone to talk to about this. Please come see me as soon as possible

INMATE'S SIGNATURE: Durayl Vann          INMATE # 47539

DISPOSITION: _____          DATE: _____

DEPUTY'S SIGNATURE AND RANK _____

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

☐ *Refusal of admission until medically cleared*

## Patient Questionnaire (explain all yes answers)

1. Have you ever or are you currently being treated for: asthma, diabetes, seizure disorder, thyroid disorder, heart condition, high blood pressure, bleeding disorder or kidney disease?  ◉ Yes ○ No

2. Have you or are you currently being treated for any other illness or health problem not listed above?  ○ Yes ◉ No

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

3. Are you currently taking any medication prescribed to you by a physician?  ○ Yes ◉ No

4. Are you allergic to any medications or do you have any other allergies?  ○ Yes ◉ No

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

5. Have you been hospitalized by a physician or psychiatrist?  ○ Yes ◉ No

Describe:

6. Do you have current painful dental condition or dental complaint?  ○ Yes ◉ No

Describe:

7. Have you been exposed to or been diagnosed with Hepatitis, venereal or sexually transmitted disease, HIV/AIDS or any other serious disease?  ○ Yes ◉ No

8. Have you ever had a positive TB skin test, been exposed to TB or been diagnosed with TB?  ○ Yes ◉ No

9. Have you ever received treatment for exposure to or diagnosis of TB?  ○ Yes ◉ No

10. Do you currently have any of these symptoms: persistent cough, shortness of breath, loss of appetitie, fatigue, coughing up blood, night sweats or unexplained weight loss?  ○ Yes ◉ No

Explain:

11. Are you on a specific diet prescribed by a physician?  ○ Yes ◉ No

☐ ** No Items Selected **

Explain:

42. Do you use drugs not prescribed by a physician?  ○ Yes ◉ No

W037

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Receiving Screening**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

Explain:

| | |
|---|---|
| 12. Do you use drugs not prescribed by a physician? | ○ Yes ◉ No |
| 13. Do you use alcohol? | ○ Yes ◉ No |
| 14. Do you have a history of withdrawal after you stopped using alcohol or drugs? | ○ Yes ◉ No |
| Describe: | |
| 15. Have you ever smoked cigarettes or used tobacco products? | ◉ Yes ○ No |

How many packs per day or how often?   *1 PPD*

Is Patient still smoking?   ◉ Yes ○ No

Number of years as a smoker/tobacco user?   *5*

| | |
|---|---|
| 16. Have you ever received treatment for substance or alcohol abuse? | ○ Yes ◉ No |
| 17. Female? | ○ Yes ◉ No |
| 18. Are you in any pain? | ○ Yes ◉ No |
| 19. Are you a veteran? | ○ Yes ◉ No |
| 20. Are you homeless? | ○ Yes ◉ No |

**Visual Observation**

| | |
|---|---|
| 21. Is Patient appearance abnormal in any way? (e.g., sweating, tremors, anxious, disheveled, evidence suggestive of trauma or abuse) | ○ Yes ◉ No |
| Describe: | |
| 22. Is Patient movement restricted or compromised in any way? (e.g., body deformities, physical abnormality, unsteady gait, cast or splint intake, etc.) | ○ Yes ◉ No |

**{click icon to select patient appliances}**

☐ ** No Items Selected **

Describe:

| | |
|---|---|
| 23. Is breathing abnormal? (e.g., persistent cough, hyperventilation, shortness of breath, dyspnea, etc.) | ○ Yes ◉ No |
| Explain: | |
| 24. Does Patient's skin or scalp have obvious lesions or draining wounds, lice or scabies, jaundice, rashes, bruises, edema, scars, tattoos, needle marks or other indications of drug abuse? | ◉ Yes ○ No |
| Explain:        *TATTOOS* | |
| 25. Does Patient exhibit characteristics of potentially being at risk for victimization (e.g., age, small build, femininity, 1st time offender, passive or timid appearance) | ○ Yes ◉ No |
| Explain: | |

Remarks:

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

### Remarks:

*PT. WITH HX OF HTN. TAKES HCTZ BUT HAS NOT HAD ANY SINCE IN THIS FACILITY LAST MONTH.*
*DAILY BP CHECKS STARTED CC REFERRAL COMPLETED*

Education provided orally and in writing on Access to Healthcare     ◉ Yes ○ No

Education provided orally and in writing on Sexual Assault Awareness     ◉ Yes ○ No

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-26-2018 01:24 PM CST | 162/96 | 92 | 18 | 97.70 | 98 | - | - | - | - | - | - |

☐ *Patient Refuses Vital Signs Check*

Appropriate "Refusal of Treatment" paperwork completed     ○ Yes ○ No

Do you currently have Health Insurance?     ○ Yes ◉ No

### Suicide Potential Screening

| | |
|---|---|
| 1. Arresting or transporting officer believes subject may be a suicide risk. | ○ Yes ◉ No |
| 2. Lacks close family/friends in community. | ○ Yes ◉ No |
| 3. Worried about major problems other than legal situation (terminal illness). | ○ Yes ◉ No |
| 4. Family member or significant other has attemped or committed suicide (spouse/parent/sibling/close friend/lover). | ○ Yes ◉ No |
| 5. Has psychiatric history(psychotropic medication or treatment). | ○ Yes ◉ No |
| 6. Holds position of respect in community (professional/Public Official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment /shame. | ○ Yes ◉ No |
| 7. Expresses thoughts about killing self. | ○ Yes ◉ No |
| 8. Has a suicide plan and/or suicide instrument in possession. | ○ Yes ◉ No |
| 9. Has previous suicide attempt. | ○ Yes ◉ No |
| 10. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness). | ○ Yes ◉ No |
| 11. Shows signs of depression (crying or emotional flatness). | ○ Yes ◉ No |
| 12. Appears overly anxious, afraid or angry | ○ Yes ◉ No |

Page 3 of 6

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

| | |
|---|---|
| 11. Shows signs of depression (crying or emotional flatness). | ○ Yes ◉ No |
| 12. Appears overly anxious, afraid or angry. | ○ Yes ◉ No |
| 13. Appears to feel unusually embarrassed or ashamed. | ○ Yes ◉ No |
| 14. Is acting and/or talking in a strange manner. (Cannot focus attention/hearing or seeing things that there). | ○ Yes ◉ No |
| 15. Is apparently under the influence of alcohol or drugs. | ○ Yes ◉ No |
| 16. If Yes to #15, is individual incoherent or showing signs of withdrawal or mental illness? | ○ Yes ◉ No |
| 17. Is this individual's first arrest? | ○ Yes ◉ No |
| 18. Detainee's charges include: Murder, Kidnapping and/or Sexual Offense. | ○ Unknown ○ Yes ◉ No |

| | |
|---|---|
| **Immediate Action:** | *A "YES" from a Red question (1, 6, 7, 8, 10 or 16) or a total of 8 or more "Yes" responses shall result in notification of Shift Commander and immediate referral to MH evaluation. If after hours, initiate suicide watch IMMEDIATELY until MH can evaluate.* |
| **Routine Referral:** | *Notify MH of any positive response to suicide screen that did not meet above criteria for immediate referral.* |

### Psychiatric Screening

| | |
|---|---|
| 1. History of or current psychotropic meds? | ○ Yes ◉ No |
| 2. History of psychiatric hospitalization? | ○ Yes ◉ No |
| 3. History of outpatient mental health treatment? | ○ Yes ◉ No |

### PREA Questions

| | |
|---|---|
| 1. Has the patient ever been a victim of sexual abuse? | ○ Yes ◉ No |
| 2. Does the patient feel vulnerable? | ○ Yes ◉ No |
| 3. Has the patient ever been arrested for a sex offense against an adult or a child? | ○ Yes ◉ No |
| 4. Does the patient identify or be perceived as gay, lesbian, bisexual, transgender, intersex, or gender non-conforming? | ○ Yes ◉ No |
| 5. Is the patient detained for any civil immigration purposes? | ○ Yes ◉ No |
| 6. Does the patient have a physical disability or developmental delay/disability? | ○ Yes ◉ No |
| 7. Is this the patient's first time being arrested? | ○ Yes ◉ No |
| 8. Is the patient of small stature or small physical build? | ○ Yes ◉ No |

*If any "yes" answers, notify classifications and refer to MH to be seen within 14 days.*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Receiving Screening**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

*if any "yes" answers, notify classifications and refer to MH to be seen within 14 days.*

Referred for Evaluation?                                                                          ○ Yes ◉ No

## Current Mental Status (Check all that apply)

| | |
|---|---|
| ORIENTATION | ☑ *Alert, Oriented* ☐ *Disoriented* |
| AFFECT | ☑ *Appropriate* ☐ *Flat* ☐ *Inappropriate* |
| THOUGHT PROCESS | ☑ *Logical* ☐ *Paranoid* ☐ *Does not make sense* |
| SPEECH | ☑ *Appropriate* ☐ *Slurred* ☐ *Pressured* ☐ *Slowed* ☐ *Loud* |
| MOOD | ☑ *Appropriate* ☐ *Depressed* ☐ *Elated* ☐ *Terrified/crying* ☐ *Angry* |
| ACTIVITY/BEHAVIOR | ☑ *Appropriate* ☐ *Unable to sit still* ☐ *Slow/Lethargic* ☐ *No eye contact* |
| HALLUCINATIONS | ☐ *Visual* ☐ *Auditory* ☐ *Tactile* ☐ *Olfactory* |

## Patient Signature

*I have answered all questions fully. I have been instructed on and received information on how to obtain/access medical services. I have been instructed and have received information on sexual assault awareness. I hereby give my consent for Correct Care Solutions to provide health care services.*

☑ *Sign Form*     **DURAYL T VANN** Date **10/26/2018 1:22:21 PM**

## Referrals - Check appropriate box (This does not automatically create a referral.)

☑ *Medical Provider*

  ☑ *Chronic Care*

  ☐ *Sick Call*

  ☐ *CIWA/Withdrawal Protocol*

☐ *Mental Health*

☐ *Infection Control Nurse*

☐ *Dental*

## Placement/Housing (Check appropriate box)

Special Needs

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

Special Needs

☐ ** *No Items Selected* **

☑ *General Population(GP)*

☐ *Medical Observational Housing*

☐ *Medical Isolation*

☐ *Mental Health Lockdown (if Mental Health not on-site)*

☐ *Emergency Room for Evaluation/Treatment*

☐ *IMMEDIATE placement on Suicide Precautions (if Mental Health not on-site)*

IN105UN0000ACCEN080117

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Staff Referral Form**
Medical



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 1/9/2019 |

Type:  ○ *Emergent* ○ *Urgent* ◉ *Routine*

Medical:  ☑ *Physician* ☑ *Mid-level Provider* ☐ *Nurse* ☐ *Chronic Care* ☐ *Other*

Other:

Reason for Referral:

 *Multiple sick calls for back pain, states "bullet in back".*

Additional Information (including interim actions taken):

 *Scheduled sick call HCP*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Staff Referral Form**
Medical



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | ~~1993~~ | 10/26/2018 |

Type:        ○ Emergent  ○ Urgent  ◉ Routine

Medical:     ☐ Physician  ☐ Mid-level Provider  ☐ Nurse  ☑ Chronic Care  ☐ Other

Chronic Care

☐ Anticoagulation

☐ Asthma / COPD

☐ Cancer

☐ Cardiac

☐ Diabetes

☐ Hep C

☐ HIV

☐ Hyperlipidemia

☑ Hypertension

☐ Pregnancy

☐ Renal / Dialysis

☐ Seizures

☐ Thyroid

☐ Other (noted below)

Other:

Reason for Referral:

 AS ABOVE

Additional Information (including interim actions taken):

 DAILY BP CHECKS STARTED NO MEDICATION SINCE HERE LAST Pt. scheduled for CC

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**TB Record**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | ~~██████~~ | 11/7/2018 |

## PPD TEST    ◉ *Initial* ○ *Annual*

**Complete Symptom Screen**    ○ *Current symptoms* ◉ *No current symptoms*

**Previous Positive**    ○ *Yes* ◉ *No*

**PPD Skin Test Refused**    ○ *Yes* ◉ *No*

☑ *Test Planted*

Planted Date:       *11/7/2018*
Planted Time:       *0900*
   ***Military time required for time entry (e.g. 6:05am is 0605, 6:00pm is 1800)***
Initials:              *TLJ*
Location:           ◉ *LFA* ○ *RFA*
Lot #                  *312215*
Expiration:         *10/31/2019*

☐ *Refusal Form Signed (perform action in accordance with your facility policy)*
☑ *PPD Education given*
☐ *PPD Skin Test NOT APPLIED due to*

☐ *Test Read*

☐ *CXR*

**PREVIOUS POSITIVE (Complete for Patients Past Positive Only)**

**Notes**

IN109UN0000ACCEN120517

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Mental Health Weekly**
**Segregation Rounds Form**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 1/14/2019 |

Date Entered Segregation: *10/28/2018*

---

**Date: *1/14/2019***

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

    Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

    Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

    ☐ ***Suicidal Ideation*** ☐ ***Homicidal Ideation***

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: ***Pt. was observed laying on his bed and sleeping. This writer awoke pt. and he remained on his bunk and responded to this writer's questions. Pt. reported no current concerns, advised he did not need mental health interventions and denied current SI/HI. Pt. is clear to remain on current status at this time.***

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *nkr*    ☐ *Check for another entry*

---

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Mental Health Weekly**
**Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 1/8/2019 |

Date Entered Segregation: *10/28/2018*

**Date: *1/8/2019***

Orientation:  ☑ *Person* ☑ *Place* ☑ *Time*

Affect:  ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

      Explain:

Mood:  ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

      Explain:

Cognition:  ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

      ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds:  ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior:  ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell:  ○ *Messy* ◉ *Clean*

Remarks:  *Pt. was awake in his cell. Pt. discussed current concerns and processed his thoughts and feelings. Pt. requested additional reading material and was provided with PAWS, sleep/relaxation packet and coping strategies packet. Pt. denied current SI/HI. Pt. is clear to remain on current status at this time.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials:  *nkr*    ☐ *Check for another entry*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Mental Health Weekly**
**Segregation Rounds Form**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/31/2018 |

Date Entered Segregation: *10/28/2018*

**Date: 12/31/2018**

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

    Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

    Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

         ☐ *Suicidal Ideation* ☐ *Homicidal Ideation*

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *Pt. was observed laying on his bed and sleeping. This writer awoke pt. and he remained on his bunk and responded to this writer's questions. Pt. reported no current concerns, advised he did not need mental health interventions and denied current SI/HI. Pt. is clear to remain on current status at this time.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *nkr*                                          ☐ *Check for another entry*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Mental Health Weekly**
**Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/26/2018 |

Date Entered Segregation: *11/8/2018*

**Date: 12/26/2018**

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

 Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

 Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

 ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *Pt. reported no current concerns and made no request for additional mental health interventions. Pt. was not in distress and denied SI/HI. Pt. clear to remain on current status.*

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *FWM* ☐ Check for another entry

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Mental Health Weekly**
**Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 12/18/2018 |

Date Entered Segregation: *11/8/2018*

**Date: *12/18/2018***

Orientation: ☑ *Person* ☑ *Place* ☑ *Time*

Affect: ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

      Explain:

Mood: ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

      Explain:

Cognition: ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

      ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds: ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior: ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell: ○ *Messy* ◉ *Clean*

Remarks: *Pt. reported no current concerns and made no request for additional mental health interventions. Pt. denied current SI/HI and current presentation WNL. Pt. is clear to remain on seg status.*

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *FWM*
☐ *Check for another entry*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Mental Health Weekly
Segregation Rounds Form**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/11/2018 |

Date Entered Segregation: *10/28/2018*

---

**Date: *12/11/2018***

| | |
|---|---|
| Orientation: | ☑ *Person* ☑ *Place* ☑ *Time* |
| Affect: | ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other* |
| Explain: | |
| Mood: | ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other* |
| Explain: | |
| Cognition: | ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions* |
| | ☐ **Suicidal Ideation** ☐ **Homicidal Ideation** |
| Psych Meds: | ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant* |
| Behavior: | ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute* |
| Cell: | ○ *Messy* ◉ *Clean* |

**Remarks:** *Pt. was observed laying on his bed and sleeping. This writer awoke pt. and he remained on his bunk and responded to this writer's questions. Pt. reported no current concerns, advised he did not need mental health interventions and denied current SI/HI. Pt. is clear to remain on current status at this time.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials: *nkr*                                    ☐ *Check for another entry*

---

E-Signed by Neona K Russ, Mental Health Professional  on 12/11/2018 03:20 PM CST                    Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Mental Health Weekly**
**Segregation Rounds Form**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/19/2018 |

Date Entered Segregation: *11/18/2018*

### Date: 11/19/2018

**Orientation:** ☑ *Person* ☑ *Place* ☑ *Time*

**Affect:** ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

　　　Explain:

**Mood:** ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

　　　Explain:

**Cognition:** ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

　　　☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

**Psych Meds:** ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

**Behavior:** ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

**Cell:** ○ *Messy* ◉ *Clean*

**Remarks:** *Pt. reported no current concerns and made no request for additional mental health interventions. Pt. denied current SI/HI and current presentation WNL. Pt complained tangentially about security staff wanting to hurt him. Finally, pt reported that he should be moved back to GP where he feels safer. Concerns and behavior were not congruent, and this writer suspects housing manipulation. Pt. is clear to remain on seg status.*

*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

**Staff Initials:** *FWM*　　　　　　　　　☐ Check for another entry

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

### Mental Health Weekly
### Segregation Rounds Form



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/30/2018 |

Date Entered Segregation: *10/28/2018*

**Date: 10/30/2018**

Orientation:  ☑ *Person* ☑ *Place* ☑ *Time*

Affect:  ☐ *Flat/Blunted* ☐ *Euphoric* ☑ *Euthymic* ☐ *Dysthymic* ☐ *Angry* ☐ *Other*

    Explain:

Mood:  ☑ *Calm* ☐ *Agitated* ☐ *Depressed* ☐ *Angry* ☐ *Other*

    Explain:

Cognition:  ☑ *Normal* ☐ *Hallucinations* ☐ *Delusions*

                 ☐ **Suicidal Ideation** ☐ **Homicidal Ideation**

Psych Meds:  ◉ *Not Prescribed* ○ *Compliant* ○ *Non-compliant*

Behavior:  ☑ *Cooperative* ☐ *Aggressive* ☐ *Assaulting* ☐ *Withdrawn* ☐ *Mute*

Cell:  ○ *Messy* ◉ *Clean*

**Remarks:** *Pt. reported no current concerns and made no request for additional mental health interventions. Pt. denied current SI/HI and current presentation WNL. Pt. is clear to remain on seg status.*

*\*If any abnormal findings noted, notify MH Supervisor and complete progress note outlining actions to be taken.*

Staff Initials:  *FWM*                 ☐ *Check for another entry*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/5/2018 |

Status      ◉ *Adult* ○ *Juvenile*

---

**Referred from:**

☐ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☑ *Other*

*seg round*

☐ *Post suicide watch release follow up*

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

***Late entry from 12/4/2018 This writer met with pt. in B2, where he is currently housed on D Seg. status, for standard seg. rounds. Pt. reported he was doing well and reminded this writer of his previous request for Viktor Frankyl's Man's Search For Meaning. Pt. reported no other concerns and made no other request for mental health interventions. Pt. denied SI/HI.*

---

**Mental Status Exam**

**Appearance:**

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*

☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**

☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/5/2018 |

**Intelligence:**

☐ *Above Average*  ☑ *Average*  ☐ *Below Average*  ☐ *Developmentally Disabled*  ☐ *Other*

**Memory:**

☑ *Intact*  ☐ *Immediate Impaired*  ☐ *Recent Impaired*  ☐ *Remote Impaired*  ☐ *Other*

**Insight:**

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*  ☐ *Other*

**Judgment:**

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*  ☐ *Other*

**Behavior:**

☑ *Appropriate*  ☐ *Belligerent*  ☐ *Agitated*  ☐ *Impulsive*  ☐ *Withdrawn*  ☐ *Other*

## Current Status

| | |
|---|---|
| Medication Compliant? | ◉ *N/A*  ○ *Yes*  ○ *No* |
| Suicidal Ideations noted? | ○ *Yes*  ◉ *No*  ○ *Refuses to answer* |
| Homicidal Ideations noted? | ○ *Yes*  ◉ *No*  ○ *Refuses to answer* |

## Assessment and Interventions Provided (include tasks assigned to patient, if any)

*MHP provided pt. with requested material. No other interventions provided. Pt. is clear to remain on current state.*

## Plan (Please check all that apply)

☐ *Treatment not indicated at this time (understands how to access services)*

☐ *Consulted with:*

☐ *Behavioral Health to follow up PRN or through sick call*

☑ *Behavioral Health follow-up (#days/date)*

# days /
date:       *weekly while in seg*

☐ *Refer to:*

Refer to      ☐ *Psychiatry*  ☐ *Medical*  ☐ *Discharge Planner*  ☐ *Other*

Other

☐ *Placed on Special Needs*

☐ *Placement on Special Needs considered and deferred*

Wyandotte Detention Center, KS
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured
Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | ▓▓▓▓▓ | 12/5/2018 |

☐ *Placement on Special Needs considered and deferred*

**BH217UN0000ACCEN050116**

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/27/2018 |

Status    ⦿ *Adult* ◯ *Juvenile*

### Referred from:

☑ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☐ *Post suicide watch release follow up*

### Reason for Referral/Subjective Findings
If post suicide watch release follow up, number of days since discharge

*This writer met with pt. in B2, where he is currently housed on seg. status, in response to a sick call during regular seg. rounds. Pt. requested resource packet to help with planning for release. Pt. made no other requests for additional mental health interventions.*

### Mental Status Exam

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**
☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**
☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**
☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

### Behavioral Health Structured Progress Note

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 11/27/2018 |

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

**Memory:**

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired* ☐ *Other*

**Insight:**

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor* ☐ *Other*

**Judgment:**

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor* ☐ *Other*

**Behavior:**

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Impulsive* ☐ *Withdrawn* ☐ *Other*

---

### Current Status

| | |
|---|---|
| Medication Compliant? | ◉ *N/A* ○ *Yes* ○ *No* |
| Suicidal Ideations noted? | ○ *Yes* ◉ *No* ○ *Refuses to answer* |
| Homicidal Ideations noted? | ○ *Yes* ◉ *No* ○ *Refuses to answer* |

---

### Assessment and Interventions Provided {include tasks assigned to patient, if any}

*MHP assessed for SI/HI - none present at time of assessment. MHP provided pt. with requested material. Pt. is clear to remain on seg. status.*

---

### Plan {Please check all that apply}

☐ *Treatment not indicated at this time (understands how to access services)*

☐ *Consulted with:*

☐ *Behavioral Health to follow up PRN or through sick call*

☑ *Behavioral Health follow-up (#days/date)*

# days /
date:   *weekly while on seg. status*

☐ *Refer to:*

Refer to   ☐ *Psychiatry* ☐ *Medical* ☐ *Discharge Planner* ☐ *Other*

Other

☐ *Placed on Special Needs*

☐ *Placement on Special Needs considered and deferred*

BH217UN0000ACCEN050116

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/27/2018 |

BH217UN0000ACCEN050116

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/13/2018 |

Status   ◉ *Adult* ○ *Juvenile*

---

**Referred from:**

☐ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☑ *Post suicide watch release follow up*

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge   *7 day SW f/u*

---

*Pt seen in B3 for 7 day SW f/u. Pt continues to report that "these COs are out to get me". Reports a desire to press charges. Again this writer explained that the role of MH personnel does not include law enforcement. Pt inquired if his request is documented. Pt educated that pt files are confidential. Pt was overall receptive and cooperative. He was not in distress and denied SI/HI.*

---

**Mental Status Exam**

---

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☐ *Appropriate* ☑ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**
☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**
☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**
☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/13/2018 |

intelligence.

☐ Above Average  ☑ Average  ☐ Below Average  ☐ Developmentally Disabled  ☐ Other

**Memory:**

☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired  ☐ Other

**Insight:**

☐ Intact  ☐ Good  ☐ Fair  ☑ Poor  ☐ Other

**Judgment:**

☐ Intact  ☐ Good  ☐ Fair  ☑ Poor  ☐ Other

**Behavior:**

☐ Appropriate  ☐ Belligerent  ☑ Agitated  ☐ Impulsive  ☐ Withdrawn  ☐ Other

## Current Status

Medication Compliant?                                                      ☉ N/A  ○ Yes  ○ No

Suicidal Ideations noted?                                          ○ Yes  ☉ No  ○ Refuses to answer

Homicidal Ideations noted?                                         ○ Yes  ☉ No  ○ Refuses to answer

## Assessment and Interventions Provided (include tasks assigned to patient, if any)

Pt cleared to remain on seg status at this time.

## Plan (Please check all that apply)

☐ Treatment not indicated at this time (understands how to access services)

☐ Consulted with:

☑ Behavioral Health to follow up PRN or through sick call

☑ Behavioral Health follow-up (#days/date)

# days /
date:        weekly seg rounds

☐ Refer to:

Refer to        ☐ Psychiatry  ☐ Medical  ☐ Discharge Planner  ☐ Other
Other

☐ Placed on Special Needs

☐ Placement on Special Needs considered and deferred

BH217UN0000ACCEN050116

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Structured
Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/13/2018 |

BH217UN0000ACCEN050116

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 wellpath℠

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/6/2018 |

Status    ◉ Adult  ○ Juvenile

---

**Referred from:**

☐ Sick Call ☐ Nursing/Medical ☐ Behavioral Health ☐ Security ☐ Other

☑ Post suicide watch release follow up

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge   24hr

*Pt seen in B2 for 24hr SW f/u and weekly seg rounds. Pt presented with agitated mood and appropriate affect. Reports that, "I do not feel safe with these officers and would like to press charges". This writer explained the role of MH personnel. Pt was not receptive, and became argumentative. He was not in distress and denied SI/HI.*

---

**Mental Status Exam**

**Appearance:**
☑ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☐ Other

**Speech:**
☐ Appropriate ☑ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

**Mood:**
☐ Appropriate ☐ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☑ Irritable ☐ Other

**Affect:**
☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

**Thought Form:**
☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Assoc.
☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

**Thought Content:**
☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion
☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**
☑ Person ☑ Place ☑ Time ☑ Situation ☐ Other

**Intelligence:**
☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled ☐ Other

Page 1 of 3

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/6/2018 |

Intelligence:

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled ☐ Other

**Memory:**

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired ☐ Other

**Insight:**

☐ Intact ☐ Good ☑ Fair ☐ Poor ☐ Other

**Judgment:**

☐ Intact ☐ Good ☑ Fair ☐ Poor ☐ Other

**Behavior:**

☐ Appropriate ☐ Belligerent ☑ Agitated ☐ Impulsive ☐ Withdrawn ☐ Other

## Current Status

Medication Compliant?  ◉ N/A ○ Yes ○ No

Suicidal Ideations noted?  ○ Yes ◉ No ○ Refuses to answer

Homicidal Ideations noted?  ○ Yes ◉ No ○ Refuses to answer

## Assessment and Interventions Provided (include tasks assigned to patient, if any)

*Pt will be seen for 7 day SW f/u visit, and weekly seg rounds. He is cleared to remain on seg status at this time.*

## Plan (Please check all that apply)

☐ Treatment not indicated at this time (understands how to access services)

☐ Consulted with:

☑ Behavioral Health to follow up PRN or through sick call

☑ Behavioral Health follow-up (#days/date)

# days /
date:     7 day SW f/u visit

☐ Refer to:

Refer to     ☐ Psychiatry ☐ Medical ☐ Discharge Planner ☐ Other

Other

☐ Placed on Special Needs

☐ Placement on Special Needs considered and deferred

BH217UN0000ACCEN050116

Page 2 of 3

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/6/2018 |

BH217UN0000ACCEN050116

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/2/2018 |

Status   ◉ *Adult* ○ *Juvenile*

---

**Referred from:**

---

☑ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☐ *Post suicide watch release follow up*

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

---

*Pt reports problems with officers on "B-shift". Presented with an appropriate mood and affect. Reports that he spoke to Sgt. Terrazes yesterday and is "...doing as well as can be expected." This writer provided positive feedback and encouragement. Pt was receptive and cooperative. He was not in distress and denied SI/HI.*

---

**Mental Status Exam**

---

**Appearance:**

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*

☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**

☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

Page 1 of 2

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Behavioral Health Structured**
**Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/2/2018 |

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

**Memory:**

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired* ☐ *Other*

**Insight:**

☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor* ☐ *Other*

**Judgment:**

☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor* ☐ *Other*

**Behavior:**

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Impulsive* ☐ *Withdrawn* ☐ *Other*

---

**Current Status**

Medication Compliant?                                    ◉ *N/A* ○ *Yes* ○ *No*

Suicidal Ideations noted?                          ○ *Yes* ◉ *No* ○ *Refuses to answer*

Homicidal Ideations noted?                        ○ *Yes* ◉ *No* ○ *Refuses to answer*

---

**Assessment and Interventions Provided {include tasks assigned to patient, if any)**

*Pt will remain in B2 on seg status at this time.*

---

**Plan {Please check all that apply)**

☐ *Treatment not indicated at this time (understands how to access services)*

☐ *Consulted with:*

☑ *Behavioral Health to follow up PRN or through sick call*

☐ *Behavioral Health follow-up (#days/date)*

# days /
date:

☐ *Refer to:*

Refer to    ☐ *Psychiatry* ☐ *Medical* ☐ *Discharge Planner* ☐ *Other*

Other

☐ *Placed on Special Needs*

☐ *Placement on Special Needs considered and deferred*

**BH217UN0000ACCEN050116**

---

Wyandotte Detention Center, KS
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Behavioral Health Psychiatric
Provider Initial Evaluation**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/5/2018 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

**Presenting Issue:**

*Patient reports he was placed on a suicide watch after he proclaimed a hunger strike because he did not like the way he was being treated by security. He has eaten his last 2 meals. Patient denies ever having any self harm thoughts and has no mental health concerns today. He denies any s/s of depression.*

**Current Psychotropic Medications:**

*none*

| **Current Status:** | |
|---|---|
| History of Prior Treatment? | ○ *Yes* ◉ *No* |
| Family Psychiatric History? | ○ *Yes* ◉ *No* |
| Relevant Past Medical HX and Medications | ○ *Yes* ◉ *No* |
| Prior Self Harm Attempt? | ○ *Yes* ◉ *No* |
| Prior Violence Toward Others? | ○ *Yes* ◉ *No* |
| History of Substance Abuse? | ○ *Yes* ◉ *No* |

Last Date of Use

*Patient denies drug use but initial charge was possession of cannabis.*

| **Mental Status Exam:** |
|---|

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Page 1 of 3

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Behavioral Health Psychiatric
Provider Initial Evaluation**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/5/2018 |

*Patient Allergies:*
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Explain:

Thought Form:

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

Explain:

Thought Content:

☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time* ☐ *Other*

Explain:

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

Explain:

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired* ☐ *Other*

Explain:

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor* ☐ *Other*

Explain:

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor* ☐ *Other*

Explain:

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☑ *Cooperative* ☐ *Uncooperative* ☐ *Other*

Explain:

## Diagnosis (include mental disorders and relevant medical conditions):

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

Page 2 of 3

| Wyandotte Detention Center, KS<br>**Wyandotte County (WDD)**<br>**710 N 7th Street**<br>Kansas City , KS66101 | | **Behavioral Health Psychiatric**<br>**Provider Initial Evaluation** | |  |
|---|---|---|---|---|
| Patient Name<br>**DURAYL T VANN** | Patient Number<br>47539 | Booking Number<br>2018007606 | Birth Date | Date Of Service<br>11/5/2018 |

Patient Allergies:
09-24-2015  Acute     Musculoskeletal Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

*no mental health disorder*

## Plan:

1. Medication:

*none*

2. Labs:

*none*

3. Other:

*dc suicide watch*

4. Follow Up Date:     *rtc pm*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Staff Referral Form**
**Mental Health**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/1/2018 |

Type:          ○ *Emergent* ○ *Urgent* ◉ *Routine*

Mental Health:     ☐ *Psychiatric Provider* ☑ *MH Professional* ☐ *MH Nurse* ☐ *Other*

Other:

Reason for Referral:

*Patient on hunger strike*

Additional Information (including interim actions taken):

-

E-Signed by Daniella Gregory, RN  on 11/01/2018 02:07 PM CST                                     Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Suicide Watch Daily Follow Up /**
**Discharge**

 **wellpath**

| Patient Name<br>DURAYL T VANN | Patient Number<br>47539 | Booking Number<br>2018007606 | Birth Date | Date Of Service<br>11/5/2018 |
|---|---|---|---|---|

○ *Daily Follow Up* ◉ *Discharge*

**Type of Watch and Frequency:**

○ *Constant* ◉ *Staggered 15 minutes* ○ *Other, indicate watch frequency*

**Date placed on Watch**    *11/2/2018*

**Number of Days on Watch**    *3 days*

**Reason for Watch:**

○ *Ideation/Threat* ○ *Plan* ○ *Act* ◉ *Other*

*Patient was placed on hunger strike and nursing staff report he missed 3 to 4 days of meals*

**Interventions during session:**

*Met with patient along with psychiatrist. Patient stated "how do I get out of this status?" Patient denied any current SI/HI. He denied any history of suicide attempts. Patient denies any history of MH treatment. This writer has known patient for very long time and asked why he was placed on S/W. He stated "man, I went on hunger strike over some issues." Patient discussed vaguely regarding how security staff had treated him. Patient reports that the not eating was not an attempt to harm himself, but an attempt to protest or gain attention where he felt he had been wronged. Patient reports his reasons for living are his religious beliefs and his family. Discussed D/C S/W.*

**Mental Status Examination**

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

W072

| Wyandotte Detention Center, KS<br>*Wyandotte County (WDD)*<br>710 N 7th Street<br>Kansas City , KS66101 | | **Suicide Watch Daily Follow Up /<br>Discharge** | |  |
|---|---|---|---|---|
| *Patient Name*<br>**DURAYL T VANN** | *Patient Number*<br>**47539** | *Booking Number*<br>**2018007606** | *Birth Date* | *Date Of Service*<br>**11/5/2018** |

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/Obsess.* ☐ *Thought Insertion*

☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation to:**

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

**Intelligence:**

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Well Below Average*

**Memory:**

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

**Insight:**

☐ *Intact* ☐ *Good* ☐ *Fair* ☑ *Poor*

**Judgment:**

☐ *Intact* ☐ *Good* ☐ *Fair* ☑ *Poor*

**Behavior:**

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Impulsive* ☐ *Withdrawn* ☐ *Other*

---

**Current Status**

| | |
|---|---|
| Medication Compliant? | ◉ *N/A* ○ *Yes* ○ *No* |
| Current Suicidal Ideations? | ○ *Yes* ◉ *No* ○ *Refuses to Answer* |
| Current Homicidal Ideations? | ○ *Yes* ◉ *No* ○ *Refuses to Answer* |
| Estimated current self-harm/suicide risk level | ○ *High* ○ *Medium* ◉ *Low* |
| Has Patient engaged in self-harm since last assessment? | ○ *Yes* ◉ *No* ○ *Unknown* |

Behaviors of Concern:

*Patient missed meals, but patient has a history of fasting for religious purposes. It appears patient was drinking liquids during the missed meals.*

☐ ***Identify Reason for Patient to Remain on Watch (including recent stressors, active ideation and/or plan)***

**OR**

☐ ***Identify Rationale for Downgrading Watch***

**OR**

☐ *Identify Rationale for Discontinuing Watch*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Suicide Watch Daily Follow Up /**
**Discharge**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/5/2018 |

## OR

☑ *Identify Rationale for Discontinuing Watch*

*Patient has no history of suicide attempts and clearly reports his reasons for missing meals as protesting security. Patient reports no current SI/HI. He reports reasons for living are his religion and his family.*

### Plan: (check all that apply)

☐ *Continue current suicide watch and follow up daily*

☐ *Change level of suicide watch to*

☐ **Property Allowed**

☑ *Discontinue suicide watch. Follow up within 7 days*

☑ *Columbia-Suicide Severity Rating Scale completed (required if downgrading or discontinuing watch)*

☐ *Referred for special needs*

   Patient was placed on Special Needs?   ○ Yes ◉ No

Why?      *service not indicated.*

☐ *Consulted with*

☐ *Referred to*

☐ *Recommended Placement*

☐ *Appropriate for General Population*

---

**COLUMBIA - SUICIDE SEVERITY RATING SCALE**   Screen Version - Since Last Visit

**COMPLETE THIS FORM ONLY IF YOU ARE**
**DOWNGRADING OR DISCONTINUING WATCH**          ☐ *CHECK THIS BOX IF FORM NOT REQUIRED*

---

### SUICIDE IDEATION DEFINITIONS AND PROMPTS
#### Ask Questions that are bolded and CAPITALIZED.

**Ask Questions 1 and 2**

| 1. Wish to be Dead: Past Month |
|---|

*Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.*

                                                                          *Since Last Visit*

**HAVE YOU WISHED YOU WERE DEAD OR WISHED YOU COULD GO TO**          ○ *Yes* ◉ *No*
**SLEEP AND NOT WAKE UP?**

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Suicide Watch Daily Follow Up /**
**Discharge**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/5/2018 |

**HAVE YOU WISHED YOU WERE DEAD OR WISHED YOU COULD GO TO SLEEP AND NOT WAKE UP?**    ○ Yes  ◉ No

**2. Suicidal Thoughts: Past Month**

*General non-specific thoughts of wanting to end one's life/commit suicide, "I've thought about killing myself" without general thoughts of ways to kill oneself/associated methods, intent, or plan.*

**Since Last Visit**

**HAVE YOU ACTUALLY HAD ANY THOUGHTS OF KILLING YOURSELF?**    ○ Yes  ◉ No

**If YES to 2, ask questions 3, 4, 5, and 6. If NO to 2, go directly to question 6.**

**6. Suicide Behavior Question:**

**Since Last Visit**

**HAVE YOU EVER DONE ANYTHING, STARTED TO DO ANYTHING, OR PREPARED TO DO ANYTHING TO END YOUR LIFE?**    ○ Yes  ◉ No

*Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.*

**If YES, ask:**

**HOW LONG AGO DID YOU DO ANY OF THESE?**

☐ **Over a year ago?**

☐ **Between three months and a year ago?**

☐ **Within the last three months?**

BH215UN0000ACCEN050116

E-Signed by Cheri Jaynes, Mental Health Professional  on 11/05/2018 10:54 AM CST

Page 4 of 4

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City, KS66101

**Musculoskeletal**
**Nursing Documentation Pathway**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/26/2018 |

This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.

| | |
|---|---|
| Date of Visit | 12/26/2018 |
| Time of Visit | 0000 |
| Gender | ◉ Male ○ Female |
| Race | AA |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

Current Medications
Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |
| Vitals: B/P & HR | 1.00 misc | Wyandotte Facility: BP Tues, Sat PM | 11/7/2018 5:30:00 PM | 2/5/2019 5:29:00 PM |
| acetaminophen 325 mg tablet | 3.00 tablet | Wyandotte Adult: BID AM & HS | 12/26/2018 8:00:00 PM | 12/28/2018 7:59:00 PM |

## SUBJECTIVE

| | |
|---|---|
| Date of Onset | 11/28/2018 |
| Time of Onset | 0000 |
| | ◉ New Onset ○ Chronic Complaint |
| Duration (Chronic) | |

| **Medical History** | ☑ **None** |
|---|---|
| **Surgical History** | ☑ **None** |

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
718 N 7th Street
Kansas City , KS66101

**Musculoskeletal
Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 12/26/2018 |

| Surgical History | ☑ *None* |
|---|---|
| Social History | ☑ *None* |
| Symptoms | ☑ *None* |

### OBJECTIVE

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-26-2018 03:59 PM CST | 120/88 | 86 | 18 | 98.00 | 99 | - | - | - | - | - | - |

| AVPU | ◉ *Alert* ○ *Responds to Voice* ○ *Responds to Pain* ○ *UNRESPONSIVE* |
|---|---|
| COLOR | ☑ *Pink* ☐ *Pallor* ☐ *Flushed* ☐ *CYANOTIC* |
| SKIN | ☑ *Warm* ☑ *Dry* ☐ *Cool* ☐ *Moist/Clammy* ☐ *Diaphoretic* |
| SKIN TURGOR | ◉ *Normal* ○ *Decreased* |
| TISSUE PERFUSION | ◉ *<2 sec* ○ *>2 sec* |

NEURO/VASCULAR EXAM
☑ *Pain*
☐ *Pallor*
☐ *Pulselessness*
Location
☐ *Paresthesia*
Location
☐ *Edema*
Location

W077

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City , KS66101

**Musculoskeletal**
**Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/26/2018 |

Location

## PHYSICAL EXAM

☐ Edema

☐ Swelling

☐ Redness

☐ Contusions

☐ Ecchymosis

☐ Bleeding

☐ Tender to Touch

☑ Guarding

☐ Muscle Spasms

☑ Abnormal Gait

☐ Loss of bladder control

☐ Extremity Weakness

☐ Impaired Range of Motion

Describe

☐ Evidence of Injury

Describe

## URINE DIPSTICK

☐ Specific Gravity

☐ Protein

☐ Glucose

☐ Leukocytes

☐ Nitrates

☐ Blood

☐ Ketones

☐ Other

○ **Emergent** ◉ **Not Emergent - evaluate for Urgent**

Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS

Page 3 of 6

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 12/26/2018 |

**Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS.**

**Time Provider Notified**

**Time EMS Activated**

☐ *Amputation full, ear, nose, finger, toe, and/or extremity*

☐ *Amputation, partial*

○ *Urgent* ◉ *Not Urgent - evaluate for Routine*

If condition deteriorates consider upgrade to emergent

☐ *SBP <100, Pulse >100*

☐ *Edema, swelling, discoloration*

☐ *Loss of sensation, numbness or severe pain*

☐ *Loss of bowel/bladder control*

☐ *Foot Drop/weakness*

☐ *Inflamed joint*

☐ *Urine + for protein and discolored brown or red*

☑ *Routine*

Data collection that does not trigger emergent/urgent intervention

If condition deteriorates consider upgrade to urgent or emergent

☐ *Minimal restrictions in range of motion*

☐ *Back pain, non-specific*

○ *Emergent Interventions* ○ *Urgent Interventions* ◉ *Routine Interventions*

**Emergent Interventions**

☐ *Immediate evaluation by the HCP*

☐ *Amputation, full-control bleeding, elevate the limb, wrap the severed part in moistened sterile dressing, preserving all amputated material, place the severed part in a watertight container (plastic bag) on ice*

☐ *Amputation, partial – control bleeding, wrap wound in saline soaked dressing*

☐ *Apply sterile, pressure dressing, if applicable*

☐ *Assess and record ABC's, neurological status, and vital signs every five (5) minutes until EMS*

Page 4 of 6

| | | | | |
|---|---|---|---|---|
| **Wyandotte Detention Center, KS**<br>**Wyandotte County (WDD)**<br>**710 N 7th Street**<br>**Kansas City, KS66101** | | **Musculoskeletal**<br>**Nursing Documentation Pathway** | |  |

| Patient Name<br>DURAYL T VANN | Patient Number<br>47539 | Booking Number<br>2018007606 | Birth Date | Date Of Service<br>12/26/2018 |
|---|---|---|---|---|

☐ **Assess and record ABC's, neurological status, and vital signs every five (5) minutes until EMS arrival or until the HCP provides other direction**

☐ **If spinal injury suspected, hard c-collar placed on patient and EMS activated. Hold in-line cervical traction while applying a hard cervical collar.**

☐ **If penetrating injury, do NOT remove object.**

☐ **While awaiting EMS arrival keep the patient flat and maintain c-spine immobilization until EMS arrival**

☐ **If EMS activated reassess every 5 minutes until EMS arrival.**

☐ **Additional interventions as Ordered**

Consider          ☐ Oxygen ☐ IV Fluids ☐ CPR ☐ AED

### Urgent Interventions

☐ *Contact HCP using SBAR format*

☐ *Acetaminophen 650mg po BID x 2 days for severe pain. If patient has documented allergy to acetaminophen provide ibuprofen 200mg po BID x 2 days for severe pain*

☐ *Additional interventions as ordered*

Consider          ☐ Oxygen ☐ IV Fluids

☐ *Instruct per Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Reassure patient*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

### Routine Interventions

☑ *Acetaminophen 650mg po BID x 2 days for severe pain. If patient has documented allergy to acetaminophen provide ibuprofen 200mg po BID x 2 days for severe pain*

☑ *Advise reduction in activity but do not advise bed rest*

☑ *Instruction regarding proper lifting techniques, posture and body mechanics demonstrated and/or given*

☐ *Cold or warm packs based on type and age of injury/strain*

☐ *Splint as indicated*

☑ *Provide a temporary activity restriction or assistive device (cane, crutches) as necessary.*

Notify custody of restrictions and/or assistive devices.

☑ *Instruct per Education Fact Sheet*

☑ *Instructed to contact medical if symptoms reoccur*

☑ *Reassure patient*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/26/2018 |

☑ *Reassure patient*

☑ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

---

☐ **Additional Documentation**

**Scheduled Follow-up**

☑ *None - resolved*

☐ *Provider*

☐ *Behavioral Health*

☐ *Nursing*

☐ *Referral to*

Referral to

☐ *Other (provide detail)*

Provide detail

**Refusals**

☐ *Refusal form signed*

☐ *Referred to HCP*

☐ *No further action required*

*Use Progress Note for additional documentation*

NUR NDP20

*This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.*

E-Signed by Ashley Lawson, LPN  on 12/26/2018 03:59 PM CST

Page 6 of 6

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | ~~07/1995~~ | 12/6/2018 |

This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.

| | |
|---|---|
| Date of Visit | 12/6/2018 |
| Time of Visit | 1706 |
| Gender | ◉ Male ○ Female |
| Race | AA |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

Current Medications
Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |
| Vitals: B/P & HR | 1.00 misc | Wyandotte Facility: BP Tues, Sat PM | 11/7/2018 5:30:00 PM | 2/5/2019 5:29:00 PM |

## SUBJECTIVE

| | |
|---|---|
| Date of Onset | 12/6/2018 |
| Time of Onset | 0000 |
| | ◉ New Onset ○ Chronic Complaint |
| Duration (Chronic) | |

| **Medical History** | ☑ **None** |
|---|---|

| **Surgical History** | ☑ **None** |
|---|---|

| ~~Social History~~ | ☐ .. |
|---|---|

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | |

| **Social History** | ☑ *None* |
|---|---|

**Symptoms**        ☐ *None*

☑ *Pain Rating*
_____ /10        7
Location        *LOWER BACK PAIN*
☐ *Leg Numbness*
   ☐ *Right* ☐ *Left*
☐ *Loss of Bladder Control*
☐ *Loss of Bowel Control*
☐ *Pain on Urination*
☐ *Pain with cough/deep breathing*
☐ *Impaired Range of Motion*
Describe

## OBJECTIVE

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-06-2018 10:56 PM CST | 120/90 | 74 | 18 | 98.10 | 98 | - | - | - | - | - | - |

| **AVPU** | ◉ *Alert* ○ *Responds to Voice* ○ *Responds to Pain* ○ *UNRESPONSIVE* |
|---|---|

| **COLOR** | ☑ *Pink* ☐ *Pallor* ☐ *Flushed* ☐ *CYANOTIC* |
|---|---|

| **SKIN** | ☑ *Warm* ☐ *Dry* ☐ *Cool* ☐ *Moist/Clammy* ☐ *Diaphoretic* |
|---|---|

| **SKIN TURGOR** | ◉ *Normal* ○ *Decreased* |
|---|---|

| **TISSUE PERFUSION** | ○ *<2 sec* ○ *>2 sec* |
|---|---|

Page 2 of 7

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Musculoskeletal**
**Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | |

---

**TISSUE PERFUSION**   ○ <2 sec ○ >2 sec

---

### NEURO/VASCULAR EXAM

☑ *Pain*

☐ *Pallor*

☐ *Pulselessness*

Location

☐ *Paresthesia*

Location

☐ *Edema*

Location

---

### PHYSICAL EXAM

☐ *Edema*

☐ *Swelling*

☐ *Redness*

☐ *Contusions*

☐ *Ecchymosis*

☐ *Bleeding*

☑ *Tender to Touch*

☐ *Guarding*

☐ *Muscle Spasms*

☐ *Abnormal Gait*

☐ *Loss of bladder control*

☐ *Extremity Weakness*

☐ *Impaired Range of Motion*

Describe

☐ *Evidence of Injury*

Describe

---

### URINE DIPSTICK

☐ *Specific Gravity*

☐ *Protein*

☐ *Gl*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/6/2018 |

- ☐ Protein
- ☐ Glucose
- ☐ Leukocytes
- ☐ Nitrates
- ☐ Blood
- ☐ Ketones
- ☐ Other

○ **Emergent** ◉ **Not Emergent - evaluate for Urgent**

**Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS.**
**Time Provider Notified**
**Time EMS Activated**
- ☐ **Amputation full, ear, nose, finger, toe, and/or extremity**
- ☐ **Amputation, partial**

○ **Urgent** ◉ **Not Urgent - evaluate for Routine**

If condition deteriorates consider upgrade to emergent
- ☐ SBP <100, Pulse >100
- ☐ Edema, swelling, discoloration
- ☐ Loss of sensation, numbness or severe pain
- ☐ Loss of bowel/bladder control
- ☐ Foot Drop/weakness
- ☐ Inflamed joint
- ☐ Urine + for protein and discolored brown or red

☑ **Routine**

Data collection that does not trigger emergent/urgent intervention
If condition deteriorates consider upgrade to urgent or emergent
- ☑ Minimal restrictions in range of motion
- ☑ Back pain, non-specific

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/6/2018 |

○ *Emergent Interventions* ○ *Urgent Interventions* ◉ *Routine Interventions*

**Emergent Interventions**

☐ *Immediate evaluation by the HCP*

☐ *Amputation, full-control bleeding, elevate the limb, wrap the severed part in moistened sterile dressing, preserving all amputated material, place the severed part in a watertight container (plastic bag) on ice*

☐ *Amputation, partial – control bleeding, wrap wound in saline soaked dressing*

☐ *Apply sterile, pressure dressing, if applicable*

☐ *Assess and record ABC's, neurological status, and vital signs every five (5) minutes until EMS arrival or until the HCP provides other direction*

☐ *If spinal injury suspected, hard c-collar placed on patient and EMS activated. Hold in-line cervical traction while applying a hard cervical collar.*

☐ *If penetrating injury, do NOT remove object.*

☐ *While awaiting EMS arrival keep the patient flat and maintain c-spine immobilization until EMS arrival*

☐ *If EMS activated reassess every 5 minutes until EMS arrival.*

☐ *Additional interventions as Ordered*

Consider        ☐ *Oxygen* ☐ *IV Fluids* ☐ *CPR* ☐ *AED*

**Urgent Interventions**

☐ *Contact HCP using SBAR format*

☐ *Acetaminophen 650mg po BID x 2 days for severe pain. If patient has documented allergy to acetaminophen provide ibuprofen 200mg po BID x 2 days for severe pain*

☐ *Additional interventions as ordered*

Consider        ☐ *Oxygen* ☐ *IV Fluids*

☐ *Instruct per Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Reassure patient*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

**Routine Interventions**

☑ *Acetaminophen 650mg po BID x 2 days for severe pain. If patient has documented allergy to*

W086

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/6/2018 |

☑ Acetaminophen 650mg po BID x 2 days for severe pain. If patient has documented allergy to acetaminophen provide ibuprofen 200mg po BID x 2 days for severe pain

☑ Advise reduction in activity but do not advise bed rest

☑ Instruction regarding proper lifting techniques, posture and body mechanics demonstrated and/or given

☐ Cold or warm packs based on type and age of injury/strain

☐ Splint as indicated

☑ Provide a temporary activity restriction or assistive device (cane, crutches) as necessary.
Notify custody of restrictions and/or assistive devices.

☑ Instruct per Education Fact Sheet

☑ Instructed to contact medical if symptoms reoccur

☑ Reassure patient

☑ Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up

---

☐ **Additional Documentation**

---

**Scheduled Follow-up**

---

☑ None - resolved

☐ Provider

☐ Behavioral Health

☐ Nursing

☐ Referral to
Referral to

☐ Other (provide detail)
Provide detail

---

**Refusals**

---

☐ Refusal form signed

☐ Referred to HCP

☐ No further action required

---

**Use Progress Note for additional documentation**

NUR NDP20

*This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.*

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Musculoskeletal**
**Nursing Documentation Pathway**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 12/6/2018 |

judgment; when in doubt, please contact a medical provider.

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City , KS66101*

**Physician Order-
Verbal/Telephone**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 1/9/2019 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | | Confirmed By |
|---|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

## Orders

☑ *Verbal*

☐ *Telephone Order*

Added 01/09/2019 09:58 AM CST by JanPatterson LPN

*Xray of back.*

*VORB A. Fabah-Ezeogu, ARNP/ J. Patterson, LPN*

☑ *Noted by* **LPN on 1/9/2019 9:58:18 AM**

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Physician Order-**
**Verbal/Telephone**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

## Orders

☐ *Verbal*

☑ *Telephone Order*

Added 11/04/2018 10:43 PM CST by KMKappel LPN

*Start-*

*Double portions with meals x24 hours.  Start 11/5/2018 and end 11/6/2018*

*TORB- A. Fabah-Ezeogu ARNP- K Baird LPN*

☑ *Noted by LPN on 11/4/2018 10:42:27 PM*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Physician Order-**
**Verbal/Telephone**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/26/2018 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | | Confirmed By |
|---|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

### Orders

☐ *Verbal*

☑ *Telephone Order*

Added 10/26/2018 09:30 PM CST by KMKappel LPN

Start:

1. HCTZ 25mg tablet, one tablet by mouth every am x90 days.

TORB- Dr. Stanton/ K Baird LPN

☑ *Noted by LPN on 10/26/2018 9:30:41 PM*

E-Signed by Kristen Michelle Kappel, LPN  on 10/26/2018 09:30 PM CST

Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Medical Diet Order Form**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Facility:    **WDD**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

Diet

☐ ** No Items Selected **

Start Diet:  *11/5/2018*

End Diet:  *11/6/2018*

Comment:

*Double portions x24 hours.*



**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS  66101**
**P: 913-573-8132 fax 913-573-8137**
Page 1 of 1



| Medical Diet Order | | | Status: ☐ Adult  ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name<br>**VANN, DURAYL T** | Patient Number<br>**47539** | Booking Number<br>**2018007606** | Date of Birth | Today's Date:<br>**11/4/2018** |

Diet Start Date  11/5/18                    Diet End Date  11/0/18

- ☐ Cardiac (low fat, low sodium, low Cholesterol, 2300 cal.)
- ☐ 2800 Diabetic (3 meals + hs snack)
- ☐ 2300 Diabetic (3 meals + hs snack)
- ☐ 1800 Diabetic (3 meals + hs snack)
- ☐ 1500 Diabetic (3 meals + hs snack)
- ☐ Pregnancy
- ☐ Soft (Dental)
- ☐ Renal Diet I (60g protein)
- ☐ Renal Diet II (80g protein)
- ☐ Broken Jaw Diet (blended)
- ☐ Clear Liquid (maximum of 48 hours)
- ☐ Full Liquid
- ☐ Allergy
- ☐ NPO
- ☐ Pureed
- ☐ Nutritional Support

**Comments**

Double portions x 24 hours.

Amie Sabah Ezeogu Amp                                11/4/18
**Requesting Provider**                                      Date

K Baird LPN                                          11/4/18
**Authorized Signature**                                     Date

© 2010 Correct Care Solutions, LLC
CCS-TX15 500



**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**

**Medication Order**

 **wellpath** SM

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 1/22/2019 |

## Order Overview

**Ordered By:** Fabah-Ezeogu, Amie on 01/22/2019 01:11PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/22/2019 | ibuprofen 800 mg tablet: give 1 tablet by mouth TID AM 1300 & HS PRN for 7 days. PRN Reason: Pain. | 1 | tablet | TID AM 1300 & HS | 7 | Yes | No |

*Noted By: Calloway, Kathleen LPN 01/22/2019 01:11PM*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**718 N 7th Street**
**Kansas City, KS 66101**

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 1/9/2019 |

## Order Overview

**Ordered By:** Fabah-Ezeogu, Amie on 01/09/2019 09:44AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/9/2019 | Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet by mouth BID AM & HS PRN for 2 days. Per Nursing Protocol. PRN Reason: Pain. | 2 | tablet | BID AM & HS | 2 | Yes | No |

*Noted By: Patterson, Jane LPN 01/09/2019 09:44AM*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 12/26/2018 |

## Order Overview

Ordered By: Stanton, Danny on 12/26/2018 02:17PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/26/2018 | acetaminophen 325 mg tablet: give 3 tablet by mouth BID AM & HS for 2 days. | 3 | tablet | BID AM & HS | 2 | No | No |

*Noted By: Lawson, Ashley LPN 12/26/2018 02:17PM*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**

**Medication Order**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 12/6/2018 |

## Order Overview

**Ordered By:** Stanton, Danny on 12/06/2018 11:00PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/7/2018 | Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet by mouth BID AM & HS for 2 days. | 2 | tablet | BID AM & HS | 2 | No | No |

*Noted By: Kaboe, Ruth LPN 12/06/2018 11:00PM*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*

**Medication Order**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 11/7/2018 |

## Order Overview

**Ordered By:** Fabah-Ezeogu, Amie on 11/07/2018 09:06AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 11/7/2018 | Vitals: B/P & HR: give 1 misc Miscellaneous 2 X Week Tue, Sat PM for 90 days. | 1 | misc | 2 X Week Tue, Sat PM | 90 | No | No |

*Noted By: Calloway, Kathleen LPN 11/07/2018 09:06AM*

**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*

**Medication Order**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| VANN, DURAYL | 47539 | 2018007606 | | 10/26/2018 |

## Order Overview

**Ordered By:** Stanton, Danny on 10/26/2018 09:29PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 10/27/2018 | hydrochlorothiazide 25 mg tablet: give 1 tablet by mouth Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Kappel, Kristen LPN 10/26/2018 09:29PM*

EMAR

February 2019

| tient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
| ergies: | | | | | | |
| ɔnosis: | | | | | | |

**ders**

| ɔr No. | Order Status: | | Submit Date: | Start Date | End Date: |

**der Administration Sites**

reviation      Site

W100

05/13/2024 17:35

Page 1 of 1

wellpath

Case 5:20-cv-03200-JAR-GEB   Document 177-24   Filed 09/06/24   Page 101 of 133

**EMAR**

**andotte County (WDD)**

**January 2019**

| tient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | | M |

rgies:   No Known Allergies ( Unknown Reaction )

nosis:   Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

## continued

### dication Orders

**er No. 10114796 | Order Status: Released 01/24/2019 19:59      Verbal/Phone      Submit Date: 10/26/2018 21:29      Start Date: 10/27/2018 08:00      End Date: 01/25/2019 07:59**

lrochlorothiazide 25 mg tablet: give 1 tablet by mouth Q AM for 90 days. Ordering Provider: DannyStanton

| ne Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JO Init | NG | * MLH | * NG | * NG | NG | * NG | * MLH | NG | LJ | NG | CS | NG | * AL | * NG | * MLH | * CS | CS | CS | * MLH | JMD | CS | MLH | MLH | YW | | | | | | | |

**er No. 10190950 | Order Status: Released 01/24/2019 19:59      Verbal/Phone      Submit Date: 11/07/2018 09:06      Start Date: 11/07/2018 17:30      End Date: 02/05/2019 17:29**

ils: B/P & HR: give 1 misc Miscellaneous 2 X Week Tue, Sat PM for 90 days. Ordering Provider: AmieFabah-Ezeogu

| ne Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JO Init | LJ | | | | LJ | | | | | | | | | LJ | | | | | | | | LJ | | | | | | | LJ | | |

### PRN

**er No. 10617899 | Order Status: Completed 01/11/2019 09:43      Verbal/Phone      Submit Date: 01/09/2019 09:44      Start Date: 01/09/2019 09:44      End Date: 01/11/2019 09:43**

enol (Acetaminophen) 325 mg tablet: give 2 tablet by mouth BID AM & HS PRN for 2 days.  Per Nursing Protocol.   PRN Reason: Pain. Ordering Provider:

ieFabah-Ezeogu

| ne Type |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Times | | | | | | | | | | 11:04 LJ 19:36 MLH | 09:02 NG 19:29 CS -- | 09:29 CS -- | | | | | | | | | | | | | | | | | | | |

W101

andotte County (WDD)                                    January 2019                                    **EMAR**

| tient Name. | | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|---|
| NN, DURAYL | | 47539 | | 10/26/2018 | | M |

ries:   No Known Allergies ( Unknown Reaction )

nosis:   Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

| er No: 10725861 | Order Status: Released 01/24/2019 19:59 | Written | Submit Date: 01/22/2019 13:11 | Start Date: 01/22/2019 13:00 | End Date: 01/29/2019 12:59 |
|---|---|---|---|---|---|

profen 800 mg tablet: give 1 tablet by mouth TID AM 1300 & HS PRN for 7 days.    PRN Reason: Pain. Ordering Provider: AmieFabah-Ezeogu

| e | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Times | | | | | | | | | | | | | | | | | | | | | | 13:00 KEC 21:47 LJ | 10:02 MLH 13:34 MLH 22:04 LJ | 09:50 YW | | | | | | | |

## tient Status Changes

| ent Status | Description | To/From | Date |
|---|---|---|---|
| ve | Admitted to Facility | | 01/18/2019  19:00 |
| ve | Admitted to Facility | | 01/21/2019  09:30 |
| charged | Discharged | | 01/24/2019  12:21 |

## in Assessment

| e | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Date | Follow Up Datetime | Result | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|

er:

## N Effectiveness

| in Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|

er:



wellpath

Page 2 of 3

05/13/2024 17:35

W102

andotte County (WDD)

**January 2019**

**EMAR**

| tient Name. | | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|---|
| NN, DURAYL | | 47539 | | 10/26/2018 | ·······2 | M |

ergies:  No Known Allergies ( Unknown Reaction )

anosis:  Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

**tes**

| erNo | Initials | Note Category | Note Date | | Item | Status | Note |
|---|---|---|---|---|---|---|---|
| 14796 | MLH | Administration | 01/19/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | CS | Administration | 01/16/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 01/15/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 01/14/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | AL | Administration | 01/13/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 01/07/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 01/06/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 01/04/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 01/03/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 01/02/2019 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |

**tials Legend**

| als | User |
|---|---|
| | Lawson, Ashley |
| | Springfield, Candice, MA / LNA |
| ) | Dunn, Jessica, MA / LNA |
| ( | Calloway, Kathleen, LPN |
| | Jones, Laura, MA / LNA |
| T | Hinzman, Mikiah, MA / LNA |
| | Gutierrez, Natalie, MA / LNA |
| | Walton, Yulissa, Pharmacy Tech |

**der Administration Sites**

| reviation | Site |
|---|---|

**·· wellpath**

W103

05/13/2024 17:35

# andotte County (WDD)

## December 2018

**EMAR**

| ient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | ████/1988 | M |

ergies:   No Known Allergies ( Unknown Reaction )

nosis:   Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

## continued

### dication Orders

ar No: 10114796 | Order Status: Released 01/24/2019 19:59 | Verbal/Phone | Submit Date: 10/26/2018 21:29 | Start Date: 10/27/2018 08:00 | End Date: 01/25/2019 07:59

Irochlorothiazide 25 mg tablet: give 1 tablet by mouth Q AM for 90 days. Ordering Provider: DannyStanton

| Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Init | * NG | * NG | * NG | * MLH | CS | * NG | NG | MLH | MLH | * NG | NG | * MLH | * NG | * NG | * LJ | LJ | MLH | * NG | * NG | * NG | * NG | * MLH | * NG | NG | MLH | * NG | * NG | NG | CS | * MLH | * YW |

ar No: 10190950 | Order Status: Released 01/24/2019 19:59 | Verbal/Phone | Submit Date: 10/26/2018 09:06 | Start Date: 11/07/2018 17:30 | End Date: 02/05/2019 17:29

als: B/P & HR: give 1 misc Miscellaneous 2 X Week Tue, Sat PM for 90 days. Ordering Provider: AmieFabiah-Ezeogu

| Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Init | | | LJ | | | | LJ | | LJ | CS | | | | | | | | | | | | LJ | | | LJ | | | | LJ | | |

ar No: 10393566 | Order Status: Completed 12/09/2018 07:59 | Verbal/Phone | Submit Date: 12/06/2018 23:00 | Start Date: 12/07/2018 08:00 | End Date: 12/09/2018 07:59

anol (Acetaminophen) 325 mg tablet: give 2 tablet by mouth BID AM & HS for 2 days. Ordering Provider: DannyStanton

| Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Init | | | | | | | NG | MLH | | | | | | | | | | | | | | | | | | | | | | | |
| Init | | | | | | | LJ | LJ | | | | | | | | | | | | | | | | | | | | | | | |

andotte County (WDD)

**December 2018**

**EMAR**

tient Name:  NN, DURAYL

ergies:  No Known Allergies ( Unknown Reaction )

| | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| | 47539 | | 10/26/2018 | | M |

onosis:  Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

er No: 10522686   Order Status: Completed 12/28/2018 19:59   Verbal/Phone   Submit Date: 12/26/2018 14:17   Start Date: 12/26/2018 20:00   End Date: 12/28/2018 19:59

taminophen 325 mg tablet: give 3 tablet by mouth BID AM & HS for 2 days. Ordering Provider: DannyStanton

| ne | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| )0 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | | NG | NG | | | | |
| )0 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | MLH | JHD | | | | | |

lient Status Changes

| ent Status | Description | To/From | Reason | Location | Scale | Description | Date |
|---|---|---|---|---|---|---|---|

in Assessment

| | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

er:

N Effectiveness

| in Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|

er:

wellpath

W105

05/13/2024 17:35

# andotte County (WDD)

## December 2018

**EMAR**

tient Name.

**NN, DURAYL**

| | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| | 47539 | | 10/26/2018 | | M |

ərgies:   No Known Allergies ( Unknown Reaction )

ənosis:   Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

## tes

| erNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 14796 | YW | Administration | 12/31/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 12/30/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/26/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/23/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/22/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 12/21/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/20/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/19/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/18/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | LJ | Administration | 12/15/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/14/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/13/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 12/12/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/10/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/06/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | MLH | Administration | 12/04/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/03/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/02/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |
| 14796 | NG | Administration | 12/01/2018 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused |

## tials Legend

| als | User |
|---|---|
| | Springfield, Candice, MA / LNA |
| ) | Dunn, Jessica, MA / LNA |
| | Jones, Laura, MA / LNA |
| ł | Hinzman, Mikiah, MA / LNA |
| | Gutierrez, Natalie, MA / LNA |
| | Walton, Yulissa, Pharmacy Tech |

## der Administration Sites

reviation    Site



! wellpath™

W106

05/13/2024 17:35

andotte County (WDD)

**November 2018**

**EMAR**

| tient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | ~~~~~~~~ | M |

rgies:  No Known Allergies ( Unknown Reaction )

nosis:  Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

## continued

## dication Orders

er No: 10114796   Order Status: Released 01/24/2019  19:59   Verbal/Phone   Submit Date: 10/26/2018  21:29   Start Date: 10/27/2018  08:00   End Date: 01/25/2019  07:59

lrochlorothiazide 25 mg tablet: give 1 tablet by mouth Q AM for 90 days. Ordering Provider: DannyStanton

| ne Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0  Init | | L3 | L3 | * YM | | NG | | | | | L3 | MLH | MLH | AL | NG | NG | MLH | MLH | NG | NG | * MLH | * NG | NG | YM | NG | * MLH | * YM | NG | * NG | * MLH | |

er No: 10190950   Order Status: Released 01/24/2019  19:59   Verbal/Phone   Submit Date: 11/07/2018  09:06   Start Date: 11/07/2018  17:30   End Date: 02/05/2018  17:29

als: B/P & HR: give 1 misc Miscellaneous 2 X Week Tue, Sat PM for 90 days. Ordering Provider: AmieFabah-Ezeogu

| ne Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0  Init | | | | | | | | | 3MO | | L3 | L3 | L3 | | | | L3 | | L3 | | | | | | | | | | | |

## tient Status Changes

| ent Status | Description | To/From | Location | Reason | Initials | Interventions | Date |
|---|---|---|---|---|---|---|---|
| ve | Admitted to Facility | | | | | | 11/02/2018  13:15 |
| ve | Admitted to Facility | | | | | | 11/05/2018  12:15 |
| ve | Admitted to Facility | | | | | | 11/08/2018  19:30 |

## in Assessment

| | Score | Scale | | | | | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

er:



Page 1 of 2

05/13/2024 17:35

andotte County (WDD)

**November 2018**

**EMAR**

| tient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | | M |

ergies:  No Known Allergies ( Unknown Reaction )

anosis:  Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

**N Effectiveness**

| ain Date | | | | Follow Up Date | Result | |
|---|---|---|---|---|---|---|
| er: | | | | | | |

tes

| erNo | Initials | Note Category | Note Date | | Item | Status | Note | Reason | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 14796 | MLH | Administration | 11/30/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | NG | Administration | 11/29/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | YW | Administration | 11/27/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | MLH | Administration | 11/26/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | NG | Administration | 11/22/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | MLH | Administration | 11/21/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Refused | Refused | | |
| 14796 | YW | Administration | 11/05/2018 | 08:00 | hydrochlorothiazide 25 mg tablet | Hold One Medpa | Hold One Medpa | | |
| 90950 | JMD | General | 11/10/2018 | 17:30 | Vitals: B/P & HR | Administered | 110/70 pulse 68 | | |

tials Legend

| als | User |
|---|---|
| | Lawson, Ashley |
| ) | Dunn, Jessica, MA / LNA |
| | Jones, Laura, MA / LNA |
| t | Hinzman, Mikiah, MA / LNA |
| | Gutierrez, Natalie, MA / LNA |
| | Walton, Yulissa, Pharmacy Tech |

der Administration Sites

| reviation | Site |
|---|---|
| | |

W108

**wellpath**

# andotte County (WDD)

## October 2018

**EMAR**

| tient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | | M |

rgies: No Known Allergies ( Unknown Reaction )

nosis: Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

## continued

### dication Orders

| er No: 10114796 | Order Status: Released 01/24/2019  19:59 | Verbal/Phone | Submit Date: 10/26/2018  21:29 | Start Date: 10/27/2018  08:00 | End Date: 01/25/2019  07:59 |
|---|---|---|---|---|---|

rochlorothiazide 25 mg tablet: give 1 tablet by mouth Q AM for 90 days. Ordering Provider: DannyStanton

| ne   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00   Init | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | :: | JMO | NG | NG | NG | NG |

## tient Status Changes

| ent Status | Description | To/From | Date |
|---|---|---|---|
| ve | Admitted to Facility | | 10/26/2018  12:00 |
| ve | Admitted to Facility | | 10/26/2018  12:15 |
| ve | Admitted to Facility | | 10/26/2018  15:15 |
| ve | Admitted to Facility | | 10/26/2018  20:00 |
| ve | Admitted to Facility | | 10/27/2018  09:15 |
| ve | Admitted to Facility | | 10/28/2018  00:30 |

## in Assessment

| e | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Date | Initials | Follow Up Datetime | Result | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| er: | | | | | | | | | | | | |

## N Effectiveness

| hin Date | | Follow Up Date | Result | | Reason | | Initials |
|---|---|---|---|---|---|---|---|
| er: | | | | | | | |

**wellpath**

andotte County (WDD)

October 2018

EMAR

| tient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| NN, DURAYL | 47539 | | 10/26/2018 | | M |

ergies:   No Known Allergies ( Unknown Reaction )

gnosis:   Hypertension Not Otherwise Specified, Joint Disorder Not Elsewhere Classified and Not Otherwise Specified

tes

| erNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

tials Legend

| als | User |
|---|---|
| D | Dunn, Jessica, MA / LNA |
| | Gutierrez, Natalie, MA / LNA |

der Administration Sites

| reviation | Site |
|---|---|

wellpath™

05/13/2024 17:35

W110

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 1/9/2019 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |
| Vitals: B/P & HR | 1.00 misc | Wyandotte Facility: BP Tues, Sat PM | 11/7/2018 5:30:00 PM | 2/5/2019 5:29:00 PM |
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Wyandotte Adult: BID AM & HS | 1/9/2019 9:44:51 AM | 1/11/2019 9:43:51 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**   ○ *Free Text* ○ *SOAPE*

Added 01/09/2019 09:49 AM CST by JanPatterson LPN

*Patient has placed multiple sick calls for back pain.  Patient seen in pod at door ( no security available to bring to medical). Patient states that his back is "locking up" and he is in pain all the time. Patient requesting an MRI due to retained bullet.  Provider notified and chart reviewed.  Order received for xray of spine.*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/6/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**

Added 11/06/2018 05:13 PM CST by CaGermany RN

*Medical notified, patient requesting B/P medication. This nurse notified medication tech and medication was delivered.*

E-Signed by Carla Germany, RN  on 11/06/2018 05:13 PM CST                                                    Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

---

**Notes / History:**

Added 11/04/2018 09:47 PM CST by CaGermany RN

*This nurse went to evaluate patient prior to leaving shift. Patient laying on boat with eyes closed, no signs of distress. This taped window patient arose and looked towards the window. This nurse asked patient, " How he was feeling" at this time patient gave thumbs ups and prayer hands towards chest and replied, " I'm doing good and thank you". Upon leaving IPOD patient tapped window and motion for nurse to back. Patient concern of not using the bathroom in 8 days. This nurse educated on digestive system during the hunger strike process and slowed mobility. Pt. VU. This patient encourage patient to continue to increase fluid intake, ambulation and safety, and when to RTC. Patient assured he will be evaluated by HCP and if problem continued they will be addressed at that time. Pt. VU.*

E-Signed by Carla Germany, RN  on 11/04/2018 09:47 PM CST

Page 1 of 1

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## Notes / History:

Added 11/04/2018 09:30 PM CST by CaGermany RN

*Patient brought to medical for daily evaluation for hunger strike. Patient vital signs WNL. Patient did complain of weakness at this time. This nurse spoke with patient about reasoning for hunger strike vs health issues. This patient was very attentive when listening and was agreeable at times with this nurse about taking care of self and health issue. This nurse spoke about worsening health conditions, loss of concentration, coping skills. During this wellness check this nurse offered patient 16 oz water and granola bars. Patient accepted and drank all the water. This continued with positive communication. Prior to leaving this patient thanked nurse and hesitate and said " I think I will take those-and stopped. This nurse continued to encourage this patient and with the benefits of maintaining his health. This nurse encouraged patient to take granola bars to cell. Security walked patient to cell. This nurse called and spoke with MH coordinator Cheri, to make sure it was ok to give the granola bar n cell while patient was on suicide watch. Per Cheri, she was agreeable. Medical received call shortly after patient returned to IPOD that patient wanted to try and eat dinner. Per Pod officer patient inquired about double porting for short amount of time " to catch up", or any "boost he can have". This nurse called HCP on call and received order for double portions x 24 hours and reevaluated. This nurse went to kitchen to request double portions for Kosher Meal d/t to time issue- right before trays were to roll. Kitchen agreeable at that time and prepared immediately. This nurse informed Acting Capt. and spoke with patient of*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Orders:

kitchen to request double portions for Kosher Meal d/t to time issue- right before trays were to roll. Kitchen agreeable at that time and prepared immediately. This nurse informed Acting Capt. and spoke with patient of the plan. Patient replied he was grateful for the prior communication and really respected this nurse. This nurse reassured patient he was making the right and best decision for his health. IPOD informed medical that patient ate meal, and this nurse informed Acting Capt. will continue to monitor. Ref. made for f/u with HCP for eval.

E-Signed by Carla Germany, RN  on 11/04/2018 09:30 PM CST

Page 2 of 2

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**

Added 11/04/2018 03:43 PM CST by LJacob RN

S : Talking with staff

O: Wt was 218 with cuffs on. VSS-see Vitals.Temp is 99.3

A: Remains on hunger strike

P: Continue to monitor closely and offer food and fluids. Inmate did accept two granola bars to take to his cell. Drank large glass of water while in medical.

E-Signed by Luetta Jacob, RN  on 11/04/2018 03:43 PM CST

Page 1 of 1

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Notes**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/4/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**

Added 11/04/2018 03:17 PM CST by LJacob RN

(13:00) Pt lying in bed and has no complaints.

S: " I'm alright."Denies suicidal ideation.

O: Lying quietly on cot in cell

A: Resting

P: Continue on Suicide Watch and offer fluids/food . Remains on hunger strike.

E-Signed by Luetta Jacob, RN  on 11/04/2018 03:17 PM CST

Page 1 of 1

Wyandotte Detention Center, KS
**Wyandotte County (WDD)**
710 N 7th Street
Kansas City , KS66101

**Progress Notes**

 wellpath™

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/3/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-03-2018 07:41 PM CST | 120/90 | 91 | 18 | 99.10 | 98 | – | – | – | – | – | – |
| 11-03-2018 07:44 PM CST | 120/70 | 93 | 18 | 99.10 | 98 | – | – | – | – | – | – |

**Notes / History:**

Added 11/03/2018 07:56 PM CST by RuKaboe LPN

*Pt cont to be on hunger strike protocol. He is still refusing to eat but pushing fluids (water) per pod officers. He is stable at this time and A&OX3. Pt was educated about dangers of dehydration and starvation. He acknowledged understanding but states that security has to do right by him. No other issues at this time. He also refused granola bars offered to him by this writer. Pt was not able to provide a urine sample stating that he could not go. UA cup left with pt and advised to notify medical as soon as sample is ready to check for ketones. Will cont to monitor.*

Page 1 of 2

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/3/2018 |

Orders:
Ketones. Will cont to monitor.

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/1/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-01-2018 02:12 PM CST | 110/66 | 89 | 16 | 98.80 | 89 | - | - | - | - | - | - |

**Notes / History:**

Added 11/01/2018 02:16 PM CST by DGregory RN

*Patient seen cell side escorted by deputy for hunger strike. Patient states he is not going to eat. This RN educated patient the importance of eating and staying healthy. Patient offered granola bars and Gatorade. Patient drank the Gatorade but refused the granola bars. Urine sample given. Will test urine for ketones. Will continue to monitor patient and offer food and fluids.*

E-Signed by Daniella Gregory, RN  on 11/01/2018 02:16 PM CST

Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/1/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**

Added 11/01/2018 04:52 AM CST by DawParker LPN

*MEDICAL CALLED TO B POD AGAIN FOR PT. NOW LAYING MOTIONLESS ON THE FLOOR OF HIS ROOM. UPON ARRIVAL PT. REFUSING TO ANSWER OR COMPLY WITH STAFF DIRECTIONS TO EVALUATE PT. STATUS. SHERIFF STAFF ENTERED ROOM TO SECURE PT. AND ASSISTED HIM TO SITTING POSITION NEXT TO BED. BP, PULSE, AND O2 SATURATION TAKEN AGAIN AND ALL WNL AND PT. IN NO VISABLE DISTRESS*

E-Signed by Dawn Parker, LPN  on 11/01/2018 04:52 AM CST

Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 11/1/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**

Added 11/01/2018 04:22 AM CST by DawParker LPN

*MEDICAL CALLED TO B POD FOR SOMEONE C/O CHEST PAIN. UPON ARRIVAL PT. WAS STANDING AT DOOR YELLING AND BANGING ON CELL DOOR AT DEPUTY STAFF OUTSIDE HIS DOOR. MEDICAL ENTERED ROOM TO ASSESS PT. AND PT. STILL YELLING AT STAFF EVEN AFTER BEING TOLD MANY TIMES TO STOP SO HE COULD BE ASSESSED BY MEDICAL. MEDICAL WAS ABLE TO TAKE BP, PULSE, AND O2 SATURATION AND WERE ALL WNL BUT NO FURTHUR ASSESSMENT WAS ABLE TO BE COMPLETED D/T PT. UNWILLING TO COOPERATE WITH STAFF.*

E-Signed by Dawn Parker, LPN  on 11/01/2018 04:22 AM CST

Page 1 of 1

Wyandotte Detention Center, KS
Wyandotte County (WDD)
710 N 7th Street
Kansas City, KS 66101

**Progress Notes**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 |  | 10/30/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-30-2018 10:13 PM CST | 132/74 | 86 | 18 | 98.00 | 100 | - | - | - | - | - | - |
| 10-30-2018 10:18 PM CST | - | - | - | - | - | - | - | - | - | - | - |

**Notes / History:**

Added 10/30/2018 10:19 PM CST by KMKappel LPN

*Security called medical at shift change to state pt refused all meals today and that patient declared he was on a hunger strike. Pt was evaluated during HS med pass by this writer. Pt's vital signs were taken as well as blood sugar level. This writer listened to pt explain why he was on a hunger strike d/t neglect from security and medical staff alike. Claims no medical personnel have seen him since his use of force incident and his transfer to B pod housing unit. This writer was able to get pt to drink two glasses of Gatorade while assessment was taken place. Pt states he will refuse all meals tomorrow because that seems to be the only way to receive the attention from security and medical that he needs. Educated pt on the importance of eating and drinking while*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**                        **Progress Notes**                         wellpath
**710 N 7th Street**
**Kansas City , KS66101**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/30/2018 |

Orders:

taken place. Pt states he will refuse all meals tomorrow because that seems to be the only way to receive the attention from security and medical that he needs. Educated pt on the importance of eating and drinking while the facility is on lock down, d/t the temperature inside of the housing unit and the need for hydration. Pt asked how long he could go with out food or water and pt was advised to drink water while in his cell and to eat when offered d/t stress that will be put on his body.  Pt VU and stated he didn't want to feel worse than he feels now but knows that will probably happen if he refuses to eat tomorrow.  PT was reassured that this writer would be back in the AM during AM med pass to check his vitals again. Pt VU and thanked this writer for coming to see him.

E-Signed by Kristen Michelle Kappel, LPN  on 10/30/2018 10:19 PM CST

Page 2 of 2

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/28/2018 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☑ *Vital Signs Taken*

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-28-2018 02:34 AM CST | 140/82 | - | - | - | - | - | - | - | - | - | - |

**Notes / History:**

Added 10/28/2018 02:35 AM CST by wanosike LPN

*Medical responded to a call to evaluate this Pt. in F-POD following a complaint of chest pain. When medical arrived Pt. was sitting on cell floor with security personnel helping to prop him up. Pt. did not appear to be in any distress but refused to follow instructions. Pt. was uncooperative when this nurse tried to obtain his VS. Pt. BP was obtained and it was 140/82. Pt. pushed the thermometer probe from his mouth with his tongue. This nurse wanted to take Pt. to the clinic to conduct EKG but Pt. states he could not stand. Wheel chair was brought and Pt. was told he had to be taken down stairs in order to transport him to the clinic with the wheel chair. When security personnel tried to help Pt. to his feet so he can come downstairs to be sent to the clinic. Pt. refused to cooperate. Security managed to take Pt. downstairs and tried to help him sit on the wheelchair. Pt. refused. Security personnel had to bring in restraint chair. Pt. was placed in  Restraint Chair. Pt. handcuff and leg shackles were check to ensure blood circulation was not impeded. Blood circulation was not impeded.*

Page 1 of 2

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Progress Notes**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DURAYL T VANN | 47539 | 2018007606 | | 10/28/2018 |

Orders:
Shackles were check to ensure blood circulation was not impeded. Blood circulation was not impeded.

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City , KS66101**

**Provider Progress Notes**



| Patient Name DURAYL T VANN | Patient Number 47539 | Booking Number 2018007606 | Birth Date | Date Of Service 1/22/2019 |
|---|---|---|---|---|

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| hydrochlorothiazide 25 mg tablet | 1.00 tablet | Wyandotte Adult: Q AM | 10/27/2018 8:00:00 AM | 1/25/2019 7:59:00 AM |
| Vitals: B/P & HR | 1.00 misc | Wyandotte Facility: BP Tues, Sat PM | 11/7/2018 5:30:00 PM | 2/5/2019 5:29:00 PM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-24-2015 | Chronic | Circulatory | Hypertension Not Otherwise Specified | |
| 09-24-2015 | Acute | Musculoskeletal | Joint Disorder Not Elsewhere Classified and Not Otherwise Specified | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 02-11-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ *Current Med List Reviewed* ☐ *Psychiatrists Notes Reviewed* ☐ *Caseworker Notes Reviewed*

| Notes / History: | ○ *Free Text* ○ *SOAPE* |
|---|---|

Added 01/22/2019 12:55 PM CST by AFabah-Ezeogu Nurse Practitioner

*In clinic with c/o back pain, he is requesting for pain medication. Pt. is aox3, NAD. Noted erect posture. No curvature of spine. Lumbar Spine AP and Lateral was normal. He denies any numbness. Will start pt. on ibuprofen 800mg PP TID PRN x 7 days. RTC as needed.*

E-Signed by Amie Fabah-Ezeogu, Nurse Practitioner  on 01/22/2019 12:55 PM CST

Page 1 of 1

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS  66101**
**P: 913-573-8132 fax 913-573-8137**
Page 1 of 1



| Segregation Rounds Log | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name **VANN, DURAYL T** | Patient Number **47539** | Booking Number **2018007606** | Date of Birth | Today's Date: **1/11/2019** |

The following two questions assessing risk/presence of suicidal ideation are to be asked during each patient encounter:

**"Have you been feeling overwhelmed or thinking that things are too much to handle?"**
**"Are you worried you might harm yourself?"**

If the response to the first question is "yes," enter "3" under Observation Numbers and make an urgent referral to Mental Health Services.

If the response to the second question is "yes," enter "4" under Observation Numbers and  activate the procedures to begin a self-harm watch until the patient can be evaluated by Mental Health Services and DO NOT LEAVE PATIENT ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS

Date Placed in Seg_____ Housing Unit_____ Pre-Seg Assessment Date:_____ Time:_____

| Existing medical conditions precluding housing in segregation | ☐ Yes  ☐No | Security notified | ☐Not indicated  ☐ Yes  Date: | Time: |
|---|---|---|---|---|
| Currently receiving mental health services | ☐Yes  ☐No | Admission to Segregation  ☐ Not indicated ☐ Yes  Date: | | Time: |

Minimum requirements for Vital Signs: _____   Minimum frequency for monitoring: _____

| Date | Time | Initials | Observation Numbers | Comments / Referred to | Blood Pressure | Pulse | Resp | Temp | Pulse Oximetry |
|---|---|---|---|---|---|---|---|---|---|
| 1-11-19 | 0858 | SK | 1,5,07 | | | | | | |
| 1.12.19 | 027 | AD | 1,5,7 | | | | | | |
| 1.13.19 | 1023 | AD | 1,5,7 | | | | | | |
| 1.14.19 | 0843 | CM | 1,5,7 | WDNpak | | | | | |
| 1.15.19 | 0951 | AD | 2,5,7 | M follow up on sick call | | | | | |
| 1.16.19 | 0824 | AD | 2,5,7 | Wants results of MRI/Back pain | | | | | |
| 1-17 | 1251 | ☒ | 1,5,7 | | | | | | |
| 1-18 | 0929 | CM | 1,5,7 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Use Key Scale below-List appropriate observation numbers

| Initials | Nurse Name (Print) | Title | Initials | Nurse Name (Print) | Title |
|---|---|---|---|---|---|
| AD | Oates | PN | SK | Kendall | LPN |
| CM | Chandler Mejos | PN | JP | J Patterson | LPN |

| *Key Scale: | Subjective | | | | Objective | | | | Availability |
|---|---|---|---|---|---|---|---|---|---|
| | 1. | No Complaints | 3. | Overwhelmed | 5. | Awake | 7. | No Acute Distress | 8. Out of Cell |
| | 2. | Request Sick Call | 4. | Reports SI | 6. | Agitated | | | |

SG101UN0000ACCEN080118

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**
**P: 913-573-8132 fax 913-573-8137**
Page 1 of 1





| Segregation Rounds Log | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name **VANN, DURAYL T** | Patient Number **47539** | Booking Number **2018007606** | Date of Birth | Today's Date: **12/6/2018** |

The following two questions assessing risk/presence of suicidal ideation are to be asked during each patient encounter:

**"Have you been feeling overwhelmed or thinking that things are too much to handle?"**
**"Are you worried you might harm yourself?"**

If the response to the first question is "yes", enter "3" under Observation Numbers and make an urgent referral to Mental Health Services.

If the response to the second question is "yes," enter "4" under Observation Numbers and activate the procedures to begin a self-harm watch until the patient can be evaluated by Mental Health Services and DO NOT LEAVE PATIENT ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS

| Date Placed in Seg | Housing Unit B2-05 | Pre-Seg Assessment Date: | Time: |
|---|---|---|---|

| Existing medical conditions precluding housing in segregation | ☐ Yes  ☐ No | Security notified | ☐ Not Indicated ☐ Yes Date: | Time: |
|---|---|---|---|---|
| Currently receiving mental health services | ☐ Yes  ☐ No | Admission to Segregation ☐ Not Indicated ☐ Yes Date: | Time: |

Minimum requirements for Vital Signs: _____   Minimum frequency for monitoring: _____

| Date | Time | Initials | Observation Numbers | Comments/Referred to | Blood Pressure | Pulse | Resp | Temp | Pulse Oximetry |
|---|---|---|---|---|---|---|---|---|---|
| 12/7 | 1957 | WA | 1,5,7 | | | | | | |
| 12/8 | 0954 | SK | 1,5,7 | | | | | | |
| 12/9 | 0839 | SK | 1,5,7 | | | | | | |
| 12/10 | 0850 | SP | 1,5,7 | | | | | | |
| 12/12 | 0940 | AL | 1,5,7 | | | | | | |
| 12/13 | 1349 | AL | 1,5,7 | | | | | | |
| 12/15 | 1310 | SK | 1,5,7 | | | | | | |
| 12/16 | 1317 | RK | 1,5,7 | | | | | | |
| 12/17 | 0802 | SK | 1,5,7 | | | | | | |
| 12/18 | 0829 | SK | 1,5,7 | | | | | | |
| 12/20 | 1446 | RK | 1,5,7 | | | | | | |
| 12/27 | 0757 | HS | 1,5,7 | | | | | | |
| 12/30 | 0918 | HK | 1,5,7 | | | | | | |
| 12/31 | 0834 | SK | 1,5,7 | | | | | | |
| 1/10 | 0854 | W | 1,5,7 | | | | | | |
| 1/14 | 1653 | SP | 2,5,7 | Sick call | | | | | |
| 1/19 | 0847 | SP | 1,5,7 | | | | | | |
| 1/19 | 0650 | SK | 1,5,7 | | | | | | |
| 1.7.0 | 0937 | AD | 1,5,7 | | | | | | |
| 1.9.0 | 1661 | AD | 1,5,7 | | | | | | |
| 1.0.9 | 1514 | AD | 1,5,7 | | | | | | |

*Use Key Scale below-List appropriate observation numbers

| Initials | Nurse Name (Print) | Title | Initials | Nurse Name (Print) | Title |
|---|---|---|---|---|---|
| | Wauorun | LPN | | | LPN |
| | Hollis | LPN | | Patterson | LPN |

| *Key Scale: | Subjective | | | | Objective | | | Availability | |
|---|---|---|---|---|---|---|---|---|---|
| | 1. | No Complaints | 3. | Overwhelmed | 5. | Awake | 7. | No Acute Distress | 8. Out of Cell |
| | 2. | Request Sick Call | 4. | Reports SI | 6. | Agitated | | | |

SG101UN0000ACCEN050118

*D 1 4 7 0 8 7 D 1 1 8 8 0 9 7 5 I C 8 1 0 6 8 7 0 C P 5 5 6 5 5 P N X N*

**Wyandotte Detention Center, KS**
**Wyandotte County (WDD)**
**710 N 7th Street**
**Kansas City, KS 66101**
**P: 913-573-8132 fax 913-573-8137**
Page 1 of 1



## Segregation Rounds Log

| | | | Status: ☐ Adult  ☐ Juvenile |
|---|---|---|---|
| Patient Name **VANN, DURAYL T** | Patient Number **47539** | Booking Number **2018007606** | Date of Birth: [illegible]  Today's Date: 11/1/2018 |

The following two questions assessing risk/presence of suicidal ideation are to be asked during each patient encounter:

**"Have you been feeling overwhelmed or thinking that things are too much to handle?"**
**"Are you worried you might harm yourself?"**

If the response to the first question is "yes", enter "3" under Observation Numbers and make an urgent referral to Mental Health Services.

If the response to the second question is "yes," enter "4" under Observation Numbers and activate the procedures to begin a self-harm watch until the patient can be evaluated by Mental Health Services and DO NOT LEAVE PATIENT ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS

| Date Placed in Seg _____ Housing Unit **B2-05** | Pre-Seg Assessment Date: _____ Time: _____ |
|---|---|

| Existing medical conditions precluding housing in segregation | ☐ Yes ☐ No | Security notified | ☐ Not indicated ☐ Yes Date: ____ Time: ____ |
|---|---|---|---|
| Currently receiving mental health services | ☐ Yes ☐ No | Admission to Segregation ☐ Not Indicated ☐ Yes Date: ____ Time: ____ |

Minimum requirements for Vital Signs: _____ Minimum frequency for monitoring: _____

| Dates | Time | Initials | Observation Numbers | Comments/ Referred to | Blood Pressure | Pulse | Resp. | Temp | Pulse Oximetry |
|---|---|---|---|---|---|---|---|---|---|
| 11-1 | 0811 | SK | 1,5,7 | | | | | | |
| 11/3 | 1102 | X | 1,5,7 | | | | | | |
| 11/4 | 0956 | X | 1,5,7 | | | | | | |
| 11/5 | 0900 | X | 1,5,7 | | | | | | |
| 11/6 | 0911 | X | 1,5,7 | | | | | | |
| 11/08 | 0847 | PC | 1,5,7 | | | | | | |
| 11/9 | 0839 | PC | 1,5,7 | | | | | | |
| 11/10 | 0843 | SK | 1,5,7 | | | | | | |
| 11/12 | 0813 | SK | 1,5,7 | | | | | | |
| 11/15 | 0940 | SO | 1,5,7 | | | | | | |
| 11/16 | 0215 | X | 1,5,7 | | | | | | |
| 11/17 | 1800 | SO | 1,5,7 | | | | | | |
| 11/18 | 1825 | SO | 1,5,7 | | | | | | |
| 11/19 | 0137 | RU | 1,5,7 | | | | | | |
| 11/20 | 0823 | SK | 1,5,7 | | | | | | |
| 11/21 | 1428 | SO | 1,5,7 | | | | | | |
| 11/24 | 1824 | X | 1,5,7 | | | | | | |
| 11/25 | 0930 | SO | 1,5,7 | | | | | | |
| 11/26 | 0913 | WA | 1,5,7 | | | | | | |
| 11/29 | 1830 | SO | 1,5,7 | | | | | | |
| 11/30 | 0825 | SK | 1,5,7 | | | | | | |

*Use Key Scale below-List appropriate observation numbers

| Initials | Nurse Name (Print) | Title | Initials | Nurse Name (Print) | Title |
|---|---|---|---|---|---|
| | [signature] | RN | SO | Jernard | LPN |
| SO | [signature] Wangler | LPN | JP | Patterson | LPN |
| | [signature] | | | | |

| **Key Scale:** | Subjective | | | | Objective | | | Availability |
|---|---|---|---|---|---|---|---|---|
| | 1. | No Complaints | 3. | Overwhelmed | 5. | Awake | 7. No Acute Distress | 8. Out of Cell |
| | 2. | Request Sick Call | 4. | Reports SI | 6. | Agitated | | |

SG101UN0000ACCEN050118



*0147087D1188097SIC81068700CP31806PNXN*

**Wyandotte Detention Center, KS**
**MEDICAL SERVICES**
*Wyandotte County (WDD)*
**FOOD AND VITAL SIGN MONITORING HUNGER STRIKE**
*710 N 7th Street*
*Kansas City, KS  66101*
*P: 913-573-8132 fax 913-573-8137*



| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| VANN, DURAYL T | 47539 | 2018007606 | ~~6/5/1985~~ | 11/1/2018 |

195
Site

DATE/TIME MEDICAL NOTIFIED: _____ 10/29/18 _____

DATE/TIME LAST FOOD INTAKE: _____ DATE/TIME LAST WATER INTAKE: _____

INITIAL VITAL SIGNS: T 98.8 P 89 R 16 B/P (lying) 110/104 B/P (standing) ___/___ WT ___ HT 6'1

**DAILY EVALUATION:**

| DATE/TIME | WEIGHT | BP SUPINE | PULSE | BP STAND | PULSE | URINE KETONES | ACTIVITY LEVEL | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 11/1/18 1230 | | | | | | Positive | Normal | ~~RN~~ RN |
| 11/2/18 11:05 | 217 | 110/80 | 88 | | | | | ~~RN~~ RN |
| 11/03/18 | | 129/80 | 91 | 129/90 | 93 | mostable volid | Normal | RKabc |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**FOOD/WATER OFFERED:**

| DATE/TIME | TYPE OFFERED | AMT. INTAKE | INITIALS |
|---|---|---|---|
| 11/1/18 12:44pm | gatorade | 24 0 | LV |
| 11/1/18 12:44pm | granola bars | Refused | LV |
| 11/2/18 0530 | Snack | Refused | BD |
| 11/2/18 11:05 | gatorade | 32 oz | DG |
| 11/2/18 11:05 | Granola bars | Refused | DG |
| 11/2/18 11:05 | Water | 16 oz | DG |
| 11/03/18 1840 | Quinoa Bars | Refused | RK. |
| 11/4/18 | (3) Granola bars given | 16 oz - gave H2O | CG |
| | | | |
| | | | |

| DATE/TIME | TYPE OFFERED | AMT. INTAKE | INITIALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MEDICAL STAFF SIGNATURE _____ DATE/TIME: _____

© 2007 Correct Care Solutions, LLC
CCS-SP02 (formerly CCS-200)
revised 1/1/08



**Wyandotte Detention Center, KS**
*Wyandotte County (WDD)*
*710 N 7th Street*
*Kansas City, KS 66101*
*P: 913-573-8132 fax 913-573-8137*



## Identification of Special Needs

Status: ☒ Adult  ☐ Juvenile

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| VANN, DURAYL T | 47539 | 2018007606 | | 10/26/2018 |

**Special Needs Noted:**
☐ Wheel Chair
☐ Crutches
☐ Cane
☐ Walker
☐ Other _____

Prosthesis:
☐ Arm  ☐ Right ☐ Left
☐ Leg  ☐ Right ☐ Left
☐ Other: _____

**Special Housing Request:**
☐ Bottom Bunk required
☐ Bottom Tier
☐ Single Cell  GP
☒ Housing _____
☐ Medical Housing / Medical Watch
☐ Medical Isolation
☐ Negative Pressure Room

☐ Clinically ordered Restraints
☐ Therapeutic Seclusion Room
☐ Suicide Watch
   ☐ Continuous  ☐ 15 min  ☐ 30 min
☐ Mental Health Observation
☐ Infirmary (If applicable)

☐ Discontinue Special Housing

**Restrictions due to physical limitations** *(i.e. restraints, etc.):* _____

Special Instructions: _____

**Additional Precautions suggested** *(Medical suggests use of universal precautions with all offenders):*

☐ Mask     ☐ Gown     ☐ Goggles     ☐ Gloves     ☐ Other _____

**ALERT:**

☐ Offender identified has exhibited characteristics of being a potential target for victimization

☐ Offender identified has exhibited characteristics of predatory behavior

Reason for the above: _____

_____

If temporary condition:     review date: _____     expiration date: _____

CCS Staff Signature: DParle LPN     Date: 10/26/18

Correctional Staff Member Notified: Booking

Date and time notified: 1026

Notification Type: ☐ Verbal ☐ Fax ☐ Hand delivered ☐ Other _____

Notified by CCS Staff Member: _____

SP102UN000ACCEN071513

*D146976DI16609751C810687OCP47935P*

*# HTN: HCTZ*
*25mg Am*

Wyandotte County (WDD)
710 N 7th Street
Kansas City, KS 66101
P: 913-573-8132 fax 913-573-8137
P: 913-573-8132 fax 913-573-8137

# Patient Profile - Vitals



| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| VANN, DURAYL T | 47639 | | 36 | M |

## Vitals

| Date | Pulse | Resp | Temp | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | PO2 | O2 | Amt. | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2018 3:35 PM | 88 | 16 | 99.30 | 214.00 | 73.00 | 120/80 | N/A | 28.2 | N/A | N/A | No | 97 | No | N/A | N/ |
| 11/3/2018 7:44 PM | 93 | 18 | 99.10 | N/A | 73.00 | 120/70 | N/A | N/A | N/A | N/A | No | 98 | No | N/A | N/ |
| 11/3/2018 7:41 PM | 91 | 18 | 99.10 | N/A | 73.00 | 120/90 | N/A | N/A | N/A | N/A | No | 98 | No | N/A | N/ |
| 11/1/2018 2:12 PM | 89 | 16 | 98.80 | N/A | 73.00 | 110/66 | N/A | N/A | N/A | N/A | No | 8 | No | N/A | N/ |
| 10/30/2018 10:18 PM | N/A | N/A | N/A | N/A | 73.00 | N/A | N/A | N/A | 85 | N/A | No | N/A | No | N/A | N/ |
| 10/30/2018 10:13 PM | 86 | 18 | 98.00 | N/A | 73.00 | 132/74 | N/A | N/A | N/A | N/A | No | 100 | No | N/A | N/ |
| 10/28/2018 2:34 AM | N/A | N/A | N/A | N/A | 73.00 | 140/82 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 10/26/2018 1:24 PM | 92 | 18 | 97.70 | N/A | 73.00 | 162/96 | N/A | N/A | N/A | N/A | No | 98 | No | N/A | N/ |
| 9/25/2018 5:07 PM | 56 | N/A | N/A | N/A | 73.00 | 140/60 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 9/18/2018 5:48 PM | 65 | N/A | N/A | N/A | 73.00 | 140/80 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 9/17/2018 5:21 PM | 61 | N/A | N/A | N/A | 73.00 | 110/72 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 9/8/2018 5:43 PM | 82 | N/A | N/A | N/A | 73.00 | 140/70 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 9/5/2018 4:52 PM | 60 | N/A | N/A | N/A | 73.00 | 140/70 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/29/2018 5:16 PM | 66 | N/A | N/A | N/A | 73.00 | 122/72 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/20/2018 8:52 AM | 69 | 16 | 97.50 | 249.00 | 73.00 | 128/82 | N/A | 32.8 | N/A | N/A | No | 98 | No | N/A | N/ |
| 8/19/2018 5:22 PM | 71 | N/A | N/A | N/A | 73.00 | 146/86 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/14/2018 6:23 PM | 75 | N/A | N/A | N/A | 73.00 | 144/80 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/8/2018 5:09 PM | 64 | N/A | N/A | N/A | 73.00 | 110/68 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/5/2018 4:55 PM | 62 | N/A | N/A | N/A | 73.00 | 120/72 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 8/1/2018 5:40 PM | 72 | N/A | N/A | N/A | 73.00 | 122/72 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 7/22/2018 5:04 PM | 70 | N/A | N/A | N/A | 73.00 | 110/80 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 7/15/2018 5:20 PM | 62 | N/A | N/A | N/A | 73.00 | 100/68 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 7/12/2018 11:32 PM | 71 | N/A | N/A | N/A | 73.00 | 134/82 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 7/9/2018 5:00 PM | 72 | N/A | N/A | N/A | 73.00 | 120/70 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 6/9/2018 5:39 PM | N/A | N/A | N/A | N/A | 73.00 | 120/80 | N/A | N/A | N/A | N/A | No | N/A | No | N/A | N/ |
| 5/24/2018 10:29 AM | 67 | 14 | 97.90 | 230.00 | 73.00 | 110/62 | N/A | 30.3 | N/A | N/A | No | 98 | No | N/A | N/ |