**Declaration of Matthew Charles Schlobohm**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**Durayl Tyree Vann,**
Plaintiff,

v.

**Jeffrey Fewell, et al.,**
Defendants.

**CIVIL CASE #: 5:20-cv-03200-JAR-GEB**

---

**Declaration of Matthew Charles Schlobohm**

I, Matthew Charles Schlobohm, declare:

1. **Personal Information and Competence:**

    - I am 41 years old and a graduate of Kansas State University. I am competent to offer this Declaration based on my personal knowledge.

2. **Background and Relationship to the Case:**

    - I was a pretrial detainee at the Wyandotte County Detention Center at or around the same time as the Plaintiff, Durayl Tyree Vann. My experiences at the detention center are relevant to the claims made by the Plaintiff in this case.

3. **Experience of Retaliatory Violence:**

    - During my time at the Wyandotte County Detention Center, I was subjected to intentional, retaliatory violence and threats of violence by jail staff, particularly by Major Charles Patrick.

4. **Specific Threats and Actions:**

    - Major Charles Patrick explicitly threatened to "let [me] rot" in solitary confinement if I persisted in "filing grievances." These threats were made while I was handcuffed with my hands behind my back, in an isolated cell, out of the visual or auditory perception of any witnesses—other than the three deputies who joined him in the cell and in making these

       credible and terrifying direct threats to my health, life, safety, and freedom.

5. **Support for Plaintiff's Claims:**

    – I offer this Declaration in support of the Plaintiff's claims in the case of **Durayl Tyree Vann v. Jeffrey Fewell, et al.,** pending in the United States District Court for the District of Kansas. My experiences provide firsthand personal knowledge of similar conduct by the Defendants, which is relevant to the Plaintiff's claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 6, 2024.

*/s Matthew Charles Schlobohm*

Matthew Charles Schlobohm
4210 Clark Ave Apt 302
Kansas City, MO 64111
(816)621-9149
matthew.schlobohm@gmail.com

2